| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Valley Park Elevator Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aden Wansley Farms LLC**<br>**108 TWIN CREEKS DR.**<br>**Vicksburg, MS 39180** | | | | | | $21,569.04 |
| **ARO INC**<br>**3360 Floweree Rd.**<br>**Redwood, MS 39156** | | | | | | $344,991.07 |
| **B & B FARMS**<br>**P.O. Box 254**<br>**Valley Park, MS 39177** | | | | | | $1,086,968.66 |
| **BELLE MEADE PLANTATION**<br>**1306 RIVER BEND COVE**<br>**Vicksburg, MS 39183** | | | | | | $74,410.95 |
| **CIRCLE Z**<br>**3360 FLOWEREE RD.**<br>**Redwood, MS 39156** | | | | | | $1,055,566.19 |
| **CLARK & CLARK**<br>**755 FRONT ST.**<br>**Anguilla, MS 38721** | | | | | | $1,146,003.29 |
| **D&C FARMS**<br>**447 REDWOOD RD.**<br>**Redwood, MS 39156** | | | | | | $175,389.43 |
| **DAVID WANSLEY**<br>**120 BROOKWOOD DR.**<br>**Vicksburg, MS 39183** | | | | | | $102,611.60 |
| **EWING FARMS**<br>**P.O. BOX 485**<br>**Anguilla, MS 38721** | | | | | | $364,391.01 |

Debtor **Valley Park Elevator Inc**                     Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **FLOWEREE PLANTING COMP 3360 FLOWEREE RD. Redwood, MS 39156** | | | | | | **$1,153,312.16** |
| **Internal Revenue Servi c/o US Attorney Ethridge Building 900 Jefferson Ave Oxford, MS 38655** | | | | | | **$0.00** |
| **KELSO FARMS 419 OMEGA RD. Rolling Fork, MS 39159** | | | | | | **$1,392,317.31** |
| **MCKNIGHT IV, E. R. (MA 425 FOREST OAK LANE Vicksburg, MS 39180** | | | | | | **$45,811.81** |
| **MS Dept of Revenue Bankruptcy Section PO Box 22808 Jackson, MS 39225-2808** | | | | | | **$0.00** |
| **TIM BARNETTE 1257 Dixie Rd Rolling Fork, MS 39159** | | | | | | **$52,586.11** |
| **TOM LEE / DBA HINTSON 10850 HWY 3 Redwood, MS 39156** | | | | | | **$209,880.71** |
| **WANSLEY PARTNERSHIP 120 Brookwood Dr Vicksburg, MS 39183** | | | | | | **$210,877.82** |
| **WHITTEN & WHITTEN INC. P.O. BOX 253 Valley Park, MS 39177** | | | | | | **$627,311.89** |

# United States Bankruptcy Court
## Southern District of Mississippi

In re **Valley Park Elevator Inc** Case No.
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ADEN BROTHERS**<br>**3730 REDWOOD RD**<br>**VICKSBURG, MS 39183** | | | **Stockholder** |
| **ADEN FARMS**<br>**3730 REDWOOD RD.**<br>**VICKSBURG, MS 39183** | | | **Stockholder** |
| **ADEN JR, WILLIAM B.**<br>**% JEFF WONG**<br>**205 Charleston Dr.**<br>**Vicksburg, MS 39180** | | | **Stockholder** |
| **ADEN WANSLEY**<br>**108 TWIN CREEKS DR.**<br>**VICKSBURG, MS 39180** | | | **Stockholder** |
| **ADEN, MERRITT**<br>**3730 REDWOOD RD.**<br>**VICKSBURG, MS 39183** | | | **Stockholder** |
| **ANDERSON TULLY COMPANY**<br>**775 RIDGELAKE BLVD.**<br>**SUITE 105**<br>**MEMPHIS, TN 38120** | | | **Stockholder** |
| **ARK LA MISS FARMS**<br>**7716 OLD CANTON RD.**<br>**MADISON, MS 39110** | | | **Stockholder** |
| **ATWOOD, EMMETT R.**<br>**P.O. BOX 79**<br>**VICKSBURG, MS 39181** | | | **Stockholder** |
| **BACONIA PLANTATION INC**<br>**P.O. BOX 335**<br>**CARY, MS 39054** | | | **Stockholder** |
| **BARTON FARM LLC**<br>**P.O. BOX 9**<br>**RAYMOND, MS 39154** | | | **Stockholder** |
| **BELLE MEADE PLANTATION**<br>**1306 RIVER BEND COVE**<br>**VICKSBURG, MS 39183** | | | **Stockholder** |

Sheet 1 of 7 in List of Equity Security Holders

In re:   **Valley Park Elevator Inc** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BOLL PLANTING COMPANY,**<br>**P.O. BOX 326**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **BOYKIN BROTHERS**<br>**P.O. BOX 254**<br>**HOLLANDALE, MS 38748** | | | Stockholder |
| **BRADWAY, BRAD**<br>**206 TURNBERRY LANE**<br>**STARKVILLE, MS 39759** | | | Stockholder |
| **BRAXTON JR, ROBERT E.**<br>**P.O. BOX 254**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **CARY ASSOCIATES**<br>**P.O.. BOX 187**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **CIRCLE Z**<br>**3360 FLOWEREE RD.**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **CLARK & CLARK**<br>**755 FRONT ST.**<br>**ANGUILLA, MS 38721** | | | Stockholder |
| **CLAY, ROBERT**<br>**343 CONNER RD.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **D&C FARMS**<br>**447 REDWOOD RD.**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **DAVID WANSLEY**<br>**120 BROOKWOOD DR.**<br>**VICKSBURG, MS 39183** | | | Stockholder |
| **DELTA WILDLIFE FORESTR**<br>**% Mr. STEVE BRUNSON**<br>**P.O. BOX 1720**<br>**COLLIERVILLE, TN 38027** | | | Stockholder |
| **DORNBUSCH, A.J.**<br>**3307 HIGHLAND DR.**<br>**VICKSBURG, MS 39180** | | | Stockholder |

List of equity security holders consists of 7 total page(s)

In re: **Valley Park Elevator Inc**      Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DORNBUSCH, JAKE**<br>**3360 FLOWEREE RD.**<br>**REDWOOD, MS 39156** | | | **Stockholder** |
| **DOUGLAS JETER JR.**<br>**447 REDWOOD RD.**<br>**REDWOOD, MS 39156** | | | **Stockholder** |
| **ELLIS, GARY**<br>**2221 BROWN RD.**<br>**HOLLANDALE, MS 38748** | | | **Stockholder** |
| **EWING FARMS**<br>**P.O. BOX 485**<br>**ANGUILLA, MS 38721** | | | **Stockholder** |
| **FLORENCE NEWMAN**<br>**P.O. BOX 234**<br>**VALLEY PARK, MS 39177** | | | **Stockholder** |
| **FLOWEREE PLANTING COMP**<br>**3360 FLOWEREE RD.**<br>**REDWOOD, MS 39156** | | | **Stockholder** |
| **FRISBEE, RALPH**<br>**% DENNIS FRISBEE**<br>**17989 SE Walnut Hill R**<br>**Amity, OR 97101-2104** | | | **Stockholder** |
| **HAMLIN & HAMLIN NP**<br>**P.O. BOX 216**<br>**GRACE, MS 38745** | | | **Stockholder** |
| **HAROLD, MAY**<br>**P.O. BOX 1249**<br>**CANTON, MS 39046** | | | **Stockholder** |
| **HEIGLE FARMS, JUNIOR**<br>**11585 HWY 1**<br>**ROLLING FORK, MS 39159** | | | **Stockholder** |
| **HELENA PARTNERS**<br>**P.O. BOX 247**<br>**ROLLING FORK, MS 39159** | | | **Stockholder** |
| **HOWLE PLANTING COMPANY**<br>**137 JEFFERSON ST.**<br>**ANGUILLA, MS 38721** | | | **Stockholder** |

List of equity security holders consists of 7 total page(s)

In re: **Valley Park Elevator Inc**  
        Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J & J FARMS**<br>204 MADISON RIDGE<br>VICKSBURG, MS 39180 | | | **Stockholder** |
| **J K M FARMS**<br>P.O. BOX 307<br>ANGUILLA, MS 38721 | | | **Stockholder** |
| **KELSO FARMS**<br>419 OMEGA RD.<br>ROLLING FORK, MS 39159 | | | **Stockholder** |
| **L&R FARMS**<br>661 BLACK BAYOU RD.<br>ROLLING FORK, MS 39159 | | | **Stockholder** |
| **LARRY D. WHITTEN**<br>P.O. BOX 215<br>VALLEY PARK, MS 39177 | | | **Stockholder** |
| **LITTLE ONWARD PLANTATI**<br>361 WEST LAKEVIEW<br>YAZOO CITY, MS 39194 | | | **Stockholder** |
| **MARTIN PLANTATION**<br>P.O. BOX 537<br>ROLLING FORK, MS 39159 | | | **Stockholder** |
| **MCKNIGHT & SONS, E.R.**<br>1306 RIVER BEND COVE<br>VICKSBURG, MS 39183 | | | **Stockholder** |
| **MCKNIGHT IV, E. R. (MA**<br>425 FOREST OAK LANE<br>VICKSBURG, MS 39180 | | | **Stockholder** |
| **O. J. SHARPE FARM**<br>431 CONNER RD.<br>ROLLING FORK, MS 39159 | | | **Stockholder** |
| **PORTER, CLIFTON & HOPE**<br>1221 WOODBERRY DR<br>MADISON, MS 39110 | | | **Stockholder** |
| **PRESLEY, MICHAEL**<br>P.O. BOX 463<br>BENTONIA, MS 39040 | | | **Stockholder** |

List of equity security holders consists of 7 total page(s)

In re: **Valley Park Elevator Inc**     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBERT BRAXTON SR.**<br>**% MRS. MARY BRAXTON**<br>**P.O. BOX 284**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **SAM FARMS GENERAL PART**<br>**MITCHELL WILLIS**<br>**ADDRESS UNKNOWN** | | | Stockholder |
| **SANDY BAYOU FARMS**<br>**1290 MATTHEWS RD.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **SHIPLAND FARMS**<br>**47 FITLER RD.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **SIMITH, JAMES W.**<br>**P.O. DRAWER 1987**<br>**LAUREL, MS 39441** | | | Stockholder |
| **SIMRALL & SIMRALL**<br>**5040 HWY 3**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **SIMRALL, JOHN K.**<br>**5040 HWY 3**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **THOMAS GREY WINDHAM**<br>**229 CARTER DR.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **TOM LEE / DBA HINTSON**<br>**10850 HWY 3**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **TOP DOG FARM**<br>**P.O. BOX 187**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **TOWELL, JIM**<br>**RT. 2, BOX 220**<br>**NORWOOD, MO 65717** | | | Stockholder |
| **VALLEY PARK PLANTATION**<br>**P.O. BOX 1101**<br>**VICKSBURG, MS 39181** | | | Stockholder |

List of equity security holders consists of 7 total page(s)

In re: **Valley Park Elevator Inc**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WARREN FARMS JOINT VEN**<br>**108 LEXINGTON DR.**<br>**MADISON, MS 39110** | | | Stockholder |
| **WAYE WINDHAM FARMS**<br>**3363 WILLETTE RD.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **WBS, INC.**<br>**106 CHANDLER'S COVE**<br>**VICKSBURG, MS 39183** | | | Stockholder |
| **WHITTEN III, JAMES W.**<br>**P.O. BOX 253**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **WHITTEN JR., JAMES W.**<br>**P.O. BOX 253**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **WHITTEN, BRADLEY**<br>**P.O. BOX 253**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **WHITTEN, MARY E.**<br>**P.O. BOX 253**<br>**VALLEY PARK, MS 39177** | | | Stockholder |
| **WILKES AND COMPANY**<br>**% DAN WILKES**<br>**5305 FLOWEREE RD.**<br>**REDWOOD, MS 39156** | | | Stockholder |
| **WILLIS JR, JESSE**<br>**126 WOODSTONE DR.**<br>**VICKSBURG, MS 39183** | | | Stockholder |
| **WILLIS SR., JESSE**<br>**% LUKE WILLIS**<br>**276 WILLIS RD.**<br>**ROLLING FORK, MS 39159** | | | Stockholder |
| **WOODRUFF INC, W. C.**<br>**586 GRACE RD.**<br>**GLEN ALLEN, MS 38744** | | | Stockholder |

List of equity security holders consists of 7 total page(s)

In re: **Valley Park Elevator Inc**     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WOODRUFF, RODNEY**<br>**% PATRICIA SMITH WOODR**<br>**109 CLARKDELL RD.**<br>**GLUCKSTAT, MS 39110** | | | **Stockholder** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 29, 2025**     Signature **/s/ David Johnson**
                                                                                        **David Johnson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 7 total page(s)

**MSSB-7007.1-BK (11/23)**

# United States Bankruptcy Court
# Southern District of Mississippi

In re **Valley Park Elevator Inc**
Debtor(s)

Case No.
Chapter **11**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **David Johnson**, a
[Name of Corporate Party]

**[Check One]**

- ☐ Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
- ■ Corporate **Debtor FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- ☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- ■ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **January 29, 2025**

**/s/ Thomas C. Rollins, Jr.**
Attorney Signature

**Thomas C. Rollins, Jr.**    **103469 MS**
Attorney Name    State Bar Number

**P.O. Box 13767**
**Jackson, MS 39236**

Address

**Jackson MS 39236-0000**
City, State, and Zip Code

**601-500-5533**    **trollins@therollinsfirm.com**
Telephone Number    Email Address

**Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.**