## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  **Valley Park Elevator Inc, Debtor**  **Case No. 25-00228-JAW**
                                                    **CHAPTER 11**

### DISCLOSURE STATEMENT

The Debtor-in-Possession in the above entitled Chapter 11 proceeding provides this .
Disclosure Statement to all claimants, creditors and interest holders of the Debtor-in-Possession
for the purpose of disclosing that information deemed by the Debtor-in-Possession as material,
important and necessary for such parties to arrive at a reasonably informed decision in
exercising their right to vote upon the Plan of Reorganization ("Plan") of the Debtor-in-
Possession. The original Plan of Reorganization has been filed with the Court Clerk and is being
submitted to all creditors simultaneously with the distribution of this Disclosure Statement.

### Definitions

A.    Allowed Claim. Allowed Claim shall mean a claim (i) in respect of which a
Proof of Claim or Application For Payment has been timely filed with the Court within the
period of limitations to the extent applicable, fixed by Rule 3003, and no objection has been
filed as to the Proof of Claim, or (ii) scheduled in the list of creditors prepared and filed with the
Court pursuant to Rule 1007, as amended, at least ten (10) days prior to the confirmation date
and not listed as disputed, contingent or unliquidated as to amounts, as to which no objection to
the allowance thereof has been interposed within or an Order of the Court entered, or as to
which any such objection has been determined by an Order or Judgment.

B.    Allowed Secured Claim. Allowed Secured Claim shall mean an allowed claim
secured by an enforceable lien, security interest, or other change against, or interest in, property
in which Debtor have an interest.

C.      Allowed Unsecured Claim. Allowed Unsecured Claim shall mean an allowed claim to the extent not secured by an enforceable lien, security interest, or other charge against or interest in property in which Debtor has an interest, or which is not subject to set-off under 5553 of the Code.

D.      Bankruptcy Code. Bankruptcy Code shall mean the codified bankruptcy law as set forth in Title XI of the United States Code and 101, et seq., as amended.

E.      Claim. Claim shall mean any right to claim payment or right to an equitable remedy for breach of performance, if such breach gives rise to a right to payment, against Debtor in existence on or as of Petition date, whether or not such right to payment or right to an equitable remedy is reduced to judgment, liquidated, undisputed, legal, secured or unsecured. "Claim" shall also mean a claim under § 507(a)(1) of the Code for which an Application for Approval is timely filed with the Court.

G.      Class. Class shall mean any class into which allowed claims are classified, pursuant to Article Il.

H.      Code. Code shall mean the Bankruptcy Code, 11 U.S.C., 5101, et seq., and any amendments thereof.

H.      Confirmation Date. Confirmation Date shall mean the date upon which the Order of Confirmation was entered by the Court.

J.      Court. Court shall mean the United States Bankruptcy Court for the Southern District of Mississippi, Jackson Division, in which the Debtor's Chapter 11 proceeding, pursuant to which the Plan is proposed, is pending, or such other Court having jurisdiction of this bankruptcy proceeding.

K.      Debtor. "Debtor" shall mean Valley Park Elevator Inc.

L.    <u>Effective Date of Plan</u>. Effective Date of Plan shall be fourteen (14) days from the entry of an Order confirming the Chapter 11 Plan.

M.    <u>Order of Confirmation</u>. Order of Confirmation shall mean the Order entered by the Court confirming this Plan, in accordance with the provisions of Chapter 11 of the Code.

N.    <u>Petition Date</u>. Petition Date shall mean the date on which the Debtor filed its Chapter 11 Petition with the Court.

**P.**    <u>Plan</u>. Plan shall mean this Chapter 11 Plan, as amended, in accordance with the terms hereof or modified in accordance with the Code.

Except as otherwise provided, or unless inconsistent with the manifest intentions of this Plan, all words and phrases shall have the meanings attributed to them in the Code.

<u>Background</u>

Valley Park Elevator, Inc. is a cooperative-owned grain elevator located in Valley Park, Mississippi. It has successfully operated for the benefit of its local farmer owners since 1967. However, due to market conditions beyond the control of VPE, VPE has been unable to be profitable in five of the last six fiscal years creating a severe cash shortfall for the company.

The initial event creating financial VPE was the 2019 flood of the Mississippi River into the Mississippi Delta. This flood caused substantial crop loss to area farmers that were then consequently unable to bring their crops to the elevator. The grain elevator business is typically a low margin, high volume business making such a loss of volume highly detrimental to the financial operations of the business. Nevertheless, due to the strong financial condition of VPE at that time, VPE was able to continue its operations.

Unfortunately, the hits kept coming for VPE. The 2019 flood was followed by more flooding in 2020. 2021 was a good year for both farming and the elevator, but it was followed

by dry conditions in 2022 and 2023. These conditions affected both crop yield and the ability to ship that yield on the Mississippi River. These drought events created low river conditions requiring VPE to incur substantial storage and shipping costs that was unable to offset.  In order to have sufficient cash flow for operations, VPE sought to borrow against its facility for both short and long-term financing. While the loans were helpful in keeping VPE in the short-term, the high costs of the lending facilities only added to the financial strain of VPE.

Due to the severe financial strain of the business, VPE attempted to increase the revenue it earned on the grain it took in from farmers for the 2024 farm season. Unfortunately, this had the secondary effect of reducing the number of farmers bringing grain to the elevator in 2024 creating another substantial loss for VPE for the 2024 fiscal year.

As a result of these events, VPE recognized its insolvency in the fall of 2024 and sought bankruptcy protection in January of 2025.

<u>Financial Information</u>

VPE operations have change dramatically since filing the bankruptcy petition. VPE has determined that it will be best to cease operation as a grain elevator and instead proceed as a grain storage facility.

VPE has a strong cash position and projects that it will have sufficient income to fund the plan as evidenced by the attached cash flow projection.

A Liquidation Analysis is found on Official Form 206Sum found in the schedules attached as Exhibit "A."  The hypothetical liquidation of Debtor's assets would yield little distribution to holders of unsecured claims and it would deprive local farmers of a convenient storage facility for their grain.

VPE's assets are disclosed on Schedules A and B, copies of which are attached hereto and incorporated herein by reference as collective Exhibit "A". VPE's secured and unsecured creditors are reflected in schedules D, E, and F, copies of which are attached hereto and incorporated herein by reference as collective Exhibit "B."

<u>Disclosure of Fees</u>

On February 25, 2025, an Order (Dk # 39) was entered employing Thomas Rollins and David Lynch as attorneys for VPE.  At the time of this disclosure statement and Plan being filed, no fee application has been filed on behalf of debtor's attorneys.

<u>Description of Plan. Method of Execution and Source of Funds</u>

The debtor seeks to confirm a Chapter 11 plan that pays secured claims in full and converts unsecured claims into equity in the reorganized debtor.  Under the plan, unsecured creditors will receive an equity interest in the reorganized debtor in proportion to their unsecured claims.  Unsecured creditors will not receive any cash distribution but will instead accept ownership of the reorganized debtor and the right to share in future profits and distributions.

All allowed expenses of administration of attorneys and certified public accountants for the Debtor, to be paid as and when due, to the extent allowed and ordered by the Court.

The debtor/reorganized debtor shall pay to the United States Trustee, the appropriate sum required by 28 U.S.C. 1903(a)(6)  within ten (10) days of the entry of an order confirming the debtor's plan.

The Debtor/reorganized debtor shall timely pay to the United States Trustee any and all post confirmation quarterly fees as required by 28 U.S.C. 1903(a)(6) until such time as this case is converted, dismissed or closed by the court. Additionally, the debtor/reorganized debtor shall

submit to the United States Trustee post confirmation monthly operating reports in the format prescribed by the United States Trustee until such time as this case is converted, dismissed or closed by the Court.

<u>Class 1 Creditors.</u>      Class 1 consists of the administrative claims as follows:

Debtor's counsel Thomas Rollins, and David Lynch – shall be paid upon entry of an order approving fees.

<u>Class 2 Creditor.</u>      Class 2 consists of unsecured priority claims of the Internal Revenue Service ("IRS") and Mississippi Department of Revenue ("MDoR") (collectively "Taxing Authority")

The Debtor acknowledges that the IRS and MDoR may assert claims against the Debtor entitled to priority under 11 U.S.C. 507(a)(8) (the "Priority Tax Claims").

In the event a Taxing Authority amends a previously filed General Unsecured Claim to assert a Priority Tax Claim, such amended Priority Tax Claim shall receive a Pro Rata share of the Net Distributable Assets in cash on the Effective Date of the Plan or as soon as practicable thereafter, before any distribution is made to the holders of Allowed General Unsecured Claims or equity security holders.

The Debtor reserves the right to object to any Priority Tax Claim.

<u>Class 3 Creditors.</u>      United Bank – Term Loan

United holds a secured claim against the Debtor, which is secured by a perfected lien on certain real estate owned by the Debtor; and an unperfected lien on a bank account held by the Debtor.  The Debtor shall pay this claim in full on the Effective Date.

<u>Class 4 Creditors</u>        United Bank – Letters of Credit

Effective as of the Plan Effective Date, the Debtor shall take all necessary actions to cancel Irrevocable Standby Letters of Credit Nos. 111654 and 111655 (the "Letters of Credit") issued by United Bank (the "Issuing Bank"). The Letters of Credit shall be deemed cancelled as of their expiration date, July 31, 2025.

<u>Class 5 Creditors</u>        U.S. Small Business Administration

SBA's claim shall be treated as unimpaired under this Chapter 11 Plan (the "Plan").

<u>Class 6 Creditors.</u>        <u>KCoe Isom, LLP (Unsecured Claim for Pre-petition professional services)</u>

KCoe Isom, LLP's unsecured claim shall be paid in full upon confirmation.

<u>Class 7 Creditors.</u>        Other General Unsecured Creditors

On the Effective Date, each holder of an Allowed General Unsecured Claim, other than KCoe Isom, LLP, shall receive, in full and final satisfaction, settlement, release, and discharge of such Allowed General Unsecured Claim, its Pro Rata share of 100% of the New Common Stock to be issued by the Reorganized Debtor.

<u>Class 5 Creditors.</u>        Equity Interests

The interests of equity security holders shall be cancelled and terminated upon confirmation of the Plan of Reorganizations.

<u>Executory Contracts and Unexpired Leases.</u>

The Debtor currently maintains a month-to-month agreement with Rocking B's Enterprises to lease outside facilities at a rate of $1,000.00 per month. In addition, the Debtor pays Rocking B's Enterprises $7,500.00 per barge load for stevedoring services and use of marine equipment. The Debtor assumes this agreement/contract as part of its ongoing operations.

Any other executory contract or unexpired lease that VPE is a party to will be deemed rejected as of the Effective Date unless previously assumed by motion and order of the court. Claims created by the rejection of an executory contract or lease will be served on Debtor's counsel and filed with the court within sixty (60) days after entry of the final Order Confirming the Plan.  Any claim not filed within such time will be forever barred as against the estate and the Debtor.  Claims arising from the rejection of executory contracts or unexpired leases will be treated as Class 4 General Unsecured Creditors.

<u>Modification or Withdrawal of the Plan.</u>

VPE may amend, modify or withdraw the plan at any time prior to confirmation without the approval of the Court. After confirmation, VPE may only modify the plan before substantial consummation and with the approval of the Court.

<u>Description of Post-Confirmation Management</u>

The management to VPE shall remain the same as the pre-petition and post-petition management.

<u>Tax Consequences</u>

There are no known tax consequences that would be the result of confirmation of the Plan. PARTIES IN INTEREST SHOULD CONULT WITH INDEPENDENT TAX ADIVSORS

REGARDING THEIR INDIVIDUAL TAX CONSEQUENCES OR LIABILITIES RELATED TO THE TRANACTIONS CONTEMPLATED IN THE PROPOSED PLAN.

<u>Description of Pending/Contemplated Litigation</u>

VPE, as representative of the bankruptcy estate, reserves the exclusive right to initiate and pursue any and all claims and causes of action belonging to the estate, including but not limited to avoidance actions, under the jurisdiction of the courts of the State of Mississippi and subject to the applicable laws and regulations of Mississippi (the "Mississippi Claims") in addition to, and not in limitation of, the Debtor's rights under the Bankruptcy Code.

Any funds recovered from these causes of action will be used to fund the Plan.

<u>Consequences of Denial of Confirmation</u>

Chapter 11 provides a structured process for the Debtor to restructure its business. The Debtor has provided a viable plan to continue operations.  A Chapter 7 trustee would be in a worse position to maximize the value of debtor's assets. Dismissal of the case would result in unequal treatment of unsecured creditors. Confirmation of the Chapter 11 Plan in the best interest of all parties in interest.

Respectfully submitted,

By: <u>/s/ Thomas C. Rollins Jr.</u>
        Thomas C. Rollins, Jr.
        Attorney for Valley Park Elevator Inc.

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5333
<u>trollins@therollinsfirm.com</u>

**Fill in this information to identify the case:**

Debtor name  **Valley Park Elevator Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **25-00228**

Ɏ   Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*................................................................................... $    **3,676,065.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................ $    **2,977,063.00**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................... $    **6,653,128.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **1,869,610.92**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **8,063,999.05**

4.  Total liabilities ................................................................................................................
Lines 2 + 3a + 3b      $    **9,933,609.97**



**DEBTOR'S EXHIBIT**
# A
The Rollins Law Firm, PLLC

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Valley Park Elevator Inc** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-00228** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- *Schedule H: Codebtors* (Official Form 206H)
- *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- Amended *Schedule*
- *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2025**          *X* **/s/ David Johnson**
                                             Signature of individual signing on behalf of debtor

                                             **David Johnson**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Valley Park Elevator Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **25-00228**

Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

   No.  Go to Part 2.

   Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2.    **Cash on hand** | | **$431.17** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Bank CD** | | | **$400,000.00** |
| 3.2. | **Bank of Anguilla - Checking** | | | **$71,787.78** |
| 3.3. | **United Bank - Savings** | | | **$5,904.85** |
| 3.4. | **River Hills Bank - Checking** | | | **$500,600.25** |
| 3.5. | **FCSSTONE HEDGE** | | | **$135.23** |
| 3.6. | **River Hills Bank - Money Market** | | | **$1,051.03** |

| Debtor | **Valley Park Elevator Inc** | Case number *(if known)* **25-00228** |
|---|---|---|
| | Name | |

3.7. **United Bank - Checking**                                                    $1,459,657.45

---

4.    **Other cash equivalents** *(Identify all)*

4.1.   **Life Insurance cash surrender value**                                    $426,224.90

---

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,865,792.66 |
|---|

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

No.  Go to Part 3.

Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

No.  Go to Part 4.

Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **44,354.04** | - | **0.00** | = .... | **$44,354.04** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,886.53** | - | **0.00** | = .... | **$4,886.53** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **56,229.77** | - | **0.00** | = .... | **$56,229.77** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $105,470.34 |
|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

No.  Go to Part 5.

Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**

Debtor    **Valley Park Elevator Inc**                                  Case number *(If known)* **25-00228**
_____
Name

Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

      **Stock in grain elevator - book value**
      **$763,157.63, real value uncertain**
      **Farmers Grain Terminal, Inc**
      **P.O. Drawer 1796**

15.1.  **Greenville, MS 38702-1796** _____  ____ %  _____       **Unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                               **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    No.  Go to Part 6.
    Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    No.  Go to Part 7.
    Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    No.  Go to Part 8.
    Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Furniture and Equptment** | **$5,300.00** | | **$5,300.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                               **$5,300.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    No
    Yes

Debtor   **Valley Park Elevator Inc**                    Case number *(If known)* **25-00228**
         Name

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

        ☐ No

        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **1993 Caterpillar Forklift** | $0.00 | | $500.00 |

51.     **Total of Part 8.**                                                      | $500.00 |

        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**

        ☐ No

        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

        ☐ No

        ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.<br>    **Land** | | $0.00 | | $26,250.00 |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

Debtor   **Valley Park Elevator Inc**
Name

Case number *(If known)* **25-00228**

| 55.2. | **Plant and Equiptment- see attached** | | $7,203,899.00 | | $3,601,950.00 |
|---|---|---|---|---|---|

| 55.3. | **2 Houses located on the real estate which are used for storage, breakroom and grain testing** | | $0.00 | | $47,865.00 |
|---|---|---|---|---|---|

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$3,676,065.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
   No
   Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   No
   Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   No.  Go to Part 11.
   Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   No.  Go to Part 12.
   Yes Fill in the information below.

**Current value of debtor's interest**

**71.**   **Notes receivable**
Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**As of 6/30/2023, the NOL was $333,604. Remaining NOLs include $145,155 from 6/30/2020 and $431,833 from 6/30/2021, totaling $910,592.**

**2024 NOL unknown**

Tax year

$0.00

**73.**   **Interests in insurance policies or annuities**

**New York Life - Cash Value disclosed above**

Unknown

| Debtor | **Valley Park Elevator Inc** | Case number *(if known)* **25-00228** |
| | Name | |

**Nationwide Agribusiness Insurance Company:**
**Commercial Geneal Liability**
**Automobile Liability**
**Umbrells**
**Workers Comp**
**Property**

**Unknown**

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Avoidance actions, along with other claims and causes of action arising from pre-petition payments and conduct, are currently under investigation. This information will be supplemented as additional details become available.**

**Unknown**

Nature of claim

Amount requested **$0.00**

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

No
Yes

Debtor   **Valley Park Elevator Inc**
         Name

Case number *(If known)*   **25-00228**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,865,792.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $105,470.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $3,676,065.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,977,063.00 + 91b. | $3,676,065.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,653,128.00 |

| Location Number | Building / Structural # | Building Description | Industry | Asset Type | Story Height | # of Stories | Sprinklered | Original Yr. Built | Construction Type | Unit of Measure | Capacity | CoreLogic/TKE | Building Limit - Policy | Estimated Value | % of ITV - Policy | Loss Settlement - Policy | BPP limit - Policy | Stock limit - Policy | BI limit - Policy | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Hopper Bottom Tank 12KBU 1 of 2 | GRAIN | Bin - Hopper Bottom | | | FALSE | 2001 | ISO 3 - Non Combustible | Bushel | 12500 | $147,625 | $110,000 | $55,000 | 74% | ACV | | | | |
| 1 | 2 | Hopper Bottom Tank 12KBU 2 of 2 | GRAIN | Bin - Hopper Bottom | | | FALSE | 2001 | ISO 3 - Non Combustible | Bushel | 12500 | $147,625 | $110,000 | $55,000 | 74% | ACV | | | | |
| 1 | 3 | Tank No. 3  100KBU | GRAIN | Bin Corrugated Steel Slab Foundation | | | FALSE | 2008 | ISO 3 - Non Combustible | Bushel | 100000 | $449,000 | $331,500 | $165,750 | 73% | ACV | | | | |
| 1 | 4 | Tank No. 4  100KBU | GRAIN | Bin Corrugated Steel Slab Foundation | | | FALSE | 2006 | ISO 3 - Non Combustible | Bushel | 100000 | $449,000 | $331,500 | $165,750 | 73% | ACV | | | | |
| 1 | 5 | Tank No. 5  300KBU | GRAIN | Bin Corrugated Steel Slab Foundation | | | FALSE | 1995 | ISO 3 - Non Combustible | Bushel | 300000 | $891,000 | $475,000 | $237,500 | 53% | ST-ACV | | | | |
| 1 | 6 | Tank No. 6  300KBU | GRAIN | Bin Corrugated Steel Slab Foundation | | | FALSE | 1995 | ISO 3 - Non Combustible | Bushel | 300000 | $891,000 | $475,000 | $237,500 | 53% | ST-ACV | | | | |
| 1 | 7 | Tank No. 7  500KBU | GRAIN | Bin Corrugated Steel Raised Foundation | | | FALSE | 2001 | ISO 3 - Non Combustible | Bushel | 500000 | $1,860,000 | $1,250,000 | $625,000 | 67% | ACV | | | | |
| 1 | 8 | Tank No. 8  600KBU | GRAIN | Bin Corrugated Steel Raised Foundation | | | FALSE | 2008 | ISO 3 - Non Combustible | Bushel | 600000 | $1,788,000 | $1,375,000 | $687,500 | 76% | ACV | | | | |
| 1 | 9 | Overhead  Loadout over Scale 2 8KBU | GRAIN | Bin - Overhead  Loadout | | | FALSE | 2008 | ISO 3 - Non Combustible | Bushel | 8000 | $200,720 | $116,000 | $58,000 | 57% | ST-ACV | | | | |
| 1 | 10 | Outdoor Ground Pile 525KBU | GRAIN | Outdoor Ground Pile - Covered Bunker (includes equipment) | | | FALSE | 2008 | ISO 3 - Non Combustible | Bushel | 515000 | $643,750 | $175,000 | $87,500 | 27% | ST-ACV | | | | |
| 1 | 11 | LEASED OUT WAREHOUSE 4560SQFT | INDUSTRIAL | Warehouse, Light | 15 | 1 | FALSE | 1995 | ISO-3 - Non Combustible | SF | 4560 | $364,557 | $96,000 | $48,000 | 26% | ST-ACV | | | | |
| 1 | 12 | Office adjacent to SE side of tanks 11525QFT | OFFICES | Office, Low Rise (1 to 4 Stories) | 15 | 1 | FALSE | 1995 | ISO-1 - Frame | SF | 1152 | $215,081 | $135,720 | $67,860 | 63% | ST-ACV | | | | |
| 1 | 13 | Truck Scale 1 OF 3  50T Fairbanks | GENERAL | Truck Scale | | | FALSE | 1998 | ISO-3 - Non Combustible | Tons | 50 | $131,250 | $105,000 | $52,500 | 80% | ACV | | | | |
| 1 | 14 | Truck Scale 2 OF 3  75T Rice Lakes | GENERAL | Truck Scale | | | FALSE | 2008 | ISO-3 - Non Combustible | Tons | 75 | $198,875 | $125,000 | $62,500 | 63% | ST-ACV | | | | |
| 1 | 15 | Truck Scale 3 of 3  75T Rice Lakes | GENERAL | Truck Scale | | | FALSE | 2008 | ISO-3 - Non Combustible | Tons | 75 | $198,875 | $125,000 | $62,500 | 63% | ST-ACV | | | | |
| 1 | 16 | Truck Load Out and Receiving Shed 12105F | GRAIN | Truck Load Out and Receiving Shed | | | FALSE | 2008 | ISO-3 - Non Combustible | SF | 1210 | $86,648 | $47,000 | $23,500 | 54% | ST-ACV | | | | |
| 1 | 17 | Outdoor Truck Receiving Pit 16K BUHR | GRAIN | Outdoor Truck Receiving Pit (not including bucket elevator or building) | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel | 16000 | $758,960 | $128,000 | $64,000 | 16% | ST-ACV | | | | |
| 1 | 18 | Overhead load out bin over scale 2200BU | GRAIN | Bin - Overhead Loadout | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel | 2200 | $55,196 | $28,547 | $14,274 | 51% | ST-ACV | | | | |
| 1 | 19 | Truck Load Out and Receiving Shed 1890SF | GRAIN | Truck Load Out and Receiving Shed | | | FALSE | 2008 | ISO-2 - Non Combustible | SF | 1890 | $135,343 | $74,000 | $37,000 | 54% | ST-ACV | | | | |
| 1 | 20 | Elevator Leg 1  105FT 16K BUHR | GRAIN | Bucket Elevator 105' Discharge Height | | | FALSE | 1995 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $293,465 | $65,000 | $42,500 | 28% | ST-ACV | | | | |
| 1 | 21 | Load Out Little Leg 105FT 12K BUHR | GRAIN | Bucket Elevator 105' Discharge Height | | | FALSE | 2002 | ISO-3 - Non Combustible | Bushel/Hr | 12000 | $219,062 | $75,000 | $37,500 | 34% | ST-ACV | | | | |
| 1 | 22 | Truck Load Out and Receiving Shed 1964SF | GRAIN | Truck Load Out and Receiving Shed | 15 | 1 | FALSE | 2008 | ISO-3 - Non Combustible | SF | 1964 | $136,345 | $74,000 | $37,000 | 54% | ST-ACV | | | | |
| 1 | 23 | BUCKET ELEVATOR 135FT 16K BUHR | GRAIN | Bucket Elevator 135' Discharge Height (W/ Support Tower) | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $768,113 | $85,000 | $42,500 | 11% | ST-ACV | | | | |
| 1 | 24 | OSI Elevator Leg west of office 135FT 16K BUHR | GRAIN | Bucket Elevator 135' Discharge Height (W/ Support Tower) | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $768,113 | $85,000 | $42,500 | 11% | ST-ACV | | | | |
| 1 | 25 | Lab and Breakroom | INDUSTRIAL | Production Laboratory | | | FALSE | 1968 | ISO-2 - Jointed Masonry | SF | 1500 | $428,218 | $30,000 | $15,000 | 7% | ST-ACV | | | | |
| 1 | 26 | Dwelling used as Misc Storage Bldg by Lab Bldg | LODGING | House, Single Family | 15 | 1 | FALSE | 1968 | ISO-2 - Jointed Masonry | SF | 1500 | $228,905 | $30,000 | $15,000 | 13% | ST-ACV | | | | |
| 1 | 27 | Truck Probe | GRAIN | Grain Probe | | | FALSE | 2008 | ISO-1 - Non Combustible | Each | 1 | $25,000 | $20,000 | $10,000 | 80% | ACV | | | | |
| 1 | 28 | Site 19 Leg Tower 130FT 16K BUHR | GRAIN | Bucket Elevator 130' Discharge Height (W/ Support Tower) | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $757,858 | $125,000 | $62,500 | 16% | ST-ACV | $100,000 | $16,500,000 | $2,000,000 | |
| 1 | 29 | Site between tanks 3 4 5 and 5 6 support towers | GRAIN | Bucket Elevator 105' Discharge Height (W/ Support Tower) | | | FALSE | 1995 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $686,930 | $40,000 | $20,000 | 6% | ST-ACV | | | | |
| 1 | 30 | Site between 8 & 10 supports pod conveyor | GRAIN | Bucket Elevator 15 Discharge Height | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | | | $20,000 | $10,000 | | ST-ACV | | | | |
| 1 | 31 | Bottom reclaim belt in tunnel 1 thru 6 | GRAIN | Conveyor 140' | | | FALSE | 1995 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $164,078 | $30,000 | $15,000 | 18% | ST-ACV | | | | |
| 1 | 32 | Bottom reclaim GSI drag under tank 7 | GRAIN | Conveyor 135' | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $160,145 | $55,000 | $27,500 | 34% | ST-ACV | | | | |
| 1 | 33 | GSI Incline drag tank 7 to Pit 3 drag | GRAIN | Conveyor 70' | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $93,118 | $35,000 | $17,500 | 37% | ST-ACV | | | | |
| 1 | 34 | Bottom reclaim GSI drag under tank 8 | GRAIN | Conveyor 135' | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $152,385 | $55,000 | $27,500 | 36% | ST-ACV | | | | |
| 1 | 35 | Bottom reclaim GSI drag under pit 2 | GRAIN | Conveyor 70' | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $93,118 | $28,000 | $14,000 | 30% | ST-ACV | | | | |
| 1 | 36 | GSI Incline pit 2 drag to elevator site 20 | GRAIN | Conveyor 70' | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $93,118 | $28,000 | $14,000 | 30% | ST-ACV | | | | |
| 1 | 37 | 1 of 2 Extrusider overhead dragleg on site map 15 known as Leg 1. North drag discharge tank 6 | GRAIN | Conveyor 100' | | | FALSE | 2020 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $126,402 | $65,000 | $32,500 | 51% | ST-ACV | | | | |
| 1 | 38 | 2 of 2 Extrusider overhead drag leg on site map 15 known as Leg 1. South drag discharges tank 5 | GRAIN | Conveyor 100' | | | FALSE | 2020 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $126,402 | $65,000 | $32,500 | 51% | ST-ACV | | | | |
| 1 | 39 | GSI overhead conveyor to tanks 5 & 7 referred to as BJ over drag. | GRAIN | Conveyor 240' | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | | $95,000 | $47,500 | | ST-ACV | | | | |
| 1 | 40 | GSI overhead incline conveyor above to tank number 7 | GRAIN | Conveyor 140' | | | FALSE | 2001 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $164,078 | $55,000 | $27,500 | 33% | ST-ACV | | | | |
| 1 | 41 | GSI overhead bin from leg 3 to tank 8 | GRAIN | Conveyor 125' | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $152,385 | $45,000 | $22,500 | 29% | ST-ACV | | | | |
| 1 | 42 | GSI overhead conveyor from tank 8 out to ground pod lower | GRAIN | Conveyor 125' | | | FALSE | 2008 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $152,385 | $45,000 | $22,500 | 29% | ST-ACV | | | | |
| 1 | 43 | Sign | MANUAL ENTRY | Sign | | | FALSE | | | | | | | $0 | | EXC | | | | |
| 1 | 44 | Canopy | FUEL | Gas Canopy | | | FALSE | | | | | | $61 | | $0 | | EXC | | | | |
| 2 | 1 | GSI Hopper Bottom 20KBU | GRAIN | Bin - Hopper Bottom | 15 | 1 | FALSE | 2014 | ISO-1 - Non Combustible | Bushel | 20000 | $231,600 | $80,000 | $40,000 | 34% | ST-ACV | $50,000 | $250,000 | $600,000 | |
| 2 | 2 | Tronix Truck Scale 60T | GENERAL | Truck Scale | 15 | 1 | FALSE | 2014 | ISO-3 - Non Combustible | Tons | 65 | $170,625 | $24,000 | $12,000 | 14% | ST-ACV | | | | |
| 2 | 3 | Intersystems Super Truck Probe | GRAIN | Grain Probe | 15 | 1 | FALSE | 2014 | ISO-3 - Non Combustible | Each | 1 | $25,000 | $20,000 | $10,000 | 80% | ACV | | | | |
| 2 | 4 | Dump Pit Drag Conveyor to Leg 120FT 16K BUHR | GRAIN | Conveyor 135' | 15 | 1 | FALSE | 2014 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $114,595 | $55,000 | $27,500 | 47% | ST-ACV | | | | |
| 2 | 5 | Hopper Tank 500BU | GRAIN | Bin - Hopper Bottom | 15 | 1 | FALSE | 2014 | ISO-1 - Non Combustible | Bushel | 500 | $5,790 | $4,632 | $2,316 | 80% | ACV | | | | |
| 2 | 6 | Leg Distributor Load out spout K Valve 65FT 16K BUHR | GRAIN | Bucket Elevator 65' Discharge Height (W/ Support Tower) | 15 | 1 | FALSE | 2014 | ISO-3 - Non Combustible | Bushel/Hr | 16000 | $430,929 | $115,000 | $57,500 | 26% | ST-ACV | | | | |
| 2 | 7 | Leased Modular Office 1000SF | OFFICES | Office, Low Rise (1 to 4 Stories) | 15 | 1 | FALSE | 2020 | ISO-1 - Non Combustible | SF | 1000 | $234,782 | $22,000 | $11,000 | 9% | ST-ACV | | | | |
| | | | | | | | | | | | | **TOTALS:** | **$16,509,416** | **$7,203,899** | **$3,601,950** | | | | | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Valley Park Elevator Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **25-00228**

Ɏ   Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   Ɏ   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ›   Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Small Business Adminis**<br>Creditor's Name<br><br>**P.O. Box 740192**<br>**Atlanta, GA 30374-0192**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Plant and Equiptment- see attached** | $470,300.22 | $3,601,950.00 |

Describe the lien

**Is the creditor an insider or related party?**
›   No
Ɏ   Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
›   No
Ɏ   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
Ɏ   No
›   Yes. Specify each creditor, including this creditor and its relative priority.
**1. United Bank**
**2. Small Business Adminis**

**As of the petition filing date, the claim is:**
Check all that apply
Ɏ   Contingent
Ɏ   Unliquidated
Ɏ   Disputed

| **2.2**   **United Bank**<br>Creditor's Name<br><br>**PO Box 8**<br>**Atmore, AL 36504**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Plant and Equiptment, Land** | $1,399,310.70 | $3,601,950.00 |

Describe the lien

**Is the creditor an insider or related party?**
›   No
Ɏ   Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
›   No
Ɏ   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D     Schedu[le D: Creditors Who Have Claims Sec]ured by Property     page 1 of 2



DEBTOR'S EXHIBIT
**B**
The Rollins Law Firm, PLLC

| Debtor | **Valley Park Elevator Inc** | | Case number (if known) | **25-00228** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Ý No | Ý Contingent |
| › Yes. Specify each creditor, including this creditor and its relative priority. | Ý Unliquidated |
| **Specified on line 2.1** | Ý Disputed |

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,869,610.92** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Attorney's Office**<br>**501 E Court St**<br>**Ste. 4.430**<br>**Jackson, MS 39201** | Line  **2.1** | |
| **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line  **2.1** | |

---

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 2 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Valley Park Elevator Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **25-00228**

Ÿ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   Ÿ No. Go to Part 2.

   › Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Servi<br>c/o US Attorney<br>Ethridge Building<br>900 Jefferson Ave<br>Oxford, MS 38655** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>Ÿ Contingent<br>Ÿ Unliquidated<br>Ÿ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>› No<br>Ÿ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**MS Dept of Revenue<br>Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>Ÿ Contingent<br>Ÿ Unliquidated<br>Ÿ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>› No<br>Ÿ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Valley Park Elevator Inc** | | Case number (if known) | **25-00228** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,569.04 |
|---|---|---|---|

**Aden Wansley Farms LLC**
**108 TWIN CREEKS DR.**
**Vicksburg, MS 39180**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $344,991.07 |
|---|---|---|---|

**ARO INC**
**3360 Floweree Rd.**
**Redwood, MS 39156**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,086,968.66 |
|---|---|---|---|

**B & B FARMS**
**P.O. Box 254**
**Valley Park, MS 39177**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74,410.95 |
|---|---|---|---|

**BELLE MEADE PLANTATION**
**1306 RIVER BEND COVE**
**Vicksburg, MS 39183**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,055,566.19 |
|---|---|---|---|

**CIRCLE Z**
**3360 FLOWEREE RD.**
**Redwood, MS 39156**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,146,003.29 |
|---|---|---|---|

**CLARK & CLARK**
**755 FRONT ST.**
**Anguilla, MS 38721**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175,389.43 |
|---|---|---|---|

**D&C FARMS**
**447 REDWOOD RD.**
**Redwood, MS 39156**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? › No  Ÿ Yes

---

| Debtor | **Valley Park Elevator Inc** | | Case number (*if known*) | **25-00228** |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102,611.60**
---|---|---|---

**DAVID WANSLEY**
**120 BROOKWOOD DR.**
**Vicksburg, MS 39183**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364,391.01**
---|---|---|---

**EWING FARMS**
**P.O. BOX 485**
**Anguilla, MS 38721**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153,312.16**
---|---|---|---

**FLOWEREE PLANTING COMP**
**3360 FLOWEREE RD.**
**Redwood, MS 39156**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392,317.31**
---|---|---|---

**KELSO FARMS**
**419 OMEGA RD.**
**Rolling Fork, MS 39159**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,811.81**
---|---|---|---

**MCKNIGHT IV, E. R. (MA**
**425 FOREST OAK LANE**
**Vicksburg, MS 39180**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,586.11**
---|---|---|---

**TIM BARNETTE**
**1257 Dixie Rd**
**Rolling Fork, MS 39159**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209,880.71**
---|---|---|---

**TOM LEE / DBA HINTSON**
**10850 HWY 3**
**Redwood, MS 39156**

Ÿ Contingent
Ÿ Unliquidated
Ÿ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? › No  Ÿ Yes

---

| Debtor | **Valley Park Elevator Inc** | Case number (if known) | **25-00228** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,877.82 |
|---|---|---|---|

**WANSLEY PARTNERSHIP**
**120 Brookwood Dr**
**Vicksburg, MS 39183**

Ỿ Contingent
Ỿ Unliquidated
Ỿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? 〉 No Ỿ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627,311.89 |
|---|---|---|---|

**WHITTEN & WHITTEN INC.**
**P.O. BOX 253**
**Valley Park, MS 39177**

Ỿ Contingent
Ỿ Unliquidated
Ỿ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? 〉 No Ỿ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Servi** **Centralized Insolvency** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | Line **2.1** <br> Ỿ Not listed. Explain ____ | _ |
| 4.2 | **MS Dept of Revenue** **c/o MS AG** **550 High Street** **Jackson, MS 39201** | Line **2.2** <br> Ỿ Not listed. Explain ____ | _ |
| 4.3 | **US Attorney General** **US Dept of Justice** **950 Pennsylvania AveNW** **Washington, DC 20530-0001** | Line **2.1** <br> Ỿ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,063,999.05 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 8,063,999.05 |

---

**Fill in this information to identify the case:**

Debtor name **Valley Park Elevator Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **25-00228**

Ῠ   Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

Ῠ   No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

›   Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **A verbal agreement as follows: 1. Valley Park to maintain 20,000 bond 2. Valley Park to pay $1,000 per month rent, and 3. $7,500 per barge for each barge loaded. Valley Park receives the grain, unload trucks and Rocking B's Enterprise handles the stevedoring and marine equipment.** | |
| State the term remaining | **month to month** | |
| List the contract number of any government contract | | **Rocking B's Enterprise 565 Industrial Dr Vicksburg, MS 39183** |

**Fill in this information to identify the case:**

Debtor name __**Valley Park Elevator Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) __**25-00228**__

ᵞ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

› No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

ᵞ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ᵞ D<br>ᵞ E/F<br>ᵞ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ᵞ D<br>ᵞ E/F<br>ᵞ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ᵞ D<br>ᵞ E/F<br>ᵞ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ᵞ D<br>ᵞ E/F<br>ᵞ G |