___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

VALLEY PARK ELEVATOR INC.,                           CASE NO. 25-00228-JAW

DEBTOR-IN-POSSESSION.                                CHAPTER 11

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, its creditors, and other parties in interest:

A disclosure statement (Dkt. #60) and a plan (Dkt. #59) under chapter 11 of the U.S. Bankruptcy Code having been filed by the Debtor-in-Possession on May 29, 2025,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

1. The hearing to consider the approval of the disclosure statement shall be held at the U.S. Bankruptcy Court for the Southern District of Mississippi, Bankruptcy Courtroom 4C, Thad Cochran U.S. Courthouse, 501 East Court Street, Jackson, Mississippi, on August 12, 2025 at 10:00 a.m.

2. July 16, 2025 is fixed as the last day for filing and serving written objections to the disclosure statement in accordance with Fed. R. Bankr. P. 3017(a). Any party objecting to the adequacy of the information contained in the disclosure statement shall submit such objection to the Clerk of the Court and also shall serve a copy thereof upon the debtor's attorney, Thomas Carl Rollins, Jr., Esq., The Rollins Law Firm, PLLC, P O Box 13767, Jackson MS 39236. Attorneys

and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. Miss. Bankr. L.R. 5005-1(a)(2)(A). Those granted an exception from mandatory electronic filing shall submit any such objection to the Clerk of the Court, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201. Miss. Bankr. L.R. 5005-1(a)(2)(B). A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in U.S. Bankruptcy Court only through a licensed attorney. Miss. Bankr. L.R. 9010-1(b)(2)(C).

3. Within 5 days after entry of this order and notice, the disclosure statement and plan shall be distributed with a copy of this order and notice by the debtor's attorney in accordance with Fed. R. Bankr. P. 3017(a). A certificate of service shall be filed with the Clerk of the Court within 7 days of compliance with this requirement.

4. Requests for copies of the disclosure statement and plan shall be mailed to the debtor through counsel, Thomas Carl Rollins, Jr., Esq. at The Rollins Law Firm, PLLC, P O Box 13767, Jackson MS 39236.

##END OF ORDER##