___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re | Case No. 25-00228-JAW |
| VALLEY PARK ELEVATOR INC., | Chapter 11 |
| Debtor. | Hon. Jamie A. Wilson |

### AGREED ORDER RESOLVING OBJECTION TO DISCLOSURE STATEMENT

This matter came before the Court upon the *Objection to Disclosure Statement* (Dkt. 66) (the "Objection") filed by Blue Cross & Blue Shield of Mississippi ("BCBSMS"), A Mutual Insurance Company, objecting to the *Disclosure Statement* (Dkt. 60) (the "Disclosure Statement") filed by the above-captioned debtor and debtor in possession (the "Debtor") with respect to its treatment of its BCBSMS Employee Health Benefit Plan (the "Benefit Plan") dated January 1, 2025. The parties have conferred and agree to entry of this Order. Based upon the agreement of the parties, and the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409 and this matter being a core proceeding under 28 U.S.C. § 157, the Court hereby **ORDERS** as follows:

1. The Debtor hereby assumes the Benefit Plan.

2. All terms and conditions of the *Stipulation and Agreed Order Regarding Employee Health Benefit Plan* (Dkt. 55) are incorporated into the *Chapter 11 Plan of Reorganization* (Dkt. 59), including but not limited to the strict-compliance or default provision.

3. Entry hereof constitutes entry of final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

## ##END OF ORDER##

**AGREED:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
trollins@therollinsfirm.com

*Attorney for the Debtor*


**PREPARED AND SUBMITTED BY:**

*/s/ Marcus M. Wilson*
Marcus M. Wilson (Miss. Bar #7308)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
P.O. Box 1488
Madison, MS 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com

*Attorney for Blue Cross & Blue Shield of Mississippi,*
*A Mutual Insurance Company*