___



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Valley Park Elevator Inc, Debtor                 Case No. 25-00228-JAW
                                                            CHAPTER 11

### ORDER ON DISCLOSURE STATEMENT

This matter came before the Court on the Debtor's Disclosure Statement (Dkt. # 60). The Debtor has received informal comments from United Bank in lieu of filing an objection to the Disclosure Statement. As reflected by the approval of counsel on this Order, the Disclosure Statement is approved by agreement with the following amendment that is deemed incorporated into the Disclosure Statement:

**IT IS THEREFORE ORDERED** that the Disclosure Statement is deemed amended to provide that the Debtor and United Bank are reserved all rights, claims, and defenses regarding the perfection, validity, or enforceability of United Bank's alleged liens. A copy of this Order shall be included in the solicitation package provided to creditors and parties in interest.

## END OF ORDER ##

Agreed by:

/s/ Thomas C. Rollins, Jr.                    /s/ Jeffrey R. Barber
Thomas C. Rollins, Jr. (MSB #103469)          Jeffrey R. Barber (MSB #1982)

Thomas C. Rollins, Jr. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
Attorney for Valley Park Elevator, Inc.


Jeffrey R. Barber (MSB #1982)
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4765
Telecopy  (601) 949-4804
jbarber@joneswalker.com
Attorney for United Bank