

# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
**Clerk**

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 11, 2025

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236

Re:         Valley Park Elevator Inc.
Case No.:   25-00228-JAW

Dear Mr. Rollins,

The Bankruptcy Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to the Plan of Reorganization Combined with a Hearing Notice Thereof* (Dkt. #70), in the above captioned Chapter 11 case on August 11, 2025.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before Deadline for Certificate of Mailing.  The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at
www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b).  The summary and certification must be filed on or before October 17, 2025. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Beth Harkins
Case Administrator
601-608-4621