United States Bankruptcy Court
Southern District of Mississippi

In re:
Valley Park Elevator Inc
Debtor

Case No. 25-00228-JAW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-3
Date Rcvd: Aug 11, 2025

User: mssbad
Form ID: pdf012

Page 1 of 2
Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |

Eileen N. Shaffer
on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Aden Wansley Farms LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor ARO Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor E. R. McKnight IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Whitten & Whitten Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Tom Lee d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer
on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
on behalf of Creditor United Bank jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company mwilson@blswlaw.com, mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23




**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**VALLEY PARK ELEVATOR INC.,** **CASE NO. 25-00228-JAW**

**DEBTOR.** **CHAPTER 11**

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN OF REORGANIZATION COMBINED WITH A HEARING NOTICE THEREOF**

The Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on May 29, 2025, (Dkt. #60) and the Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by the Debtor on May 29, 2025, (Dkt. #59); and the Court having determined that any objections were resolved and that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. Section 1125:

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

(1) The Disclosure Statement is approved.

(2) The 7th day of October 2025 is fixed as the last day for filing written objections to confirmation of the Plan.

(3) The 17th day of October 2025 is fixed as the last day for submitting ballots of acceptance or rejection of the Plan with the attorney for the Debtor. (Address of Debtor's attorney: Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, P O Box 13767, Jackson, MS 39236).

(4) A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may not appear or act on its own behalf without counsel except for limited purposes. MISS. BANKR. L.R. 9010-1(b)(2)(C). One of these limited purposes allows such an entity to file a ballot without counsel.

(5) A hearing on confirmation of the Plan will be held on October 21, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi. Testimony will be taken. Witnesses should attend.

(6) The attorney for the Debtor shall cause to be mailed to each creditor, the United States Trustee, and other parties in interest a copy of the following:

(A) This Order;
(B) The approved Disclosure Statement;
(C) The proposed Plan of Reorganization; and
(D) A ballot form for voting on the acceptance or rejection of the Plan which should be returned to the Debtor's attorney and not the Court.

(7) This mailing shall be completed within 5 days from the date of this Order.

(8) The attorney for the Debtor shall file a Certificate of Service with the Court, listing the name and address of each party served, immediately after the mailing of this Order with the enclosures specified herein.

##END OF ORDER##