United States Bankruptcy Court
Southern District of Mississippi

In re:                                                     Case No. 25-00228-JAW
Valley Park Elevator Inc                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                            User: mssbad                             Page 1 of 2
Date Rcvd: Aug 11, 2025                  Form ID: pdf012                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Eileen N. Shaffer
    on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
    on behalf of Creditor United Bank jbarber@joneswalker.com
    jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
    on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
    mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23



**United States Bankruptcy Court**
Southern District of Mississippi

**Danny L. Miller**
Clerk

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 11, 2025

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236

Re: Valley Park Elevator Inc.
Case No.: 25-00228-JAW

Dear Mr. Rollins,

The Bankruptcy Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to the Plan of Reorganization Combined with a Hearing Notice Thereof* (Dkt. #70), in the above captioned Chapter 11 case on August 11, 2025.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before Deadline for Certificate of Mailing. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before October 17, 2025. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Beth Harkins
Case Administrator
601-608-4621