# UNITED STATES BANKRUPTCY COURT

Southern  DISTRICT OF  Mississippi

<Enter Division name if applicable, else delete this text>

| | | |
|---|---|---|
| In Re. Valley Park Elevator, Inc. | § | Case No.  25-00228 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2025          Petition Date: 01/29/2025

Months Pending: 6          Industry Classification: | 4 | 2 | 4 | 5 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current): _____ 7 _____

Debtor's Full-Time Employees (as of date of order for relief): _____ 7 _____

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| "/S/", | The Rollins Law Firm |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 08/18/2025 | |
| Date | |
| | Jackson, MS |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,486,141 | |
| b.  Total receipts (net of transfers between accounts) | $31,813 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $143,446 | $0 |
| d.  Cash balance end of month (a+b-c) | $2,374,508 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $143,446 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $27,659 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $13,605 |
| c.  Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $1,540,714 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $1,869,611 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $8,063,990 |
| n.  Total liabilities (debt) (j+k+l+m) | $9,933,601 |
| o.  Ending equity/net worth (e-n) | $-8,392,887 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $125,463 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $20,000 | |
| h.  Interest | $6,927 | |
| i.  Taxes (local, state, and federal) | $1,750 | |
| j.  Reorganization items | $1,362 | |
| k.  Profit (loss) | $-155,503 | $1,201,039 |

UST Form 11-MOR (12/23/2022)

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
|   | i | | | | | |
|   | ii | | | | | |
|   | iii | | | | | |
|   | iv | | | | | |
|   | v | | | | | |
|   | vi | | | | | |
|   | vii | | | | | |
|   | viii | | | | | |
|   | ix | | | | | |
|   | x | | | | | |
|   | xi | | | | | |
|   | xii | | | | | |
|   | xiii | | | | | |
|   | xiv | | | | | |
|   | xv | | | | | |
|   | xvi | | | | | |
|   | xvii | | | | | |
|   | xviii | | | | | |
|   | xix | | | | | |
|   | xx | | | | | |
|   | xxi | | | | | |
|   | xxii | | | | | |
|   | xxiii | | | | | |
|   | xxiv | | | | | |
|   | xxv | | | | | |
|   | xxvi | | | | | |
|   | xxvii | | | | | |
|   | xxviii | | | | | |
|   | xxix | | | | | |
|   | xxx | | | | | |
|   | xxxi | | | | | |
|   | xxxii | | | | | |
|   | xxxiii | | | | | |
|   | xxxiv | | | | | |
|   | xxxv | | | | | |
|   | xxxvi | | | | | |

UST Form 11-MOR (12/23/2022)

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                              Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| | lxxix | | | | |
| | lxxx | | | | |
| | lxxxi | | | | |
| | lxxxii | | | | |
| | lxxxiii | | | | |
| | lxxxiv | | | | |
| | lxxxv | | | | |
| | lxxxvi | | | | |
| | lxxxvi | | | | |
| | lxxxvi | | | | |
| | lxxxix | | | | |
| | xc | | | | |
| | xci | | | | |
| | xcii | | | | |
| | xciii | | | | |
| | xciv | | | | |
| | xcv | | | | |
| | xcvi | | | | |
| | xcvii | | | | |
| | xcviii | | | | |
| | xcix | | | | |
| | c | | | | |
| | ci | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/23/2022)                              5

Debtor's Name Valley Park Elevator, Inc.                    Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/23/2022)                    7

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $1,750 | $13,691 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◉  No ○

d. Are you current on postpetition tax return filings?   Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i. Do you have:   Worker's compensation insurance?   Yes ◉  No ○

   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

   Casualty/property insurance?   Yes ◉  No ○

   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?   Yes ◉  No ○

   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◉  No ○

k. Has a disclosure statement been filed with the court?   Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ○

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

"/S/"  David Wansley

Signature of Responsible Party                    Printed Name of Responsible Party

Manager                                           08/18/2025

Title                                             Date

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228



PageThree



PageFour

TIME: 11:48 am                                                                                                                PAGE:      2
                                                      Income Statement - Current & Prior

CUR 07/01/25-07/31/25, YTD 07/31/25          PRIOR 06/01/25-06/30/25, YTD 06/30/25

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| DEPRECIATION EXPENSE | 20,000.00 | .00 | 20,000.00 | .00 | 20,000.00 | .00 | 240,000.00 | 1.63 |
| FUEL & OIL EXPENSE | 296.52 | .00 | 130.44 | .00 | 296.52 | .00 | 1,337.69 | .01 |
| WAGES & SALARY EXPENSE | 24,240.64 | .00 | 26,626.14 | .00 | 24,240.64 | .00 | 427,230.29 | 2.90 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,797.02 | .00 | 2,496.25 | .00 | 2,797.02 | .00 | 32,581.06 | .22 |
| RETIREMENT EXPENSE | .00 | .00 | 26.80- | .00 | .00 | .00 | 4,269.30 | .03 |
| PAYROLL TAX EXPENSE | 1,750.21 | .00 | 1,972.18 | .00 | 1,750.21 | .00 | 35,267.73 | .24 |
| TOTAL EXPENSES | 148,575.48 | .00 | 36,255.54 | .00 | 148,575.48 | .00 | 1,343,455.09 | 9.11 |
| TOTAL NET OPERATING PROFIT | 148,575.48- | .00 | 36,255.54- | .00 | 148,575.48- | .00 | 981,043.38- | 6.65- |
| OTHER INCOME | | | | | | | | |
| INTEREST INCOME | .00 | .00 | .00 | .00 | .00 | .00 | 3,668.52 | .02 |
| REBATES & REFUND INCOME | .00 | .00 | .00 | .00 | .00 | .00 | 28,573.93 | .19 |
| TOTAL OTHER INCOME | .00 | .00 | .00 | .00 | .00 | .00 | 32,242.45 | .22 |
| OTHER EXPENSE | | | | | | | | |
| INTEREST ON WHR'S | .00 | .00 | .00 | .00 | .00 | .00 | 58,944.62 | .40 |
| INTEREST EXPENSE | 6,927.12 | .00 | 6,993.66 | .00 | 6,927.12 | .00 | 193,293.13 | 1.31 |
| TOTAL OTHER EXPENSE | 6,927.12 | .00 | 6,993.66 | .00 | 6,927.12 | .00 | 252,237.75 | 1.71 |
| TOTAL NET PROFIT (LOSS) | 155,502.60- | .00 | 43,249.20- | .00 | 155,502.60- | .00 | 1,201,038.68- | 8.14- |

LDG-FINANCIAL-SR---00400

TIME: 11:48 am

Income Statement - Current & Prior

7/31/25

CUR 07/01/25-07/31/25, YTD 07/31/25          PRIOR 06/01/25-06/30/25, YTD 06/30/25

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| **PRODUCT SALES** | | | | | | | | |
| CORN SALES | .00 | .00 | .00 | .00 | .00 | .00 | 6,004,529.35 | 40.71 |
| SOYBEAN SALES | .00 | .00 | .00 | .00 | .00 | .00 | 9,717,103.10 | 65.87 |
| WHEAT SALES | .00 | .00 | .00 | .00 | .00 | .00 | 31,955.44 | .22 |
| SEED SOYBEAN SALES | .00 | .00 | .00 | .00 | .00 | .00 | 12,675.05 | .09 |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | 15,766,262.94 | 106.88 |
| | | | | | | | | |
| **OTHER OPERATING REVENUE** | | | | | | | | |
| STORAGE INCOME | .00 | .00 | .00 | .00 | .00 | .00 | 55,472.15 | .38 |
| HEDGING GAIN/LOSS - CORN | .00 | .00 | .00 | .00 | .00 | .00 | 593,206.25- | 4.02- |
| HEDGING GAIN/LOSS - SOYBEANS | .00 | .00 | .00 | .00 | .00 | .00 | 476,388.75- | 3.23- |
| HEDGING GAIN/LOSS - WHEAT | .00 | .00 | .00 | .00 | .00 | .00 | 918.75- | .01- |
| TOTAL OTHER OPERATING REVENUE | .00 | .00 | .00 | .00 | .00 | .00 | 1,015,041.60- | 6.88- |
| | | | | | | | | |
| TOTAL REVENUE | .00 | .00 | .00 | .00 | .00 | .00 | 14,751,221.34 | 100.00 |
| | | | | | | | | |
| **COST OF SALES** | | | | | | | | |
| CORN COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 5,136,325.93 | 34.82 |
| SOYBEAN COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 8,769,945.88 | 59.45 |
| WHEAT COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 32,274.06 | .22 |
| FREIGHT/CORN COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 137,454.81 | .93 |
| FREIGHT/SOYBEAN COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 293,781.33 | 1.99 |
| FREIGHT/WHEAT COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 2,368.20 | .02 |
| FCS-FEES, COMM & INTEREST | .00 | .00 | .00 | .00 | .00 | .00 | 16,659.42 | .11 |
| TOTAL COST OF SALES | .00 | .00 | .00 | .00 | .00 | .00 | 14,388,809.63 | 97.54 |
| | | | | | | | | |
| TOTAL GROSS PROFIT | .00 | .00 | .00 | .00 | .00 | .00 | 362,411.71 | 2.46 |
| | | | | | | | | |
| **EXPENSES** | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 643.45 | .00 | 462.93 | .00 | 643.45 | .00 | 10,845.13 | .07 |
| SAFETY SUPPLIES EXPENSE | 2,415.23 | .00 | .00 | .00 | 2,415.23 | .00 | .00 | .00 |
| TRUCK EXPENSE | 2,300.00 | .00 | 2,300.00 | .00 | 2,300.00 | .00 | 27,600.00 | .19 |
| BANK CHARGES & FEES | .00 | .00 | .00 | .00 | .00 | .00 | 32,014.52 | .22 |
| REPAIRS & MAINTENANCE EXPENSE | 22,911.28 | .00 | 2,722.21 | .00 | 22,911.28 | .00 | 72,386.86 | .49 |
| PARTS & SUPPLIES EPENSE | 471.90 | .00 | 666.32 | .00 | 471.90 | .00 | 11,914.54 | .08 |
| UTILITIES (GARBAGE/WATER) EXP. | 1,483.49 | .00 | 1,422.67 | .00 | 1,483.49 | .00 | 40,973.16 | .28 |
| COMPUTER/SOFTWARE EXPENSE | 1,022.22 | .00 | 1,011.33 | .00 | 1,022.22 | .00 | 16,480.90 | .11 |
| TELEPHONE & INTERNET EXPENSE | 491.19 | .00 | 598.40 | .00 | 491.19 | .00 | 6,309.13 | .04 |
| TAXES & LICENSE EXPENSE | .00 | .00 | .00 | .00 | .00 | .00 | 38,033.33 | .26 |
| BUSINESS INSURANCE EXPENSE | 58,115.75 | .00 | 31,813.11- | .00 | 58,115.75 | .00 | 114,315.77 | .77 |
| RENT EXPENSE | 3,654.29 | .00 | 5,716.54 | .00 | 3,654.29 | .00 | 39,997.12 | .27 |
| PROFESSIONAL SERVICES EXPENSE | .00 | .00 | .00 | .00 | .00 | .00 | 174,889.45 | 1.19 |
| PROFESSIONAL SERVICES PAYCOR | 93.00 | .00 | 93.00 | .00 | 93.00 | .00 | 347.00 | .00+ |
| DONATION EXPENSE | .00 | .00 | .00 | .00 | .00 | .00 | 2,774.70 | .02 |
| FEES, DUES, SUBSCRIPTION EXP. | 3,754.29 | .00 | 1,077.04 | .00 | 3,754.29 | .00 | 7,387.41 | .05 |
| CONTRACT LABOR EXPENSE | 2,135.00 | .00 | 800.00 | .00 | 2,135.00 | .00 | 6,500.00 | .04 |

Balance Sheet - Current & Prior

CUR YTD 07/31/25        PRIOR YTD 06/30/25          7/31/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| UNITED BANK CD AND DEPT OF AG | 405,159.00 | 405,159.00 |
| CASH | 389.50 | 431.17 |
| REGIONS - TAX & PAYROLL | 1,033.88 | 1,126.87 |
| PAYCOR CLEARING | 542.79 | 542.79 |
| REGIONS - OPERATING | 203,297.67 | 335,558.77 |
| REGIONS- UNITED BANK | 1,305,281.99 | 1,317,640.36 |
| | --------------- | --------------- |
| TOTAL CASH | 1,915,704.83 | 2,060,458.96 |
| | | |
| ACCOUNTS RECEIVABLE | | |
| ACCOUNTS RECEIVABLE - TRADE | 41,265.19 | 41,265.19 |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 4,002.53 | 4,002.53 |
| ACCRUE A/R COMMISSIONS | 56,239.77 | 56,239.77 |
| | --------------- | --------------- |
| TOTAL RECEIVABLES | 101,507.49 | 101,507.49 |
| | | |
| INVENTORY | | |
| | --------------- | --------------- |
| TOTAL INVENTORY | .00 | .00 |
| | | |
| OTHER CURRENT ASSETS | | |
| | --------------- | --------------- |
| TOTAL OTHER CURRENT ASSETS | .00 | .00 |
| | | |
| | --------------- | --------------- |
| TOTAL CURRENT ASSETS | 2,017,212.32 | 2,161,966.45 |
| | | |
| FIXED ASSETS | | |
| LAND | 26,250.00 | 26,250.00 |
| PLANT & EQUIPMENT | 7,429,858.78 | 7,425,533.78 |
| HOUSES | 47,865.00 | 47,865.00 |
| | --------------- | --------------- |
| TOTAL FIXED ASSETS | 7,503,973.78 | 7,499,648.78 |
| | | |
| ALLOWANCE FOR DEPRECIATION | 5,971,236.29- | 5,951,236.29- |
| | --------------- | --------------- |
| NET FIXED ASSETS | 3,549,949.81 | 3,710,378.94 |
| OTHER LONG TERM ASSETS | | |
| INVESTMENTS | 760,239.91 | 763,157.63 |
| | --------------- | --------------- |
| TOTAL INVESTMENTS | 760,239.91 | 763,157.63 |
| | | |
| CASH SUR. VALUE LIFE INSURANCE | 458,038.01 | 458,038.01 |
| | --------------- | --------------- |
| TOTAL OTHER LONG TERM ASSETS | 458,038.01 | 458,038.01 |
| | | |
| CLEARING ACCOUNTS | | |
| | --------------- | --------------- |
| TOTAL CLEARING ACCOUNTS | .00 | .00 |

TIME: 11:47 am

PAGE:    2

Balance Sheet - Current & Prior

CUR YTD 07/31/25          PRIOR YTD 06/30/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
|  | --------------- | --------------- |
| TOTAL ASSETS | 4,768,227.73 | 4,931,574.58 |
|  | =============== | =============== |

TIME: 11:47 am                                        Balance Sheet - Current & Prior

CUR YTD 07/31/25          PRIOR YTD 06/30/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| LIABILITIES & EQUITY | | |
| LIABILITIES | | |
| CURRENT LIABILITIES | | |
| ACH PAYROLL | 290.63- | 290.63- |
| ACCOUNTS PAYABLE - TRADE | 8,063,719.07 | 8,063,619.07 |
| FEDERAL PAYROLL TAX PAYABLE | 1,025.51 | 1,025.51 |
| STATE PAYROLL TAX PAYABLE | 414.59- | 414.59- |
| GA MILO | 2,928.42 | 2,928.42 |
| FED UNEMPLOYMENT TAX PAYABLE | 47.63- | 47.63- |
| DISABILITY INSURANCE PAYABLE | 3,350.00 | 3,350.00 |
| GARNISHMENT PAYABLE | 505.70 | 505.70 |
| CHILD SUPPORT PAYABLE | 57.50- | 57.50- |
| HCC-1 DEBT ISSUANCE COST | 170,930.70- | 170,930.70- |
| HCC-3 ACCI,I;ATED A,PRTOZATOPM | 170,931.28 | 170,931.28 |
| | --------------- | --------------- |
| TOTAL CURRENT LIABILITIES      . | 8,070,718.93 | 8,070,618.93 |
| | | |
| LONG TERM LIABILITIES | | |
| UNITED BANK (TERM DEBT) | 1,351,401.68 | 1,351,401.68 |
| N/P SBA COVID19 EIDL | 454,586.09 | 462,530.34 |
| | --------------- | --------------- |
| TOTAL LONG TERM LIABILITIES | 1,805,987.77 | 1,813,932.02 |
| | | |
| EQUITY | | |
| COMMON STOCK | 490.00 | 490.00 |
| PREFERRED STOCK | 132,640.00 | 132,640.00 |
| PATRON'S EQUITY - QUALIFIED | .33- | .33- |
| PATRON'S EQUITY- NON QUALIFIED | 151,792.02 | 151,792.02 |
| CURRENT PERIOD - PROFIT/LOSS | 155,502.60- | 1,201,038.68- |
| RETAINED EARININGS | 5,237,898.06- | 4,036,859.38- |
| | --------------- | --------------- |
| TOTAL EQUITY | 5,108,478.97- | 4,952,976.37- |
| | | |
| | --------------- | --------------- |
| TOTAL LIABILITIES & EQUITY | 4,768,227.73 | 4,931,574.58 |
| | =============== | =============== |

LDG-FINANCIAL-SR---00200

TIME: 11:44 am                          A/P Aging Analysis - By Name Id                    7/31/25

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 07/31/25

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30-59 DAYS OLD | 60-89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| ARO IN | 001 | ARO INC | .00 | .00 | 344,991.07 | .00 | .00 | .00 | 344,991.07 |
| B&B FA | 001 | B & B FARMS | .00 | .00 | 1,086,968.66 | .00 | .00 | .00 | 1,086,968.66 |
| BAR TI | 001 | BARNETTE, TIM | .00 | .00 | 52,586.11 | .00 | .00 | .00 | 52,586.11 |
| BEL ME | 001 | BELLE MEADE PLANTATION IN | .00 | .00 | 74,410.95 | .00 | .00 | .00 | 74,410.95 |
| CIR Z | 001 | CIRCLE Z | .00 | .00 | 1,055,566.19 | .00 | .00 | .00 | 1,055,566.19 |
| CLA CL | 001 | CLARK & CLARK | .00 | .00 | 1,146,003.29 | .00 | .00 | .00 | 1,146,003.29 |
| D&C FA | 001 | D&C FARMS | .00 | .00 | 175,389.43 | .00 | .00 | .00 | 175,389.43 |
| EWI FA | 001 | EWING FARMS | .00 | .00 | 364,391.01 | .00 | .00 | .00 | 364,391.01 |
| FLO PL | 001 | FLOWEREE PLANTING COMPANY | .00 | .00 | 1,153,312.16 | .00 | .00 | .00 | 1,153,312.16 |
| KEL FA | 001 | KELSO FARMS | .00 | .00 | 1,392,317.31 | .00 | .00 | .00 | 1,392,317.31 |
| LEE TO | 001 | TOM LEE / DBA HINTSON FAR | .00 | .00 | 209,880.71 | .00 | .00 | .00 | 209,880.71 |
| MCK IV | 001 | MCKNIGHT IV, E. R. (MACK) | .00 | .00 | 45,811.81 | .00 | .00 | .00 | 45,811.81 |
| MIS AG | 001 | MISSISSIPPI DEPT OF AGRIC | .00 | .00 | 100.00 | .00 | .00 | .00 | 100.00 |
| MIS ST | 001 | MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 | MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 | PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |
| WAN DA | 001 | DAVID WANSLEY | .00 | .00 | 102,611.60 | .00 | .00 | .00 | 102,611.60 |
| WAN FA | 001 | ADEN WANSLEY FARMS LLC | .00 | .00 | 21,569.04 | .00 | .00 | .00 | 21,569.04 |
| WAN PA | 001 | WANSLEY PARTNERSHIP | .00 | .00 | 210,877.82 | .00 | .00 | .00 | 210,877.82 |
| WHI WH | 001 | WHITTEN & WHITTEN INC. | .00 | .00 | 627,311.89 | .00 | .00 | .00 | 627,311.89 |

*****GRAND*TOTALS*********************************************************************************************

| 20 | | | 755.26- | .00 | 8,064,474.33 | .00 | .00 | .00 | 8,063,719.07 |

ACP-A/P BALANCE-SR---00100

TIME: 11:43 am

PAGE: 1

A/R Aging Analysis - By Name Id

7/31/25

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 07/31/25

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30--59 DAYS OLD | 60--89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CAR AS | 001 | CARY ASSOCIATES | .00 | .00 | .00 | .00 | .00 | 175.87 | 175.87 |
| CLA CL | 001 | CLARK & CLARK | .00 | .00 | .00 | .00 | .00 | 1,560.15 | 1,560.15 |
| DEE JI | 001 | DEERE, JIMMY | .00 | .00 | .00 | .00 | .00 | 6,609.75 | 6,609.75 |
| MWB FA | 001 | M.W.B. FARMS | .00 | .00 | .00 | .00 | .00 | 8,849.39 | 8,849.39 |
| WAN DA | 001 | DAVID WANSLEY | .00 | .00 | .00 | .00 | .00 | 17,229.02 | 17,229.02 |
| WAN PA | 001 | WANSLEY PARTNERSHIP | .00 | .00 | .00 | .00 | .00 | 5,606.14 | 5,606.14 |
| WIN WA | 001 | WAYE WINDHAM FARMS | .00 | .00 | .00 | .00 | .00 | 1,233.86 | 1,233.86 |
| *****GRAND*TOTALS******************************************************************************************** |
| 7 | | | .00 | .00 | .00 | .00 | .00 | 41,264.18 | 41,264.18 |

ACR-A/R BALANCE-SR---00100

TIME: 11:42 am                                   Bank Register

**7/31/25**

SOURCE CODE:  M-MANUAL, G-COMMODITY, A-A/P, P-PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A-ACTIVE, X-RECONCILED, V=VOID TRX

| BA LOC DEPOSI REFERE TRX | | | | | | WITHDRAWAL | DEPOSIT | RUNNING | |
| CO COD NUMBER NUMBER DATE | | NAME/DESCRIPTION | | | | AMOUNT | AMOUNT | BALANCE | MEMO |

*All Accounts*

=====RIVER=HILLS=BANK==CHECKING=ACCOUNT============================================

| 01 | 0 | | | | | | | .00 | |

=====RIVER=HILLS=BANK=(MONEY=MARKET)==============================================

| 02 | 0 | | | | | | | .00 | |

=====BANK=OF=ANGUILLIA=CHECKING===================================================

| 03 | 0 | | | | | | | .00 | |

=====ACH=PAYROLL==================================================================

| 05 | 0 | | | | | | | .00 | |

=====UNITED=BANK==================================================================

| 06 | 0 | | | | | | | .00 | |

=====UNITED=BANK==SAVING==========================================================

| 10 | 0 | | | | | | | .00 | |

=====REGIONS===TAX=&=PAYROLL======================================================

**Clearing Acct.**

| 12 | 0 | | | | | | | 1,033.88 | |

| 25 001 | 400131 07/31/25 A RAWHIDE TRUCKING | | | | | 350.00 | | 205,732.25 | A |
| 25 001 | ZA2068 07/31/25 M Regions DC RoadTrafficSigns | | | | | 1,399.60 | | 204,332.65 | A |
| 25 001 | ZA2069 07/31/25 M Regions DC Plaza Automotive | | | | | 310.50 | | 204,022.15 | X |
| 25 001 | ZA2070 07/31/25 M DRAFT YVEPA | | | | | 253.73 | | 203,768.42 | X |
| 25 001 | ZA2071 07/31/25 M D.C. AMAZON SAFTY VEST/GLOVES | | | | | 470.75 | | 203,297.67 | X |

=====REGIONS==OPERATING===========================================================

| 25 | 5 | | | | | 2,784.58 | | 203,297.67 | |

| 35 001 | ZA2072 07/31/25 M MONTHLY NOTE | | | | | 12,358.37 | | 1,305,281.99 | X |

=====REGIONS==UNITED=BANK=========================================================

| 35 | 1 | | | | | 12,358.37 | | 1,305,281.99 | |

=====CASH=ON=HAND=================================================================

| CH | 0 | | | | | | | .00 | |

=====FCSTONE======================================================================

| FC | 0 | | | | | | | .00 | |

=====PETTY=CASH===================================================================

| PC | 0 | | | | | | | 389.50 | |

*****GRAND*TOTALS****************************************************************

| | 6 | | | | | 15,142.95 | | 1,510,003.04 | |

- 1,033.88

$ 1,508,969.16

BNK-BANK ACCOUNT-SR---00100    TRX DATE  07/31/25-07/31/25

TIME: 12:21 pm

Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

*Taxes & Payroll*

| BA LOC CO COD | DEPOSI NUMBER | REFERE NUMBER | TRX DATE | NAME/DESCRIPTION | WITHDRAWAL AMOUNT | DEPOSIT AMOUNT | RECONCILE BALANCE | MEMO |
|---|---|---|---|---|---|---|---|---|
| 12 001 | | ZA2006 | 06/30/25 | M PAYCOR VAC GUYS | 1,773.00 | | | |
| 12 001 | | ZA2007 | 06/30/25 | M PAYCOR TAXES VAC GUYS | 324.52 | | | |
| 12 001 | | ZA2008 | 06/30/25 | M PAYCOR WEEKLY 7.2.25 | 2,017.30 | | | |
| 12 001 | | ZA2009 | 06/30/25 | M PAYCOR TAXES 7.2.25 | 533.56 | | | |
| 12 001 | | ZA2013 | 07/07/25 | M PAYCOR WEEKLY 7-9-25 | | 2,410.64 | | 25-001 |
| 12 001 | | ZA2014 | 07/07/25 | T PAYCOR WEEKLY TAXES 7-9-25 | | 691.38 | | 25-001 |
| 12 001 | | ZA2015 | 07/07/25 | M PAYCOR WEEKLY 7-9-25 | 2,410.64 | | | |
| 12 001 | | ZA2016 | 07/07/25 | M PAYCOR WEEKLY TAXES 7-9-25 | 691.37 | | | |
| 12 001 | | ZA2018 | 07/09/25 | M PAYCOR INVOICE INV00064643 | 93.00 | | | |
| 12 001 | | ZA2023 | 07/11/25 | T PAYCOR SEMI 7.15.25 | | 4,834.15 | | 25-001 |
| 12 001 | | ZA2024 | 07/11/25 | T PAYCOR SEMI TAXES 7.15.25 | | 1,160.98 | | 25-001 |
| 12 001 | | ZA2025 | 07/11/25 | M PAYCOR SEMI TAXES | 1,160.98 | | | |
| 12 001 | | ZA2026 | 07/11/25 | M PAYCOR SEMI 7.15.25 | 4,834.15 | | | |
| 12 001 | | ZA2034 | 07/14/25 | T PAYCOR WEEKLY 7.16.25 | | 3,098.36 | | 25-001 |
| 12 001 | | ZA2035 | 07/14/25 | T PAYCOR TAXES 7.16.25 | | 978.43 | | 25-001 |
| 12 001 | | ZA2036 | 07/14/25 | M PAYCOR WEEKLY 7.16.25 | 3,098.36 | | | |
| 12 001 | | ZA2037 | 07/14/25 | M PAYCOR TAXES 7.16.25 | 978.43 | | | |
| 12 001 | | ZA2044 | 07/21/25 | T PAYCOR TXES WEEKLY 7.23.25 | | 553.56 | | 25-001 |
| 12 001 | | ZA2045 | 07/21/25 | T PAYCOR WEEKLY 7.23.25 | | 2,017.30 | | 25-001 |
| 12 001 | | ZA2046 | 07/21/25 | M PAYCOR WEEKLY 7.23.25 | 533.56 | | | |
| 12 001 | | ZA2047 | 07/21/25 | M PAYCOR WEEKLY 7.23.25 | 2,017.30 | | | |
| 12 001 | | ZA2048 | 07/21/25 | T TRANSPOSE DIFF ON PAYCOR TAXES 7.23.25 | 20.00 | | | |
| 12 001 | | ZA2051 | 07/28/25 | M PAYCOR WEEKLY 7.30.25 | | 2,099.65 | | 25-001 |
| 12 001 | | ZA2052 | 07/28/25 | T PAYCOR TAXES WEEKLY 7.30.25 | | 567.95 | | 25-001 |
| 12 001 | | ZA2053 | 07/28/25 | M PAYCOR WEEKLY 7.30.25 | 2,099.65 | | | |
| 12 001 | | ZA2054 | 07/28/25 | M PAYCOR TAXES 7.30.25 | 567.95 | | | |
| 12 001 | | ZA2057 | 07/30/25 | T PAYCOR TAXES 7.31.25 | | 1,117.64 | | 25-001 |
| 12 001 | | ZA2058 | 07/30/25 | T PAYCOR NET 7.31.25 | | 4,640.66 | | 25-001 |
| 12 001 | | ZA2059 | 07/30/25 | M PAYCOR TAXES 7.31.25 | 1,117.64 | | | |
| 12 001 | | ZA2060 | 07/30/25 | M PAYCOR NET 7.31.25 | 4,640.66 | | | |
| ======REGIONS====TAX=&=PAYROLL===================================================================== | | | | | | | | |
| 12 | | 30 | | | 28,912.07 | 24,170.70 | 5,775.25 | |

*****GRAND*TOTALS*********************************************************************************************

| | 30 | | | | 28,912.07 | 24,170.70 | 5,775.25 | |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  12-12   TRX DATE        -07/31/25   STATUS CODE  X-X

DATE RECONCILED  07/31/25-07/31/25



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ⬛9047

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
July 1, 2025 through July 31, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$5,775.25** | | Minimum Balance | $1,033 |
| Deposits & Credits | $24,150.70 + | | Average Balance | $2,034 |
| Withdrawals | $28,892.07 − | | | |
| Fees | $0.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $0.00 − | | | |
| **Ending Balance** | **$1,033.88** | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 07/07 | EB From Checking # ⬛9039 Ref# 000000 0000027 | | 3,102.02 |
| 07/11 | EB From Checking # ⬛9039 Ref# 000000 0000028 | | 5,995.13 |
| 07/14 | EB From Checking # ⬛9039 Ref# 000000 0000029 | | 4,076.79 |
| 07/21 | EB From Checking # ⬛9039 Ref# 000000 0000030 | | 2,550.86 |
| 07/28 | EB From Checking # ⬛9039 Ref# 000000 0000031 | | 2,667.60 |
| 07/30 | EB From Checking # ⬛9039 Ref# 000000 0000032 | | 5,758.30 |
| | | Total Deposits & Credits | $24,150.70 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 07/01 | Paycor Inc. | Tax Fund Valley Park El 497350614489770 | 858.08 |
| 07/01 | Paycor Inc. | DD - Fund Valley Park El 276133362403705 | 1,773.00 |
| 07/01 | Paycor Inc. | DD - Fund Valley Park El 169228037599051 | 2,017.30 |
| 07/08 | Paycor Inc. | Paycorfees Valley Park El 220479426684622 | 93.00 |
| 07/08 | Paycor Inc. | Tax Fund Valley Park El 119784989200346 | 691.37 |
| 07/08 | Paycor Inc. | DD - Fund Valley Park El 849033575365700 | 2,410.64 |
| 07/14 | Paycor Inc. | Tax Fund Valley Park El 189863632078300 | 1,160.98 |
| 07/14 | Paycor Inc. | DD - Fund Valley Park El 182002349785625 | 4,834.15 |
| 07/15 | Paycor Inc. | Tax Fund Valley Park El 122303999762669 | 978.43 |
| 07/15 | Paycor Inc. | DD - Fund Valley Park El 132237611895579 | 3,098.36 |
| 07/22 | Paycor Inc. | Tax Fund Valley Park El 771406567903000 | 533.56 |
| 07/22 | Paycor Inc. | DD - Fund Valley Park El 170475352870015 | 2,017.30 |
| 07/29 | Paycor Inc. | Tax Fund Valley Park El 179187034108526 | 567.95 |
| 07/29 | Paycor Inc. | DD - Fund Valley Park El 145983745783750 | 2,099.65 |
| 07/30 | Paycor Inc. | Tax Fund Valley Park El 252257844523521 | 1,117.64 |

 **REGIONS**

Regions Bank
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**   ☒☒☒9047

| | | |
|---|---:|---:|
| | | 001 |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| 07/30 | Paycor Inc. | DD - Fund Valley Park El 106234648520524 | 4,640.66 |
|---|---|---|---:|
| | | Total Withdrawals | $28,892.07 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 1,126.87 | 07/14 | 5,110.67 | 07/28 | 3,701.48 |
| 07/07 | 4,228.89 | 07/15 | 1,033.88 | 07/29 | 1,033.88 |
| 07/08 | 1,033.88 | 07/21 | 3,584.74 | 07/30 | 1,033.88 |
| 07/11 | 7,029.01 | 07/22 | 1,033.88 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME:  1:18 pm                          Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

```
BA LOC DEPOSI REFERE TRX                                  WITHDRAWAL    DEPOSIT    RECONCILE
CO COD NUMBER NUMBER DATE    NAME/DESCRIPTION  United Bank  AMOUNT       AMOUNT     BALANCE  MEMO
------------------------------------------------------------------------------------------------
35 001        ZA2072 07/31/25 M MONTHLY NOTE                12,358.37
=====REGIONS--UNITED=BANK=========================================================================
35            1                                            12,358.37               1,317,640.36

*****GRAND*TOTALS*********************************************************************************
              1                                            12,358.37               1,317,640.36

BNK-BANK ACCOUNT-SR---00200    BANK CODE  35-35   STATUS CODE  X-X   DATE RECONCILED  07/31/25-07/31/25
```

(12,358.37)

1,305,281.99



Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
UNITED BANK
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**   XXXX 9594

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 26 |
| Page | 0 |
| | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
July 1, 2025 through July 31, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$1,317,640.36** | Minimum Balance | $1,305,281 |
| Deposits & Credits | $0.00 + | Average Balance | $1,307,673 |
| Withdrawals | $12,358.37 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$1,305,281.99** | | |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 07/07 | United Bank | Loan Pmt Valley Park El 87226 | 12,358.37 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 07/07 | 1,305,281.99 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.
EQUAL HOUSING LENDER

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME: 12:13 pm

PAGE:  1

Bank Reconciliation Report

SOURCE CODE: M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA | LOC | DEPOSI | REFERE | TRX | | WITHDRAWAL | DEPOSIT | RECONCILE | |
|----|-----|--------|--------|-----|-------------|------------|---------|-----------|------|
| CO | COD | NUMBER | NUMBER | DATE | NAME/DESCRIPTION | AMOUNT | AMOUNT | BALANCE | MEMO |

*Operating Acct* (handwritten)

| BA | LOC | DEPOSI | REFERE | DATE | NAME/DESCRIPTION | WITHDRAWAL | DEPOSIT | RECONCILE | MEMO |
|----|-----|--------|--------|------|------------------|-----------|---------|-----------|------|
| 25 | 001 | | 400124 | 07/24/25 | A HILL MANUFACTURING COMPANY INC | 1,111.00 | | | |
| 25 | 001 | | 400127 | 07/24/25 | A ROCKING B's ENTERPRISES LLC | 1,000.00 | | | |
| 25 | 001 | | 400131 | 07/31/25 | A RAWHIDE TRUCKING | 350.00 | | | |
| 25 | 001 | | ZA2061 | 07/30/25 | M D.C. SAM'S | 89.69 | | | |
| 25 | 001 | | ZA2068 | 07/31/25 | M Regions DC RoadTrafficSigns | 1,399.60 | | | |

=====REGIONS===-OPERATING=========================================================================

| 25 | | 5 | | | | 3,950.29 | | 207,247.96 | |

*****GRAND*TOTALS********************************************************************************

| | | 5 | | | | 3,950.29 | | 207,247.96 | |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  25-25   TRX DATE        -07/31/25   STATUS CODE  A-A

 **REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** XXX9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN BUSINESS CHECKING
July 1, 2025 through July 31, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $336,616.40 | | Minimum Balance | $207,247 |
| Deposits & Credits | $3,048.25 + | | Average Balance | $288,178 |
| Withdrawals | $65,265.72 – | | | |
| Fees | $0.00 – | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $67,150.97 – | | | |
| Ending Balance | $207,247.96 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/11 | Card Credit Harbor Freight  5999 Vicksburg    MS 39180    5262 | 123.04 |
| 07/24 | Deposit - Thank You | 2,917.72 |
| 07/28 | Card Credit Amazon Mktplace  5942 Amzn.Com/Bill WA 98109    5262 | 0.76 |
| 07/28 | Card Credit Amazon Mktplace  5942 Amzn.Com/Bill WA 98109    5262 | 5.95 |
| 07/28 | Card Credit Amazon Mktplace  5942 Amzn.Com/Bill WA 98109    5262 | 0.78 |
| | Total Deposits & Credits | $3,048.25 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/01 | Blue Cross of MS Insur Prem Valley Park El 0035389 | 3,665.03 |
| 07/02 | Yazoo Valley Epa ACH Collec Valley Park El | 887.56 |
| 07/03 | PIN Purchase The Home Depot  5200 Vicksburg    MS       5262 | 148.87 |
| 07/07 | Card Purchase Texaco 0302472  5542 Vicksburg    MS 39183    5262 | 36.85 |
| 07/07 | Sba Eidl Loan   Payment David Wansley  0000 | 2,513.00 |
| 07/07 | EB to Checking # XXX9047 Ref# 000000 0000027 | 3,102.02 |
| 07/08 | Card Purchase McDonald S F136  5814 Vicksburg    MS 39180    5262 | 26.76 |
| 07/10 | Card Purchase Texaco 0302472  5542 Vicksburg    MS 39183    5262 | 72.05 |
| 07/10 | PIN Purchase Harbor Freight  5999 Vicksburg       5262 | 132.66 |
| 07/11 | Card Purchase Northeast Truck  5533 601-6346638  MS 39183    5262 | 416.08 |
| 07/11 | Card Purchase Northeast Truck  5533 601-6346638  MS 39183    5262 | 42.79 |
| 07/11 | EB to Checking # 0360449047 Ref# 000000 0000028 | 5,995.13 |
| 07/14 | Card Purchase Plaza Automotiv  7538 601-6363645  MS 39183    5262 | 310.50 |
| 07/14 | EB to Checking # 0360449047 Ref# 000000 0000029 | 4,076.79 |
| 07/15 | Yazoo Valley Epa ACH Collec Valley Park El | 253.73 |
| 07/16 | Card Purchase Texaco 0302472  5542 Vicksburg    MS 39183    5262 | 37.33 |
| 07/17 | Card Purchase Sq *Southern Si  5812 Vicksburg    MS 39183    5262 | 30.85 |
| 07/18 | Card Purchase Texaco 0302472  5542 Vicksburg    MS 39183    5262 | 30.46 |

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.
EQUAL HOUSING LENDER



Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** `0360449039`

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/21 | Hilb Group Centr Payments Regions Bank  25423711 | 30,790.75 |
| 07/21 | EB to Checking # XXX9047 Ref# 000000 0000030 | 2,550.86 |
| 07/22 | Card Purchase Amazon Mktpl*9e  5942 Amzn.Com/Bill WA 98109    5262 | 52.26 |
| 07/23 | Card Purchase Amazon Mktpl*ju  5942 Amzn.Com/Bill WA 98109    5262 | 446.91 |
| 07/23 | PIN Purchase Super Junior #  5542 Vicksburg          5262 | 60.06 |
| 07/24 | Card Purchase Office Depot #1  5965 800-463-3768 TX 77040    5262 | 21.40 |
| 07/24 | Card Purchase Samsclub.Com  5300 888-746-7726  AR 72712    5262 | 263.35 |
| 07/24 | Card Purchase Office Depot #2  5965 800-463-3768 LA 70471    5262 | 17.11 |
| 07/24 | Card Purchase Amazon Mktpl*6f  5942 Amzn.Com/Bill WA 98109    5262 | 429.32 |
| 07/25 | Card Purchase Office Depot #1  5965 800-463-3768 TX 75050    5262 | 112.32 |
| 07/25 | Card Purchase Office Depot #1  5965 800-463-3768 TX 75050    5262 | 5.34 |
| 07/25 | Card Purchase Homedepot.Com  5200 800-430-3376  GA 30339    5262 | 18.49 |
| 07/28 | Card Purchase Amazon Mktpl*6l  5942 Amzn.Com/Bill WA 98109    5262 | 76.63 |
| 07/28 | Card Purchase Amazon Reta* Ud  5331 Www.Amazon.CO WA 98109    5262 | 45.71 |
| 07/28 | Card Purchase Amazon Mktpl*48  5942 Amzn.Com/Bill WA 98109    5262 | 48.92 |
| 07/28 | EB to Checking # XXX9047 Ref# 000000 0000031 | 2,667.60 |
| 07/28 | PIN Purchase The Home Depot  5200 Vicksburg    MS      5262 | 62.16 |
| 07/29 | PIN Purchase Super Junior #  5542 Vicksburg          5262 | 59.77 |
| 07/30 | EB to Checking # XXX9047 Ref# 000000 0000032 | 5,758.30 |
| | Total Withdrawals | $65,265.72 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/01 | 400092 | 282.75 | 07/14 | 400111 | 87.50 |
| 07/10 | 400093 | 106.99 | 07/16 | 400112 | 116.37 |
| 07/03 | 400094 | 128.52 | 07/15 | 400113 | 1,335.00 |
| 07/02 | 400095 | 385.37 | 07/17 | 400114 | 400.00 |
| 07/01 | 400097 * | 60.00 | 07/17 | 400115 | 4,825.00 |
| 07/02 | 400098 | 750.00 | 07/29 | 400116 | 27,325.00 |
| 07/01 | 400099 | 800.00 | 07/23 | 400117 | 109.82 |
| 07/03 | 400100 | 750.00 | 07/28 | 400118 | 119.83 |
| 07/03 | 400101 | 4,325.00 | 07/28 | 400119 | 1,851.37 |
| 07/21 | 400102 | 975.77 | 07/25 | 400120 | 3,660.00 |
| 07/11 | 400103 | 1,930.00 | 07/25 | 400121 | 200.00 |
| 07/14 | 400104 | 268.78 | 07/30 | 400122 | 282.75 |
| 07/14 | 400105 | 969.43 | 07/30 | 400123 | 80.80 |
| 07/16 | 400106 | 128.52 | 07/31 | 400125 * | 3,688.50 |
| 07/25 | 400107 | 2,550.00 | 07/29 | 400126 | 1,022.22 |
| 07/18 | 400108 | 381.37 | 07/31 | 400128 * | 2,654.29 |
| 07/18 | 400109 | 1,133.72 | 07/28 | 400129 | 689.40 |
| 07/15 | 400110 | 2,376.90 | 07/29 | 400130 | 400.00 |
| | | | | Total Checks | $67,150.97 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 331,808.62 | 07/08 | 318,754.67 | 07/15 | 300,503.38 |
| 07/02 | 329,785.69 | 07/10 | 318,442.97 | 07/16 | 300,221.16 |
| 07/03 | 324,433.30 | 07/11 | 310,182.01 | 07/17 | 294,965.31 |
| 07/07 | 318,781.43 | 07/14 | 304,469.01 | 07/18 | 293,419.76 |



Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ████9039

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/21 | 259,102.38 | 07/24 | 260,619.87 | 07/29 | 219,712.60 |
| 07/22 | 259,050.12 | 07/25 | 254,073.72 | 07/30 | 213,590.75 |
| 07/23 | 258,433.33 | 07/28 | 248,519.59 | 07/31 | 207,247.96 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.