UNITED STATES BANKRUPTCY COURT

_____ Southern _____ DISTRICT OF ___Mississippi___

In Re. Valley Park Elevator, Inc.                §                    Case No.  25-00228 _____
                                                 §
_____                        §
          Debtor(s)                              §
                                                 §                    ☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025 _____          Petition Date: 01/29/2025 _____

Months Pending: 7 _____                          Industry Classification: | 4 | 2 | 4 | 5 |

Reporting Method:              Accrual Basis ⦿        Cash Basis ○

Debtor's Full-Time Employees (current):                        7 _____

Debtor's Full-Time Employees (as of date of order for relief):  7 _____

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

"/S/" _____          The Rollins Law Firm _____
Signature of Responsible Party            Printed Name of Responsible Party

09/24/2025 _____
Date                                      Jackson, MS _____
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                6

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ●

c. Were any payments made to or on behalf of insiders?     Yes ●   No ○

d. Are you current on postpetition tax return filings?     Yes ●   No ○

e. Are you current on postpetition estimated tax payments?     Yes ●   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ●   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ●

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ●   No ○   N/A ○

i. Do you have:          Worker's compensation insurance?     Yes ●   No ○

　　　　　If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

　　　　Casualty/property insurance?     Yes ●   No ○

　　　　　If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

　　　　General liability insurance?     Yes ●   No ○

　　　　　If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ●   No ○

k. Has a disclosure statement been filed with the court?     Yes ●   No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ●   No ○

Debtor's Name Valley Park Elevator, Inc.

Case No.  25-00228

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⟳ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⟳ No ⟳ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

"/S/"  _[signature]_

Signature of Responsible Party

Manager

Title

David Wansley

Printed Name of Responsible Party

09/24/2025

Date

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228



PageThree



PageFour

DATE: 09/02/25
TIME:  1:40 pm

Income Statement - Current & Prior

PAGE:    1

CUR 08/01/25-08/31/25, YTD 08/31/25          PRIOR 07/01/25-07/31/25, YTD 07/31/25

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| PRODUCT SALES | | | | | | | | |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| OTHER OPERATING REVENUE | | | | | | | | |
| TOTAL OTHER OPERATING REVENUE | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL REVENUE | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| **COST OF SALES** | | | | | | | | |
| CORN COST OF SALES | 10,498.35 | .00 | .00 | .00 | 10,498.35 | .00 | .00 | .00 |
| TOTAL COST OF SALES | 10,498.35 | .00 | .00 | .00 | 10,498.35 | .00 | .00 | .00 |
| TOTAL GROSS PROFIT | 10,498.35- | .00 | .00 | .00 | 10,498.35- | .00 | .00 | .00 |
| **EXPENSES** | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 877.90 | .00 | 643.45 | .00 | 1,521.35 | .00 | 643.45 | .00 |
| SAFETY SUPPLIES EXPENSE | 187.88 | .00 | 2,415.23 | .00 | 2,603.11 | .00 | 2,415.23 | .00 |
| TRUCK EXPENSE | 2,300.00 | .00 | 2,300.00 | .00 | 4,600.00 | .00 | 2,300.00 | .00 |
| BANK CHARGES & FEES | 26.00 | .00 | .00 | .00 | 26.00 | .00 | .00 | .00 |
| REPAIRS & MAINTENANCE EXPENSE | 20,999.77 | .00 | 22,911.28 | .00 | 43,911.05 | .00 | 22,911.28 | .00 |
| PARTS & SUPPLIES EPENSE | 314.32 | .00 | 471.90 | .00 | 786.22 | .00 | 471.90 | .00 |
| UTILITIES (GARBAGE/WATER) EXP. | 2,815.25 | .00 | 1,483.49 | .00 | 4,298.74 | .00 | 1,483.49 | .00 |
| COMPUTER/SOFTWARE EXPENSE | 2,692.63 | .00 | 1,022.22 | .00 | 3,714.85 | .00 | 1,022.22 | .00 |
| TELEPHONE & INTERNET EXPENSE | 216.81 | .00 | 491.19 | .00 | 708.00 | .00 | 491.19 | .00 |
| BUSINESS INSURANCE EXPENSE | .00 | .00 | 58,115.75 | .00 | 58,115.75 | .00 | 58,115.75 | .00 |
| RENT EXPENSE | 723.53 | .00 | 3,654.29 | .00 | 4,377.82 | .00 | 3,654.29 | .00 |
| PROFESSIONAL SERVICES PAYCOR | 93.00 | .00 | 93.00 | .00 | 186.00 | .00 | 93.00 | .00 |
| FEES, DUES, SUBSCRIPTION EXP. | 782.04 | .00 | 3,754.29 | .00 | 4,536.33 | .00 | 3,754.29 | .00 |
| CONTRACT LABOR EXPENSE | 800.00 | .00 | 2,135.00 | .00 | 2,935.00 | .00 | 2,135.00 | .00 |
| DEPRECIATION EXPENSE | 20,000.00 | .00 | 20,000.00 | .00 | 40,000.00 | .00 | 20,000.00 | .00 |
| FUEL & OIL EXPENSE | 272.72 | .00 | 296.52 | .00 | 569.24 | .00 | 296.52 | .00 |
| WAGES & SALARY EXPENSE | 42,902.95 | .00 | 24,240.64 | .00 | 67,143.59 | .00 | 24,240.64 | .00 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,964.94 | .00 | 2,797.02 | .00 | 5,761.96 | .00 | 2,797.02 | .00 |
| RETIREMENT EXPENSE | 689.40- | .00 | .00 | .00 | 689.40- | .00 | .00 | .00 |
| PAYROLL TAX EXPENSE | 3,365.09 | .00 | 1,750.21 | .00 | 5,115.30 | .00 | 1,750.21 | .00 |
| TOTAL EXPENSES | 101,645.43 | .00 | 148,575.48 | .00 | 250,220.91 | .00 | 148,575.48 | .00 |
| TOTAL NET OPERATING PROFIT | 112,143.78- | .00 | 148,575.48- | .00 | 260,719.26- | .00 | 148,575.48- | .00 |
| **OTHER INCOME** | | | | | | | | |
| INTEREST INCOME | 1,357.64 | .00 | .00 | .00 | 1,357.64 | .00 | .00 | .00 |
| TOTAL OTHER INCOME | 1,357.64 | .00 | .00 | .00 | 1,357.64 | .00 | .00 | .00 |

```
TIME:  1:40 pm                                  ... ......... ....                              PAGE:      2
                                     Income Statement - Current & Prior

CUR 08/01/25-08/31/25, YTD 08/31/25          PRIOR 07/01/25-07/31/25, YTD 07/31/25


ACCOUNT DESCRIPTION              CURR PRD   C PRD     PRIOR PRD   P PRD      CURR YTD   C YTD      PRIOR YTD   P YTD
                                  AMOUNT    RATIO      AMOUNT     RATIO      AMOUNT     RATIO       AMOUNT     RATIO
-----------------------------------------------------------------------------------------------------------------------
     OTHER EXPENSE
          INTEREST EXPENSE        6,835.84    .00      6,927.12    .00      13,762.96    .00       6,927.12     .00

                                --------- -------   --------- -------    --------- -------     --------- -------
     TOTAL OTHER EXPENSE           6,835.84    .00      6,927.12    .00      13,762.96    .00       6,927.12     .00

                                --------- -------   --------- -------    --------- -------     --------- -------
TOTAL NET PROFIT (LOSS)         117,621.98-   .00    155,502.60-   .00     273,124.58-   .00     155,502.60-    .00
                                ========= =======   ========= =======    ========= =======     ========= =======

LDG-FINANCIAL-SR---00400
```

TIME:  1:40 pm

PAGE:    1

Balance Sheet - Current & Prior

CUR YTD 08/31/25        PRIOR YTD 07/31/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| ASSETS | | |
| CURRENT ASSETS | | |
| UNITED BANK CD AND DEPT OF AG | .00 | 405,159.00 |
| CASH | 331.20 | 389.50 |
| REGIONS - TAX & PAYROLL | 1,531.46 | 1,033.88 |
| PAYCOR CLEARING | 47.79- | 542.79 |
| REGIONS - OPERATING | 515,208.83 | 203,297.67 |
| REGIONS- UNITED BANK | 1,292,923.62 | 1,305,281.99 |
| | --------------- | --------------- |
| TOTAL CASH | 1,809,947.32 | 1,915,704.83 |
| | | |
| ACCOUNTS RECEIVABLE | | |
| ACCOUNTS RECEIVABLE - TRADE | 41,265.19 | 41,265.19 |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 4,002.53 | 4,002.53 |
| ACCRUE A/R COMMISSIONS | 56,239.77 | 56,239.77 |
| | --------------- | --------------- |
| TOTAL RECEIVABLES | 101,507.49 | 101,507.49 |
| | | |
| INVENTORY | | |
| | --------------- | --------------- |
| TOTAL INVENTORY | .00 | .00 |
| | | |
| OTHER CURRENT ASSETS | | |
| | --------------- | --------------- |
| TOTAL OTHER CURRENT ASSETS | .00 | .00 |
| | | |
| | --------------- | --------------- |
| TOTAL CURRENT ASSETS | 1,911,454.81 | 2,017,212.32 |
| | | |
| FIXED ASSETS | | |
| LAND | 26,250.00 | 26,250.00 |
| PLANT & EQUIPMENT | 7,429,858.78 | 7,429,858.78 |
| HOUSES | 47,865.00 | 47,865.00 |
| | --------------- | --------------- |
| TOTAL FIXED ASSETS | 7,503,973.78 | 7,503,973.78 |
| | | |
| ALLOWANCE FOR DEPRECIATION | 5,991,236.29- | 5,971,236.29- |
| | --------------- | --------------- |
| NET FIXED ASSETS | 3,424,192.30 | 3,549,949.81 |
| OTHER LONG TERM ASSETS | | |
| INVESTMENTS | 760,239.91 | 760,239.91 |
| | --------------- | --------------- |
| TOTAL INVESTMENTS | 760,239.91 | 760,239.91 |
| | | |
| CASH SUR. VALUE LIFE INSURANCE | 458,038.01 | 458,038.01 |
| | --------------- | --------------- |
| TOTAL OTHER LONG TERM ASSETS | 458,038.01 | 458,038.01 |
| | | |
| CLEARING ACCOUNTS | | |
| | --------------- | --------------- |
| TOTAL CLEARING ACCOUNTS | .00 | .00 |

TIME:  1:40 pm

Balance Sheet - Current & Prior

CUR YTD 08/31/25        PRIOR YTD 07/31/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| TOTAL ASSETS | 4,642,470.22 | 4,768,227.73 |

```
TIME:  1:40 pm                                                                              PAGE:      3
                                      Balance Sheet - Current & Prior

CUR YTD 08/31/25        PRIOR YTD 07/31/25


                                              CURR YTD                    PRIOR YTD
ACCOUNT DESCRIPTION                            AMOUNT                       AMOUNT
------------------------------------------------------------------------------------------------
           LIABILITIES & EQUITY
  LIABILITIES
   CURRENT LIABILITIES
        ACH PAYROLL                              290.63-                     290.63-
        ACCOUNTS PAYABLE - TRADE              8,063,619.07               8,063,719.07
        FEDERAL PAYROLL TAX PAYABLE           1,025.51                   1,025.51
        STATE PAYROLL TAX PAYABLE               414.59-                    414.59-
        GA MILO                               2,928.42                   2,928.42
        FED UNEMPLOYMENT TAX PAYABLE             47.63-                     47.63-
        DISABILITY INSURANCE PAYABLE          3,350.00                   3,350.00
        GARNISHMENT PAYABLE                     505.70                     505.70
        CHILD SUPPORT PAYABLE                    57.50-                     57.50-
        HCC-1 DEBT ISSUANCE COST             170,930.70-                170,930.70-
        HCC-3 ACCI,I;ATED A,PRTOZATOPM        170,931.28                170,931.28
                                           ---------------            ---------------
   TOTAL CURRENT LIABILITIES                8,070,618.93               8,070,718.93


   LONG TERM LIABILITIES
        UNITED BANK (TERM DEBT)             1,344,546.76               1,351,401.68
        N/P SBA COVID19 EIDL                  453,405.48                 454,586.09
                                           ---------------            ---------------
   TOTAL LONG TERM LIABILITIES             1,797,952.24               1,805,987.77


   EQUITY
        COMMON STOCK                            490.00                     490.00
        PREFERRED STOCK                      132,640.00                 132,640.00
        PATRON'S EQUITY - QUALIFIED              .33-                       .33-
        PATRON'S EQUITY- NON QUALIFIED       151,792.02                 151,792.02
        CURRENT PERIOD - PROFIT/LOSS         273,124.58                 155,502.60-
        RETAINED EARININGS                 5,237,898.06-              5,237,898.06-
                                           ---------------            ---------------
   TOTAL EQUITY                            5,226,100.95               5,108,478.97-


                                           ---------------            ---------------
TOTAL LIABILITIES & EQUITY                 4,642,470.22               4,768,227.73
                                           ===============            ===============

LDG-FINANCIAL-SR---00200
```

```
TIME:  1:24 pm                                                                        PAGE:        1
                                          Bank Register

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX


BA LOC DEPOSI REFERE TRX                              WITHDRAWAL      DEPOSIT     RUNNING
CO COD NUMBER NUMBER DATE      NAME/DESCRIPTION           AMOUNT       AMOUNT     BALANCE MEMO
-----------------------------------------------------------------------------------------------------
=====RIVER=HILLS=BANK==CHECKING=ACCOUNT=====
01         0                                                                       .00

=====RIVER=HILLS=BANK=(MONEY=MARKET)=====
02         0                                                                       .00

=====BANK=OF=ANGUILLIA-CHECKING=====
03         0                                                                       .00

=====ACH=PAYROLL=====
05         0                                                                       .00

=====UNITED=BANK=====
06         0                                                                       .00

=====UNITED=BANK=-SAVING=====
10         0                                                                       .00

12 001     ZA2119 08/31/25 T PAYCOR WEEKLY TAX 9.3.25         282.43-            658.55  V ZA2116  V
12 001     ZA2120 08/31/25 T PAYCOR TAXES FOR 9.3.25          873.01          1,531.56    25-001   X
12 001     ZA2121 08/31/25 T PAYCOR WEEKLY NET 8.27.25      4,540.68-         3,009.12-  V ZA2107  V
12 001     ZA2122 08/31/25 T PAYCOR WEEKLY NET 8.27.25      4,540.58          1,531.46    25-001   X
=====REGIONS===TAX=&=PAYROLL=====
12         4                                                 590.48          1,531.46         65813

25 001     ZA2119 08/31/25 T PAYCOR WEEKLY TAX 9.3.25         282.43-          516,484.28 V ZA2116  V
25 001     ZA2120 08/31/25 T PAYCOR TAXES FOR 9.3.25          873.01          515,611.27  12-001   X
25 001     ZA2121 08/31/25 T PAYCOR WEEKLY NET 8.27.25      4,540.68-         520,151.95 V ZA2107  V
25 001     ZA2122 08/31/25 T PAYCOR WEEKLY NET 8.27.25      4,540.58          515,611.37  12-001   X
25 001     ZA2123 08/31/25 M D.C. AMAZON HEADLAMPS            41.72           515,569.65           X
25 001     ZA2124 08/31/25 M D.C. AMAZON                      25.97           515,543.68           X
25 001     ZA2125 08/31/25 M D.C. AMAZON                     175.85           515,367.83           X
=====REGIONS==OPERATING=====
25         7                                                 834.02          515,367.83      159.00 CD

=====REGIONS==UNITED=BANK=====
25         0                                                               1,292,923.62

=====CASH=ON=HAND=====
H          0                                                                       .00

=====FCSTONE=====
C          0                                                                       .00

=====PETTY=CASH=====
C                                                                               331.20

****GRAND*TOTALS********************************************************************************
           11                                               834.02      590.48 1,810,154.11

NK-BANK ACCOUNT-SR---00100    TRX DATE   08/31/25-08/31/25
```

```
TIME: 1:14 pm                                                                                    PAGE:      1
                          A/P Aging Analysis - By Name Id
```

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 08/31/25

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30-59 DAYS OLD | 60-89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| ARO IN | 001 | ARO INC | .00 | .00 | 344,991.07 | .00 | .00 | .00 | 344,991.07 |
| B&B FA | 001 | B & B FARMS | .00 | .00 | 1,086,968.66 | .00 | .00 | .00 | 1,086,968.66 |
| BAR TI | 001 | BARNETTE, TIM | .00 | .00 | 52,586.11 | .00 | .00 | .00 | 52,586.11 |
| BEL ME | 001 | BELLE MEADE PLANTATION IN | .00 | .00 | 74,410.95 | .00 | .00 | .00 | 74,410.95 |
| CIR Z | 001 | CIRCLE Z | .00 | .00 | 1,055,566.19 | .00 | .00 | .00 | 1,055,566.19 |
| CLA CL | 001 | CLARK & CLARK | .00 | .00 | 1,146,003.29 | .00 | .00 | .00 | 1,146,003.29 |
| D&C FA | 001 | D&C FARMS | .00 | .00 | 175,389.43 | .00 | .00 | .00 | 175,389.43 |
| EWI FA | 001 | EWING FARMS | .00 | .00 | 364,391.01 | .00 | .00 | .00 | 364,391.01 |
| FLO PL | 001 | FLOWEREE PLANTING COMPANY | .00 | .00 | 1,153,312.16 | .00 | .00 | .00 | 1,153,312.16 |
| KEL FA | 001 | KELSO FARMS | .00 | .00 | 1,392,317.31 | .00 | .00 | .00 | 1,392,317.31 |
| LEE TO | 001 | TOM LEE / DBA HINTSON FAR | .00 | .00 | 209,880.71 | .00 | .00 | .00 | 209,880.71 |
| MCK IV | 001 | MCKNIGHT IV, E. R. (MACK) | .00 | .00 | 45,811.81 | .00 | .00 | .00 | 45,811.81 |
| MIS ST | 001 | MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 | MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 | PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |
| WAN DA | 001 | DAVID WANSLEY | .00 | .00 | 102,611.60 | .00 | .00 | .00 | 102,611.60 |
| WAN FA | 001 | ADEN WANSLEY FARMS LLC | .00 | .00 | 21,569.04 | .00 | .00 | .00 | 21,569.04 |
| WAN PA | 001 | WANSLEY PARTNERSHIP | .00 | .00 | 210,877.82 | .00 | .00 | .00 | 210,877.82 |
| WHI WH | 001 | WHITTEN & WHITTEN INC. | .00 | .00 | 627,311.89 | .00 | .00 | .00 | 627,311.89 |

```
'****GRAND*TOTALS****************************************************************************************
 9                              755.26-     .00 8,064,374.33      .00       .00       .00 8,063,619.07
```

\CP-A/P BALANCE-SR---00100

```
TIME:  1:12 pm                        A/R Aging Analysis - By Name Id                          PAGE:        1

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 08/31/25


NAME ID      LOC NAME ID
NUMBER       COD DESCRIPTION          PREPAID    PAYMENTS    CURRENT      30--59      60--89         90+     ACCOUNT
                                      BALANCE     ON HOLD    BALANCE    DAYS OLD    DAYS OLD    DAYS OLD     BALANCE
------------------------------------------------------------------------------------------------------------------
CAR AS       001 CARY ASSOCIATES         .00         .00        .00         .00         .00                       
CLA CL       001 CLARK & CLARK           .00         .00        .00         .00         .00      175.87      175.87
DEE JI       001 DEERE, JIMMY            .00         .00        .00         .00         .00    1,560.15    1,560.15
MWB FA       001 M.W.B. FARMS            .00         .00        .00         .00         .00    6,609.75    6,609.75
WAN DA       001 DAVID WANSLEY           .00         .00        .00         .00         .00    8,849.39    8,849.39
WAN PA       001 WANSLEY PARTNERSHIP     .00         .00        .00         .00         .00   17,229.02   17,229.02
WIN WA       001 WAYE WINDHAM FARMS      .00         .00        .00         .00         .00    5,606.14    5,606.14
*****GRAND*TOTALS*****************************************************************************************1,233.86    1,233.86
7
                                         .00         .00        .00         .00         .00   41,264.18   41,264.18

ACR-A/R BALANCE-SR---00100
```

TIME: 11:13 am

PAGE:   1

Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA LOC DEPOSI REFERE TRX |  | WITHDRAWAL | DEPOSIT | RECONCILE |  |
|---|---|---|---|---|---|
| CO COD NUMBER NUMBER DATE | NAME/DESCRIPTION *Payroll & taxes* | AMOUNT | AMOUNT | BALANCE MEMO |  |
| 12 001      ZA2117 08/29/25 M PAYCOR WEEKLY NET 9.3.25 |  | 2,883.74 |  |  |  |
| 12 001      ZA2118 08/29/25 M PAYCOR WEEKLY TAX 9.3.25 |  | 282.43 |  |  |  |

=====REGIONS==-=TAX=&=PAYROLL=========================================================================

| 12        2 |  | 3,166.17 |  | 4,697.63 |

*****GRAND*TOTALS*******************************************************************************************

| 2 |  | 3,166.17 |  | 4,697.63 |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  12-12   TRX DATE        -08/31/25   STATUS CODE  A-A



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**  XXXX9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
August 1, 2025 through August 29, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | **$207,247.96** | Minimum Balance | $185,450 |
| Deposits & Credits | $406,675.64 + | Average Balance | $431,210 |
| Withdrawals | $56,354.17 − | | |
| Fees | $15.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $25,686.14 − | | |
| **Ending Balance** | **$531,868.29** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/11 | Wire Transfer 1/Valley Park | 406,675.64 |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/01 | Blue Cross of MS Insur Prem Valley Park El 0035389 | 3,665.03 |
| 08/04 | Yazoo Valley Epa ACH Collec Valley Park El | 2,121.96 |
| 08/04 | EB to Checking # ████9047 Ref# 000000 0000033 | 4,820.60 |
| 08/05 | Card Purchase Smartsign 5399 Clover.Com Ny 11201 5262 | 1,399.60 |
| 08/05 | Card Purchase Tractor Supply 5599 Vicksburg MS 39180 5262 | 274.96 |
| 08/05 | PIN Purchase Circle K # 034 5542 Vicksburg MS 5262 | 46.89 |
| 08/06 | Card Purchase Samsclub.Com 5300 888-746-7726 AR 72712 5262 | 34.09 |
| 08/07 | Sba Eidl Loan Payment David Wansley 0000 | 2,513.00 |
| 08/11 | EB to Checking # ████9047 Ref# 000000 0000034 | 8,982.67 |
| 08/12 | PIN Purchase US Po 2 4411 9402 Valley Park 5262 | 11.00 |
| 08/13 | EB to Checking # 0360449047 Ref# 000000 0000035 | 5,758.30 |
| 08/14 | Card Purchase Amazon Mktpl*b2 5942 Amzn.Com/Bill WA 98109 5262 | 41.72 |
| 08/14 | Recurring Card Transaction Motion Industri 5085 Motion.Com AL 35210 5262 | 326.60 |
| 08/15 | Yazoo Valley Epa ACH Collec Valley Park El | 272.80 |
| 08/18 | Card Purchase Amazon Mktpl*I3 5942 Amzn.Com/Bill WA 98109 5262 | 146.16 |
| 08/18 | Recurring Card Transaction Motion Industri 5085 Motion.Com AL 35210 5262 | 247.01 |
| 08/18 | Card Purchase The Home Depot 5200 Vicksburg MS 39180 5262 | 297.46 |
| 08/18 | PIN Purchase Super Junior # 5542 Vicksburg 5262 | 53.84 |
| 08/18 | EB to Checking # ████9047 Ref# 000000 0000036 | 9,562.97 |
| 08/19 | Quarterly Fee Payment Valley Park El 0000 | 5.00 |
| 08/25 | Card Purchase Office Depot #1 5965 800-463-3768 TX 75050 5262 | 69.53 |
| 08/25 | EB to Checking # ████9047 Ref# 000000 0000037 | 5,986.11 |
| 08/27 | Card Purchase Amazon Mktpl*ro 5942 Amzn.Com/Bill WA 98109 5262 | 175.85 |
| 08/28 | EB to Checking # ████9047 Ref# 000000 0000038 | 5,758.30 |



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**          ☒☒☒9039

|  |  |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 08/29 | Card Purchase Amazon Reta* 5k  5331 Www.Amazon.CO WA 98109   5262 | 25.97 |
| 08/29 | EB to Checking # ☒☒☒047 Ref# 000000 0000039 | 3,756.75 |
| | Total Withdrawals | $56,354.17 |

## FEES

| | | |
|---|---|---|
| 08/11 | Wire Transfer Incoming Fee | 15.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/07 | 400124 | 1,111.00 | 08/22 | 400141 | 566.86 |
| 08/07 | 400127 * | 1,000.00 | 08/18 | 400142 | 171.99 |
| 08/01 | 400131 * | 350.00 | 08/13 | 400143 | 60.00 |
| 08/12 | 400132 | 750.00 | 08/15 | 400144 | 116.37 |
| 08/07 | 400133 | 800.00 | 08/15 | 400145 | 561.75 |
| 08/11 | 400134 | 750.00 | 08/11 | 400146 | 400.00 |
| 08/07 | 400135 | 3,660.00 | 08/19 | 400148 * | 304.12 |
| 08/18 | 400136 | 150.00 | 08/21 | 400149 | 566.86 |
| 08/14 | 400137 | 80.17 | 08/18 | 400150 | 100.00 |
| 08/19 | 400138 | 161.78 | 08/26 | 400151 | 400.00 |
| 08/18 | 400139 | 13,262.75 | 08/29 | 400158 * | 60.00 |
| 08/14 | 400140 | 302.49 | | | |
| | | | | Total Checks | $25,686.14 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | 203,232.93 | 08/13 | 575,399.50 | 08/22 | 548,100.80 |
| 08/04 | 196,290.37 | 08/14 | 574,648.52 | 08/25 | 542,045.16 |
| 08/05 | 194,568.92 | 08/15 | 573,697.60 | 08/26 | 541,645.16 |
| 08/06 | 194,534.83 | 08/18 | 549,705.42 | 08/27 | 541,469.31 |
| 08/07 | 185,450.83 | 08/19 | 549,234.52 | 08/28 | 535,711.01 |
| 08/11 | 581,978.80 | 08/21 | 548,667.66 | 08/29 | 531,868.29 |
| 08/12 | 581,217.80 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME: 10:59 am                          PAGE:   1
                    Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA LOC DEPOSI REFERE TRX | | | | WITHDRAWAL | DEPOSIT | RECONCILE | |
| CO COD NUMBER NUMBER DATE | NAME/DESCRIPTION | *Operating Acct* | | AMOUNT | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|---|---|---|
| 25 001 | 400147 08/11/25 A | HELENA AGRI-ENTERPRISE LLC | | 10,498.35 | | | |
| 25 001 | 400152 08/26/25 A | AFLAC | | 252.85 | | | |
| 25 001 | 400153 08/26/25 A | C SPIRE WIRELESS | | 109.82 | | | |
| 25 001 | 400154 08/26/25 A | DIRECTV | | 106.99 | | | |
| 25 001 | 400155 08/26/25 A | TELEVENT DTN LLC | | 257.04 | | | |
| 25 001 | 400156 08/26/25 A | GEAPS | | 370.00 | | | |
| 25 001 | 400157 08/26/25 A | PRESTO-X | | 529.78 | | | |
| 25 001 | 400159 08/27/25 A | OUR IT DEPARTMENT | | 2,493.88 | | | |
| 25 001 | 400160 08/27/25 A | OUR IT DEPARTMENT | | 78.75 | | | |
| 25 001 | 400161 08/28/25 A | JOHN HELMS | | 965.00 | | | |
| 25 001 | 400162 08/28/25 A | DENNIS CATES ADVERTISING & GIFTS | | 838.00 | | | |

=====REGIONS---OPERATING------------------------------------------------------------------
25               11                            16,500.46           531,868.29

*****GRAND*TOTALS***********************************************************************
                 11                            16,500.46           531,868.29

BNK-BANK ACCOUNT-SR---00200    BANK CODE  25-25    TRX DATE      -08/31/25    STATUS CODE  A-A

 **REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ☒☒☒**9047**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
August 1, 2025 through August 29, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$1,033.88** | Minimum Balance | $940 |
| Deposits & Credits | $44,625.70 + | Average Balance | $2,502 |
| Withdrawals | $40,961.95 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$4,697.63** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 08/04 | EB From Checking # ▧9039 Ref# 000000 0000033 | | 4,820.60 |
| 08/11 | EB From Checking # ▧9039 Ref# 000000 0000034 | | 8,982.67 |
| 08/13 | EB From Checking # ▧9039 Ref# 000000 0000035 | | 5,758.30 |
| 08/18 | EB From Checking # ▧9039 Ref# 000000 0000036 | | 9,562.97 |
| 08/25 | EB From Checking # ▧9039 Ref# 000000 0000037 | | 5,986.11 |
| 08/28 | EB From Checking # ▧9039 Ref# 000000 0000038 | | 5,758.30 |
| 08/29 | EB From Checking # ▧9039 Ref# 000000 0000039 | | 3,756.75 |
| | | Total Deposits & Credits | $44,625.70 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 08/05 | Paycor Inc. | Tax Fund Valley Park El 353605315162320 | 1,367.76 |
| 08/05 | Paycor Inc. | DD - Fund Valley Park El 129669341549602 | 3,452.84 |
| 08/08 | Paycor Inc. | Paycorfees Valley Park El 120635378171648 | 93.00 |
| 08/12 | Paycor Inc. | Tax Fund Valley Park El 228187555347071 | 2,423.14 |
| 08/12 | Paycor Inc. | DD - Fund Valley Park El 264409921942425 | 6,559.53 |
| 08/14 | Paycor Inc. | Tax Fund Valley Park El 249200354501740 | 1,117.64 |
| 08/14 | Paycor Inc. | DD - Fund Valley Park El 311203296246260 | 4,640.66 |
| 08/19 | Paycor Inc. | Tax Fund Valley Park El 136607708288294 | 2,623.09 |
| 08/19 | Paycor Inc. | DD - Fund Valley Park El 189665582800566 | 6,939.88 |
| 08/26 | Paycor Inc. | Tax Fund Valley Park El 106186641327053 | 1,445.53 |
| 08/26 | Paycor Inc. | DD - Fund Valley Park El 149038486323469 | 4,540.58 |
| 08/29 | Paycor Inc. | Tax Fund Valley Park El 870183665877540 | 1,117.64 |
| 08/29 | Paycor Inc. | DD - Fund Valley Park El 256321935760540 | 4,640.66 |
| | | Total Withdrawals | $40,961.95 |

 **Thank You For Banking With Regions!**
EQUAL HOUSING LENDER   2025 Regions Bank Member FDIC. All loans subject to credit approval.



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**  ✖✖✖ 9047

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/04 | 5,854.48 | 08/13 | 6,699.18 | 08/25 | 6,926.99 |
| 08/05 | 1,033.88 | 08/14 | 940.88 | 08/26 | 940.88 |
| 08/08 | 940.88 | 08/18 | 10,503.85 | 08/28 | 6,699.18 |
| 08/11 | 9,923.55 | 08/19 | 940.88 | 08/29 | 4,697.63 |
| 08/12 | 940.88 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME:  8:35 am

Bank Register

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX

BA LOC DEPOSI REFERE TRX                                    WITHDRAWAL    DEPOSIT    RUNNING
CO COD NUMBER NUMBER DATE    NAME/DESCRIPTION *United Bank*  AMOUNT        AMOUNT     BALANCE  MEMO
----------------------------------------------------------------------------------------------------------------
=====REGIONS==UNITED=BANK==========================================================================================
35       0
                                                                                    1,292,923.62

*****GRAND*TOTALS***********************************************************************************************
         0
                                                                                    1,292,923.62  ✓

BNK-BANK ACCOUNT-SR---00100   BANK CODE  35-35   TRX DATE  09/02/25-09/02/25

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
UNITED BANK
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ☒☒☒9594

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 26 |
| Page | 0 |
| | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
August 1, 2025 through August 29, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$1,305,281.99** | | | |
| Deposits & Credits | $0.00 + | Minimum Balance | $1,292,923 | |
| Withdrawals | $12,358.37 − | Average Balance | $1,294,628 | |
| Fees | $0.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $0.00 − | | | |
| **Ending Balance** | **$1,292,923.62** | | | |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 08/05 | United Bank | Loan Pmt Valley Park El 87226 | 12,358.37 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 08/05 | 1,292,923.62 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.