___

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC.,                     CASE NO. 25-00228-JAW

DEBTOR.                                        CHAPTER 11

### ORDER RESETTING CONFIRMATION HEARING

This matter came before the Court on the Plan of Reorganization (Dkt. 59) set for October 21, 2025 (the "Confirmation Hearing") (Dkt. 70). The Court, having considered the matter, finds that the Confirmation Hearing should be continued and reset for November 4, 2025, at 11:00 a.m. For clarity, the contested matters in the Bankruptcy Case reset for hearing on November 4, 2025, at 11:00 a.m. are as follows:

1. Plan of Reorganization (Dkt. 59) filed by Valley Park Elevator Inc (the "Debtor");

2. Conditional Objection to Confirmation (Dkt. 78) filed by United Bank.

IT IS, THEREFORE, ORDERED that the Confirmation Hearing is hereby reset for November 4, 2025, at 11:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##