United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00228-JAW
Valley Park Elevator Inc  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Oct 16, 2025  Form ID: pdf012  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Eileen N. Shaffer
    on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
    on behalf of Creditor United Bank jbarber@joneswalker.com
    jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
    on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
    mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23

SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: October 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC.,            CASE NO. 25-00228-JAW

**DEBTOR.**            **CHAPTER 11**

### ORDER RESETTING CONFIRMATION HEARING

This matter came before the Court on the Plan of Reorganization (Dkt. 59) set for October 21, 2025 (the "Confirmation Hearing") (Dkt. 70). The Court, having considered the matter, finds that the Confirmation Hearing should be continued and reset for November 4, 2025, at 11:00 a.m. For clarity, the contested matters in the Bankruptcy Case reset for hearing on November 4, 2025, at 11:00 a.m. are as follows:

1. Plan of Reorganization (Dkt. 59) filed by Valley Park Elevator Inc (the "Debtor");
2. Conditional Objection to Confirmation (Dkt. 78) filed by United Bank.

IT IS, THEREFORE, ORDERED that the Confirmation Hearing is hereby reset for November 4, 2025, at 11:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##