IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor                Case No. 25-00228-JAW
                                                         CHAPTER 11

## NOTICE

Debtor has filed papers with the court to incur debt.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: October 22, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor                    Case No. 25-00228-JAW
                                                                                      CHAPTER 11

## MOTION TO INCUR DEBT

COMES NOW Valley Park Elevator, Inc. ("Debtor" or "VPE"), the debtor and debtor-in-possession in the above-styled Chapter 11 proceeding, by and through undersigned counsel, and respectfully moves this Court pursuant to 11 U.S.C. §§ 363(b) and 364 for authority to borrow against certain life insurance policies in order to obtain necessary operating capital. In support thereof, the Debtor states as follows:

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The Debtor operates a grain elevator business in Valley Park, Mississippi. United Bank ("United") holds a claim secured, in part, by an assignment of certain New York Life insurance policies owned by the Debtor. The Debtor's proposed Chapter 11 plan (the "Plan"), which is scheduled for imminent confirmation, provides that United will be paid in full within fourteen (14) days after confirmation.

3.     To provide interim operating capital, the Debtor seeks authority to borrow against the cash value of the following policies:

Policy No. 48 502 381 - Loan in the amount of $180,000.

Policy No. 61 198 370 - Loan in the amount of $290,000.

4.     The loans will be made directly by New York Life under standard policy loan provisions. The loan terms are variable and set periodically by New York Life

5.     United currently holds an assignment of the policies as collateral for its claim. The Debtor proposes that, pending satisfaction of United's secured claim under the confirmed Plan, United shall retain its existing lien and security interest in the policies and in the loan proceeds to the same extent, priority, and validity as existed prior to the filing of this Motion. Both Debtor and United shall be authorized to execute any documents, consents, or authorizations required by New York Life to effectuate the loans, without prejudice to United's

lien rights. Upon payment in full of United's claim pursuant to the Plan, United's liens shall be deemed satisfied and released. The liens will remain until the claim is paid in full.

6. The Debtor proposes that loan proceeds in the amount of $113,292.72 be deposited into the Segregated DIP Account maintained at Regions Bank (see Dk # 47), to be reserved and used exclusively for payment of United's secured claim in accordance with the terms of the confirmed Plan. The remaining proceeds, shall be deposited into the Debtor's DIP operating account maintained at Regions Bank and may be used for the Debtor's ordinary and necessary business operations.

7. The proposed borrowing is in the best interests of the estate and its creditors. It provides needed operating liquidity in the short period before Plan payments are completed, while preserving United's collateral position.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

1. Authorizing the Debtor to borrow $180,000 and $290,000 against Policy Nos. 48 502 381 and 61 198 370, respectively;
2. Authorizing both the Debtor and United Bank to execute all documents, consents, and authorizations necessary to effectuate such borrowing;
3. Providing that United shall retain its liens on the policies and proceeds until its claim is paid in full under the confirmed Plan, at which time such liens shall be deemed satisfied and released; and
4. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on October 22, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00228 |
|---|---|
| VALLEY PARK ELEVATOR INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 10/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VALLEY PARK ELEVATOR INC | CASE NO: 25-00228<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 10/22/2025, a copy of the following documents, described below,

Notice and Motion to Incur

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00228<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED OCT 22 12-5-45 PST 2025 | ~~EXCLUDE~~<br><br>~~(U)ARO  INC~~ | ~~EXCLUDE~~<br><br>~~(U)ADEN WANSLEY FARMS  LLC~~ |
| ~~EXCLUDE~~<br><br>~~(U)B  B FARMS~~ | ~~EXCLUDE~~<br><br>~~(U)BELLE MEADE PLANTATION~~ | BLUE CROSS BLUE SHIELD OF MISSISSIPPI  A MUT<br>221 SUNNYBROOK ROAD<br>SUITE B<br>RIDGELAND   MS  39157-2206 |
| ~~EXCLUDE~~<br><br>~~(U)CIRCLE Z~~ | ~~EXCLUDE~~<br><br>~~(U)CLARK  CLARK~~ | ~~EXCLUDE~~<br><br>~~(U)D  C FARMS~~ |
| ~~EXCLUDE~~<br><br>~~(U)DAVID WANSLEY~~ | ~~EXCLUDE~~<br><br>~~(U)E R MCKNIGHT  IV~~ | ~~EXCLUDE~~<br><br>~~(U)EWING FARMS~~ |
| ~~EXCLUDE~~<br><br>~~(U)FLOWEREE PLANTING CO~~ | ~~EXCLUDE~~<br><br>~~(U)KELSO FARMS~~ | UNITED BANK<br>CO JEFFREY R BARBER  ESQ<br>JONES WALKER LLP<br>P O BOX 427<br>JACKSON   MS  39205-0427 |
| DEBTOR<br><br>VALLEY PARK ELEVATOR INC<br>PO BOX 188<br>VALLEY PARK   MS  39177-0188 | ~~EXCLUDE~~<br><br>~~(U)WANSLEY PARTNERSHIP~~ | ~~EXCLUDE~~<br><br>~~(U)WHITTEN  WHITTEN  INC~~ |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON   MS  39201-5036~~ | ADEN BROTHERS<br>3730 REDWOOD RD<br>VICKSBURG   MS  39183-8025 | ADEN FARMS<br>3730 REDWOOD RD<br>VICKSBURG   MS  39183-8025 |
| ADEN JR  WILLIAM B<br>JEFF WONG<br>205 CHARLESTON DR<br>VICKSBURG   MS  39180-4841 | ADEN WANSLEY<br>108 TWIN CREEKS DR<br>VICKSBURG   MS  39180-4843 | ADEN  MERRITT<br>3730 REDWOOD RD<br>VICKSBURG   MS  39183-8025 |
| ANDERSON TULLY COMPANY<br>775 RIDGELAKE BLVD<br>SUITE 105<br>MEMPHIS   TN  38120-9461 | ARK LA MISS FARMS<br>7716 OLD CANTON RD<br>MADISON   MS  39110-9299 | ARO INC<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD   MS  39156-9058 |

| | | |
|---|---|---|
| ATWOOD EMMETT R<br>PO BOX 79<br>VICKSBURG MS 39181-0079 | ADEN WANSLEY FARMS LLC<br>ADEN WANSLEY<br>108 TWIN CREEKS DR<br>VICKSBURG MS 39180-4843 | ANDREW M WILSON ESQ<br>BENNETT LOTTERHOS SULSER WILSON PA<br>ATTY FOR BLUE CROSS BLUE SHIELD OF MIS<br>PO BOX 1488<br>JACKSON MS 39215-1488 |
| B B FARMS<br>MELINDA BRAXTON<br>PO BOX 254<br>VALLEY PARK MS 39177-0254 | BACONIA PLANTATION INC<br>PO BOX 335<br>CARY MS 39054-0335 | BARTON FARM LLC<br>PO BOX 9<br>RAYMOND MS 39154-0009 |
| BELLE MEADE PLANTATION<br>1306 RIVER BEND COVE<br>VICKSBURG MS 39183-8756 | BOLL PLANTING COMPANY<br>PO BOX 326<br>ROLLING FORK MS 39159-0326 | BOYKIN BROTHERS<br>PO BOX 254<br>HOLLANDALE MS 38748-0254 |
| BRADWAY BRAD<br>206 TURNBERRY LANE<br>STARKVILLE MS 39759-5508 | BRAXTON JR ROBERT E<br>PO BOX 254<br>VALLEY PARK MS 39177-0254 | BELLE MEADE PLANTATION<br>ER MCKNIGHT IV<br>1306 RIVER BEND COVE<br>VICKSBURG MS 39183-8756 |
| CARY ASSOCIATES<br>PO BOX 187<br>ROLLING FORK MS 39159-0187 | CIRCLE Z<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD MS 39156-9058 | CLARK CLARK<br>CJ CLARK<br>755 FRONT ST<br>ANGUILLA MS 38721-9425 |
| CLAY ROBERT<br>343 CONNER RD<br>ROLLING FORK MS 39159-5426 | DC FARMS<br>DOUG JETER<br>447 REDWOOD RD<br>REDWOOD MS 39156-7029 | DAVID WANSLEY<br>120 BROOKWOOD DR<br>VICKSBURG MS 39183-8101 |
| DELTA WILDLIFE FORESTR<br>MR STEVE BRUNSON<br>PO BOX 1720<br>COLLIERVILLE TN 38027-1720 | DORNBUSCH AJ<br>3307 HIGHLAND DR<br>VICKSBURG MS 39180-4552 | DORNBUSCH JAKE<br>3360 FLOWEREE RD<br>REDWOOD MS 39156-9058 |
| DOUGLAS JETER JR<br>447 REDWOOD RD<br>REDWOOD MS 39156-7029 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | ER MCKNIGHT IV<br>425 FOREST OAK LANE<br>VICKSBURG MS 39180-3403 |
| ELLIS GARY<br>2221 BROWN RD<br>HOLLANDALE MS 38748-9664 | EILEEN N SHAFFER ESQ<br>COUNSEL FOR ARO INC<br>PO BOX 1177<br>JACKSON MS 39215-1177 | EILEEN N SHAFFER ESQ<br>COUNSEL FOR ADEN WANSLEY FARMS LLC<br>PO BOX 1177<br>JACKSON MS 39215-1177 |

| | | |
|---|---|---|
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR BB FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR BELLE MEADE PLANTATION<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR CIRCLE Z<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR CLARK   CLARK<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR DC FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR DAVID WANSLEY<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR ER MCKNIGHT  IV<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR EWING FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR FLOWEREE PLANTING CO<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR KELSO FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR TIM BARNETTE<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR TOM LEE  DBA HINTSON<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR WANSLEY PARTNERSHIP<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR WHITTEN  WHITTEN  INC<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EWING FARMS<br>MARTHA PELLEGRINMILTON C EWING III<br>PO BOX 485<br>ANGUILLA  MS 38721-0485 |
| FLORENCE NEWMAN<br>PO BOX 234<br>VALLEY PARK  MS 39177-0234 | FLOWEREE PLANTING COMPANY<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD  MS 39156-9058 | FRISBEE  RALPH<br>DENNIS FRISBEE<br>17989 SE WALNUT HILL R<br>AMITY  OR 97101-2104 |
| HAMLIN  HAMLIN NP<br>PO BOX 216<br>GRACE  MS 38745-0216 | HAROLD  MAY<br>PO BOX 1249<br>CANTON  MS 39046-1249 | HEIGLE FARMS  JUNIOR<br>11585 HWY 1<br>ROLLING FORK  MS 39159-5294 |
| HELENA PARTNERS<br>PO BOX 247<br>ROLLING FORK  MS 39159-0247 | HOWLE PLANTING COMPANY<br>137 JEFFERSON ST<br>ANGUILLA  MS 38721-9515 | HINTSON FARMS<br>TOM LEE<br>10850 HWY 3<br>REDWOOD  MS 39156-9772 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>ETHRIDGE BUILDING<br>900 JEFFERSON AVE<br>OXFORD  MS 38655-3608 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CO US ATTORNEY SD MISSISSIPPI<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 |

| | | |
|---|---|---|
| J J FARMS<br>204 MADISON RIDGE<br>VICKSBURG MS 39180-3400 | J K M FARMS<br>PO BOX 307<br>ANGUILLA MS 38721-0307 | JEFFREY RYAN BARBER ESQ<br>JONES WALKER LLP<br>ATTY FOR UNITED BANK<br>PO BOX 427<br>JACKSON MS 39205-0427 |
| KCOE ISOM LLP<br>ATTN CATHY INGRAM<br>3030 CORTLAND CIRCLE<br>SALINA KS 67401-7874 | KELSO FARMS<br>419 OMEGA RD<br>ROLLING FORK MS 39159-4994 | KELSO FARMS<br>CO DAVID JOHNSON<br>419 OMEGA RD<br>ROLLING FORK MS 39159-4994 |
| LR FARMS<br>661 BLACK BAYOU RD<br>ROLLING FORK MS 39159-4939 | LARRY D WHITTEN<br>PO BOX 215<br>VALLEY PARK MS 39177-0215 | LITTLE ONWARD PLANTATI<br>361 WEST LAKEVIEW<br>YAZOO CITY MS 39194-4788 |
| MARTIN PLANTATION<br>PO BOX 537<br>ROLLING FORK MS 39159 | MCKNIGHT SONS ER<br>1306 RIVER BEND COVE<br>VICKSBURG MS 39183-8756 | MCKNIGHT IV E R (MA<br>425 FOREST OAK LANE<br>VICKSBURG MS 39180-3403 |
| MS DEPT OF REVENUE<br>CO MS AG<br>550 HIGH STREET<br>JACKSON MS 39201-1111 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MARCUS M WILSON ESQ<br>BENNETT LOTTERHOS SULSER WILSON PA<br>ATTY FOR BLUE CROSS BLUE SHIELD OF MIS<br>PO BOX 1488<br>JACKSON MS 39215-1488 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MITCHELL WILLIS<br>SAM FARMS<br>1310 MULBERRY<br>VICKSBURG MS 39180-3242 | O J SHARPE FARM<br>431 CONNER RD<br>ROLLING FORK MS 39159-5289 |
| PORTER CLIFTON HOPE<br>1221 WOODBERRY DR<br>MADISON MS 39110-7764 | PRESLEY MICHAEL<br>PO BOX 463<br>BENTONIA MS 39040-0463 | ROBERT BRAXTON SR<br>MRS MARY BRAXTON<br>PO BOX 284<br>VALLEY PARK MS 39177-0284 |
| ROCKING B S ENTERPRISE<br>565 INDUSTRIAL DR<br>VICKSBURG MS 39183-8689 | ~~EXCLUDE~~<br>~~(U)SAM FARMS GENERAL PART~~<br>~~MITCHELL WILLIS~~<br>~~ADDRESS UNKNOWN~~ | SANDY BAYOU FARMS<br>1290 MATTHEWS RD<br>ROLLING FORK MS 39159-2368 |
| SHIPLAND FARMS<br>47 FITLER RD<br>ROLLING FORK MS 39159-4999 | SIMITH JAMES W<br>PO DRAWER 1987<br>LAUREL MS 39441-1987 | SIMRALL SIMRALL<br>5040 HWY 3<br>REDWOOD MS 39156-9038 |

```
SIMRALL  JOHN K                      SMALL BUSINESS ADMINIS               THOMAS GREY WINDHAM
5040 HWY 3                           PO BOX 740192                        229 CARTER DR
REDWOOD  MS 39156-9038               ATLANTA  GA 30374-0192               ROLLING FORK  MS 39159-3001




TIM BARNETTE                         TOP DOG FARM                         TOWELL  JIM
1257 DIXIE RD                        PO BOX 187                           RT 2  BOX 220
ROLLING FORK  MS 39159-4973          ROLLING FORK  MS 39159-0187          NORWOOD  MO 65717




US ATTORNEY SD MISSISSIPPI           US ATTORNEY SD MISSISSIPPI           US ATTORNEYS OFFICE
CO INTERNAL REVENUE SERVICE          CO US SECURITIES AND EXCHANGE COMMISS 501 E COURT ST
501 E COURT STREET  STE 4430         501 E COURT STREET  STE 4430         STE 4430
JACKSON  MS 39201-5025               JACKSON  MS 39201-5025               JACKSON  MS 39201-5025




US SECURITIES AND EXCHANGE COMMISSION US ATTORNEY GENERAL                 UNITED BANK
OFFICE OF REORGANIZATION             US DEPT OF JUSTICE                   PO BOX 8
950 EAST PACES FERRY ROAD  SUITE 900 950 PENNSYLVANIA AVENW               ATMORE  AL 36504-0008
ATLANTA  GA 30326-1382               WASHINGTON  DC 20530-0001



                                     EXCLUDE

UNITED BANK                          UNITED STATES TRUSTEE                VALLEY PARK PLANTATION
CO JEFFREY R BARBER  ESQ             501 EAST COURT STREET                PO BOX 1101
JONES WALKER LLP                     SUITE 6 430                          VICKSBURG  MS 39181-1101
3100 N STATE ST  STE 300             JACKSON  MS 39201 5022
JACKSON  MS 39216-4013




WANSLEY PARTNERSHIP                  WARREN FARMS JOINT VEN               WAYE WINDHAM FARMS
DAVID WANSLEY                        108 LEXINGTON DR                     3363 WILLETTE RD
120 BROOKWOOD DR                     MADISON  MS 39110-6952               ROLLING FORK  MS 39159-5073
VICKSBURG  MS 39183-8101




WBS  INC                             WHITTEN  WHITTEN INC                 WHITTEN III  JAMES W
106 CHANDLERS COVE                   BRAD WHITTEN AND BILLY WHITTEN       PO BOX 253
VICKSBURG  MS 39183-7987             PO BOX 253                           VALLEY PARK  MS 39177-0253
                                     VALLEY PARK  MS 39177-0253




WHITTEN JR  JAMES W                  WHITTEN  BRADLEY                     WHITTEN  MARY E
PO BOX 253                           PO BOX 253                           PO BOX 253
VALLEY PARK  MS 39177-0253           VALLEY PARK  MS 39177-0253           VALLEY PARK  MS 39177-0253




WILKES AND COMPANY                   WILLIS JR  JESSE                     WILLIS SR  JESSE
DAN WILKES                           126 WOODSTONE DR                     LUKE WILLIS
5305 FLOWEREE RD                     VICKSBURG  MS 39183-8768             276 WILLIS RD
REDWOOD  MS 39156                                                         ROLLING FORK  MS 39159-4976
```

```
WOODRUFF INC  W C                    WOODRUFF  RODNEY                   DAVID R LYNCH
586 GRACE RD                         PATRICIA SMITH WOODR                THE LYNCH LAW FIRM  PLLC
GLEN ALLEN  MS 38744-9726            109 CLARKDELL RD                    P O BOX 12229
                                     GLUCKSTAT  MS 39110-7511            JACKSON  MS 39236-2229


EXCLUDE                              EXCLUDE                             EXCLUDE

THOMAS CARL ROLLINS JR               (U)TIM BARNETTE                     (U)TOM LEE  DBA HINTSON
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```

(EXCLUDE entries shown with strikethrough)