## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Valley Park Elevator Inc, Debtor**          **Case No. 25-00228-JAW**
                                                                    **CHAPTER 11**

### BALLOT SUMMARY AND CERTIFICATION OF ACCEPTANCE
### OR REJECTION OF PLAN

Comes now the Debtor, Valley Park Elevator, Inc., by and through undersigned counsel, and

pursuant to Fed. R. Bankr. P. 3018(c) and Local Rule 3018-1, hereby submits this Ballot Summary

and Certification of Acceptance or Rejection of the Debtor's Chapter 11 Plan of Reorganization, and

states as follows:

1. On August 14, 2025, the Debtor served the Disclosure Statement and Plan of Reorganization
   upon all creditors and equity interest holders entitled to vote thereon, together with
   appropriate ballots pursuant to Fed. R. Bankr. P. 3017(d).

2. Ballots were required to be received by the undersigned on or before October 17, 2025.

3. The undersigned, as counsel for the Debtor, acted as the Ballot Tabulator and certifies the
   following tabulation of votes received as of the voting deadline.

| Class | Description | Impairment | Total Claims Entitled to Vote | Number of Ballots Received | Amount Voting to Accept | Amount Voting to Reject | Result |
|-------|-------------|------------|-------------------------------|----------------------------|-------------------------|-------------------------|--------|
| 3 | United Bank | Impaired | $1,338,640.01 (1 creditor) | 1 | $1,338,640.01 | $0 | ACCEPTED (100%) |
| 4 | [Reserved / Moot] | — | — | — | — | — | — |
| 7 | General Unsecured Creditors | Impaired | $8,063,999.05 | 1 | $364,391.01 | $0 | ACCEPTED (100% of ballots cast) |
| Equity Interests | Cary Associates; Robert & Mary Braxton; Top Dog Farm | Impaired | n/a (3 holders) | 3 | All Accept | 0 | ACCEPTED (100%) |

4. Pursuant to 11 U.S.C. § 1126(c), acceptance is determined by the votes actually cast. One
   ballot was received in Class 7, representing $364,391.01 of claims. That ballot voted to
   accept. Accordingly, 100% in number and amount of the ballots cast in Class 7 accepted the
   Plan, and the class is deemed to have accepted.

5.   The undersigned hereby certifies that:

    a.   All ballots received were examined and tabulated as reflected above.

    b.   No disputed or defective ballots were received.

    c.   The tabulation accurately reflects all ballots received prior to the voting deadline.

    d.   The results demonstrate that each voting impaired class has accepted the Plan in accordance with 11 U.S.C. § 1126.

6.   Based upon the foregoing, all voting impaired classes have accepted the Plan, and all unimpaired classes are deemed to accept under § 1126(f). Accordingly, the Debtor respectfully submits this Ballot Summary and Certification for the Court's consideration in connection with confirmation of the Plan.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Ballot Summary and Certification was uploaded on October 24, 2025 to CM/ECF.   The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.