Official Form 314   (02/20)

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor                    Case No. 25-00228-JAW
                                                             CHAPTER 11

## Class 3 Ballot for Accepting or Rejecting Plan of Reorganization

Valley Park Elevator Inc filed a plan of reorganization dated May 29, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before October 17, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class 3** claim against the Debtor in the unpaid amount of
**One Million Three Hundred Thirty-Eight Thousand Six Hundred Forty and 01/100 Dollars ($1,338,640.01) in principal**, together with interest, legal fees and expenses, and other charges permitted under Section 506 of the Bankruptcy Code.

*Check one box only*

☒  Accepts the plan *

*Acceptance is conditioned on approval by the Court of a settlement reached in connection with Class 3 holder's *Conditional Objection to Confirmation of Plan of Reorganization* [Dkt. No. 78]. Holder reserves the right to amend this Ballot to reject the Plan in the event the settlement is not approved by the Bankruptcy Court.

☐  Rejects the plan

Dated: 10/16/25                          Print or type name: **Alex Jones**

Signature: _____      Title Executive Vice President, United Bank

Address: **109 West Nashville Ave.**
         **Atmore, Alabama 36502**

Return this ballot to:   Thomas C. Rollins, Jr.
                         P.O. Box 13767
                         Jackson, MS 39236

#110054293v1

Official Form 314 (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Valley Park Elevator Inc, Debtor

Case No. 25-00228-JAW
CHAPTER 11

## Class ___ Ballot for Accepting or Rejecting Plan of Reorganization

Valley Park Elevator Inc filed a plan of reorganization dated May 29, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before October 17, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____)

Check one box only

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 9-4-25        Print or type name: Cary Assc.

Signature: [signed]        Title: Partner

Address: P.O. Box 187
Rolling Fork, MS 39159

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Valley Park Elevator Inc, Debtor

Case No. 25-00228-JAW
**CHAPTER 11**

## Class ___ Ballot for Accepting or Rejecting Plan of Reorganization

Valley Park Elevator Inc filed a plan of reorganization dated May 29, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before October 17, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class ____ claim against the Debtor in the unpaid amount of _____Dollars ($_____)

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 9-4-25        Print or type name: Top Dog Farm

Signature: [signature]        Title: _____

Address: P.O. Box 187
Rolling Fork, MS 39159

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor                Case No. 25-00228-JAW
                                                         CHAPTER 11

## Class __7__ Ballot for Accepting or Rejecting Plan of Reorganization

Valley Park Elevator Inc filed a plan of reorganization dated May 29, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class __7__ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before October 17, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class __7__ claim against the Debtor in the unpaid amount of
__Three hundred sixty four thousand three hundred ninety one and 01__ Dollars ($ __364,391.01__)

Check one box only

☑ Accepts the plan

☐ Rejects the plan

Dated: __10/14/25__        Print or type name: __M C Ewing III / DBA Ewing Farms__

Signature: __M Ewing III__                        Title __Ewing Farms__

Address:
__PO Box 485__
__Anguilla, MS 38721__

**Return this ballot to:**
Thomas C. Rollins, Jr. .
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor                Case No. 25-00228-JAW
                                                         **CHAPTER 11**

## Class ___ Ballot for Accepting or Rejecting Plan of Reorganization

Valley Park Elevator Inc filed a plan of reorganization dated May 29, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before October 17, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of _____ Dollars ($_____)

Check one box only

[X] **Accepts the plan**

[ ] **Rejects the plan**

Dated: 8/25/25        Print or type name: Robert and Mary Braxton
                                          (Deceased)
Signature: Mary a Braxton        Title _____
Address: P O Box 284
         Valley Park, MS 39177

Return this ballot to:
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236