United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00228-JAW |
| Valley Park Elevator Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 5 |
| Date Rcvd: Nov 04, 2025 | Form ID: n031 | Total Noticed: 117 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |
| cr | + | Blue Cross Blue Shield of Mississippi, A Mutual In, 221 Sunnybrook Road, Suite B, Ridgeland, MS 39157, UNITED STATES 39157-2206 |
| cr | + | United Bank, c/o Jeffrey R. Barber, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 UNITED STATES 39205-0427 |
| 5468053 | + | ADEN BROTHERS, 3730 REDWOOD RD, VICKSBURG, MS 39183-8025 |
| 5468054 | + | ADEN FARMS, 3730 REDWOOD RD., VICKSBURG, MS 39183-8025 |
| 5468055 | + | ADEN JR, WILLIAM B., % JEFF WONG, 205 Charleston Dr., Vicksburg, MS 39180-4841 |
| 5468056 | + | ADEN WANSLEY, 108 TWIN CREEKS DR., VICKSBURG, MS 39180-4843 |
| 5468058 | + | ADEN, MERRITT, 3730 REDWOOD RD., VICKSBURG, MS 39183-8025 |
| 5468059 | + | ANDERSON TULLY COMPANY, 775 RIDGELAKE BLVD., SUITE 105, MEMPHIS, TN 38120-9461 |
| 5468060 | + | ARK LA MISS FARMS, 7716 OLD CANTON RD., MADISON, MS 39110-9299 |
| 5468061 | + | ARO INC, Jake Dombusch, 3360 Floweree Rd., Redwood, MS 39156-9058 |
| 5468062 | + | ATWOOD, EMMETT R., P.O. BOX 79, VICKSBURG, MS 39181-0079 |
| 5468057 | + | Aden Wansley Farms LLC, Aden Wansley, 108 TWIN CREEKS DR., Vicksburg, MS 39180-4843 |
| 5470699 | + | Andrew M. Wilson, Esq., Bennett Lotterhos Sulser & Wilson, P.A., Atty for Blue Cross & Blue Shield of Mis, P.O. Box 1488, Jackson, MS 39215-1488 |
| 5468063 | + | B & B FARMS, Melinda Braxton, P.O. Box 254, Valley Park, MS 39177-0254 |
| 5468064 | + | BACONIA PLANTATION INC, P.O. BOX 335, CARY, MS 39054-0335 |
| 5468065 | + | BARTON FARM LLC, P.O. BOX 9, RAYMOND, MS 39154-0009 |
| 5468066 | + | BELLE MEADE PLANTATION, 1306 RIVER BEND COVE, Vicksburg, MS 39183-8756 |
| 5468067 | + | BOLL PLANTING COMPANY,, P.O. BOX 326, ROLLING FORK, MS 39159-0326 |
| 5468068 | + | BOYKIN BROTHERS, P.O. BOX 254, HOLLANDALE, MS 38748-0254 |
| 5468069 | + | BRADWAY, BRAD, 206 TURNBERRY LANE, STARKVILLE, MS 39759-5508 |
| 5468070 | + | BRAXTON JR, ROBERT E., P.O. BOX 254, VALLEY PARK, MS 39177-0254 |
| 5511263 | + | Belle Meade Plantation, E.R. McKnight, IV, 1306 River Bend Cove, Vicksburg, MS 39183-8756 |
| 5468071 | + | CARY ASSOCIATES, P.O.. BOX 187, ROLLING FORK, MS 39159-0187 |
| 5468072 | + | CIRCLE Z, Jake Dombusch, 3360 FLOWEREE RD., Redwood, MS 39156-9058 |
| 5468073 | + | CLARK & CLARK, C.J. Clark, 755 FRONT ST., Anguilla, MS 38721-9425 |
| 5468074 | + | CLAY, ROBERT, 343 CONNER RD., ROLLING FORK, MS 39159-5426 |
| 5468075 | + | D&C FARMS, Doug Jeter, 447 REDWOOD RD., Redwood, MS 39156-7029 |
| 5468076 | + | DAVID WANSLEY, 120 BROOKWOOD DR., Vicksburg, MS 39183-8101 |
| 5468077 | + | DELTA WILDLIFE FORESTR, % Mr. STEVE BRUNSON, P.O. BOX 1720, COLLIERVILLE, TN 38027-1720 |
| 5468078 | + | DORNBUSCH, A.J., 3307 HIGHLAND DR., VICKSBURG, MS 39180-4552 |
| 5468079 | + | DORNBUSCH, JAKE, 3360 FLOWEREE RD., REDWOOD, MS 39156-9058 |
| 5468080 | + | DOUGLAS JETER JR., 447 REDWOOD RD., REDWOOD, MS 39156-7029 |
| 5511262 | + | E.R. McKnight, IV, 425 Forest Oak Lane, Vicksburg, MS 39180-3403 |
| 5468081 | + | ELLIS, GARY, 2221 BROWN RD., HOLLANDALE, MS 38748-9664 |
| 5477665 | | Eileen N. Shaffer, Esq., Counsel for ARO, Inc., PO Box 1177, Jackson, MS 39215-1177 |
| 5477666 | | Eileen N. Shaffer, Esq., Counsel for Aden Wansley Farms, LLC, PO Box 1177, Jackson, MS 39215-1177 |
| 5477667 | | Eileen N. Shaffer, Esq., Counsel for B&B Farms, PO Box 1177, Jackson, MS 39215-1177 |
| 5477669 | | Eileen N. Shaffer, Esq., Counsel for Belle Meade Plantation, PO Box 1177, Jackson, MS 39215-1177 |
| 5477670 | | Eileen N. Shaffer, Esq., Counsel for Circle Z, PO Box 1177, Jackson, MS 39215-1177 |
| 5477671 | | Eileen N. Shaffer, Esq., Counsel for Clark & Clark, PO Box 1177, Jackson, MS 39215-1177 |
| 5477672 | | Eileen N. Shaffer, Esq., Counsel for D&C Farms, PO Box 1177, Jackson, MS 39215-1177 |
| 5477673 | | Eileen N. Shaffer, Esq., Counsel for David Wansley, PO Box 1177, Jackson, MS 39215-1177 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 5 |
| Date Rcvd: Nov 04, 2025 | Form ID: n031 | Total Noticed: 117 |

| | | |
|---|---|---|
| 5477674 | | Eileen N. Shaffer, Esq., Counsel for E.R. McKnight, IV, PO Box 1177, Jackson, MS 39215-1177 |
| 5477675 | | Eileen N. Shaffer, Esq., Counsel for Ewing Farms, PO Box 1177, Jackson, MS 39215-1177 |
| 5477676 | | Eileen N. Shaffer, Esq., Counsel for Floweree Planting Co., PO Box 1177, Jackson, MS 39215-1177 |
| 5477677 | | Eileen N. Shaffer, Esq., Counsel for Kelso Farms, PO Box 1177, Jackson, MS 39215-1177 |
| 5477668 | | Eileen N. Shaffer, Esq., Counsel for Tim Barnette, PO Box 1177, Jackson, MS 39215-1177 |
| 5477678 | | Eileen N. Shaffer, Esq., Counsel for Tom Lee, d/b/a Hintson, PO Box 1177, Jackson, MS 39215-1177 |
| 5477679 | | Eileen N. Shaffer, Esq., Counsel for Wansley Partnership, PO Box 1177, Jackson, MS 39215-1177 |
| 5477680 | | Eileen N. Shaffer, Esq., Counsel for Whitten & Whitten, Inc., PO Box 1177, Jackson, MS 39215-1177 |
| 5468082 | + | Ewing Farms, Martha Pellegrin/Milton C. Ewing III, P.O. Box 485, Anguilla, MS 38721-0485 |
| 5468083 | + | FLORENCE NEWMAN, P.O. BOX 234, VALLEY PARK, MS 39177-0234 |
| 5468084 | + | FLOWEREE PLANTING COMPANY, JAKE DOMBUSCH, 3360 FLOWEREE RD., Redwood, MS 39156-9058 |
| 5468085 | | FRISBEE, RALPH, % DENNIS FRISBEE, 17989 SE Walnut Hill R, Amity, OR 97101-2104 |
| 5468086 | + | HAMLIN & HAMLIN NP, P.O. BOX 216, GRACE, MS 38745-0216 |
| 5468087 | + | HAROLD, MAY, P.O. BOX 1249, CANTON, MS 39046-1249 |
| 5468088 | + | HEIGLE FARMS, JUNIOR, 11585 HWY 1, ROLLING FORK, MS 39159-5294 |
| 5468089 | + | HELENA PARTNERS, P.O. BOX 247, ROLLING FORK, MS 39159-0247 |
| 5468090 | + | HOWLE PLANTING COMPANY, 137 JEFFERSON ST., ANGUILLA, MS 38721-9515 |
| 5468118 | + | Hintson Farms, Tom Lee, 10850 Hwy 3, Redwood, MS 39156-9772 |
| 5468093 | + | J & J FARMS, 204 MADISON RIDGE, VICKSBURG, MS 39180-3400 |
| 5468094 | + | J K M FARMS, P.O. BOX 307, ANGUILLA, MS 38721-0307 |
| 5471330 | + | Jeffrey Ryan Barber, Esq., Jones Walker LLP, Atty for United Bank, P.O. Box 427, Jackson, MS 39205-0427 |
| 5484711 | + | KCoe Isom, LLP, Attn: Cathy Ingram, 3030 Cortland Circle, Salina KS 67401-7874 |
| 5468095 | + | KELSO FARMS, 419 OMEGA RD., Rolling Fork, MS 39159-4994 |
| 5512409 | + | Kelso Farms, c/o David Johnson, 419 Omega Rd., Rolling Fork, MS 39159-4994 |
| 5468096 | + | L&R FARMS, 661 BLACK BAYOU RD., ROLLING FORK, MS 39159-4939 |
| 5468097 | + | LARRY D. WHITTEN, P.O. BOX 215, VALLEY PARK, MS 39177-0215 |
| 5468098 | + | LITTLE ONWARD PLANTATI, 361 WEST LAKEVIEW, YAZOO CITY, MS 39194-4788 |
| 5468099 | | MARTIN PLANTATION, P.O. BOX 537, ROLLING FORK, MS 39159 |
| 5468100 | + | MCKNIGHT & SONS, E.R., 1306 RIVER BEND COVE, VICKSBURG, MS 39183-8756 |
| 5468101 | + | MCKNIGHT IV, E. R. (MA, 425 FOREST OAK LANE, Vicksburg, MS 39180-3403 |
| 5468103 | + | MS Dept of Revenue, c/o MS AG, 550 High Street, Jackson, MS 39201-1111 |
| 5470670 | + | Marcus M. Wilson, Esq., Bennett Lotterhos Sulser & Wilson, P.A., Atty for Blue Cross & Blue Shield of Mis, P.O. Box 1488, Jackson, MS 39215-1488 |
| 5470341 | + | Mitchell Willis, SAM Farms, 1310 Mulberry, Vicksburg, MS 39180-3242 |
| 5468104 | + | O. J. SHARPE FARM, 431 CONNER RD., ROLLING FORK, MS 39159-5289 |
| 5468105 | + | PORTER, CLIFTON & HOPE, 1221 WOODBERRY DR, MADISON, MS 39110-7764 |
| 5468106 | + | PRESLEY, MICHAEL, P.O. BOX 463, BENTONIA, MS 39040-0463 |
| 5468107 | + | ROBERT BRAXTON SR., % MRS. MARY BRAXTON, P.O. BOX 284, VALLEY PARK, MS 39177-0284 |
| 5468108 | + | Rocking B s Enterprise, 565 Industrial Dr, Vicksburg, MS 39183-8689 |
| 5468110 | + | SANDY BAYOU FARMS, 1290 MATTHEWS RD., ROLLING FORK, MS 39159-2368 |
| 5468111 | + | SHIPLAND FARMS, 47 FITLER RD., ROLLING FORK, MS 39159-4999 |
| 5468112 | + | SIMITH, JAMES W., P.O. DRAWER 1987, LAUREL, MS 39441-1987 |
| 5468113 | + | SIMRALL & SIMRALL, 5040 HWY 3, REDWOOD, MS 39156-9038 |
| 5468114 | + | SIMRALL, JOHN K., 5040 HWY 3, REDWOOD, MS 39156-9038 |
| 5468116 | + | THOMAS GREY WINDHAM, 229 CARTER DR., ROLLING FORK, MS 39159-3001 |
| 5468117 | + | TIM BARNETTE, 1257 Dixie Rd, Rolling Fork, MS 39159-4973 |
| 5468119 | + | TOP DOG FARM, P.O. BOX 187, ROLLING FORK, MS 39159-0187 |
| 5468120 | | TOWELL, JIM, RT. 2, BOX 220, NORWOOD, MO 65717 |
| 5468261 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5514941 | + | United Bank, c/o Jeffrey R. Barber, Esq., Jones Walker LLP, 3100 N. State St., Ste. 300, Jackson, MS 39216-4013 |
| 5468124 | + | VALLEY PARK PLANTATION, P.O. BOX 1101, VICKSBURG, MS 39181-1101 |
| 5468125 | + | WANSLEY PARTNERSHIP, David Wansley, 120 Brookwood Dr, Vicksburg, MS 39183-8101 |
| 5468126 | + | WARREN FARMS JOINT VEN, 108 LEXINGTON DR., MADISON, MS 39110-6952 |
| 5468127 | + | WAYE WINDHAM FARMS, 3363 WILLETTE RD., ROLLING FORK, MS 39159-5073 |
| 5468128 | + | WBS, INC., 106 CHANDLER'S COVE, VICKSBURG, MS 39183-7987 |
| 5468129 | + | WHITTEN & WHITTEN INC., Brad Whitten and Billy Whitten, P.O. BOX 253, Valley Park, MS 39177-0253 |
| 5468130 | + | WHITTEN III, JAMES W., P.O. BOX 253, VALLEY PARK, MS 39177-0253 |
| 5468131 | + | WHITTEN JR., JAMES W., P.O. BOX 253, VALLEY PARK, MS 39177-0253 |
| 5468132 | + | WHITTEN, BRADLEY, P.O. BOX 253, VALLEY PARK, MS 39177-0253 |
| 5468133 | + | WHITTEN, MARY E., P.O. BOX 253, VALLEY PARK, MS 39177-0253 |
| 5468134 | | WILKES AND COMPANY, % DAN WILKES, 5305 FLOWEREE RD., REDWOOD, MS 39156 |
| 5468135 | + | WILLIS JR, JESSE, 126 WOODSTONE DR., VICKSBURG, MS 39183-8768 |
| 5468136 | + | WILLIS SR., JESSE, % LUKE WILLIS, 276 WILLIS RD., ROLLING FORK, MS 39159-4976 |

| District/off: 0538-3 | User: mssbad | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: n031 | Total Noticed: 117 |

| | | |
|---|---|---|
| 5468137 | + | WOODRUFF INC, W. C., 586 GRACE RD., GLEN ALLEN, MS 38744-9726 |
| 5468138 | + | WOODRUFF, RODNEY, % PATRICIA SMITH WOODR, 109 CLARKDELL RD., GLUCKSTAT, MS 39110-7511 |

TOTAL: 107

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5468092 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2025 19:37:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5468262 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | Internal Revenue Service, c/o U.S. Attorney S.D. Mississippi, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5468259 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 04 2025 19:37:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5468102 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 04 2025 19:37:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5468115 | | Email/Text: bankruptcynotices@sba.gov | Nov 04 2025 19:37:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5468260 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5468121 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | U.S. Attorney's Office, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5468257 | | Email/Text: atlreorg@sec.gov | Nov 04 2025 19:37:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5468123 | ^ | MEBN | Nov 04 2025 19:31:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5468122 | + | Email/Text: legal@unitedbank.com | Nov 04 2025 19:38:00 | United Bank, PO Box 8, Atmore, AL 36504-0008 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARO, Inc. |
| cr | | Aden Wansley Farms, LLC |
| cr | | B & B Farms |
| cr | | Belle Meade Plantation |
| cr | | Circle Z |
| cr | | Clark & Clark |
| cr | | D & C Farms |
| cr | | David Wansley |
| cr | | E. R. McKnight, IV |
| cr | | Ewing Farms |
| cr | | Floweree Planting Co. |
| cr | | Kelso Farms |
| cr | | Tim Barnette |
| cr | | Tom Lee, d/b/a Hintson |
| cr | | Wansley Partnership |
| cr | | Whitten & Whitten, Inc. |
| 5468109 | | SAM FARMS GENERAL PART, MITCHELL WILLIS, ADDRESS UNKNOWN |
| 5468258 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

| District/off: 0538-3 | User: mssbad | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: n031 | Total Noticed: 117 |

| | | |
|---|---|---|
| | | 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5468091 | *+ | Internal Revenue Servi, c/o US Attorney, Ethridge Building, 900 Jefferson Ave, Oxford, MS 38655-3608 |

TOTAL: 17 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com  lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 5 of 5 |
| Date Rcvd: Nov 04, 2025 | Form ID: n031 | Total Noticed: 117 |

Eileen N. Shaffer
    on behalf of Creditor E. R. McKnight IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Whitten & Whitten Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
    on behalf of Creditor United Bank jbarber@joneswalker.com
    jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
    on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company mwilson@blswlaw.com,
    mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 25−00228−JAW
**Chapter:** 11

**In re:**

Valley Park Elevator Inc
PO Box 188
Valley Park, MS 39177−0188

Notice of Entry of Order Confirming Plan

The Court entered an Order on November 4, 2025 (Dkt. # 87 ) confirming the Debtor's Chapter 11 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 4, 2025

Danny L. Miller, Clerk of Court