_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc, Debtor              Case No. 25-00228-JAW
                                                       CHAPTER 11

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT   (Dkt. #81)

This matter came before the Court on the Motion of Valley Park Elevator, Inc. ("Debtor") to borrow against certain life insurance policies for operating capital. The Court, having considered the Motion, finds that good cause exists to grant the relief requested.

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED.

2. The Debtor is authorized to borrow $180,000 against New York Life Policy No. 48 502 381 and $290,000 against Policy No. 61 198 370.

3. Both the Debtor and United Bank are authorized, to the extent necessary, to execute all documents, consents, and authorizations required by New York Life to effectuate the loans, without prejudice to United's lien rights.

4. United Bank shall retain its existing lien and security interest in the New York Life policies and in all loan proceeds derived therefrom, to the same extent, priority, and validity as existed prior to the filing of the Motion. Such lien and security interest shall remain in effect and continue until United Bank's claim has been paid in full

pursuant to the confirmed Plan, at which time the liens shall be deemed satisfied and released.

5. The Debtor is authorized and directed to deposit loan proceeds in the amount of $113,292.72 into the segregated Debtor-in-Possession account maintained at Regions Bank (as previously established pursuant to Docket No. 47), to be reserved and used exclusively for payment of United Bank's secured claim in accordance with the confirmed Plan. The remaining loan proceeds shall be deposited into the Debtor's operating Debtor-in-Possession account maintained at Regions Bank and may be used by the Debtor for ordinary and necessary business operations.

6. Upon payment in full of United Bank's claim under the Plan, its liens on the policies and proceeds shall be deemed satisfied and released.

#END OF ORDER#

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR