United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00228-JAW |
| Valley Park Elevator Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Eileen N. Shaffer
    on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer
    on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
    on behalf of Creditor United Bank jbarber@joneswalker.com jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
    on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com, mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Valley Park Elevator Inc, Debtor               Case No. 25-00228-JAW
                                                        CHAPTER 11

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT**   (Dkt. #81)

This matter came before the Court on the Motion of Valley Park Elevator, Inc. ("Debtor") to borrow against certain life insurance policies for operating capital. The Court, having considered the Motion, finds that good cause exists to grant the relief requested.

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED.

2. The Debtor is authorized to borrow $180,000 against New York Life Policy No. 48 502 381 and $290,000 against Policy No. 61 198 370.

3. Both the Debtor and United Bank are authorized, to the extent necessary, to execute all documents, consents, and authorizations required by New York Life to effectuate the loans, without prejudice to United's lien rights.

4. United Bank shall retain its existing lien and security interest in the New York Life policies and in all loan proceeds derived therefrom, to the same extent, priority, and validity as existed prior to the filing of the Motion. Such lien and security interest shall remain in effect and continue until United Bank's claim has been paid in full

pursuant to the confirmed Plan, at which time the liens shall be deemed satisfied and released.

5. The Debtor is authorized and directed to deposit loan proceeds in the amount of $113,292.72 into the segregated Debtor-in-Possession account maintained at Regions Bank (as previously established pursuant to Docket No. 47), to be reserved and used exclusively for payment of United Bank's secured claim in accordance with the confirmed Plan. The remaining loan proceeds shall be deposited into the Debtor's operating Debtor-in-Possession account maintained at Regions Bank and may be used by the Debtor for ordinary and necessary business operations.

6. Upon payment in full of United Bank's claim under the Plan, its liens on the policies and proceeds shall be deemed satisfied and released.

#END OF ORDER#

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR