# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Mississippi

In Re. Valley Park Elevator, Inc. §       Case No. 25-00228
§
§
_____ §
Debtor(s)                         §
☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026          Petition Date: 01/29/2025

Months Pending: 12          Industry Classification: | 4 | 2 | 4 | 5 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):          6

Debtor's Full-Time Employees (as of date of order for relief):          8

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Thomas C. Rollins, Jr.                          The Rollins Law Firm
_____                    _____
Signature of Responsible Party                    Printed Name of Responsible Party

03/03/2026
_____
Date

                                                            Jackson, MS
                                                   _____
                                                            Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $792,716 | |
| b.   Total receipts (net of transfers between accounts) | $60,433 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $87,918 | $0 |
| d.   Cash balance end of month (a+b-c) | $765,231 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $87,918 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $87,072 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $32,318 |
| c.   Inventory     (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d.   Total current assets | $0 |
| e.   Total assets | $1,540,714 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $1,869,611 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $8,063,990 |
| n.   Total liabilities (debt) (j+k+l+m) | $9,933,601 |
| o.   Ending equity/net worth (e-n) | $-8,392,887 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $60,432 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $60,432 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $141,268 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $20,000 | |
| h.   Interest | $1,370 | |
| i.   Taxes (local, state, and federal) | $1,756 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-103,961 | $-1,719,384 |

UST Form 11-MOR (12/01/2021)                                   2

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name Valley Park Elevator, Inc.                    Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| | xxxvii | | | | |
| | xxxvii | | | | |
| | xxxix | | | | |
| | xl | | | | |
| | xli | | | | |
| | xlii | | | | |
| | xliii | | | | |
| | xliv | | | | |
| | xlv | | | | |
| | xlvi | | | | |
| | xlvii | | | | |
| | xlviii | | | | |
| | xlix | | | | |
| | l | | | | |
| | li | | | | |
| | lii | | | | |
| | liii | | | | |
| | liv | | | | |
| | lv | | | | |
| | lvi | | | | |
| | lvii | | | | |
| | lviii | | | | |
| | lix | | | | |
| | lx | | | | |
| | lxi | | | | |
| | lxii | | | | |
| | lxiii | | | | |
| | lxiv | | | | |
| | lxv | | | | |
| | lxvi | | | | |
| | lxvii | | | | |
| | lxviii | | | | |
| | lxix | | | | |
| | lxx | | | | |
| | lxxi | | | | |
| | lxxii | | | | |
| | lxxiii | | | | |
| | lxxiv | | | | |
| | lxxv | | | | |
| | lxxvi | | | | |
| | lxxvii | | | | |
| | lxxviii | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Valley Park Elevator, Inc.                                Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                     Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| | xv | | | | |
| | xvi | | | | |
| | xvii | | | | |
| | xviii | | | | |
| | xix | | | | |
| | xx | | | | |
| | xxi | | | | |
| | xxii | | | | |
| | xxiii | | | | |
| | xxiv | | | | |
| | xxv | | | | |
| | xxvi | | | | |
| | xxvii | | | | |
| | xxviii | | | | |
| | xxix | | | | |
| | xxx | | | | |
| | xxxi | | | | |
| | xxxii | | | | |
| | xxxiii | | | | |
| | xxxiv | | | | |
| | xxxv | | | | |
| | xxxvi | | | | |
| | xxxvii | | | | |
| | xxxvii | | | | |
| | xxxix | | | | |
| | xl | | | | |
| | xli | | | | |
| | xlii | | | | |
| | xliii | | | | |
| | xliv | | | | |
| | xlv | | | | |
| | xlvi | | | | |
| | xlvii | | | | |
| | xlviii | | | | |
| | xlix | | | | |
| | l | | | | |
| | li | | | | |
| | lii | | | | |
| | liii | | | | |
| | liv | | | | |
| | lv | | | | |
| | lvi | | | | |

Debtor's Name Valley Park Elevator, Inc.                    Case No. 25-00228

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉   No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉   No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉   No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉   No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉   No ○   N/A ○ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉   No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉   No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉   No ○ | |

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| Part 8: Individual Chapter 11 Debtors (Only) | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A) | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

"/S/"  *David Wansley*

Signature of Responsible Party

Manager

Title

David Wansley

Printed Name of Responsible Party

02/03/2026

Date

Debtor's Name Valley Park Elevator, Inc.

Case No.  25-00228



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Valley Park Elevator, Inc.                    Case No. 25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228



PageThree

PageFour

```
TIME: 11:34 am                              Balance Sheet - Current & Prior              1/31/26

CUR YTD 01/31/26        PRIOR YTD 12/31/25
```

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| ASSETS | | |
| CURRENT ASSETS | | |
| REGIONS BANK CD AND DEPT OF AG | 340,000.00 | 340,000.00 |
| CASH | 231.20 | 231.20 |
| REGIONS - TAX & PAYROLL | 623.38 | 461.88 |
| REGIONS - OPERATING | 423,693.63 | 451,340.55 |
| REGIONS- UNITED BANK | 523.51 | 523.51 |
| | --------------- | --------------- |
| TOTAL CASH | 765,071.72 | 792,557.14 |
| | | |
| ACCOUNTS RECEIVABLE | | |
| ACCOUNTS RECEIVABLE - TRADE | 87,072.16 | 116,016.49 |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 2,500.00 | 4,002.53 |
| ACCRUE A/R COMMISSIONS | 29,817.57 | 56,239.77 |
| | ---------------  32318 | --------------- |
| TOTAL RECEIVABLES | 119,389.73 | 176,258.79 |
| | | |
| INVENTORY | | |
| | --------------- | --------------- |
| TOTAL INVENTORY | .00 | .00 |
| | | |
| OTHER CURRENT ASSETS | | |
| | --------------- | --------------- |
| TOTAL OTHER CURRENT ASSETS | .00 | .00 |
| | | |
| | --------------- | --------------- |
| TOTAL CURRENT ASSETS | 884,461.45 | 968,815.93 |
| | | |
| FIXED ASSETS | | |
| LAND | 26,250.00 | 26,250.00 |
| PLANT & EQUIPMENT | 7,429,858.78 | 7,429,858.78 |
| HOUSES | 47,865.00 | 47,865.00 |
| | --------------- | --------------- |
| TOTAL FIXED ASSETS | 7,503,973.78 | 7,503,973.78 |
| | | |
| ALLOWANCE FOR DEPRECIATION | 6,091,236.29- | 6,071,236.29- |
| | --------------- | --------------- |
| NET FIXED ASSETS | 2,297,198.94 | 2,401,553.42 |
| OTHER LONG TERM ASSETS | | |
| INVESTMENTS | 760,671.33 | 760,671.33 |
| | --------------- | --------------- |
| TOTAL INVESTMENTS | 760,671.33 | 760,671.33 |
| | | |
| CASH SUR. VALUE LIFE INSURANCE | 91,635.04 | 91,635.04 |
| | --------------- | --------------- |
| TOTAL OTHER LONG TERM ASSETS | 91,635.04 | 91,635.04 |
| | | |
| CLEARING ACCOUNTS | | |
| | --------------- | --------------- |
| TOTAL CLEARING ACCOUNTS | .00 | .00 |
| | | |
| | --------------- | --------------- |

TIME: 11:34 am

Balance Sheet - Current & Prior

CUR YTD 01/31/26          PRIOR YTD 12/31/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| TOTAL ASSETS | 3,149,505.31 | 3,253,859.79 |

TIME: 11:34 am

Balance Sheet - Current & Prior

CUR YTD 01/31/26          PRIOR YTD 12/31/25

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| LIABILITIES & EQUITY | | |
| LIABILITIES | | |
| CURRENT LIABILITIES | | |
| ACH PAYROLL | 290.63- | 290.63- |
| ACCOUNTS PAYABLE - TRADE | 8,064,369.07 | 8,063,619.07 |
| FEDERAL PAYROLL TAX PAYABLE | 1,025.51 | 1,025.51 |
| STATE PAYROLL TAX PAYABLE | 414.59- | 414.59- |
| GA MILO | 2,928.42 | 2,928.42 |
| FED UNEMPLOYMENT TAX PAYABLE | 47.63- | 47.63- |
| DISABILITY INSURANCE PAYABLE | 3,350.00 | 3,350.00 |
| GARNISHMENT PAYABLE | 505.70 | 505.70 |
| CHILD SUPPORT PAYABLE | 57.50- | 57.50- |
| HCC-1 DEBT ISSUANCE COST | 170,930.70- | 170,930.70- |
| HCC-3 ACCI,I;ATED A,PRTOZATOPM | 170,931.28 | 170,931.28 |
| | -------------- | -------------- |
| TOTAL CURRENT LIABILITIES | 8,071,368.93 | 8,070,618.93 |
| | | |
| LONG TERM LIABILITIES | | |
| UNITED BANK (TERM DEBT) | 70,249.69 | 70,249.69 |
| N/P SBA COVID19 EIDL | 447,938.44 | 449,081.06 |
| | -------------- | -------------- |
| TOTAL LONG TERM LIABILITIES | 518,188.13 | 519,330.75 |
| | | |
| EQUITY | | |
| PATRON'S EQUITY - QUALIFIED | .33- | .33- |
| PATRON'S EQUITY- NON QUALIFIED | 151,792.02 | 151,792.02 |
| CURRENT PERIOD - PROFIT/LOSS | 486,532.59- | 382,570.73- |
| RETAINED EARININGS | 5,105,310.85- | 5,105,310.85- |
| | -------------- | -------------- |
| TOTAL EQUITY | 5,440,051.75- | 5,336,089.89- |
| | | |
| | -------------- | -------------- |
| TOTAL LIABILITIES & EQUITY | 3,149,505.31 | 3,253,859.79 |
| | ============== | ============== |



LDG-FINANCIAL-SR---00200

TIME: 11:34 am

Income Statement - Current & Prior

CUR 01/01/26-01/31/26, YTD 01/31/26      PRIOR 12/01/25-12/31/25, YTD 12/31/25

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| SALES | | | | | | | | |
| PRODUCT SALES | | | | | | | | |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| OTHER OPERATING REVENUE | | | | | | | | |
| STORAGE INCOME | 60,432.56 | 100.00 | 188,226.26 | 100.00 | 379,572.52 | 100.00 | 319,139.96 | 100.00 |
| TOTAL OTHER OPERATING REVENUE | 60,432.56 | 100.00 | 188,226.26 | 100.00 | 379,572.52 | 100.00 | 319,139.96 | 100.00 |
| TOTAL REVENUE | 60,432.56 | 100.00 | 188,226.26 | 100.00 | 379,572.52 | 100.00 | 319,139.96 | 100.00 |
| COST OF SALES | | | | | | | | |
| CORN COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 2.77 | 10,498.35 | 3.29 |
| TOTAL COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 2.77 | 10,498.35 | 3.29 |
| TOTAL GROSS PROFIT | 60,432.56 | 100.00 | 188,226.26 | 100.00 | 369,074.17 | 97.23 | 308,641.61 | 96.71 |
| EXPENSES | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 140.62 | .23 | 202.04 | .11 | 2,695.25 | .71 | 2,554.63 | .80 |
| SAFETY SUPPLIES EXPENSE | .00 | .00 | .00 | .00 | 2,603.11 | .69 | 2,603.11 | .82 |
| TRUCK EXPENSE | 3,050.00 | 5.05 | 2,300.00 | 1.22 | 16,850.00 | 4.44 | 13,800.00 | 4.32 |
| BANK CHARGES & FEES | 50.00 | .08 | .00 | .00 | 101.00 | .03 | 51.00 | .02 |
| REPAIRS & MAINTENANCE EXPENSE | 3,395.44 | 5.62 | 40,575.59 | 21.56 | 192,016.73 | 50.59 | 188,621.29 | 59.10 |
| PARTS & SUPPLIES EPENSE | 145.96 | .24 | 47.04 | .02 | 1,105.62 | .29 | 959.66 | .30 |
| UTILITIES (GARBAGE/WATER) EXP. | 3,469.52 | 5.74 | 5,097.38 | 2.71 | 33,689.90 | 8.88 | 30,220.38 | 9.47 |
| COMPUTER/SOFTWARE EXPENSE | .00 | .00 | 1,013.57 | .54 | 12,773.78 | 3.37 | 12,773.78 | 4.00 |
| TELEPHONE & INTERNET EXPENSE | 466.51 | .77 | 453.62 | .24 | 2,961.31 | .78 | 2,494.80 | .78 |
| TAXES & LICENSE EXPENSE | 38,070.48 | 63.00 | .00 | .00 | 38,070.48 | 10.03 | .00 | .00 |
| BUSINESS INSURANCE EXPENSE | 10,600.20 | 17.54 | 21,376.18- | 11.36- | 77,165.47 | 20.33 | 66,565.27 | 20.86 |
| RENT EXPENSE | 9,422.10 | 15.59 | 1,749.00 | .93 | 27,190.51 | 7.16 | 17,768.41 | 5.57 |
| PROFESSIONAL SERVICES EXPENSE | 15,343.60 | 25.39 | .00 | .00 | 15,343.60 | 4.04 | .00 | .00 |
| PROFESSIONAL SERVICES PAYCOR | 338.50 | .56 | 101.00 | .05 | 1,003.50 | .26 | 665.00 | .21 |
| FEES, DUES, SUBSCRIPTION EXP. | 16,200.00 | 26.81 | 128.52 | .07 | 22,750.41 | 5.99 | 6,550.41 | 2.05 |
| CONTRACT LABOR EXPENSE | .00 | .00 | .00 | .00 | 4,135.00 | 1.09 | 4,135.00 | 1.30 |
| DEPRECIATION EXPENSE | 20,000.00 | 33.09 | 20,000.00 | 10.63 | 140,000.00 | 36.88 | 120,000.00 | 37.60 |
| BAD DEBT EXPENSE | 18,371.40 | 30.40 | .00 | .00 | 18,371.40 | 4.84 | .00 | .00 |
| FUEL & OIL EXPENSE | 107.33 | .18 | 625.73 | .33 | 1,885.75 | .50 | 1,778.42 | .56 |
| WAGES & SALARY EXPENSE | 19,762.34 | 32.70 | 24,315.47 | 12.92 | 178,136.54 | 46.93 | 158,374.20 | 49.63 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,293.83 | 3.80 | 2,190.39 | 1.16 | 16,717.76 | 4.40 | 14,423.93 | 4.52 |
| RETIREMENT EXPENSE | 40.20 | .07 | .00 | .00 | 107.20 | .03 | 67.00 | .02 |
| PAYROLL TAX EXPENSE | 1,756.01 | 2.91 | 1,794.17 | .95 | 13,866.53 | 3.65 | 12,110.52 | 3.79 |
| TOTAL EXPENSES | 163,024.04 | 269.76 | 79,217.34 | 42.09 | 819,540.85 | 215.91 | 656,516.81 | 205.71 |
| TOTAL NET OPERATING PROFIT | 102,591.48- | 169.76- | 109,008.92 | 57.91 | 450,466.68- | 118.68- | 347,875.20- | 109.00- |
| OTHER INCOME | | | | | | | | |

```
TIME: 11:34 am                          Income Statement - Current & Prior

CUR 01/01/26-01/31/26, YTD 01/31/26         PRIOR 12/01/25-12/31/25, YTD 12/31/25


                            CURR PRD   C PRD    PRIOR PRD   P PRD      CURR YTD   C YTD     PRIOR YTD   P YTD
ACCOUNT DESCRIPTION          AMOUNT    RATIO     AMOUNT     RATIO       AMOUNT    RATIO      AMOUNT     RATIO
--------------------------------------------------------------------------------------------------------------
        INTEREST INCOME         .00     .00        .00       .00      1,357.64    .36      1,357.64     .43
        REBATES & REFUND INCOME .00     .00        .00       .00      1,515.41    .40      1,515.41     .47
                            --------------  -------  --------------  -------  --------------  -------  --------------  -------
  TOTAL OTHER INCOME            .00     .00        .00       .00      2,873.05    .76      2,873.05     .90

  OTHER EXPENSE
        INTEREST EXPENSE   1,370.38    2.27   1,370.38       .73     38,938.96  10.26     37,568.58   11.77

                            --------------  -------  --------------  -------  --------------  -------  --------------  -------
  TOTAL OTHER EXPENSE      1,370.38    2.27   1,370.38       .73     38,938.96  10.26     37,568.58   11.77

                            --------------  -------  --------------  -------  --------------  -------  --------------  -------
TOTAL NET PROFIT (LOSS)  103,961.86- 172.03- 107,638.54    57.19    486,532.59-128.18-   382,570.73- 119.88-
                            ==============  =======  ==============  =======  ==============  =======  ==============  =======

LDG-FINANCIAL-SR---00400
```

TIME: 11:00 am

Bank Register

PAGE:      1

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX

1/31/2026

| BA | LOC | DEPOSI | REFERE | TRX | | WITHDRAWAL | DEPOSIT | RUNNING | |
| CO | COD | NUMBER | NUMBER | DATE | NAME/DESCRIPTION   *All Accts* | AMOUNT | AMOUNT | BALANCE | MEMO |
|----|-----|--------|--------|-----|---------------|------------|---------|---------|------|
| =====RIVER=HILLS=BANK=-=CHECKING=ACCOUNT===== | | | | | | | | | |
| 01 | | 0 | | | | | | .00 | |
| =====RIVER=HILLS=BANK=(MONEY=MARKET)===== | | | | | | | | | |
| 02 | | 0 | | | | | | .00 | |
| =====BANK=OF=ANGUILLIA-CHECKING===== | | | | | | | | | |
| 03 | | 0 | | | | | | .00 | |
| =====ACH=PAYROLL===== | | | | | | | | | |
| 05 | | 0 | | | | | | .00 | |
| =====UNITED=BANK===== | | | | | | | | | |
| 06 | | 0 | | | | | | .00 | |
| =====UNITED=BANK=-SAVING===== | | | | | | | | | |
| 10 | | 0 | | | | | | .00 | |
| =====REGIONS===TAX=&=PAYROLL===== | | | | | | | | | |
| 12 | | 0 | | | | | | 623.38 | |
| =====REGIONS=-OPERATING===== | | | | | | | | | |
| 25 | | 0 | | | | | | 423,852.63 | |
| =====REGIONS=-UNITED=BANK===== | | | | | | | | | |
| 35 | | 0 | | | | | | 523.51 | |
| =====CASH=ON=HAND===== | | | | | | | | | |
| CH | | 0 | | | | | | .00 | |
| =====FCSTONE===== | | | | | | | | | |
| FC | | 0 | | | | | | .00 | |
| =====PETTY=CASH===== | | | | | | | | | |
| PC | | 0 | | | | | | 231.20 | |
| =====REGIONS=BANK=CD=AND=DEPT=OF=AG===== | | | | | | | | | |
| RB | | 0 | | | | | | 340,000.00 | |
| *****GRAND*TOTALS************************************* | | | | | | | | | |
| | | 0 | | | | | | 765,230.72 | |

BNK-BANK ACCOUNT-SR---00100   TRX DATE  01/31/26-01/31/26

TIME: 10:57 am
A/P Aging Analysis - By Name Id

1/31/26

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 01/31/26

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30-59 DAYS OLD | 60-89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| ARO IN | 001 | ARO INC | .00 | .00 | 344,991.07 | .00 | .00 | .00 | 344,991.07 |
| B&B FA | 001 | B & B FARMS | .00 | .00 | 1,086,968.66 | .00 | .00 | .00 | 1,086,968.66 |
| BAR TI | 001 | BARNETTE, TIM | .00 | .00 | 52,586.11 | .00 | .00 | .00 | 52,586.11 |
| BEL ME | 001 | BELLE MEADE PLANTATION IN | .00 | .00 | 74,410.95 | .00 | .00 | .00 | 74,410.95 |
| CIR Z | 001 | CIRCLE Z | .00 | .00 | 1,055,566.19 | .00 | .00 | .00 | 1,055,566.19 |
| CLA CL | 001 | CLARK & CLARK | .00 | .00 | 1,146,003.29 | .00 | .00 | .00 | 1,146,003.29 |
| D&C FA | 001 | D&C FARMS | .00 | .00 | 175,389.43 | .00 | .00 | .00 | 175,389.43 |
| EWI FA | 001 | EWING FARMS | .00 | .00 | 364,391.01 | .00 | .00 | .00 | 364,391.01 |
| FLO PL | 001 | FLOWEREE PLANTING COMPANY | .00 | .00 | 1,153,312.16 | .00 | .00 | .00 | 1,153,312.16 |
| FOR MI | 001 | FORD TRUCKING, INC | .00 | .00 | 750.00 | .00 | .00 | .00 | 750.00 |
| KEL FA | 001 | KELSO FARMS | .00 | .00 | 1,392,317.31 | .00 | .00 | .00 | 1,392,317.31 |
| LEE TO | 001 | TOM LEE / DBA HINTSON FAR | .00 | .00 | 209,880.71 | .00 | .00 | .00 | 209,880.71 |
| MCK IV | 001 | MCKNIGHT IV, E. R. (MACK) | .00 | .00 | 45,811.81 | .00 | .00 | .00 | 45,811.81 |
| MIS ST | 001 | MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 | MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 | PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |
| WAN DA | 001 | DAVID WANSLEY | .00 | .00 | 102,611.60 | .00 | .00 | .00 | 102,611.60 |
| WAN FA | 001 | ADEN WANSLEY FARMS LLC | .00 | .00 | 21,569.04 | .00 | .00 | .00 | 21,569.04 |
| WAN PA | 001 | WANSLEY PARTNERSHIP | .00 | .00 | 210,877.82 | .00 | .00 | .00 | 210,877.82 |
| WHI WH | 001 | WHITTEN & WHITTEN INC. | .00 | .00 | 627,311.89 | .00 | .00 | .00 | 627,311.89 |

*****GRAND*TOTALS*************************************************************************************

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 20 | | | 755.26- | .00 | 8,065,124.33 | .00 | .00 | .00 | 8,064,369.07 |

ACP-A/P BALANCE-SR---00100

```
TIME: 10:55 am                                    A/R Aging Analysis - By Name Id                                    PAGE:    1
```

1/31/2u

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 01/31/26

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30--59 DAYS OLD | 60--89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CLA CL | 001 | CLARK & CLARK | .00 | .00 | .00 | .00 | .00 | 1,560.15 | 1,560.15 |
| MAR PL | 001 | MARTIN PLANTATION | .00 | .00 | .00 | 39,733.12 | .00 | .00 | 39,733.12 |
| WAN DA | 001 | DAVID WANSLEY | .00 | .00 | .00 | .00 | .00 | 17,229.02 | 17,229.02 |
| WAN FA | 001 | ADEN WANSLEY FARMS LLC | .00 | .00 | 22,942.72 | .00 | .00 | .00 | 22,942.72 |
| WAN PA | 001 | WANSLEY PARTNERSHIP | .00 | .00 | .00 | .00 | .00 | 5,606.14 | 5,606.14 |

*****GRAND*TOTALS*********************************************************************************************************

| 5 | | | .00 | .00 | 22,942.72 | 39,733.12 | .00 | 24,395.31 | 87,071.15 |

ACR-A/R BALANCE-SR---00100

TIME:  9:24 am                     Bank Reconciliation Report                                    PAGE:      1

SOURCE CODE:   M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA LOC DEPOSI REFERE TRX | | | | WITHDRAWAL | DEPOSIT | RECONCILE | |
|---|---|---|---|---|---|---|---|
| CO COD NUMBER NUMBER DATE | | NAME/DESCRIPTION | *Operating Acct* | AMOUNT | AMOUNT | BALANCE | MEMO |

25 001       400293 01/22/26 A AFLAC                                   252.85
=====REGIONS==-=OPERATING======================================================================
25                 1                                                  252.85                 424,105.48

*****GRAND*TOTALS*******************************************************************************
             1                                                        252.85                 424,105.48

BNK-BANK ACCOUNT-SR---00200     BANK CODE   25-25    TRX DATE       -01/31/26    STATUS CODE   A-A

⟨252.85⟩
_____
423,852.63



**REGIONS**
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** 9039

| | |
|---|---|
| Cycle | 001 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Operating Acct*

## LIFEGREEN BUSINESS CHECKING
January 1, 2026 through January 30, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $458,129.41 | Minimum Balance | $406,439 |
| Deposits & Credits | $98,930.22 + | Average Balance | $450,629 |
| Withdrawals | $71,997.26 − | | |
| Fees | $50.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $60,906.89 − | | |
| Ending Balance | $424,105.48 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/05 | Deposit - Thank You | 26,422.20 |
| 01/12 | Deposit - Thank You | 35,018.18 |
| 01/22 | Deposit - Thank You | 37,489.84 |
| | Total Deposits & Credits | $98,930.22 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/02 | Blue Cross of MS Insur Prem Valley Park El 0035389 | 3,036.42 |
| 01/05 | Yazoo Valley Epa ACH Collec Valley Park El | 3,156.05 |
| 01/05 | EB to Checking # 9047 Ref# 000000 0000067 | 2,353.22 |
| 01/05 | EB to Checking # 9047 Ref# 000000 0000068 | 500.00 |
| 01/07 | Sba Eidl Loan   Payment David Wansley 0000 | 2,513.00 |
| 01/08 | PIN Purchase Family Dollar   5331 Vicksburg      5262 | 16.59 |
| 01/09 | Nationwide   Edi Pymnts Valley Park El Agnc0000041974 | 10,600.20 |
| 01/12 | EB to Checking # 9047 Ref# 000000 0000069 | 1,939.51 |
| 01/12 | Valley Park   Water Bill Valley Park El | 19.14 |
| 01/13 | EB to Checking # 9047 Ref# 000000 0000070 | 5,857.68 |
| 01/13 | Wire Transfer Kcoe Isom Llp | 11,343.60 |
| 01/15 | Yazoo Valley Epa ACH Collec Valley Park El | 227.40 |
| 01/16 | EB to Checking # 9047 Ref# 000000 0000071 | 1,939.51 |
| 01/21 | EB to Checking # 9047 Ref# 000000 0000072 | 1,939.51 |
| 01/21 | EB to Checking # 9047 Ref# 000000 0000073 | 5,857.68 |
| 01/21 | Wire Transfer Pinion LLC | 4,000.00 |
| 01/23 | Card Purchase Ebay O*13-14131 5311 San Jose    CA 95131  5262 | 78.09 |
| 01/23 | Quarterly Fee   Payment Valley Park El 0000 | 16,200.00 |
| 01/23 | PIN Purchase Super Junior O  5542 Vicksburg   MS       5262 | 41.33 |
| 01/26 | Card Purchase Office Depot #1  5965 800-463-3768  TX 75050   5262 | 39.53 |

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ✕✕ 9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 01/27 | Card Purchase Amazon.Com*e28e | 5942 | Amzn.Com/Bill WA 98109 | | 5262 | | 181.89 |
| 01/27 | Card Purchase Amazon Mktpl*wf | 5942 | Amzn.Com/Bill WA 98109 | | 5262 | | 6.41 |
| 01/28 | PIN Purchase Office Depot 0 | 5943 | Pearl | MS | | 5262 | 84.50 |
| 01/28 | PIN Purchase Circle K # 037 | 5542 | Clinton | MS | | 5262 | 66.00 |
| | | | | | Total Withdrawals | | $71,997.26 |

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 01/13 | Wire Transfer Domestic Out F | | 25.00 |
| 01/21 | Wire Transfer Domestic Out F | | 25.00 |
| | | Total Fees | $50.00 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 01/14 | 400270 | 252.85 | | 01/21 | 400283 | 38,070.48 |
| 01/07 | 400271 | 374.50 | | 01/16 | 400284 | 231.47 |
| 01/05 | 400272 | 112.34 | | 01/23 | 400285 | 1,167.74 |
| 01/02 | 400273 | 923.57 | | 01/20 | 400287 * | 6,737.05 |
| 01/02 | 400274 | 90.00 | | 01/23 | 400288 | 1,474.14 |
| 01/05 | 400275 | 4,876.60 | | 01/20 | 400289 | 125.18 |
| 01/06 | 400278 * | 800.00 | | 01/20 | 400290 | 676.00 |
| 01/15 | 400279 | 750.00 | | 01/21 | 400291 | 2,310.55 |
| 01/06 | 400280 | 750.00 | | 01/15 | 400292 | 487.17 |
| 01/12 | 400281 | 66.93 | | 01/27 | 400294 * | 109.86 |
| 01/20 | 400282 | 145.96 | | 01/29 | 400295 | 374.50 |
| | | | | | Total Checks | $60,906.89 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | | Date | Balance | | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/02 | 454,079.42 | | 01/13 | 470,215.44 | | 01/22 | 443,929.47 |
| 01/05 | 469,503.41 | | 01/14 | 469,962.59 | | 01/23 | 424,968.17 |
| 01/06 | 467,953.41 | | 01/15 | 468,498.02 | | 01/26 | 424,928.64 |
| 01/07 | 465,065.91 | | 01/16 | 466,327.04 | | 01/27 | 424,630.48 |
| 01/08 | 465,049.32 | | 01/20 | 458,642.85 | | 01/28 | 424,479.98 |
| 01/09 | 454,449.12 | | 01/21 | 406,439.63 | | 01/29 | 424,105.48 |
| 01/12 | 487,441.72 | | | | | | |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME:  9:00 am                                                                                          PAGE:       1
                                    Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA LOC DEPOSI REFERE TRX | | | | | *Payroll & Taxes* | WITHDRAWAL AMOUNT | DEPOSIT AMOUNT | RECONCILE BALANCE | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| 12 001 | ZA2277 | 12/11/25 | M | Paycor Monthly Fee's | | 101.00 | | | |
| 12 001 | ZA2321 | 01/05/26 | T | Paycor Net Weekly 1.7.26 | | | 1,834.33 | | 25-001 |
| 12 001 | ZA2322 | 01/05/26 | T | Paycor Tax Weekly 1.7.26 | | | 518.89 | | 25-001 |
| 12 001 | ZA2323 | 01/05/26 | M | Paycor Net Weekly 1.7.26 | | 1,834.33 | | | |
| 12 001 | ZA2324 | 01/05/26 | M | Paycor Tax Weekly 1.7.26 | | 518.89 | | | |
| 12 001 | ZA2325 | 01/05/26 | T | TRANSFER FROM 001-25 TO 001-12 | | | 500.00 | | 25-001 |
| 12 001 | ZA2329 | 01/12/26 | T | Paycor Net Weekly 1.14.26 | | | 1,538.54 | | 25-001 |
| 12 001 | ZA2330 | 01/12/26 | T | Paycor Tax Weekly 1.14.26 | | | 400.97 | | 25-001 |
| 12 001 | ZA2331 | 01/12/26 | M | Paycor Net Weekly 1.14.26 | | 1,538.54 | | | |
| 12 001 | ZA2332 | 01/12/26 | M | Paycor Tax Weekly 1.14.26 | | 400.97 | | | |
| 12 001 | ZA2335 | 01/13/26 | T | Paycor Net Office 1.15.26 | | | 4,671.76 | | 25-001 |
| 12 001 | ZA2336 | 01/13/26 | T | Paycor Tax Office 1.15.26 | | | 1,185.92 | | 25-001 |
| 12 001 | ZA2337 | 01/13/26 | M | Paycor Net Office 1.15.26 | | 4,671.76 | | | |
| 12 001 | ZA2338 | 01/13/26 | M | Paycor Tax Office 1.15.26 | | 1,185.92 | | | |
| 12 001 | ZA2340 | 01/16/26 | T | Paycor Net Weekly 1.21.26 | | | 1,538.54 | | 25-001 |
| 12 001 | ZA2341 | 01/16/26 | T | Paycor Tax Weekly 1.21.26 | | | 400.97 | | 25-001 |
| 12 001 | ZA2342 | 01/16/26 | M | Paycor Net Weekly 1.21.26 | | 1,538.54 | | | |
| 12 001 | ZA2343 | 01/16/26 | M | Paycor Tax Weekly 1.21.26 | | 400.97 | | | |
| 12 001 | ZA2346 | 01/21/26 | T | Paycor Net Weekly 1.28.26 | | | 1,538.54 | | 25-001 |
| 12 001 | ZA2347 | 01/21/26 | T | Paycor Tax Weekly 1.28.26 | | | 400.97 | | 25-001 |
| 12 001 | ZA2348 | 01/21/26 | M | Paycor Net Weekly 1.28.26 | | 1,538.54 | | | |
| 12 001 | ZA2349 | 01/21/26 | M | Paycor Tax Weekly 1.28.26 | | 400.97 | | | |
| 12 001 | ZA2350 | 01/21/26 | T | Paycor Net Office 1.30.25 | | | 521.75 | | 25-001 |
| 12 001 | ZA2351 | 01/21/26 | T | Paycor Net Office 1.30.26 (Transfer Error on CN# | | | 4,150.01 | | 25-001 |
| 12 001 | ZA2352 | 01/21/26 | T | Paycor Tax Office 1.30.26 | | | 1,185.92 | | 25-001 |
| 12 001 | ZA2355 | 01/21/26 | M | Paycor Net Office 1.30.26 | | 4,671.76 | | | |
| 12 001 | ZA2357 | 01/21/26 | M | Paycor Tax Office 1.30.26 | | 1,185.92 | | | |
| 12 001 | ZA2365 | 01/30/26 | M | PAYCOR FEE'S FOR W2'S | | 237.50 | | | |
| 12 001 | ZA2366 | 01/30/26 | M | PAYCOR MONTHLY FEE'S | | 101.00 | | | |

=====REGIONS===-TAX-&-PAYROLL============================================================================

| 12 | 29 | | | | | 20,326.61 | 20,387.11 | 562.88 | |

*****GRAND*TOTALS***********************************************************************************************

|  | 29 | | | | | 20,326.61 | 20,387.11 | 562.88 | |

BNK-BANK ACCOUNT-SR---00200   BANK CODE  12-12   DATE RECONCILED  01/30/26-01/30/26



**REGIONS**
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ☒ 9047

|  |  |
|---|---|
| Cycle | 001 |
|  | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Payroll Taxes Acct*

## LIFEGREEN BUSINESS CHECKING
January 1, 2026 through January 30, 2026

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $461.88 | | Minimum Balance | $461 |
| Deposits & Credits | $20,387.11 | + | Average Balance | $3,170 |
| Withdrawals | $20,225.61 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $623.38 | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 01/05 | EB From Checking # ▓▓9039 Ref# 000000 0000067 | | 2,353.22 |
| 01/05 | EB From Checking # ▓▓9039 Ref# 000000 0000068 | | 500.00 |
| 01/12 | EB From Checking # ▓▓9039 Ref# 000000 0000069 | | 1,939.51 |
| 01/13 | EB From Checking # ▓▓9039 Ref# 000000 0000070 | | 5,857.68 |
| 01/16 | EB From Checking # ▓▓9039 Ref# 000000 0000071 | | 1,939.51 |
| 01/21 | EB From Checking # ▓▓9039 Ref# 000000 0000072 | | 1,939.51 |
| 01/21 | EB From Checking # ▓▓9039 Ref# 000000 0000073 | | 5,857.68 |
| | | Total Deposits & Credits | $20,387.11 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 01/06 | Paycor Inc. | Paycorfees Valley Park El 236414001078192 | 237.50 |
| 01/06 | Paycor Inc. | Tax Fund Valley Park El 981493548669200 | 518.89 |
| 01/06 | Paycor Inc. | DD - Fund Valley Park El 502820332793120 | 1,834.33 |
| 01/09 | Paycor Inc. | Paycorfees Valley Park El 150343418039634 | 101.00 |
| 01/13 | Paycor Inc. | Tax Fund Valley Park El 265201893733760 | 400.97 |
| 01/13 | Paycor Inc. | DD - Fund Valley Park El 263331863311649 | 1,538.54 |
| 01/14 | Paycor Inc. | Tax Fund Valley Park El 179788690283690 | 1,185.92 |
| 01/14 | Paycor Inc. | DD - Fund Valley Park El 161561402864613 | 4,671.76 |
| 01/20 | Paycor Inc. | Tax Fund Valley Park El 167748612948665 | 400.97 |
| 01/20 | Paycor Inc. | DD - Fund Valley Park El 127096582794840 | 1,538.54 |
| 01/27 | Paycor Inc. | Tax Fund Valley Park El 161800693641835 | 400.97 |
| 01/27 | Paycor Inc. | DD - Fund Valley Park El 165135550271257 | 1,538.54 |
| 01/29 | Paycor Inc. | Tax Fund Valley Park El 121800171194703 | 1,185.92 |
| 01/29 | Paycor Inc. | DD - Fund Valley Park El 174938418852824 | 4,671.76 |
| | | Total Withdrawals | $20,225.61 |

 **REGIONS**   Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ✕ 9047

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/05 | 3,315.10 | 01/13 | 6,481.06 | 01/21 | 8,420.57 |
| 01/06 | 724.38 | 01/14 | 623.38 | 01/27 | 6,481.06 |
| 01/09 | 623.38 | 01/16 | 2,562.89 | 01/29 | 623.38 |
| 01/12 | 2,562.89 | 01/20 | 623.38 |  |  |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME:  8:43 am                                                                                  PAGE:        1
                                        Bank Register

SOURCE CODE:   M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:    A=ACTIVE, X=RECONCILED, V=VOID TRX

BA LOC DEPOSI REFERE TRX                                  WITHDRAWAL    DEPOSIT      RUNNING
CO COD NUMBER NUMBER DATE    NAME/DESCRIPTION              AMOUNT       AMOUNT       BALANCE  MEMO
----------------------------------------------------------------------------------------------------------
=====REGIONS--UNITED=BANK=================================================================================
35          0                                                                       523.51

*****GRAND*TOTALS****************************************************************************************
            0                                                                       523.51

BNK-BANK ACCOUNT-SR---00100    BANK CODE  35-35    TRX DATE  01/01/26-01/31/26

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
UNITED BANK
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ▨9594

|  |  |
|---|---|
| Cycle | 001 |
|  | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

*United Bank Acct*

## LIFEGREEN BUSINESS CHECKING
January 1, 2026 through January 30, 2026

| SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | $523.51 | Minimum Balance | $523 |
| Deposits & Credits | $0.00 + | Average Balance | $523 |
| Withdrawals | $0.00 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $523.51 | | |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

Checking Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.