# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    VALLEY PARK ELEVATOR INC,               CASE NO. 25-00228-JAW

    DEBTOR.                                                                                  CHAPTER 11

To:    David R. Lynch, Esq.

## Notice of Deficiency

The First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for The Lynch Law Firm, PLLC ("Application") (Dkt. #96) filed on behalf of The Lynch Law Firm, PLLC (the "Movant") on February 12, 2026 is defective for the following reason:

- The Application does not include a notice informing the affected parties that they have 21 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before February 27, 2026**. Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Application without further notice.

Date: February 13, 2026                                    Danny L. Miller
                                                                   *Clerk of Court*

                                                                   By:  /s/Beth Harkins
                                                                          Thad Cochran U. S. Courthouse
                                                                          501 E. Court St., Ste. 2.300
                                                                          Jackson, MS 39201
                                                                          601-608-4600