IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| VALLEY PARK ELEVATOR, INC. | CASE NO. 25-00228-JAW |
|     Debtor | |

## NOTICE

TO:   ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, The Lynch Law Firm, PLLC has filed its *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), covering the period from January 28, 2025, to and including February 12, 2026, and is for the sum of $38,920.12 ($38,681.14 in fees and $238.87 in expenses), less any retainer balance remaining.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from David R. Lynch at david@thelynchlawfirm.com. If no objections are filed within **twenty-one (21) days** from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Jamie A. Wilson, U.S. Bankruptcy Court, Thad Cochran United States Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy served upon David R. Lynch of The Lynch Law Firm, PLLC, the attorneys for the Debtor, at Post Office Box 12229, Jackson, Mississippi 39236, the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this the 12th day of February, 2026.

        Respectfully submitted,

        LYNCH LAW, PLLC

        By: _____
            David R. Lynch

OF COUNSEL:

David R. Lynch; MSB No. 102595
THE LYNCH LAW FIRM, PLLC
Post Office Box 12229
Jackson, Mississippi 39236
601-321-1977 - Telephone
david@thelynchlawfirm.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00228 |
|---|---|
| VALLEY PARK ELEVATOR INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/13/2026, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00228 |
|---|---|
| VALLEY PARK ELEVATOR INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/13/2026, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00228<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 13 9-36-0 PST 2026 | EXCLUDE<br><br>(U)ARO INC | EXCLUDE<br><br>(U)ADEN WANSLEY FARMS LLC |
| EXCLUDE<br><br>(U)B B FARMS | EXCLUDE<br><br>(U)BELLE MEADE PLANTATION | BLUE CROSS BLUE SHIELD OF MISSISSIPPI A MUT<br>221 SUNNYBROOK ROAD<br>SUITE B<br>RIDGELAND   MS 39157-2206 |
| EXCLUDE<br><br>(U)CIRCLE Z | EXCLUDE<br><br>(U)CLARK CLARK | EXCLUDE<br><br>(U)D C FARMS |
| EXCLUDE<br><br>(U)DAVID WANSLEY | EXCLUDE<br><br>(U)E R MCKNIGHT IV | EXCLUDE<br><br>(U)EWING FARMS |
| EXCLUDE<br><br>(U)FLOWEREE PLANTING CO | EXCLUDE<br><br>(U)KELSO FARMS | UNITED BANK<br>CO JEFFREY R BARBER  ESQ<br>JONES WALKER LLP<br>P O BOX 427<br>JACKSON   MS 39205-0427 |
| DEBTOR<br><br>VALLEY PARK ELEVATOR INC<br>PO BOX 188<br>VALLEY PARK   MS 39177-0188 | EXCLUDE<br><br>(U)WANSLEY PARTNERSHIP | EXCLUDE<br><br>(U)WHITTEN WHITTEN INC |
| EXCLUDE<br><br>US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON   MS 39201-5036 | ADEN BROTHERS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 | ADEN FARMS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |
| ADEN JR  WILLIAM B<br>JEFF WONG<br>205 CHARLESTON DR<br>VICKSBURG   MS 39180-4841 | ADEN WANSLEY<br>108 TWIN CREEKS DR<br>VICKSBURG   MS 39180-4843 | ADEN  MERRITT<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |
| ANDERSON TULLY COMPANY<br>775 RIDGELAKE BLVD<br>SUITE 105<br>MEMPHIS   TN 38120-9461 | ARK LA MISS FARMS<br>7716 OLD CANTON RD<br>MADISON   MS 39110-9299 | ARO INC<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD   MS 39156-9058 |

```
ATWOOD  EMMETT R                    ADEN WANSLEY FARMS LLC              ANDREW M WILSON  ESQ
PO BOX 79                           ADEN WANSLEY                        BENNETT LOTTERHOS SULSER  WILSON  PA
VICKSBURG  MS 39181-0079            108 TWIN CREEKS DR                  ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
                                    VICKSBURG  MS 39180-4843            PO BOX 1488
                                                                        JACKSON  MS 39215-1488



B  B FARMS                          BACONIA PLANTATION INC              BARTON FARM LLC
MELINDA BRAXTON                     PO BOX 335                          PO BOX 9
PO BOX 254                          CARY  MS 39054-0335                 RAYMOND  MS 39154-0009
VALLEY PARK  MS 39177-0254




BELLE MEADE PLANTATION              BOLL PLANTING COMPANY               BOYKIN BROTHERS
1306 RIVER BEND COVE                PO BOX 326                          PO BOX 254
VICKSBURG  MS 39183-8756            ROLLING FORK  MS 39159-0326         HOLLANDALE  MS 38748-0254




BRADWAY  BRAD                       BRAXTON JR  ROBERT E                BELLE MEADE PLANTATION
206 TURNBERRY LANE                  PO BOX 254                          ER MCKNIGHT  IV
STARKVILLE  MS 39759-5508           VALLEY PARK  MS 39177-0254          1306 RIVER BEND COVE
                                                                        VICKSBURG  MS 39183-8756




CARY ASSOCIATES                     CIRCLE Z                            CLARK  CLARK
PO BOX 187                          JAKE DOMBUSCH                       CJ CLARK
ROLLING FORK  MS 39159-0187         3360 FLOWEREE RD                    755 FRONT ST
                                    REDWOOD  MS 39156-9058              ANGUILLA  MS 38721-9425




CLAY  ROBERT                        DC FARMS                            DAVID WANSLEY
343 CONNER RD                       DOUG JETER                          120 BROOKWOOD DR
ROLLING FORK  MS 39159-5426         447 REDWOOD RD                      VICKSBURG  MS 39183-8101
                                    REDWOOD  MS 39156-7029




DELTA WILDLIFE FORESTR              DORNBUSCH  AJ                       DORNBUSCH  JAKE
MR STEVE BRUNSON                    3307 HIGHLAND DR                    3360 FLOWEREE RD
PO BOX 1720                         VICKSBURG  MS 39180-4552            REDWOOD  MS 39156-9058
COLLIERVILLE  TN 38027-1720




DOUGLAS JETER JR                    DEPARTMENT OF TREASURY              ER MCKNIGHT  IV
447 REDWOOD RD                      INTERNAL REVENUE SERVICE            425 FOREST OAK LANE
REDWOOD  MS 39156-7029              P O BOX 7346                        VICKSBURG  MS 39180-3403
                                    PHILADELPHIA  PA 19101-7346




ELLIS  GARY                         EILEEN N SHAFFER  ESQ               EILEEN N SHAFFER  ESQ
2221 BROWN RD                       COUNSEL FOR ARO  INC                COUNSEL FOR ADEN WANSLEY FARMS  LLC
HOLLANDALE  MS 38748-9664           PO BOX 1177                         PO BOX 1177
                                    JACKSON  MS 39215-1177              JACKSON  MS 39215-1177
```

| | | |
|---|---|---|
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR BB FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR BELLE MEADE PLANTATION<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR CIRCLE Z<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR CLARK  CLARK<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR DC FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR DAVID WANSLEY<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR ER MCKNIGHT  IV<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR EWING FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR FLOWEREE PLANTING CO<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR KELSO FARMS<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR TIM BARNETTE<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR TOM LEE  DBA HINTSON<br>PO BOX 1177<br>JACKSON  MS 39215-1177 |
| EILEEN N SHAFFER  ESQ<br>COUNSEL FOR WANSLEY PARTNERSHIP<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EILEEN N SHAFFER  ESQ<br>COUNSEL FOR WHITTEN  WHITTEN  INC<br>PO BOX 1177<br>JACKSON  MS 39215-1177 | EWING FARMS<br>MARTHA PELLEGRINMILTON C EWING III<br>PO BOX 485<br>ANGUILLA  MS 38721-0485 |
| FLORENCE NEWMAN<br>PO BOX 234<br>VALLEY PARK  MS 39177-0234 | FLOWEREE PLANTING COMPANY<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD  MS 39156-9058 | FRISBEE  RALPH<br>DENNIS FRISBEE<br>17989 SE WALNUT HILL R<br>AMITY  OR 97101-2104 |
| HAMLIN  HAMLIN NP<br>PO BOX 216<br>GRACE  MS 38745-0216 | HAROLD  MAY<br>PO BOX 1249<br>CANTON  MS 39046-1249 | HEIGLE FARMS  JUNIOR<br>11585 HWY 1<br>ROLLING FORK  MS 39159-5294 |
| HELENA PARTNERS<br>PO BOX 247<br>ROLLING FORK  MS 39159-0247 | HOWLE PLANTING COMPANY<br>137 JEFFERSON ST<br>ANGUILLA  MS 38721-9515 | HINTSON FARMS<br>TOM LEE<br>10850 HWY 3<br>REDWOOD  MS 39156-9772 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>ETHRIDGE BUILDING<br>900 JEFFERSON AVE<br>OXFORD  MS 38655-3608 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CO US ATTORNEY SD MISSISSIPPI<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 |

| | | |
|---|---|---|
| J J FARMS<br>204 MADISON RIDGE<br>VICKSBURG MS 39180-3400 | J K M FARMS<br>PO BOX 307<br>ANGUILLA MS 38721-0307 | JEFFREY RYAN BARBER ESQ<br>JONES WALKER LLP<br>ATTY FOR UNITED BANK<br>PO BOX 427<br>JACKSON MS 39205-0427 |
| KCOE ISOM LLP<br>ATTN CATHY INGRAM<br>3030 CORTLAND CIRCLE<br>SALINA KS 67401-7874 | KELSO FARMS<br>419 OMEGA RD<br>ROLLING FORK MS 39159-4994 | KELSO FARMS<br>CO DAVID JOHNSON<br>419 OMEGA RD<br>ROLLING FORK MS 39159-4994 |
| LR FARMS<br>661 BLACK BAYOU RD<br>ROLLING FORK MS 39159-4939 | LARRY D WHITTEN<br>PO BOX 215<br>VALLEY PARK MS 39177-0215 | LITTLE ONWARD PLANTATI<br>361 WEST LAKEVIEW<br>YAZOO CITY MS 39194-4788 |
| MARTIN PLANTATION<br>PO BOX 537<br>ROLLING FORK MS 39159 | MCKNIGHT SONS ER<br>1306 RIVER BEND COVE<br>VICKSBURG MS 39183-8756 | MCKNIGHT IV E R (MA<br>425 FOREST OAK LANE<br>VICKSBURG MS 39180-3403 |
| MS DEPT OF REVENUE<br>CO MS AG<br>550 HIGH STREET<br>JACKSON MS 39201-1111 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MARCUS M WILSON ESQ<br>BENNETT LOTTERHOS SULSER WILSON PA<br>ATTY FOR BLUE CROSS BLUE SHIELD OF MIS<br>PO BOX 1488<br>JACKSON MS 39215-1488 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MITCHELL WILLIS<br>SAM FARMS<br>1310 MULBERRY<br>VICKSBURG MS 39180-3242 | O J SHARPE FARM<br>431 CONNER RD<br>ROLLING FORK MS 39159-5289 |
| PORTER CLIFTON HOPE<br>1221 WOODBERRY DR<br>MADISON MS 39110-7764 | PRESLEY MICHAEL<br>PO BOX 463<br>BENTONIA MS 39040-0463 | ROBERT BRAXTON SR<br>MRS MARY BRAXTON<br>PO BOX 284<br>VALLEY PARK MS 39177-0284 |
| ROCKING B S ENTERPRISE<br>565 INDUSTRIAL DR<br>VICKSBURG MS 39183-8689 | ~~EXCLUDE~~<br>~~(U)SAM FARMS GENERAL PART~~<br>~~MITCHELL WILLIS~~<br>~~ADDRESS UNKNOWN~~ | SANDY BAYOU FARMS<br>1290 MATTHEWS RD<br>ROLLING FORK MS 39159-2368 |
| SHIPLAND FARMS<br>47 FITLER RD<br>ROLLING FORK MS 39159-4999 | SIMITH JAMES W<br>PO DRAWER 1987<br>LAUREL MS 39441-1987 | SIMRALL SIMRALL<br>5040 HWY 3<br>REDWOOD MS 39156-9038 |

SIMRALL  JOHN K
5040 HWY 3
REDWOOD  MS 39156-9038

SMALL BUSINESS ADMINIS
PO BOX 740192
ATLANTA  GA 30374-0192

THOMAS GREY WINDHAM
229 CARTER DR
ROLLING FORK  MS 39159-3001

TIM BARNETTE
1257 DIXIE RD
ROLLING FORK  MS 39159-4973

TOP DOG FARM
PO BOX 187
ROLLING FORK  MS 39159-0187

TOWELL  JIM
RT 2  BOX 220
NORWOOD  MO 65717

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEYS OFFICE
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED BANK
PO BOX 8
ATMORE  AL 36504-0008

EXCLUDE

UNITED BANK
CO JEFFREY R BARBER  ESQ
JONES WALKER LLP
3100 N STATE ST  STE 300
JACKSON  MS 39216-4013

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

VALLEY PARK PLANTATION
PO BOX 1101
VICKSBURG  MS 39181-1101

WANSLEY PARTNERSHIP
DAVID WANSLEY
120 BROOKWOOD DR
VICKSBURG  MS 39183-8101

WARREN FARMS JOINT VEN
108 LEXINGTON DR
MADISON  MS 39110-6952

WAYE WINDHAM FARMS
3363 WILLETTE RD
ROLLING FORK  MS 39159-5073

WBS  INC
106 CHANDLERS COVE
VICKSBURG  MS 39183-7987

WHITTEN  WHITTEN INC
BRAD WHITTEN AND BILLY WHITTEN
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN III  JAMES W
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN JR  JAMES W
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN  BRADLEY
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN  MARY E
PO BOX 253
VALLEY PARK  MS 39177-0253

WILKES AND COMPANY
DAN WILKES
5305 FLOWEREE RD
REDWOOD  MS 39156

WILLIS JR  JESSE
126 WOODSTONE DR
VICKSBURG  MS 39183-8768

WILLIS SR  JESSE
LUKE WILLIS
276 WILLIS RD
ROLLING FORK  MS 39159-4976

```
WOODRUFF INC  W C              WOODRUFF  RODNEY               DAVID R LYNCH
586 GRACE RD                   PATRICIA SMITH WOODR            THE LYNCH LAW FIRM  PLLC
GLEN ALLEN  MS 38744-9726      109 CLARKDELL RD                P O BOX 12229
                               GLUCKSTAT  MS 39110-7511        JACKSON  MS 39236-2229



~~EXCLUDE~~                    ~~EXCLUDE~~                     ~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~     ~~(U)TIM BARNETTE~~             ~~(U)TOM LEE  DBA HINTSON~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~
```