# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator, Inc.                    Case No. 25-00228-JAW
         , Debtor                                      CHAPTER 11

## NOTICE

TO:   ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEARBY NOTIFIED that pursuant to 1 U.S.C. § 331, Thomas C. Rollins, Jr. and The Rollins Law Firm, has filed its *Final Application for Allowance of Compensation and Reimbursement of Expenses* (the "Application"), for the sum of $15,000.00, inclusive of all attorneys' fees and expenses.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Thomas C. Rollins, Jr. trollins@therollinsfirm.com. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 E. Court St., Ste 2.300, Jackson, MS 39201, and a copy served upon Thomas C. Rollins. Jr. of The Rollins Law Firm PLLC, the attorneys for the Debtor, at P.O. Box 13767, Jackson, MS 39236 the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

                                          Respectfully Submitted,

Date: February 13, 2026      Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          PO Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Valley Park Elevator Inc            Case No. 25-00228-JAW
, Debtor                                                                               CHAPTER 11

**FINAL APPLICATION OF THOMAS C. ROLLINS, JR. AND THE ROLLINS LAW FIRM, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

COMES NOW Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC ("Applicant"), counsel for the Debtor, Valley Park Elevator, Inc. (the "Debtor"), and files this Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application"), and in support thereof would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court.

2. By Order entered February 25, 2025 (Dk # 39), the Court approved the employment of Thomas C. Rollins, Jr. and David R. Lynch as counsel for the Debtor.

3. Prior to the filing of this case, Applicant received a retainer in the amount of $15,000.00.

4. Applicant rendered extensive legal services on behalf of the Debtor throughout this Chapter 11 case, including, but not limited to:

    a) Case commencement and first-day matters;

    b) Cash collateral negotiations and litigation;

    c) Preparation of schedules, statements and amendments;

    d) Monthly operating reports;

e) Negotiations with secured lenders, taxing authorities, and unsecured creditors;

f) Drafting and confirmation of the Chapter 11 Plan and Disclosure Statement; and

g) Post-confirmation and administrative matters.

5. The services rendered were necessary, reasonable, and provided a substantial benefit to the estate and creditors.

6. Applicant's actual fees incurred in this case total $13,617.50 in professional services, as reflected in the detailed invoice attached hereto and incorporated by reference

7. Applicant also incurred actual and necessary expenses totaling $2,760.60, consisting primarily of:

a) Chapter 11 filing fee; and

b) Noticing and mailing expenses

8. The aggregate total of fees and expenses incurred equals $16,378.10.

9. Notwithstanding the foregoing, Applicant voluntarily reduces and limits the total amount requested for allowance to $15,000.00, inclusive of all attorneys' fees and expenses.

10. Applicant respectfully requests authority to apply the previously paid $15,000.00 retainer to the allowed compensation and expenses approved by this Court.

11. Upon application of the retainer, no balance shall be due from the Debtor or the estate, and Applicant will not seek any additional payment in this case.

12. The Debtor's confirmed Plan provides for payment of allowed administrative expenses, including Debtor's counsel fees, upon allowance by the Court.

13. This Application constitutes Applicant's final fee application in this case

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the Court enter an Order allowing final compensation and reimbursement of expenses to Applicant in the amount of $15,000.00; Confirming that no further amounts are due or owing to Applicant; and grating such other and further relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>VALLEY PARK ELEVATOR INC | CASE NO: 25-00228<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/13/2026, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC

CASE NO: 25-00228

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/13/2026, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00228
SOUTHERN DISTRICT OF MISSISSIPPI
FRI FEB 13 9-48-56 PST 2026

~~EXCLUDE~~

~~(U)ARO  INC~~

~~EXCLUDE~~

~~(U)ADEN WANSLEY FARMS  LLC~~

~~EXCLUDE~~

~~(U)B  B FARMS~~

~~EXCLUDE~~

~~(U)BELLE MEADE PLANTATION~~

BLUE CROSS BLUE SHIELD OF MISSISSIPPI  A MUT
221 SUNNYBROOK ROAD
SUITE B
RIDGELAND   MS 39157-2206

~~EXCLUDE~~

~~(U)CIRCLE Z~~

~~EXCLUDE~~

~~(U)CLARK  CLARK~~

~~EXCLUDE~~

~~(U)D  C FARMS~~

~~EXCLUDE~~

~~(U)DAVID WANSLEY~~

~~EXCLUDE~~

~~(U)E R MCKNIGHT  IV~~

~~EXCLUDE~~

~~(U)EWING FARMS~~

~~EXCLUDE~~

~~(U)FLOWEREE PLANTING CO~~

~~EXCLUDE~~

~~(U)KELSO FARMS~~

UNITED BANK
CO JEFFREY R BARBER  ESQ
JONES WALKER LLP
P O BOX 427
JACKSON   MS 39205-0427

DEBTOR

VALLEY PARK ELEVATOR INC
PO BOX 188
VALLEY PARK   MS 39177-0188

~~EXCLUDE~~

~~(U)WANSLEY PARTNERSHIP~~

~~EXCLUDE~~

~~(U)WHITTEN  WHITTEN  INC~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON   MS 39201-5036~~

ADEN BROTHERS
3730 REDWOOD RD
VICKSBURG   MS 39183-8025

ADEN FARMS
3730 REDWOOD RD
VICKSBURG   MS 39183-8025

ADEN JR  WILLIAM B
JEFF WONG
205 CHARLESTON DR
VICKSBURG   MS 39180-4841

ADEN WANSLEY
108 TWIN CREEKS DR
VICKSBURG   MS 39180-4843

ADEN  MERRITT
3730 REDWOOD RD
VICKSBURG   MS 39183-8025

ANDERSON TULLY COMPANY
775 RIDGELAKE BLVD
SUITE 105
MEMPHIS   TN 38120-9461

ARK LA MISS FARMS
7716 OLD CANTON RD
MADISON   MS 39110-9299

ARO INC
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD   MS 39156-9058

ATWOOD  EMMETT R
PO BOX 79
VICKSBURG  MS 39181-0079

ADEN WANSLEY FARMS LLC
ADEN WANSLEY
108 TWIN CREEKS DR
VICKSBURG  MS 39180-4843

ANDREW M WILSON  ESQ
BENNETT LOTTERHOS SULSER  WILSON  PA
ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
PO BOX 1488
JACKSON  MS 39215-1488

B  B FARMS
MELINDA BRAXTON
PO BOX 254
VALLEY PARK  MS 39177-0254

BACONIA PLANTATION INC
PO BOX 335
CARY  MS 39054-0335

BARTON FARM LLC
PO BOX 9
RAYMOND  MS 39154-0009

BELLE MEADE PLANTATION
1306 RIVER BEND COVE
VICKSBURG  MS 39183-8756

BOLL PLANTING COMPANY
PO BOX 326
ROLLING FORK  MS 39159-0326

BOYKIN BROTHERS
PO BOX 254
HOLLANDALE  MS 38748-0254

BRADWAY  BRAD
206 TURNBERRY LANE
STARKVILLE  MS 39759-5508

BRAXTON JR  ROBERT E
PO BOX 254
VALLEY PARK  MS 39177-0254

BELLE MEADE PLANTATION
ER MCKNIGHT  IV
1306 RIVER BEND COVE
VICKSBURG  MS 39183-8756

CARY ASSOCIATES
PO BOX 187
ROLLING FORK  MS 39159-0187

CIRCLE Z
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD  MS 39156-9058

CLARK  CLARK
CJ CLARK
755 FRONT ST
ANGUILLA  MS 38721-9425

CLAY  ROBERT
343 CONNER RD
ROLLING FORK  MS 39159-5426

DC FARMS
DOUG JETER
447 REDWOOD RD
REDWOOD  MS 39156-7029

DAVID WANSLEY
120 BROOKWOOD DR
VICKSBURG  MS 39183-8101

DELTA WILDLIFE FORESTR
MR STEVE BRUNSON
PO BOX 1720
COLLIERVILLE  TN 38027-1720

DORNBUSCH  AJ
3307 HIGHLAND DR
VICKSBURG  MS 39180-4552

DORNBUSCH  JAKE
3360 FLOWEREE RD
REDWOOD  MS 39156-9058

DOUGLAS JETER JR
447 REDWOOD RD
REDWOOD  MS 39156-7029

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

ER MCKNIGHT  IV
425 FOREST OAK LANE
VICKSBURG  MS 39180-3403

ELLIS  GARY
2221 BROWN RD
HOLLANDALE  MS 38748-9664

EILEEN N SHAFFER  ESQ
COUNSEL FOR ARO  INC
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR ADEN WANSLEY FARMS  LLC
PO BOX 1177
JACKSON  MS 39215-1177

```
EILEEN N SHAFFER  ESQ           EILEEN N SHAFFER  ESQ              EILEEN N SHAFFER  ESQ
COUNSEL FOR BB FARMS            COUNSEL FOR BELLE MEADE PLANTATION  COUNSEL FOR CIRCLE Z
PO BOX 1177                     PO BOX 1177                         PO BOX 1177
JACKSON   MS 39215-1177         JACKSON   MS 39215-1177             JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ           EILEEN N SHAFFER  ESQ               EILEEN N SHAFFER  ESQ
COUNSEL FOR CLARK   CLARK       COUNSEL FOR DC FARMS                COUNSEL FOR DAVID WANSLEY
PO BOX 1177                     PO BOX 1177                         PO BOX 1177
JACKSON   MS 39215-1177         JACKSON   MS 39215-1177             JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ           EILEEN N SHAFFER  ESQ               EILEEN N SHAFFER  ESQ
COUNSEL FOR ER MCKNIGHT  IV     COUNSEL FOR EWING FARMS             COUNSEL FOR FLOWEREE PLANTING CO
PO BOX 1177                     PO BOX 1177                         PO BOX 1177
JACKSON   MS 39215-1177         JACKSON   MS 39215-1177             JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ           EILEEN N SHAFFER  ESQ               EILEEN N SHAFFER  ESQ
COUNSEL FOR KELSO FARMS         COUNSEL FOR TIM BARNETTE            COUNSEL FOR TOM LEE  DBA HINTSON
PO BOX 1177                     PO BOX 1177                         PO BOX 1177
JACKSON   MS 39215-1177         JACKSON   MS 39215-1177             JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ           EILEEN N SHAFFER  ESQ               EWING FARMS
COUNSEL FOR WANSLEY PARTNERSHIP COUNSEL FOR WHITTEN   WHITTEN  INC  MARTHA PELLEGRINMILTON C EWING III
PO BOX 1177                     PO BOX 1177                         PO BOX 485
JACKSON   MS 39215-1177         JACKSON   MS 39215-1177             ANGUILLA   MS 38721-0485

FLORENCE NEWMAN                 FLOWEREE PLANTING COMPANY           FRISBEE  RALPH
PO BOX 234                      JAKE DOMBUSCH                       DENNIS FRISBEE
VALLEY PARK   MS 39177-0234     3360 FLOWEREE RD                    17989 SE WALNUT HILL R
                                REDWOOD   MS 39156-9058             AMITY  OR 97101-2104

HAMLIN  HAMLIN NP               HAROLD  MAY                         HEIGLE FARMS  JUNIOR
PO BOX 216                      PO BOX 1249                         11585 HWY 1
GRACE  MS 38745-0216            CANTON  MS 39046-1249               ROLLING FORK  MS 39159-5294

HELENA PARTNERS                 HOWLE PLANTING COMPANY              HINTSON FARMS
PO BOX 247                      137 JEFFERSON ST                    TOM LEE
ROLLING FORK   MS 39159-0247    ANGUILLA  MS 38721-9515             10850 HWY 3
                                                                    REDWOOD  MS 39156-9772

INTERNAL REVENUE SERVI          (P)INTERNAL REVENUE SERVICE         INTERNAL REVENUE SERVICE
CO US ATTORNEY                  CENTRALIZED INSOLVENCY OPERATIONS   CO US ATTORNEY SD MISSISSIPPI
ETHRIDGE BUILDING               PO BOX 7346                         501 E COURT STREET  STE 4430
900 JEFFERSON AVE               PHILADELPHIA PA 19101-7346          JACKSON  MS 39201-5025
OXFORD   MS 38655-3608
```

| | | |
|---|---|---|
| J  J FARMS<br>204 MADISON RIDGE<br>VICKSBURG  MS 39180-3400 | J K M FARMS<br>PO BOX 307<br>ANGUILLA  MS 38721-0307 | JEFFREY RYAN BARBER  ESQ<br>JONES WALKER LLP<br>ATTY FOR UNITED BANK<br>PO BOX 427<br>JACKSON  MS 39205-0427 |
| KCOE ISOM  LLP<br>ATTN CATHY INGRAM<br>3030 CORTLAND CIRCLE<br>SALINA KS 67401-7874 | KELSO FARMS<br>419 OMEGA RD<br>ROLLING FORK  MS 39159-4994 | KELSO FARMS<br>CO DAVID JOHNSON<br>419 OMEGA RD<br>ROLLING FORK  MS 39159-4994 |
| LR FARMS<br>661 BLACK BAYOU RD<br>ROLLING FORK  MS 39159-4939 | LARRY D WHITTEN<br>PO BOX 215<br>VALLEY PARK  MS 39177-0215 | LITTLE ONWARD PLANTATI<br>361 WEST LAKEVIEW<br>YAZOO CITY  MS 39194-4788 |
| MARTIN PLANTATION<br>PO BOX 537<br>ROLLING FORK  MS 39159 | MCKNIGHT  SONS  ER<br>1306 RIVER BEND COVE<br>VICKSBURG  MS 39183-8756 | MCKNIGHT IV  E R (MA<br>425 FOREST OAK LANE<br>VICKSBURG  MS 39180-3403 |
| MS DEPT OF REVENUE<br>CO MS AG<br>550 HIGH STREET<br>JACKSON  MS 39201-1111 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MARCUS M WILSON  ESQ<br>BENNETT LOTTERHOS SULSER  WILSON  PA<br>ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS<br>PO BOX 1488<br>JACKSON  MS 39215-1488 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MITCHELL WILLIS<br>SAM FARMS<br>1310 MULBERRY<br>VICKSBURG  MS 39180-3242 | O J SHARPE FARM<br>431 CONNER RD<br>ROLLING FORK  MS 39159-5289 |
| PORTER  CLIFTON  HOPE<br>1221 WOODBERRY DR<br>MADISON  MS 39110-7764 | PRESLEY  MICHAEL<br>PO BOX 463<br>BENTONIA  MS 39040-0463 | ROBERT BRAXTON SR<br>MRS MARY BRAXTON<br>PO BOX 284<br>VALLEY PARK  MS 39177-0284 |
| ROCKING B S ENTERPRISE<br>565 INDUSTRIAL DR<br>VICKSBURG  MS 39183-8689 | ~~EXCLUDE~~<br>~~(U)SAM FARMS GENERAL PART~~<br>~~MITCHELL WILLIS~~<br>~~ADDRESS UNKNOWN~~ | SANDY BAYOU FARMS<br>1290 MATTHEWS RD<br>ROLLING FORK  MS 39159-2368 |
| SHIPLAND FARMS<br>47 FITLER RD<br>ROLLING FORK  MS 39159-4999 | SIMITH  JAMES W<br>PO DRAWER 1987<br>LAUREL  MS 39441-1987 | SIMRALL  SIMRALL<br>5040 HWY 3<br>REDWOOD  MS 39156-9038 |

```
SIMRALL  JOHN K                    SMALL BUSINESS ADMINIS             THOMAS GREY WINDHAM
5040 HWY 3                         PO BOX 740192                      229 CARTER DR
REDWOOD  MS 39156-9038             ATLANTA  GA 30374-0192             ROLLING FORK  MS 39159-3001


TIM BARNETTE                       TOP DOG FARM                       TOWELL  JIM
1257 DIXIE RD                      PO BOX 187                         RT 2  BOX 220
ROLLING FORK  MS 39159-4973        ROLLING FORK  MS 39159-0187        NORWOOD  MO 65717


US ATTORNEY SD MISSISSIPPI         US ATTORNEY SD MISSISSIPPI         US ATTORNEYS OFFICE
CO INTERNAL REVENUE SERVICE        CO US SECURITIES AND EXCHANGE COMMISS   501 E COURT ST
501 E COURT STREET  STE 4430       501 E COURT STREET  STE 4430       STE 4430
JACKSON  MS 39201-5025             JACKSON  MS 39201-5025             JACKSON  MS 39201-5025


US SECURITIES AND EXCHANGE COMMISSION   US ATTORNEY GENERAL           UNITED BANK
OFFICE OF REORGANIZATION           US DEPT OF JUSTICE                 PO BOX 8
950 EAST PACES FERRY ROAD  SUITE 900   950 PENNSYLVANIA AVENW         ATMORE  AL 36504-0008
ATLANTA  GA 30326-1382             WASHINGTON  DC 20530-0001


                                   EXCLUDE

UNITED BANK                        UNITED STATES TRUSTEE              VALLEY PARK PLANTATION
CO JEFFREY R BARBER  ESQ           501 EAST COURT STREET              PO BOX 1101
JONES WALKER LLP                   SUITE 6-430                        VICKSBURG  MS 39181-1101
3100 N STATE ST  STE 300           JACKSON  MS 39201-5022
JACKSON  MS 39216-4013


WANSLEY PARTNERSHIP                WARREN FARMS JOINT VEN             WAYE WINDHAM FARMS
DAVID WANSLEY                      108 LEXINGTON DR                   3363 WILLETTE RD
120 BROOKWOOD DR                   MADISON  MS 39110-6952             ROLLING FORK  MS 39159-5073
VICKSBURG  MS 39183-8101


WBS  INC                           WHITTEN  WHITTEN INC               WHITTEN III  JAMES W
106 CHANDLERS COVE                 BRAD WHITTEN AND BILLY WHITTEN     PO BOX 253
VICKSBURG  MS 39183-7987           PO BOX 253                         VALLEY PARK  MS 39177-0253
                                   VALLEY PARK  MS 39177-0253


WHITTEN JR  JAMES W                WHITTEN  BRADLEY                   WHITTEN  MARY E
PO BOX 253                         PO BOX 253                         PO BOX 253
VALLEY PARK  MS 39177-0253         VALLEY PARK  MS 39177-0253         VALLEY PARK  MS 39177-0253


WILKES AND COMPANY                 WILLIS JR  JESSE                   WILLIS SR  JESSE
DAN WILKES                         126 WOODSTONE DR                   LUKE WILLIS
5305 FLOWEREE RD                   VICKSBURG  MS 39183-8768           276 WILLIS RD
REDWOOD  MS 39156                                                     ROLLING FORK  MS 39159-4976
```

```
WOODRUFF INC  W C                WOODRUFF  RODNEY                DAVID R LYNCH
586 GRACE RD                     PATRICIA SMITH WOODR             THE LYNCH LAW FIRM  PLLC
GLEN ALLEN  MS 38744-9726        109 CLARKDELL RD                 P O BOX 12229
                                 GLUCKSTAT  MS 39110-7511         JACKSON  MS 39236-2229



                                 ~~EXCLUDE~~                      ~~EXCLUDE~~

THOMAS CARL ROLLINS JR           ~~(U)TIM BARNETTE~~              ~~(U)TOM LEE  DBA HINTSON~~
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```