## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| VALLEY PARK ELEVATOR, INC. | CASE NO. 25-00228-JAW |
|    Debtor | |

### NOTICE

TO:   ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, The Lynch Law Firm, PLLC has filed its *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), covering the period from January 28, 2025, to and including February 12, 2026, and is for the sum of $38,920.12 ($38,681.14 in fees and $238.87 in expenses), less any retainer balance remaining.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from David R. Lynch at david@thelynchlawfirm.com. If no objections are filed within **twenty-one (21) days** from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Jamie A. Wilson, U.S. Bankruptcy Court, Thad Cochran United States Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy served upon David R. Lynch of The Lynch Law Firm, PLLC, the attorneys for the Debtor, at Post Office Box 12229, Jackson, Mississippi 39236, the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this the 12th day of February, 2026.

Respectfully submitted,

LYNCH LAW, PLLC

By: _____
David R. Lynch

OF COUNSEL:

David R. Lynch; MSB No. 102595
THE LYNCH LAW FIRM, PLLC
Post Office Box 12229
Jackson, Mississippi 39236
601-321-1977 - Telephone
david@thelynchlawfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC

CASE NO: 25-00228

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/13/2026, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC

CASE NO: 25-00228

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/13/2026, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00228<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 13 9-36-0 PST 2026 | (U)ARO INC | (U)ADEN WANSLEY FARMS LLC |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| (U)B B FARMS | (U)BELLE MEADE PLANTATION | BLUE CROSS BLUE SHIELD OF MISSISSIPPI A MUT<br>221 SUNNYBROOK ROAD<br>SUITE B<br>RIDGELAND   MS 39157-2206 |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)CIRCLE Z | (U)CLARK CLARK | (U)D C FARMS |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)DAVID WANSLEY | (U)E R MCKNIGHT IV | (U)EWING FARMS |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| (U)FLOWEREE PLANTING CO | (U)KELSO FARMS | UNITED BANK<br>CO JEFFREY R BARBER ESQ<br>JONES WALKER LLP<br>P O BOX 427<br>JACKSON   MS 39205-0427 |

| DEBTOR | EXCLUDE | EXCLUDE |
|---|---|---|
| VALLEY PARK ELEVATOR INC<br>PO BOX 188<br>VALLEY PARK   MS 39177-0188 | (U)WANSLEY PARTNERSHIP | (U)WHITTEN WHITTEN INC |

| EXCLUDE | | |
|---|---|---|
| US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON   MS 39201-5036 | ADEN BROTHERS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 | ADEN FARMS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |

| | | |
|---|---|---|
| ADEN JR WILLIAM B<br>JEFF WONG<br>205 CHARLESTON DR<br>VICKSBURG   MS 39180-4841 | ADEN WANSLEY<br>108 TWIN CREEKS DR<br>VICKSBURG   MS 39180-4843 | ADEN MERRITT<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |

| | | |
|---|---|---|
| ANDERSON TULLY COMPANY<br>775 RIDGELAKE BLVD<br>SUITE 105<br>MEMPHIS   TN 38120-9461 | ARK LA MISS FARMS<br>7716 OLD CANTON RD<br>MADISON   MS 39110-9299 | ARO INC<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD   MS 39156-9058 |

ATWOOD EMMETT R
PO BOX 79
VICKSBURG MS 39181-0079

ADEN WANSLEY FARMS LLC
ADEN WANSLEY
108 TWIN CREEKS DR
VICKSBURG MS 39180-4843

ANDREW M WILSON ESQ
BENNETT LOTTERHOS SULSER WILSON PA
ATTY FOR BLUE CROSS BLUE SHIELD OF MIS
PO BOX 1488
JACKSON MS 39215-1488

B B FARMS
MELINDA BRAXTON
PO BOX 254
VALLEY PARK MS 39177-0254

BACONIA PLANTATION INC
PO BOX 335
CARY MS 39054-0335

BARTON FARM LLC
PO BOX 9
RAYMOND MS 39154-0009

BELLE MEADE PLANTATION
1306 RIVER BEND COVE
VICKSBURG MS 39183-8756

BOLL PLANTING COMPANY
PO BOX 326
ROLLING FORK MS 39159-0326

BOYKIN BROTHERS
PO BOX 254
HOLLANDALE MS 38748-0254

BRADWAY BRAD
206 TURNBERRY LANE
STARKVILLE MS 39759-5508

BRAXTON JR ROBERT E
PO BOX 254
VALLEY PARK MS 39177-0254

BELLE MEADE PLANTATION
ER MCKNIGHT IV
1306 RIVER BEND COVE
VICKSBURG MS 39183-8756

CARY ASSOCIATES
PO BOX 187
ROLLING FORK MS 39159-0187

CIRCLE Z
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD MS 39156-9058

CLARK CLARK
CJ CLARK
755 FRONT ST
ANGUILLA MS 38721-9425

CLAY ROBERT
343 CONNER RD
ROLLING FORK MS 39159-5426

DC FARMS
DOUG JETER
447 REDWOOD RD
REDWOOD MS 39156-7029

DAVID WANSLEY
120 BROOKWOOD DR
VICKSBURG MS 39183-8101

DELTA WILDLIFE FORESTR
MR STEVE BRUNSON
PO BOX 1720
COLLIERVILLE TN 38027-1720

DORNBUSCH AJ
3307 HIGHLAND DR
VICKSBURG MS 39180-4552

DORNBUSCH JAKE
3360 FLOWEREE RD
REDWOOD MS 39156-9058

DOUGLAS JETER JR
447 REDWOOD RD
REDWOOD MS 39156-7029

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

ER MCKNIGHT IV
425 FOREST OAK LANE
VICKSBURG MS 39180-3403

ELLIS GARY
2221 BROWN RD
HOLLANDALE MS 38748-9664

EILEEN N SHAFFER ESQ
COUNSEL FOR ARO INC
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR ADEN WANSLEY FARMS LLC
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR BB FARMS
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR BELLE MEADE PLANTATION
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR CIRCLE Z
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR CLARK   CLARK
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR DC FARMS
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR DAVID WANSLEY
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR ER MCKNIGHT  IV
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR EWING FARMS
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR FLOWEREE PLANTING CO
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR KELSO FARMS
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR TIM BARNETTE
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR TOM LEE  DBA HINTSON
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR WANSLEY PARTNERSHIP
PO BOX 1177
JACKSON   MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR WHITTEN   WHITTEN  INC
PO BOX 1177
JACKSON   MS 39215-1177

EWING FARMS
MARTHA PELLEGRINMILTON C EWING III
PO BOX 485
ANGUILLA  MS 38721-0485

FLORENCE NEWMAN
PO BOX 234
VALLEY PARK   MS 39177-0234

FLOWEREE PLANTING COMPANY
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD   MS 39156-9058

FRISBEE  RALPH
DENNIS FRISBEE
17989 SE WALNUT HILL R
AMITY  OR 97101-2104

HAMLIN  HAMLIN NP
PO BOX 216
GRACE  MS 38745-0216

HAROLD  MAY
PO BOX 1249
CANTON  MS 39046-1249

HEIGLE FARMS  JUNIOR
11585 HWY 1
ROLLING FORK  MS 39159-5294

HELENA PARTNERS
PO BOX 247
ROLLING FORK   MS 39159-0247

HOWLE PLANTING COMPANY
137 JEFFERSON ST
ANGUILLA  MS 38721-9515

HINTSON FARMS
TOM LEE
10850 HWY 3
REDWOOD  MS 39156-9772

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD   MS 38655-3608

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CO US ATTORNEY SD MISSISSIPPI
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

| | | |
|---|---|---|
| J  J FARMS<br>204 MADISON RIDGE<br>VICKSBURG   MS 39180-3400 | J K M FARMS<br>PO BOX 307<br>ANGUILLA   MS 38721-0307 | JEFFREY RYAN BARBER   ESQ<br>JONES WALKER LLP<br>ATTY FOR UNITED BANK<br>PO BOX 427<br>JACKSON   MS 39205-0427 |
| KCOE ISOM  LLP<br>ATTN CATHY INGRAM<br>3030 CORTLAND CIRCLE<br>SALINA KS 67401-7874 | KELSO FARMS<br>419 OMEGA RD<br>ROLLING FORK   MS 39159-4994 | KELSO FARMS<br>CO DAVID JOHNSON<br>419 OMEGA RD<br>ROLLING FORK   MS 39159-4994 |
| LR FARMS<br>661 BLACK BAYOU RD<br>ROLLING FORK   MS 39159-4939 | LARRY D WHITTEN<br>PO BOX 215<br>VALLEY PARK   MS 39177-0215 | LITTLE ONWARD PLANTATI<br>361 WEST LAKEVIEW<br>YAZOO CITY   MS 39194-4788 |
| MARTIN PLANTATION<br>PO BOX 537<br>ROLLING FORK   MS 39159 | MCKNIGHT   SONS  ER<br>1306 RIVER BEND COVE<br>VICKSBURG   MS 39183-8756 | MCKNIGHT IV  E R (MA<br>425 FOREST OAK LANE<br>VICKSBURG   MS 39180-3403 |
| MS DEPT OF REVENUE<br>CO MS AG<br>550 HIGH STREET<br>JACKSON   MS 39201-1111 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MARCUS M WILSON   ESQ<br>BENNETT LOTTERHOS SULSER   WILSON   PA<br>ATTY FOR BLUE CROSS   BLUE SHIELD OF MIS<br>PO BOX 1488<br>JACKSON   MS 39215-1488 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON   MS 39225-2808 | MITCHELL WILLIS<br>SAM FARMS<br>1310 MULBERRY<br>VICKSBURG   MS 39180-3242 | O J SHARPE FARM<br>431 CONNER RD<br>ROLLING FORK   MS 39159-5289 |
| PORTER   CLIFTON   HOPE<br>1221 WOODBERRY DR<br>MADISON   MS 39110-7764 | PRESLEY   MICHAEL<br>PO BOX 463<br>BENTONIA   MS 39040-0463 | ROBERT BRAXTON SR<br>MRS MARY BRAXTON<br>PO BOX 284<br>VALLEY PARK   MS 39177-0284 |
| ROCKING B S ENTERPRISE<br>565 INDUSTRIAL DR<br>VICKSBURG   MS 39183-8689 | ~~EXCLUDE~~<br>~~(U)SAM FARMS GENERAL PART~~<br>~~MITCHELL WILLIS~~<br>~~ADDRESS UNKNOWN~~ | SANDY BAYOU FARMS<br>1290 MATTHEWS RD<br>ROLLING FORK   MS 39159-2368 |
| SHIPLAND FARMS<br>47 FITLER RD<br>ROLLING FORK   MS 39159-4999 | SIMITH  JAMES W<br>PO DRAWER 1987<br>LAUREL   MS 39441-1987 | SIMRALL   SIMRALL<br>5040 HWY 3<br>REDWOOD   MS 39156-9038 |

```
SIMRALL  JOHN K                SMALL BUSINESS ADMINIS         THOMAS GREY WINDHAM
5040 HWY 3                     PO BOX 740192                  229 CARTER DR
REDWOOD  MS 39156-9038         ATLANTA  GA 30374-0192         ROLLING FORK  MS 39159-3001


TIM BARNETTE                   TOP DOG FARM                   TOWELL  JIM
1257 DIXIE RD                  PO BOX 187                     RT 2  BOX 220
ROLLING FORK  MS 39159-4973    ROLLING FORK  MS 39159-0187    NORWOOD  MO 65717


US ATTORNEY SD MISSISSIPPI            US ATTORNEY SD MISSISSIPPI              US ATTORNEYS OFFICE
CO INTERNAL REVENUE SERVICE           CO US SECURITIES AND EXCHANGE COMMISS   501 E COURT ST
501 E COURT STREET  STE 4430          501 E COURT STREET  STE 4430            STE 4430
JACKSON  MS 39201-5025                JACKSON  MS 39201-5025                  JACKSON  MS 39201-5025


US SECURITIES AND EXCHANGE COMMISSION US ATTORNEY GENERAL            UNITED BANK
OFFICE OF REORGANIZATION              US DEPT OF JUSTICE             PO BOX 8
950 EAST PACES FERRY ROAD  SUITE 900  950 PENNSYLVANIA AVENW         ATMORE  AL 36504-0008
ATLANTA  GA 30326-1382                WASHINGTON  DC 20530-0001


                                      EXCLUDE

UNITED BANK                           UNITED STATES TRUSTEE          VALLEY PARK PLANTATION
CO JEFFREY R BARBER  ESQ              501 EAST COURT STREET          PO BOX 1101
JONES WALKER LLP                      SUITE 6-430                    VICKSBURG  MS 39181-1101
3100 N STATE ST  STE 300              JACKSON  MS 39201-5022
JACKSON  MS 39216-4013


WANSLEY PARTNERSHIP            WARREN FARMS JOINT VEN         WAYE WINDHAM FARMS
DAVID WANSLEY                  108 LEXINGTON DR               3363 WILLETTE RD
120 BROOKWOOD DR               MADISON  MS 39110-6952         ROLLING FORK  MS 39159-5073
VICKSBURG  MS 39183-8101


WBS  INC                       WHITTEN  WHITTEN INC           WHITTEN III  JAMES W
106 CHANDLERS COVE             BRAD WHITTEN AND BILLY WHITTEN PO BOX 253
VICKSBURG  MS 39183-7987       PO BOX 253                     VALLEY PARK  MS 39177-0253
                               VALLEY PARK  MS 39177-0253


WHITTEN JR  JAMES W            WHITTEN  BRADLEY               WHITTEN  MARY E
PO BOX 253                     PO BOX 253                     PO BOX 253
VALLEY PARK  MS 39177-0253     VALLEY PARK  MS 39177-0253     VALLEY PARK  MS 39177-0253


WILKES AND COMPANY             WILLIS JR  JESSE               WILLIS SR  JESSE
DAN WILKES                     126 WOODSTONE DR               LUKE WILLIS
5305 FLOWEREE RD               VICKSBURG  MS 39183-8768       276 WILLIS RD
REDWOOD  MS 39156                                             ROLLING FORK  MS 39159-4976
```

```
WOODRUFF INC  W C                WOODRUFF  RODNEY                 DAVID R LYNCH
586 GRACE RD                     PATRICIA SMITH WOODR              THE LYNCH LAW FIRM  PLLC
GLEN ALLEN  MS 38744-9726        109 CLARKDELL RD                  P O BOX 12229
                                 GLUCKSTAT  MS 39110-7511          JACKSON  MS 39236-2229


~~EXCLUDE~~                      ~~EXCLUDE~~                       ~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~       ~~(U)TIM BARNETTE~~               ~~(U)TOM LEE  DBA HINTSON~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~
```