# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Mississippi

In Re. Valley Park Elevator, Inc.                    §          Case No. 25-00228
                                                      §
                                                      §
_____Debtor(s)_____             §
                                                      §          ☐ Jointly Administered

## Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 02/28/2026                    Petition Date: 01/29/2025

Months Pending: 13                                    Industry Classification: | 4 | 2 | 4 | 5 |

Reporting Method:              Accrual Basis ⦿         Cash Basis ⦾

Debtor's Full-Time Employees (current):               6

Debtor's Full-Time Employees (as of date of order for relief):   8


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


"/S/" Thomas C. Rollins, Jr.                          The Rollins Law Firm
Signature of Responsible Party                        Printed Name of Responsible Party
03/06/2026
Date
                                                      Jackson, MS
                                                      Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name Valley Park Elevator, Inc.                                     Case No. 25-00228

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $765,231 | |
| b. Total receipts (net of transfers between accounts) | $174,960 | $0 |
| c. Total disbursements (net of transfers between accounts) | $52,304 | $0 |
| d. Cash balance end of month (a+b-c) | $887,887 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $52,304 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $42,429 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $32,318 |
| c. Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $1,540,714 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $1,869,611 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $8,063,990 |
| n. Total liabilities (debt) (j+k+l+m) | $9,933,601 |
| o. Ending equity/net worth (e-n) | $-8,392,887 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $174,960 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $64,787 | |
| c. Gross profit (a-b) | $110,173 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $41,709 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $20,000 | |
| h. Interest | $1,370 | |
| i. Taxes (local, state, and federal) | $1,708 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $110,173 | $-376,360 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Valley Park Elevator, Inc.                          Case No.  25-00228

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                                    5

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | |
|---|---|---|---|---|
| xv | | | | |
| xvi | | | | |
| xvii | | | | |
| xviii | | | | |
| xix | | | | |
| xx | | | | |
| xxi | | | | |
| xxii | | | | |
| xxiii | | | | |
| xxiv | | | | |
| xxv | | | | |
| xxvi | | | | |
| xxvii | | | | |
| xxviii | | | | |
| xxix | | | | |
| xxx | | | | |
| xxxi | | | | |
| xxxii | | | | |
| xxxiii | | | | |
| xxxiv | | | | |
| xxxv | | | | |
| xxxvi | | | | |
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                     Case No.  25-00228

|   | xcix |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | c |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ●|
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ |
| i. | Do you have:   Worker's compensation insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  Valley Park Elevator, Inc.                                Case No.  25-00228

| **Part 8: Individual Chapter 11 Debtors (Only)** | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

"/S/" _David Wansley_                                    David Wansley
Signature of Responsible Party                          Printed Name of Responsible Party

Manager                                                 03/06/2026
Title                                                   Date

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228



PageThree



PageFour

TIME: 11:38 am                          Income Statement - Current & Prior

CUR 02/01/26-02/28/26, YTD 02/28/26        PRIOR 01/01/26-01/31/26, YTD 01/31/26

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| PRODUCT SALES | | | | | | | | |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| OTHER OPERATING REVENUE | | | | | | | | |
| STORAGE INCOME | 174,959.98 | 100.00 | 60,432.56 | 100.00 | 554,532.50 | 100.00 | 379,572.52 | 100.00 |
| TOTAL OTHER OPERATING REVENUE | 174,959.98 | 100.00 | 60,432.56 | 100.00 | 554,532.50 | 100.00 | 379,572.52 | 100.00 |
| TOTAL REVENUE | 174,959.98 | 100.00 | 60,432.56 | 100.00 | 554,532.50 | 100.00 | 379,572.52 | 100.00 |
| COST OF SALES | | | | | | | | |
| CORN COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 1.89 | 10,498.35 | 2.77 |
| TOTAL COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 1.89 | 10,498.35 | 2.77 |
| TOTAL GROSS PROFIT | 174,959.98 | 100.00 | 60,432.56 | 100.00 | 544,034.15 | 98.11 | 369,074.17 | 97.23 |
| **EXPENSES** | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 457.05 | .26 | 140.62 | .23 | 3,152.30 | .57 | 2,695.25 | .71 |
| SAFETY SUPPLIES EXPENSE | .00 | .00 | .00 | .00 | 2,603.11 | .47 | 2,603.11 | .69 |
| TRUCK EXPENSE | 1,550.00 | .89 | 3,050.00 | 5.05 | 18,400.00 | 3.32 | 16,850.00 | 4.44 |
| BANK CHARGES & FEES | .00 | .00 | 50.00 | .08 | 101.00 | .02 | 101.00 | .03 |
| REPAIRS & MAINTENANCE EXPENSE | 2,993.53 | 1.71 | 3,395.44 | 5.62 | 195,010.26 | 35.17 | 192,016.73 | 50.59 |
| PARTS & SUPPLIES EPENSE | 183.21 | .10 | 145.96 | .24 | 1,288.83 | .23 | 1,105.62 | .29 |
| UTILITIES (GARBAGE/WATER) EXP. | 2,418.63 | 1.38 | 3,469.52 | 5.74 | 36,108.53 | 6.51 | 33,689.90 | 8.88 |
| COMPUTER/SOFTWARE EXPENSE | 2,951.17 | 1.69 | .00 | .00 | 15,724.95 | 2.84 | 12,773.78 | 3.37 |
| TELEPHONE & INTERNET EXPENSE | 454.18 | .26 | 466.51 | .77 | 3,415.49 | .62 | 2,961.31 | .78 |
| TAXES & LICENSE EXPENSE | .00 | .00 | 38,070.48 | 63.00 | 38,070.48 | 6.87 | 38,070.48 | 10.03 |
| BUSINESS INSURANCE EXPENSE | 10,600.20 | 6.06 | 10,600.20 | 17.54 | 87,765.67 | 15.83 | 77,165.47 | 20.33 |
| RENT EXPENSE | 568.64 | .33 | 9,422.10 | 15.59 | 27,759.15 | 5.01 | 27,190.51 | 7.16 |
| PROFESSIONAL SERVICES EXPENSE | .00 | .00 | 15,343.60 | 25.39 | 15,343.60 | 2.77 | 15,343.60 | 4.04 |
| PROFESSIONAL SERVICES PAYCOR | 89.00 | .05 | 338.50 | .56 | 1,092.50 | .20 | 1,003.50 | .26 |
| FEES, DUES, SUBSCRIPTION EXP. | 2,313.66- | 1.32- | 16,200.00 | 26.81 | 20,436.75 | 3.69 | 22,750.41 | 5.99 |
| CONTRACT LABOR EXPENSE | .00 | .00 | 4,135.00 | .00 | 4,135.00 | .75 | 4,135.00 | 1.09 |
| DEPRECIATION EXPENSE | 20,000.00 | 11.43 | 20,000.00 | 33.09 | 160,000.00 | 28.85 | 140,000.00 | 36.88 |
| BAD DEBT EXPENSE | .00 | .00 | 18,371.40 | 30.40 | 18,371.40 | 3.31 | 18,371.40 | 4.84 |
| FUEL & OIL EXPENSE | 78.95 | .05 | 107.33 | .18 | 1,964.70 | .35 | 1,885.75 | .50 |
| WAGES & SALARY EXPENSE | 19,384.34 | 11.08 | 19,762.34 | 32.70 | 197,520.88 | 35.62 | 178,136.54 | 46.93 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,293.83 | 1.31 | 2,293.83 | 3.80 | 19,011.59 | 3.43 | 16,717.76 | 4.40 |
| RETIREMENT EXPENSE | .00 | .00 | 40.20 | .07 | 107.20 | .02 | 107.20 | .03 |
| PAYROLL TAX EXPENSE | 1,707.74 | .98 | 1,756.01 | 2.91 | 15,574.27 | 2.81 | 13,866.53 | 3.65 |
| TOTAL EXPENSES | 63,416.81 | 36.25 | 163,024.04 | 269.76 | 882,957.66 | 159.23 | 819,540.85 | 215.91 |
| TOTAL NET OPERATING PROFIT | 111,543.17 | 63.75 | 102,591.48- | 169.76- | 338,923.51- | 61.12- | 450,466.68- | 118.68- |
| OTHER INCOME | | | | | | | | |

TIME: 11:38 am

Income Statement - Current & Prior

CUR 02/01/26-02/28/26, YTD 02/28/26     PRIOR 01/01/26-01/31/26, YTD 01/31/26

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| INTEREST INCOME | .00 | .00 | .00 | .00 | 1,357.64 | .24 | 1,357.64 | .36 |
| REBATES & REFUND INCOME | .00 | .00 | .00 | .00 | 1,515.41 | .27 | 1,515.41 | .40 |
| TOTAL OTHER INCOME | .00 | .00 | .00 | .00 | 2,873.05 | .52 | 2,873.05 | .76 |
| OTHER EXPENSE | | | | | | | | |
| INTEREST EXPENSE | 1,370.38 | .78 | 1,370.38 | 2.27 | 40,309.34 | 7.27 | 38,938.96 | 10.26 |
| TOTAL OTHER EXPENSE | 1,370.38 | .78 | 1,370.38 | 2.27 | 40,309.34 | 7.27 | 38,938.96 | 10.26 |
| TOTAL NET PROFIT (LOSS) | 110,172.79 | 62.97 | 103,961.86- | 172.03- | 376,359.80- | 67.87- | 486,532.59- | 128.18- |

LDG-FINANCIAL-SR---00400

```
TIME: 11:37 am                          Balance Sheet - Current & Prior

CUR YTD 02/28/26        PRIOR YTD 01/31/26


                                          CURR YTD                 PRIOR YTD
ACCOUNT DESCRIPTION                        AMOUNT                    AMOUNT
----------------------------------------------------------------------------------------

            ASSETS
   CURRENT ASSETS
        REGIONS BANK CD AND DEPT OF AG     340,000.00               340,000.00
        CASH                                  201.20                   231.20
        REGIONS - TAX & PAYROLL              534.38                    623.38
        REGIONS - OPERATING               546,992.86               423,693.63
        REGIONS- UNITED BANK                   .00                    523.51
                                          ---------------          ---------------
   TOTAL CASH                             887,728.44               765,071.72


   ACCOUNTS RECEIVABLE
        ACCOUNTS RECEIVABLE - TRADE        42,429.16                87,072.16
        ACCOUNTS RECEIVABLE - EMPLOYEE      2,500.00                 2,500.00
        ACCRUE A/R COMMISSIONS             29,817.57                29,817.57
                                          ---------------          ---------------
   TOTAL RECEIVABLES                       74,746.73               119,389.73


   INVENTORY
                                          ---------------          ---------------
   TOTAL INVENTORY                             .00                      .00

   OTHER CURRENT ASSETS
                                          ---------------          ---------------
   TOTAL OTHER CURRENT ASSETS                 .00                      .00


                                          ---------------          ---------------
   TOTAL CURRENT ASSETS                   962,475.17               884,461.45


   FIXED ASSETS
        LAND                               26,250.00                26,250.00
        PLANT & EQUIPMENT               7,429,858.78             7,429,858.78
        HOUSES                             47,865.00                47,865.00
                                          ---------------          ---------------
   TOTAL FIXED ASSETS                   7,503,973.78             7,503,973.78

        ALLOWANCE FOR DEPRECIATION       6,111,236.29-            6,091,236.29-
                                          ---------------          ---------------
NET FIXED ASSETS                        2,355,212.66             2,297,198.94
   OTHER LONG TERM ASSETS
        INVESTMENTS                       760,671.33               760,671.33
                                          ---------------          ---------------
   TOTAL INVESTMENTS                      760,671.33               760,671.33

        CASH SUR. VALUE LIFE INSURANCE     91,635.04                91,635.04
                                          ---------------          ---------------
   TOTAL OTHER LONG TERM ASSETS            91,635.04                91,635.04

   CLEARING ACCOUNTS
                                          ---------------          ---------------
   TOTAL CLEARING ACCOUNTS                    .00                      .00


                                          ---------------          ---------------
```

TIME: 11:37 am

Balance Sheet - Current & Prior

CUR YTD 02/28/26          PRIOR YTD 01/31/26

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| TOTAL ASSETS | 3,207,519.03 | 3,149,505.31 |

```
TIME: 11:37 am                              Balance Sheet - Current & Prior

CUR YTD 02/28/26        PRIOR YTD 01/31/26


                                                CURR YTD              PRIOR YTD
ACCOUNT DESCRIPTION                              AMOUNT                AMOUNT
-----------------------------------------------------------------------------------------
        LIABILITIES & EQUITY
  LIABILITIES
   CURRENT LIABILITIES
          ACH PAYROLL                            290.63-               290.63-
          ACCOUNTS PAYABLE - TRADE               379.98-             8,064,369.07
          FEDERAL PAYROLL TAX PAYABLE          1,025.51              1,025.51
          STATE PAYROLL TAX PAYABLE              414.59-               414.59-
          GA MILO                                  .00              2,928.42
          FED UNEMPLOYMENT TAX PAYABLE            47.63-                47.63-
          DISABILITY INSURANCE PAYABLE         3,350.00              3,350.00
          GARNISHMENT PAYABLE                    505.70                505.70
          CHILD SUPPORT PAYABLE                   57.50-                57.50-
          HCC-1 DEBT ISSUANCE COST                 .00                170,930.70-
          HCC-3 ACCI,I;ATED A,PRTOZATOPM           .58                170,931.28
                                          ---------------        ---------------
   TOTAL CURRENT LIABILITIES                   3,691.46              8,071,368.93

   LONG TERM LIABILITIES
          UNITED BANK (TERM DEBT)                  .00                70,249.69
          N/P SBA COVID19 EIDL               446,795.82             447,938.44
                                          ---------------        ---------------
   TOTAL LONG TERM LIABILITIES               446,795.82             518,188.13

   EQUITY
          COMMON STOCK                         4,999.99                  .00
          PATRON'S EQUITY - QUALIFIED             .33-                  .33-
          PATRON'S EQUITY- NON QUALIFIED     151,792.02             151,792.02
          CURRENT PERIOD - PROFIT/LOSS       376,359.80-            486,532.59-
          RETAINED EARINGS                  2,976,599.87           5,105,310.85-
                                          ---------------        ---------------
   TOTAL EQUITY                            2,757,031.75           5,440,051.75-

                                          ---------------        ---------------
TOTAL LIABILITIES & EQUITY                 3,207,519.03           3,149,505.31
                                          ===============        ===============


LDG-FINANCIAL-SR---00200
```

```
TIME: 11:29 am                                    Bank Register

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX

BA LOC DEPOSI REFERE TRX                              WITHDRAWAL    DEPOSIT     RUNNING
CO COD NUMBER NUMBER DATE     NAME/DESCRIPTION   All Bank Accts    AMOUNT    DEPOSIT  AMOUNT     BALANCE  MEMO
-------------------------------------------------------------------------------------------------------
====RIVER=HILLS=BANK=-CHECKING=ACCOUNT====
01            0                                                                         .00

====RIVER=HILLS=BANK=(MONEY=MARKET)====
02            0                                                                         .00

====BANK=OF=ANGUILLIA-CHECKING====
03            0                                                                         .00

====ACH=PAYROLL====
05            0                                                                         .00

====UNITED=BANK====
06            0                                                                         .00

====UNITED=BANK=-SAVING====
10            0                                                                         .00

12 001    ZA2419 02/28/26 T PAYCOR MONTHLY FEE         89.00-                  534.38 V ZA2384   V
====REGIONS==-=TAX=&=PAYROLL====
12            1                                         89.00-                  534.38

25 001    ZA2415 02/28/26 M TAXBANDIT FOR 1099'S        19.25               547,297.33           X
25 001    ZA2416 02/28/26 M TANBANDITS                   5.50               547,291.83           X
25 001    ZA2417 02/28/26 M Regions DC Amazon           141.23              547,150.60           X
25 001    ZA2418 02/28/26 M Regions DC Amazon            87.74              547,062.86           A
25 001    ZA2419 02/28/26 T PAYCOR MONTHLY FEE          89.00-              547,151.86 V ZA2384   V
====REGIONS==-OPERATING====
25            5                                        164.72              547,151.86

====REGIONS=-UNITED=BANK====
35            0                                                                         .00

====CASH=ON=HAND====
CH            0                                                                         .00

====FCSTONE====
FC            0                                                                         .00

====PETTY=CASH====
PC            0                                                                  201.20

====REGIONS=BANK=CD=AND=DEPT=OF=AG====
RB            0                                                              340,000.00

*****GRAND*TOTALS*********************************************************************************
              6                                        164.72     89.00-    887,887.44


BNK-BANK ACCOUNT-SR---00100   TRX DATE  02/28/26-02/28/26
```

TIME: 11:27 am

A/P Aging Analysis - By Name Id

2/28/26

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 02/28/26

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30-59 DAYS OLD | 60-89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| MIS ST | 001 | MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 | MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 | PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |
| *****GRAND*TOTALS************************************************************************************ | | | | | | | | | |
| 3 | | | 755.26- | .00 | 375.28 | .00 | .00 | .00 | 379.98- |

ACP-A/P BALANCE-SR---00100

TIME: 11:25 am                          A/R Aging Analysis - By Name Id          2/28/26

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 02/28/26

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30--59 DAYS OLD | 60--89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| ARO IN | 001 | ARO INC | .00 | .00 | 27,311.55 | .00 | .00 | .00 | 27,311.55 |
| LEE TO | 001 | TOM LEE / DBA HINTSON FAR | .00 | .00 | 3,331.03 | .00 | .00 | .00 | 3,331.03 |
| RBW FA | 001 | RBW FARMS LLC | .00 | .00 | 11,785.57 | .00 | .00 | .00 | 11,785.57 |
| *****GRAND*TOTALS************************************************************************************ | | | | | | | | | |
| 3 | | | .00 | .00 | 42,428.15 | .00 | .00 | .00 | 42,428.15 |

ACR-A/R BALANCE-SR---00100

TIME: 10:10 am

Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

*Payroll & Taxes*

| BA LOC DEPOSI REFERE TRX | | | | | WITHDRAWAL | DEPOSIT | RECONCILE | |
|---|---|---|---|---|---|---|---|---|
| CO COD NUMBER NUMBER DATE | | | | NAME/DESCRIPTION | AMOUNT | AMOUNT | BALANCE | MEMO |
| 12 001 | | ZA2367 | 02/02/26 T | Paycor Net Weekly 2.4.26 | | 1,538.54 | | 25-001 |
| 12 001 | | ZA2368 | 02/02/26 T | Paycor Tax Weekly 2.4.26 | | 400.97 | | 25-001 |
| 12 001 | | ZA2369 | 02/02/26 M | Paycor Net Weekly 2.4.26 | 1,538.54 | | | |
| 12 001 | | ZA2370 | 02/02/26 M | Paycor Tax Weekly 2.4.26 | 400.97 | | | |
| 12 001 | | ZA2376 | 02/09/26 T | Paycor Net Weekly 2.11.26 | | 1,538.54 | | 25-001 |
| 12 001 | | ZA2377 | 02/09/26 T | Paycor Tax Weekly 2.11.26 | | 400.97 | | 25-001 |
| 12 001 | | ZA2378 | 02/09/26 M | Paycor Net Weekly 2.11.26 | 1,538.54 | | | |
| 12 001 | | ZA2379 | 02/09/26 M | Paycor Tax Weekly 2.11.26 | 400.97 | | | |
| 12 001 | | ZA2385 | 02/12/26 M | PAYCOR MONTHLY FEE | 89.00 | | | |
| 12 001 | | ZA2387 | 02/12/26 T | PAYCOR WEEKLY TAXES | | 400.97 | | 25-001 |
| 12 001 | | ZA2388 | 02/12/26 T | PAYCOR WEEKLY NET PAY | | 1,538.54 | | 25-001 |
| 12 001 | | ZA2389 | 02/12/26 T | PAYCOR OFFICE TAXES | | 1,185.92 | | 25-001 |
| 12 001 | | ZA2390 | 02/12/26 T | PAYCOR OFFICE NET PAY | | 4,671.76 | | 25-001 |
| 12 001 | | ZA2391 | 02/12/26 M | PAYCOR WEEKLY TAXES | 400.97 | | | |
| 12 001 | | ZA2392 | 02/12/26 M | PAYCOR WEEKLY NET | 1,538.54 | | | |
| 12 001 | | ZA2393 | 02/12/26 M | PAYCOR OFFICE TAXES | 1,185.92 | | | |
| 12 001 | | ZA2394 | 02/12/26 M | PAYCOR OFFICE NET | 4,671.76 | | | |
| 12 001 | | ZA2403 | 02/23/26 T | Paycor Net Weekly 2.25.26 | | 1,538.54 | | 25-001 |
| 12 001 | | ZA2404 | 02/23/26 T | Paycor Tax Weekly 2.25.26 | | 400.97 | | 25-001 |
| 12 001 | | ZA2405 | 02/23/26 M | Paycor Net Weekly 2.25.26 | 1,538.54 | | | |
| 12 001 | | ZA2406 | 02/23/26 M | Paycor Tax Weekly 2.25.26 | 400.97 | | | |
| 12 001 | | ZA2407 | 02/24/26 T | Paycor Net Office 2.27.26 | | 4,671.76 | | 25-001 |
| 12 001 | | ZA2408 | 02/24/26 T | Paycor Tax Office 2.27.26 | | 1,173.36 | | 25-001 |
| 12 001 | | ZA2409 | 02/24/26 M | Paycor Net Office 2.27.26 | 4,671.76 | | | |
| 12 001 | | ZA2410 | 02/24/26 M | Paycor Tax Office | 1,173.36 | | | |

=====REGIONS=====TAX=&=PAYROLL=================================================

| 12 | 25 | 19,549.84 | 19,460.84 | 623.38 |

*****GRAND*TOTALS*********************************************************************

| | 25 | 19,549.84 | 19,460.84 | 623.38 |

BNK-BANK ACCOUNT-SR---00200   BANK CODE  12-12   TRX DATE  02/01/26-02/28/26   STATUS CODE  X-X

(89.00)
534.38



REGIONS
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ✉9047

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Payroll & Taxes*

## LIFEGREEN BUSINESS CHECKING
January 31, 2026 through February 27, 2026

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $623.38 | | Minimum Balance | $534 |
| Deposits & Credits | $19,460.84 + | | Average Balance | $1,743 |
| Withdrawals | $19,549.84 − | | | |
| Fees | $0.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $0.00 − | | | |
| **Ending Balance** | $534.38 | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 02/02 | EB From Checking #█9039 Ref# 000000 0000074 | | 1,939.51 |
| 02/09 | EB From Checking #█9039 Ref# 000000 0000075 | | 1,939.51 |
| 02/12 | EB From Checking #█9039 Ref# 000000 0000076 | | 5,857.68 |
| 02/12 | EB From Checking #█9039 Ref# 000000 0000077 | | 1,939.51 |
| 02/23 | EB From Checking #█9039 Ref# 000000 0000078 | | 1,939.51 |
| 02/24 | EB From Checking #█9039 Ref# 000000 0000079 | | 5,845.12 |
| | | Total Deposits & Credits | $19,460.84 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 02/03 | Paycor Inc. | Tax Fund Valley Park El 106732593889658 | 400.97 |
| 02/03 | Paycor Inc. | DD - Fund Valley Park El 272312018014467 | 1,538.54 |
| 02/09 | Paycor Inc. | Paycorfees Valley Park El 19504815324719 | 89.00 |
| 02/10 | Paycor Inc. | Tax Fund Valley Park El 915890352623120 | 400.97 |
| 02/10 | Paycor Inc. | DD - Fund Valley Park El 483470638655220 | 1,538.54 |
| 02/13 | Paycor Inc. | Tax Fund Valley Park El 245641709142750 | 1,185.92 |
| 02/13 | Paycor Inc. | DD - Fund Valley Park El 940844513512180 | 4,671.76 |
| 02/17 | Paycor Inc. | Tax Fund Valley Park El 204775995828934 | 400.97 |
| 02/17 | Paycor Inc. | DD - Fund Valley Park El 159778422865821 | 1,538.54 |
| 02/24 | Paycor Inc. | Tax Fund Valley Park El 106181818305027 | 400.97 |
| 02/24 | Paycor Inc. | DD - Fund Valley Park El 212012051598688 | 1,538.54 |
| 02/26 | Paycor Inc. | Tax Fund Valley Park El 151441549493530 | 1,173.36 |
| 02/26 | Paycor Inc. | DD - Fund Valley Park El 971063858734910 | 4,671.76 |
| | | Total Withdrawals | $19,549.84 |

 REGIONS

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ▨ 9047

001
Cycle 26
Enclosures 0
Page 2 of 3

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/02 | 2,562.89 | 02/12 | 8,331.57 | 02/23 | 2,473.89 |
| 02/03 | 623.38 | 02/13 | 2,473.89 | 02/24 | 6,379.50 |
| 02/09 | 2,473.89 | 02/17 | 534.38 | 02/26 | 534.38 |
| 02/10 | 534.38 | | | | |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

Checking
Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

```
TIME:  9:30 am                      Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

BA LOC DEPOSI REFERE TRX                              WITHDRAWAL   DEPOSIT   RECONCILE
CO COD NUMBER NUMBER DATE    NAME/DESCRIPTION            AMOUNT     AMOUNT    BALANCE  MEMO
----------------------------------------Operating Acct-------------------------------------------
25 001        400315 02/19/26 A UPS                        62.42
25 001        400316 02/20/26 A AFLAC                     252.85
25 001        400317 02/26/26 A OUR IT DEPARTMENT       1,846.93
25 001        400318 02/26/26 A TECINFO INC                60.00
25 001        ZA2384 02/12/26 T PAYCOR MONTHLY FEE         89.00                       12-001
25 001        ZA2412 02/26/26 M Regions DC Amazon         178.15
25 001        ZA2418 02/28/26 M Regions DC Amazon          87.74
=====REGIONS==-=OPERATING=================================================================
25             7                                        2,577.09             549,639.95

*****GRAND*TOTALS*********************************************************************
               7                                        2,577.09             549,639.95

BNK-BANK ACCOUNT-SR---00200   BANK CODE  25-25   TRX DATE      -02/28/26   STATUS CODE  A-A
```



Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ✉ **9039**

| | |
|---|---|
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Operating Acct*

## LIFEGREEN BUSINESS CHECKING
January 31, 2026 through February 27, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $424,105.48 | Minimum Balance | $409,371 |
| Deposits & Credits | $172,818.77 + | Average Balance | $455,567 |
| Withdrawals | $28,722.65 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $18,561.65 − | | |
| **Ending Balance** | **$549,639.95** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/12 | Deposit - Thank You | 523.51 |
| 02/12 | Deposit - Thank You | 85,667.51 |
| 02/13 | Card Credit The Home Depot  5200 Vicksburg    MS 39180    5262 | 30.31 |
| 02/27 | Deposit - Thank You | 71,640.65 |
| 02/27 | Deposit - Thank You | 14,956.79 |
| | Total Deposits & Credits | $172,818.77 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/02 | Card Purchase Taxbandits.Com ▓▓▓▓4751 SC ▓▓    5262 | 19.25 |
| 02/02 | Card Purchase Taxbandits.Com ▓▓▓▓4751 SC ▓▓    5262 | 5.50 |
| 02/02 | Blue Cross of MS Insur Prem Valley Park EI 0035389 | 3,036.42 |
| 02/02 | EB to Checking # ▓▓▓9047 Ref# 000000 0000074 | 1,939.51 |
| 02/02 | PIN Purchase USPS PO 278606  9402 Valley Park        5262 | 15.60 |
| 02/03 | Yazoo Valley Epa ACH Collec Valley Park EI | 1,461.38 |
| 02/05 | Card Purchase Amazon.Com*1z38  5942 Amzn.Com/Bill WA 98109    5262 | 26.74 |
| 02/09 | Waste Management Payment Valley Park EI | 687.43 |
| 02/09 | Sba Eidl Loan    Payment David Wansley  0000 | 2,513.00 |
| 02/09 | EB to Checking # ▓▓▓9047 Ref# 000000 0000075 | 1,939.51 |
| 02/10 | Valley Park    Water Bill Valley Park EI | 47.00 |
| 02/11 | PIN Purchase The Home Depot  5200 Vicksburg        5262 | 106.41 |
| 02/12 | Quarterly Fee    Payment Valley Park EI 0000 | 350.00 |
| 02/12 | EB to Checking # ▓▓▓9047 Ref# 000000 0000076 | 5,857.68 |
| 02/12 | EB to Checking # ▓▓▓9047 Ref# 000000 0000077 | 1,939.51 |
| 02/13 | Card Purchase The Home Depot  5200 Vicksburg    MS 39180    5262 | 43.11 |
| 02/17 | Card Purchase Amazon Mktpl*21  5942 Amzn.Com/Bill WA 98109    5262 | 48.13 |
| 02/17 | Card Purchase Amazon Mktpl*sn  5942 Amzn.Com/Bill WA 98109    5262 | 66.26 |

**REGIONS**
Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** ▦9039

001
Cycle 26
Enclosures 0
Page 2 of 3

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 02/17 | Yazoo Valley Epa ACH Collec Valley Park El | | | 222.82 |
| 02/19 | Card Purchase Amazon Mktpl*yw 5942 Amzn.Com/Bill WA 98109 | 5262 | | 87.73 |
| 02/19 | Card Purchase Amazon Mktpl*b9 5942 Amzn.Com/Bill WA 98109 | 5262 | | 89.43 |
| 02/19 | PIN Purchase The Home Depot 5200 Vicksburg | 5262 | | 245.42 |
| 02/23 | EB to Checking # ▮9047 Ref# 000000 0000078 | | | 1,939.51 |
| 02/24 | EB to Checking # ▮9047 Ref# 000000 0000079 | | | 5,845.12 |
| 02/24 | PIN Purchase Super Junior # 5542 Vicksburg MS | 5262 | | 48.95 |
| 02/27 | Card Purchase Amazon Mktpl*b9 5942 Amzn.Com/Bill WA 98109 | 5262 | | 141.23 |

Total Withdrawals $28,722.65

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|-------:|------|-----------|-------:|
| 02/13 | 400293 | 252.85 | 02/17 | 400306 | 984.24 |
| 02/02 | 400297 * | 800.00 | 02/27 | 400307 | 1,167.74 |
| 02/03 | 400298 | 750.00 | 02/17 | 400308 | 515.86 |
| 02/10 | 400299 | 750.00 | 02/17 | 400309 | 60.00 |
| 02/09 | 400300 | 635.80 | 02/18 | 400310 | 397.05 |
| 02/19 | 400301 | 183.21 | 02/19 | 400311 | 194.14 |
| 02/18 | 400302 | 110.37 | 02/17 | 400312 | 177.12 |
| 02/23 | 400303 | 112.34 | 02/26 | 400313 | 374.50 |
| 02/20 | 400304 | 264.76 | 02/24 | 400314 | 10,600.20 |
| 02/20 | 400305 | 231.47 | | | |

Total Checks $18,561.65

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 02/02 | 418,289.20 | 02/12 | 487,415.76 | 02/20 | 483,272.10 |
| 02/03 | 416,077.82 | 02/13 | 487,150.11 | 02/23 | 481,220.25 |
| 02/05 | 416,051.08 | 02/17 | 485,075.68 | 02/24 | 464,725.98 |
| 02/09 | 410,275.34 | 02/18 | 484,568.26 | 02/26 | 464,351.48 |
| 02/10 | 409,478.34 | 02/19 | 483,768.33 | 02/27 | 549,639.95 |
| 02/11 | 409,371.93 | | | | |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME: 12:01 pm

Trial Balance Report

2/28/26

| ACCOUNT CODE | DTL CODE | PFC COD | G/L LOC | ACCOUNT DESCRIPTION | BEGINNING AMOUNT | DEBIT AMOUNT | CREDIT AMOUNT | AMOUNT CHANGE | ENDING AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1003 | | | | UNITED BANK CD AND DEPT OF AG | .00 | .00 | .00 | .00 | .00 |
| 1004 | | | | REGIONS BANK CD AND DEPT OF AG | 340,000.00 | .00 | .00 | .00 | 340,000.00 |
| 1005 | | | | BANK OF ANGUILLA - CHECKING | .00 | .00 | .00 | .00 | .00 |
| 1010 | | | | CASH | 231.20 | 149,322.23 | 149,352.23 | 30.00- | 201.20 |
| 1012 | | | | REGIONS - TAX & PAYROLL | 623.38 | .00 | 89.00 | 89.00 | 534.38 |
| 1016 | | | | PAYCOR CLEARING | .00 | 19,460.84 | 19,460.84 | .00 | .00 |
| 1020 | | | | RIVER HILLS BANK - CHECKING | .00 | .00 | .00 | .00 | .00 |
| 1025 | | | | REGIONS - OPERATING | 423,693.63 | 144,180.23 | 20,881.00 | 123,299.23 | 546,992.86 |
| 1035 | | | | REGIONS- UNITED BANK | 523.51 | .00 | 523.51 | 523.51- | .00 |
| 1075 | | | | UNITED BANK- CHECKING | .00 | .00 | .00 | .00 | .00 |
| 1110 | | | | ACCOUNTS RECEIVABLE - TRADE | 87,072.16 | .00 | 44,643.00 | 44,643.00- | 42,429.16 |
| 1160 | | | | ACCOUNTS RECEIVABLE - EMPLOYEE | 2,500.00 | .00 | .00 | .00 | 2,500.00 |
| 1165 | | | | ACCRUE A/R COMMISSIONS | 29,817.57 | .00 | .00 | .00 | 29,817.57 |
| 1310 | | | | SEED CORN INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1320 | | | | SEED SOYBEAN INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1345 | | | | SEED MISCELLANEOUS INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1350 | | | | CHEMICAL INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1360 | | | | FERTILIZER INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1370 | | | | MISCELLANEOUS INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1430 | | | | ADVANCES GRAIN PURCHASES | .00 | .00 | .00 | .00 | .00 |
| 1610 | | | | LAND | 26,250.00 | .00 | .00 | .00 | 26,250.00 |
| 1620 | | | | PLANT & EQUIPMENT | 7,429,858.78 | .00 | .00 | .00 | 7,429,858.78 |
| 1630 | | | | HOUSES | 47,865.00 | .00 | .00 | .00 | 47,865.00 |
| 1670 | | | | ALLOWANCE FOR DEPRECIATION | 6,091,236.29- | .00 | 20,000.00 | 20,000.00- | 6,111,236.29- |
| 1710 | CHNQ | | | INVEST-CHSNQ | 3,673.38 | .00 | .00 | .00 | 3,673.38 |
| 1710 | CHS | | | INVEST CHS Q EQUITY | 9,291.61 | .00 | .00 | .00 | 9,291.61 |
| 1710 | FCNQ | | | Invest-1st S Farm Crd-NQ Equit | 307,940.37 | .00 | .00 | .00 | 307,940.37 |
| 1710 | FCQE | | | Invest-1st S Farm Crd-Q Equity | 2,915.20 | .00 | .00 | .00 | 2,915.20 |
| 1710 | FGCS | | | Invest-Farmers Grain-Common St | 1.00 | .00 | .00 | .00 | 1.00 |
| 1710 | FGNQ | | | Invest-Farmers Grain-NQ Equity | 10,320.66 | .00 | .00 | .00 | 10,320.66 |
| 1710 | FGPC | | | Invest-Farmers Grain-Pd Capita | 129,490.00 | .00 | .00 | .00 | 129,490.00 |
| 1710 | FGPR | | | Invest-Farmers Grain-Pref Stk | 125,165.00 | .00 | .00 | .00 | 125,165.00 |
| 1710 | FGQE | | | Invest-Farmers Grain Qfd Equit | 117,711.82 | .00 | .00 | .00 | 117,711.82 |
| 1710 | LLCS | | | Invest-Land O Lakes-Common Stk | 1,000.00 | .00 | .00 | .00 | 1,000.00 |
| 1710 | LLQE | | | Invest-Land O Lakes-Qfd Equiy | 33,162.29 | .00 | .00 | .00 | 33,162.29 |
| 1710 | ROCB | | | Rockin B's bond for Harbor | 20,000.00 | .00 | .00 | .00 | 20,000.00 |
| 1720 | | | | CASH SUR. VALUE LIFE INSURANCE | 91,635.04 | .00 | .00 | .00 | 91,635.04 |
| 1820 | | | | CLEARING - BANK | .00 | 149,845.74 | 149,845.74 | .00 | .00 |
| 1840 | | | | CLEARING - INVENTORY | .00 | .00 | .00 | .00 | .00 |
| 1850 | | | | CLEARING - COMMODITY | .00 | 152,017.26 | 152,017.26 | .00 | .00 |
| 1860 | | | | CLEARING ACCOUNT - SYSTEM | .00 | .00 | .00 | .00 | .00 |
| 2005 | | | | ACH PAYROLL | 290.63 | .00 | .00 | .00 | 290.63 |
| 2010 | | | | ACCOUNTS PAYABLE - TRADE | 8,064,369.07- | 8,064,749.05 | .00 | 8,064,749.05 | 379.98 |
| 2045 | | | | ADVANCES GRAIN SALES | .00 | .00 | .00 | .00 | .00 |
| 2090 | | | | FEDERAL PAYROLL TAX PAYABLE | 1,025.51- | 1,944.46 | 1,944.46 | .00 | 1,025.51- |
| 2100 | | | | STATE PAYROLL TAX PAYABLE | 414.59 | 310.96 | 310.96 | .00 | 414.59 |
| 2150 | | | | CORN ASSESSMENT PAYABLE | .00 | .00 | .00 | .00 | .00 |
| 2152 | | | | GA MILO | 2,928.42- | 2,928.42 | .00 | 2,928.42 | .00 |
| 2155 | | | | SPARC PAYABLE | .00 | .00 | .00 | .00 | .00 |
| 2230 | | | | FED UNEMPLOYMENT TAX PAYABLE | 47.63 | .00 | .00 | .00 | 47.63 |
| 2290 | | | | DISABILITY INSURANCE PAYABLE | 3,350.00- | .00 | .00 | .00 | 3,350.00- |
| 2305 | | | | GARNISHMENT PAYABLE | 505.70- | .00 | .00 | .00 | 505.70- |
| 2310 | | | | CHILD SUPPORT PAYABLE | 57.50 | .00 | .00 | .00 | 57.50 |
| 2421 | | | | HCC-1 DEBT ISSUANCE COST | 170,930.70 | .00 | 170,930.70 | 170,930.70- | .00 |

TIME: 12:01 pm                                      Trial Balance Report

| ACCOUNT CODE | DTL CODE | PFC COD | G/L LOC | ACCOUNT DESCRIPTION | BEGINNING AMOUNT | DEBIT AMOUNT | CREDIT AMOUNT | AMOUNT CHANGE | ENDING AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2422 | | | | HCC-3 ACCI,I;ATED A,PRTOZATOPM | 170,931.28- | 170,930.70 | .00 | 170,930.70 | .58- |
| 2725 | | | | UNITED BANK (TERM DEBT) | 70,249.69- | 70,249.69 | .00 | 70,249.69 | .00 |
| 2730 | | | | N/P SBA COVID19 EIDL | 447,938.44- | 1,142.62 | .00 | 1,142.62 | 446,795.82- |
| 3010 | | | | COMMON STOCK | .00 | .00 | 4,999.99 | 4,999.99- | 4,999.99- |
| 3020 | | | | PREFERRED STOCK | .00 | .00 | .00 | .00 | .00 |
| 3040 | | | | PATRON'S EQUITY - QUALIFIED | .33 | .00 | .00 | .00 | .33 |
| 3050 | | | | PATRON'S EQUITY- NON QUALIFIED | 151,792.02- | .00 | .00 | .00 | 151,792.02- |
| 3060 | | | | RETAINED EARININGS | 5,105,310.85 | 47,338.03 | 8,129,248.75 | 8,081,910.72- | 2,976,599.87- |
| 4310 | | | | STORAGE INCOME | 379,572.52- | .00 | 174,959.98 | 174,959.98- | 554,532.50- |
| 5010 | | | | CORN COST OF SALES | 10,498.35 | .00 | .00 | .00 | 10,498.35 |
| 5020 | | | | SOYBEAN COST OF SALES | .00 | .00 | .00 | .00 | .00 |
| 6020 | | | | OFFICE SUPPLIES/POSTAGE EXP | 2,695.25 | 457.05 | .00 | 457.05 | 3,152.30 |
| 6025 | | | | SAFETY SUPPLIES EXPENSE | 2,603.11 | .00 | .00 | .00 | 2,603.11 |
| 6040 | | | | TRUCK EXPENSE | 16,850.00 | 1,550.00 | .00 | 1,550.00 | 18,400.00 |
| 6045 | | | | BANK CHARGES & FEES | 101.00 | .00 | .00 | .00 | 101.00 |
| 6050 | | | | REPAIRS & MAINTENANCE EXPENSE | 192,016.73 | 2,993.53 | .00 | 2,993.53 | 195,010.26 |
| 6060 | | | | PARTS & SUPPLIES EPENSE | 1,105.62 | 183.21 | .00 | 183.21 | 1,288.83 |
| 6070 | | | | UTILITIES (GARBAGE/WATER) EXP. | 33,689.90 | 2,418.63 | .00 | 2,418.63 | 36,108.53 |
| 6075 | | | | COMPUTER/SOFTWARE EXPENSE | 12,773.78 | 2,951.17 | .00 | 2,951.17 | 15,724.95 |
| 6080 | | | | TELEPHONE & INTERNET EXPENSE | 2,961.31 | 454.18 | .00 | 454.18 | 3,415.49 |
| 6090 | | | | TAXES & LICENSE EXPENSE | 38,070.48 | .00 | .00 | .00 | 38,070.48 |
| 6100 | | | | BUSINESS INSURANCE EXPENSE | 77,165.47 | 10,600.20 | .00 | 10,600.20 | 87,765.67 |
| 6110 | | | | RENT EXPENSE | 27,190.51 | 568.64 | .00 | 568.64 | 27,759.15 |
| 6120 | | | | PROFESSIONAL SERVICES EXPENSE | 15,343.60 | .00 | .00 | .00 | 15,343.60 |
| 6125 | | | | PROFESSIONAL SERVICES PAYCOR | 1,003.50 | 89.00 | .00 | 89.00 | 1,092.50 |
| 6140 | | | | FEES, DUES, SUBSCRIPTION EXP. | 22,750.41 | 614.76 | 2,928.42 | 2,313.66- | 20,436.75 |
| 6210 | | | | CONTRACT LABOR EXPENSE | 4,135.00 | .00 | .00 | .00 | 4,135.00 |
| 6260 | | | | DEPRECIATION EXPENSE | 140,000.00 | 20,000.00 | .00 | 20,000.00 | 160,000.00 |
| 6280 | | | | BAD DEBT EXPENSE | 18,371.40 | .00 | .00 | .00 | 18,371.40 |
| 6290 | | | | FUEL & OIL EXPENSE | 1,885.75 | 78.95 | .00 | 78.95 | 1,964.70 |
| 6350 | | | | WAGES & SALARY EXPENSE | 178,136.54 | 19,404.44 | 20.10 | 19,384.34 | 197,520.88 |
| 6360 | | | | HEALTH/EMPLOYEE INSURANCE EXP | 16,717.76 | 3,289.27 | 995.44 | 2,293.83 | 19,011.59 |
| 6380 | | | | RETIREMENT EXPENSE | 107.20 | 655.90 | 655.90 | .00 | 107.20 |
| 6400 | | | | PAYROLL TAX EXPENSE | 13,866.53 | 1,707.74 | .00 | 1,707.74 | 15,574.27 |
| 7140 | | | | INTEREST INCOME | 1,357.64- | .00 | .00 | .00 | 1,357.64- |
| 7160 | | | | REBATES & REFUND INCOME | 1,515.41- | .00 | .00 | .00 | 1,515.41- |
| 7210 | | | | INTEREST EXPENSE | 38,938.96 | 1,370.38 | .00 | 1,370.38 | 40,309.34 |

*****GRAND*TOTALS*************************************************************************************

|  |  |  |  |  | .00 | 9,043,807.28 | 9,043,807.28 | .00 | .00 |

LDG-JOURNAL ENTRY-SR---00400   LDG PERIOD  26008-26008