IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 11

VALLEY PARK ELEVATOR, INC.                 CASE NO. 25-00228-JAW

          Debtor

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, David R. Lynch, counsel for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for The Lynch Law Firm, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

                                                                         _____
                                                                         David R. Lynch

STATE OF MISSISSIPPI
COUNTY OF HINDS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 11th day of February, 2026.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __KERI HENLEY__

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 123591, KERI HENLEY, Commission Expires May 9, 2028, MADISON COUNTY]