

# INVOICE

Invoice # 3794
Date: 02/11/2026
Due On: 03/13/2026

## The Lynch Law Firm, PLLC

Post Office Box 12229
Jackson, MS 39236
Phone: (601) 812-5104
Fax: (601) 207-9017

Valley Park Elevator

## Chapter 11 Bankruptcy

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/28/2025 | Phone Conference: Phone Conference and Teams meeting with David Wansley. Exchanged correspondence regarding revenue, Petition | 1.60 | $375.00 | $600.00 |
| Service | 01/31/2025 | Review Material: Review of revise Cash Collateral Motion. Prepared and sent correspondence to United Bank. Phone Conference with David Wansley. Exchanged correspondence with Beth Harkins regarding filing. | 1.40 | $375.00 | $525.00 |
| Service | 02/03/2025 | Correspondence: Exchanged correspondence with David Wansley regarding bankruptcy creditor attorney. Review of Monthly Operating Report. | 0.70 | $375.00 | $262.50 |
| Expense | 02/03/2025 | Reimbursable expenses: MEC Docket Fee | 1.00 | $8.30 | $8.30 |
| Service | 02/04/2025 | Phone Conference: Phone Conference with Jeffrey Barber regarding creditor situation | 0.50 | $375.00 | $187.50 |
| Service | 02/04/2025 | Phone Conference: Phone Conference with Eileen Shaffer | 0.30 | $375.00 | $112.50 |
| Service | 02/05/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 02/06/2025 | Correspondence: Exchanged correspondence with David Wansley regarding objections filed. | 0.50 | $375.00 | $187.50 |
| Service | 02/07/2025 | Court Appearance: Court Hearing regarding Motion to Use Cash Collateral. Preparation for same. Revised proposed order. Exchanged correspondence regarding same. | 3.50 | $375.00 | $1,312.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/07/2025 | Phone Conference: Phone Conference with David Wansley. Exchanged correspondence with Jeff Barber and Christopher Steiskal regarding proposed Order | 0.30 | $375.00 | $112.50 |
| Service | 02/12/2025 | Correspondence: Exchanged correspondence with David Wansley regarding Initial Debtor Interview scheduling | 0.20 | $375.00 | $75.00 |
| Service | 02/12/2025 | Draft Material: Prepared and filed Disclosure of Compensation with Court. | 0.50 | $375.00 | $187.50 |
| Service | 02/17/2025 | Correspondence: Exchanged correspondence with David Wansley regarding IDI. | 0.20 | $375.00 | $75.00 |
| Service | 02/19/2025 | Phone Conference: Phone Conference with David Wansley | 0.40 | $375.00 | $150.00 |
| Service | 02/19/2025 | Correspondence: Exchanged correspondence with David Wansley regarding KCOE invoice/filing unsecured claim for payment. Exchanged correspondence with Michele Traxler regarding bank. | 0.40 | $375.00 | $150.00 |
| Service | 02/20/2025 | Phone Conference: Phone Conference with TC Rollins | 0.20 | $187.50 | $37.50 |
| Service | 02/21/2025 | Correspondence: Exchanged correspondence with Christopher Steiskal, Michele Traxler, David Wansley regarding IDI rescheduling | 0.20 | $375.00 | $75.00 |
| Service | 02/25/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 02/25/2025 | Correspondence: Exchanged multiple correspondence with Jeffrey Barber regarding Cash Collateral Agreed Order/United Bank. Phone Conference regarding same | 0.90 | $375.00 | $337.50 |
| Service | 02/26/2025 | Conference: Attended telephonic IDI. Preparation for same. Exchanged correspondence with Jeffrey Barber regarding Cash Collateral Agreed Order | 1.90 | $375.00 | $712.50 |
| Service | 02/26/2025 | Correspondence: Exchanged correspondence with Michele Traxler regarding business credit card. | 0.20 | $375.00 | $75.00 |
| Service | 02/27/2025 | Phone Conference: Phone Conference with Eileen Shaffer | 1.00 | $375.00 | $375.00 |
| Service | 02/28/2025 | Phone Conference: Phone Conferences with David Wansley. Exchanged correspondence with David Wansley regarding balances. Exchanged multiple correspondence with Jeffrey Barber regarding agreed order. Exchanged correspondence with Eileen Shaffer regarding same | 2.40 | $375.00 | $900.00 |
| Service | 03/01/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber, Christopher Steiskal regarding Agreed Order. | 0.30 | $375.00 | $112.50 |
| Service | 03/03/2025 | Correspondence: Exchanged correspondence with David Wansley and Christy Norton regarding claim. | 0.70 | $375.00 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Exchanged correspondence with David Wansley regarding Final Agreed Order, new DIP Account | | | |
| Service | 03/03/2025 | Review Material: Review of draft agreed order sent by Jeffrey Barber. Exchanged correspondence regarding same | 0.80 | $375.00 | $300.00 |
| Service | 03/04/2025 | Correspondence: Exchanged correspondence with David Wansley regarding January monthly operating report | 0.40 | $375.00 | $150.00 |
| Service | 03/05/2025 | Correspondence: Attended 341 Meeting. Preparation for same. Review of proposed agreed scheduling order sent by Christopher Steiskal | 2.00 | $375.00 | $750.00 |
| Service | 03/06/2025 | Correspondence: Exchanged correspondence with David Wansley regarding unsecured creditor question. Review of draft plan. Review of January monthly operating report sent by David Wansley. Exchanged correspondence regarding same | 1.30 | $375.00 | $487.50 |
| Service | 03/07/2025 | Correspondence: Exchanged correspondence with David Wansley regarding Monthly Operating Reports | 0.30 | $375.00 | $112.50 |
| Service | 03/17/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 03/17/2025 | Correspondence: Exchanged correspondence with David Wansley regarding Declaration of Pre-Account Closing, tax returns | 0.40 | $375.00 | $150.00 |
| Service | 03/17/2025 | Correspondence: Exchanged correspondence with Michelle Traxler regarding CD | 0.20 | $375.00 | $75.00 |
| Service | 03/20/2025 | Correspondence: Exchanged correspondence with Christopher Steiskal regarding voided checks, schedule of wages. | 0.20 | $375.00 | $75.00 |
| Service | 03/25/2025 | Phone Conference: Phone Conference with TC Rollins regarding plan | 0.50 | $187.50 | $93.75 |
| Service | 03/26/2025 | Correspondence: Exchanged correspondence with David Wansley regarding initial plan draft. | 0.30 | $375.00 | $112.50 |
| Service | 03/28/2025 | Correspondence: Exchanged correspondence with David Wansley regarding MS Department of Agriculture Licensing. Exchanged correspondence with Jeffrey Barber regarding same. Drafted letter to send to MS Department of Agriculture. Exchanged correspondence with David Wansley regarding Declaration of Bank Account Closings. Phone Conferences with Gene Robertson at MS Department of Agriculture. Exchanged correspondence with Christopher Steiskal regarding closing of accounts. Phone Conferences with David Wansley | 2.30 | $375.00 | $862.50 |
| Service | 03/31/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber regarding LOC. Phone Conference with | 0.50 | $375.00 | $187.50 |

|         |            |                                                                                                                                |       |         |           |
|---------|------------|--------------------------------------------------------------------------------------------------------------------------------|-------|---------|-----------|
|         |            | Gene Robertson regarding same.                                                                                                 |       |         |           |
| Service | 04/01/2025 | Phone Conference: Phone Conference with Gene Robertson                                                                         | 0.10  | $375.00 | $37.50    |
| Service | 04/08/2025 | Phone Conference: Phone Conference with David Wansley                                                                          | 0.20  | $375.00 | $75.00    |
| Service | 04/14/2025 | Correspondence: Exchanged correspondence with David Wansley regarding plan.                                                    | 0.30  | $375.00 | $112.50   |
| Service | 04/15/2025 | Review Material: Review of second draft of plan.                                                                               | 0.50  | $375.00 | $187.50   |
| Service | 04/16/2025 | Phone Conference: Phone Conference with David Wansley                                                                          | 0.10  | $375.00 | $37.50    |
| Service | 04/20/2025 | Correspondence: Prepared for Valley Park Elevator, Inc. board meeting                                                          | 3.00  | $375.00 | $1,125.00 |
| Service | 04/21/2025 | Office Conference: Office Conference at Valley Park Elevator regarding plan                                                    | 2.00  | $375.00 | $750.00   |
| Expense | 04/21/2025 | Reimbursable expenses: Mileage Expense - Jackson to Valley Park                                                                | 72.00 | $0.67   | $48.24    |
| Service | 04/23/2025 | Phone Conference: Phone Conference with David Wansley.                                                                         | 0.60  | $375.00 | $225.00   |
| Service | 04/24/2025 | Phone Conference: Phone Conference with David Wansley                                                                          | 0.20  | $375.00 | $75.00    |
| Service | 04/28/2025 | Correspondence: Exchanged correspondence with David Wansley regarding insurance policy                                         | 0.30  | $375.00 | $112.50   |
| Service | 05/02/2025 | Phone Conference: Phone Conference with David Wansley. Review of revised plan. Review of April MOR sent by David Wansley.      | 1.90  | $375.00 | $712.50   |
| Service | 05/06/2025 | Review Material: Review of Proof of Claims filed                                                                               | 0.60  | $375.00 | $225.00   |
| Service | 05/07/2025 | Correspondence: Exchanged correspondence with Michelle Traxler regarding MDOR withholding tax payments                         | 0.30  | $375.00 | $112.50   |
| Service | 05/12/2025 | Correspondence: Exchanged correspondence with Michelle Traxler and David Wansley regarding payments                            | 0.20  | $375.00 | $75.00    |
| Service | 05/14/2025 | Review Material: Review of Proof of Claims filed by Belle Meade Plantation, ER McKnight IV                                     | 0.20  | $375.00 | $75.00    |
| Service | 05/15/2025 | Phone Conference: Phone Conference with David Wansley                                                                          | 0.50  | $375.00 | $187.50   |
| Service | 05/19/2025 | Review Material: Review of Proof of Claim Kelso Farms                                                                          | 0.10  | $375.00 | $37.50    |
| Service | 05/19/2025 | Correspondence: Exchanged correspondence with                                                                                  | 5.00  | $375.00 | $1,875.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | David Wansley regarding budget. Reviewed and revised budget. Teams meeting with David Wansley regarding same. Preparation for board meeting |  |  |  |
| Service | 05/20/2025 | Office Conference: Meeting with Valley Park Elevator Board | 2.50 | $375.00 | $937.50 |
| Expense | 05/20/2025 | Reimbursable expenses: Mileage Expense - Jackson to Valley Park | 72.00 | $0.67 | $48.24 |
| Service | 05/21/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 05/21/2025 | Correspondence: Exchanged correspondence with David Wansley regarding LD contract | 0.30 | $375.00 | $112.50 |
| Service | 05/22/2025 | Draft Material: Drafted Disclosure Statement | 0.50 | $375.00 | $187.50 |
| Service | 05/29/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 05/29/2025 | Correspondence: Exchanged correspondence with David Wansley regarding MS Department of Agriculture Application, warehouse agreement. Review and revised bankruptcy plan. Research | 3.00 | $375.00 | $1,125.00 |
| Service | 06/03/2025 | Correspondence: Exchanged correspondence with David Wansley regarding insurance | 0.20 | $375.00 | $75.00 |
| Service | 06/04/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 06/10/2025 | Review Material: Review of May monthly operating report sent by David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 06/12/2025 | Draft Material: Drafted letter to Department of Agriculture regarding prospective operations. Exchanged correspondence with David Wansley regarding same. Phone Conference with David Wansley. Preparation of financials. Research regarding licensing | 4.50 | $375.00 | $1,687.50 |
| Service | 06/17/2025 | Correspondence: Exchanged correspondence with David Wansley regarding port, equipment. | 0.30 | $375.00 | $112.50 |
| Service | 07/02/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 07/03/2025 | Correspondence: Exchanged correspondence with David Wansley regarding contract | 0.10 | $375.00 | $37.50 |
| Service | 07/07/2025 | Correspondence: Exchanged correspondence with David Wansley regarding equipment | 0.20 | $375.00 | $75.00 |
| Service | 07/08/2025 | Review Material: Review of monthly operating report sent by David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 07/11/2025 | Review Material: Review of Objection filed by BCBS. | 0.30 | $375.00 | $112.50 |

|         |            |                                                                                                                                   |       |         |         |
|---------|------------|-----------------------------------------------------------------------------------------------------------------------------------|-------|---------|---------|
|         |            | Phone Conference with David Wansley. Exchanged correspondence with David Wansley                                                  |       |         |         |
| Service | 07/15/2025 | Correspondence: Exchanged correspondence with Jeff Barber regarding disclosure statement                                          | 0.50  | $375.00 | $187.50 |
| Service | 07/16/2025 | Phone Conference: Phone Conference with David Wansley                                                                             | 0.50  | $375.00 | $187.50 |
| Service | 07/16/2025 | Draft Material: Drafted grain storage contract. Sent same to David Wansley                                                        | 1.00  | $375.00 | $375.00 |
| Service | 07/17/2025 | Phone Conference: Phone Conference with David Wansley                                                                             | 0.20  | $375.00 | $75.00  |
| Service | 07/18/2025 | Phone Conference: Phone Conference with David Wansley                                                                             | 0.30  | $375.00 | $112.50 |
| Service | 07/18/2025 | Review Material: Review of BCBS Agreed Order                                                                                      | 0.20  | $375.00 | $75.00  |
| Service | 07/24/2025 | Revise Material: Revised storage contract. Sent same to David Wansley. Prepared and sent correspondence to Gene Robertson         | 1.00  | $375.00 | $375.00 |
| Service | 07/24/2025 | Correspondence: Exchanged correspondence with David Wansley regarding equipment                                                   | 0.20  | $375.00 | $75.00  |
| Service | 07/25/2025 | Phone Conference: Phone Conference with David Wansley                                                                             | 0.30  | $375.00 | $112.50 |
| Service | 07/27/2025 | Correspondence: Preparation for board meeting                                                                                     | 1.50  | $375.00 | $562.50 |
| Service | 07/28/2025 | Office Conference: Office Conference at Valley Park Elevator                                                                      | 2.50  | $375.00 | $937.50 |
| Expense | 07/28/2025 | Reimbursable expenses: Mileage Expense - Jackson to Valley Park                                                                   | 72.00 | $0.67   | $48.24  |
| Service | 07/29/2025 | Correspondence: Review of VPE lease agreement. Exchanged correspondence with Michele Traxler regarding same.                      | 0.30  | $375.00 | $112.50 |
| Service | 08/01/2025 | Correspondence: Exchanged correspondence with Michele Traxler regarding contract                                                  | 0.20  | $375.00 | $75.00  |
| Service | 08/04/2025 | Correspondence: Exchanged correspondence with David Wansley regarding CPA firm, tax returns                                       | 0.30  | $375.00 | $112.50 |
| Service | 08/08/2025 | Phone Conference: Phone Conference with David Wansley                                                                             | 0.20  | $375.00 | $75.00  |
| Service | 08/11/2025 | Correspondence: Exchanged correspondence with Jeff Barber regarding United Bank CD                                                | 0.20  | $375.00 | $75.00  |
| Service | 08/11/2025 | Correspondence: Exchanged correspondence with Jeff Barber regarding CD                                                            | 0.60  | $375.00 | $225.00 |
| Service | 08/12/2025 | Phone Conference: Phone Conference with Gene                                                                                      | 1.20  | $375.00 | $450.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Robertston and David Wansley regarding licensing. Sent correspondence to David Wansley | | | |
| Service | 08/13/2025 | Correspondence: Exchanged correspondence with David Wansley regarding US Trustee fees | 0.10 | $375.00 | $37.50 |
| Service | 08/18/2025 | Review Material: Review of July MOR sent by David Wansley | 0.50 | $375.00 | $187.50 |
| Service | 08/18/2025 | Correspondence: Exchanged correspondence with Michele Traxler regarding bank account | 0.20 | $375.00 | $75.00 |
| Service | 08/21/2025 | Correspondence: Exchanged correspondence with David Wansley regarding bond | 0.20 | $375.00 | $75.00 |
| Service | 08/26/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 08/27/2025 | Correspondence: Filed UCC Financial Statements. | 1.00 | $375.00 | $375.00 |
| Service | 08/27/2025 | Review Material: Review of July Monthly Operating Report | 0.30 | $375.00 | $112.50 |
| Expense | 08/27/2025 | Reimbursable expenses: UCC Filing Fees - Mississippi Secretary of State | 1.00 | $59.28 | $59.28 |
| Service | 09/02/2025 | Correspondence: Exchanged correspondence with David Wansley | 0.40 | $375.00 | $150.00 |
| Service | 09/04/2025 | Correspondence: Exchanged correspondence with David Wansley regarding CD | 0.30 | $375.00 | $112.50 |
| Service | 09/16/2025 | Correspondence: Exchanged correspondence with Michelle Traxler and David Wansley regarding CD | 0.30 | $375.00 | $112.50 |
| Service | 09/25/2025 | Phone Conference: Phone Conference with David Wansley | 0.60 | $375.00 | $225.00 |
| Service | 09/26/2025 | Review Material: Review of August Monthly Operating Report. Exchanged correspondence with David Wansley regarding tax returns. | 0.50 | $375.00 | $187.50 |
| Service | 09/30/2025 | Correspondence: Exchanged correspondence with Michele Traxler regarding UCCs | 0.40 | $375.00 | $150.00 |
| Service | 09/30/2025 | Correspondence: Exchanged correspondence with co-counsel TC Rollins regarding United Bank settlement negotiations and prepayment penalty enforceability analysis under 11 USC 506 | 0.50 | $375.00 | $187.50 |
| Service | 10/01/2025 | Phone Conference: Phone Conference with David Wansley. Prepared and sent correspondence to Jeff Barber | 0.60 | $375.00 | $225.00 |
| Service | 10/06/2025 | Correspondence: Exchanged correspondence with Jeff Barber regarding settlement offer. Exchanged correspondence with David Wansley regarding life insurance policies | 1.20 | $375.00 | $450.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/06/2025 | Research: Legal research regarding cramdown provisions under 11 USC 1129(b) in connection with United Bank settlement negotiations. Analysis of prepayment penalty treatment and attorney fee reasonableness standards | 0.60 | $375.00 | $225.00 |
| Service | 10/07/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 10/07/2025 | Correspondence: Exchanged correspondence with David Wansley regarding Stanley Kline. Exchanged correspondence with Jeff Barber regarding United Bank objection. Review of Objection to Confirmation of Plan filed by United Bank | 1.80 | $375.00 | $675.00 |
| Service | 10/15/2025 | Correspondence: Filed UCC for Martin Plantation, Amendments for Wansley and B&B Farms | 0.80 | $375.00 | $300.00 |
| Expense | 10/15/2025 | Reimbursable expenses: Filing Fees for Martin Plantation UCC, Amendments for B&B Farms, Wansley | 1.00 | $26.57 | $26.57 |
| Service | 10/16/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 10/21/2025 | Review Material: Review and approval of Motion to Incur Debt for post-confirmation equipment financing prepared by co-counsel. Coordination with TC Rollins regarding motion filing and United Bank consent. Analysis of NY Life loan proceeds allocation | 0.80 | $375.00 | $300.00 |
| Service | 10/27/2025 | Correspondence: Exchanged correspondence with client David Wansley and Michele Traxler regarding September Monthly Operating Report completion and filing. Forwarded MOR to co-counsel for court filing | 0.40 | $375.00 | $150.00 |
| Service | 10/29/2025 | Review Material: Review of proposed confirmation order | 0.80 | $375.00 | $300.00 |
| Service | 10/29/2025 | Correspondence: Exchanged correspondence with Abbie Marbury regarding insurance policies | 0.60 | $375.00 | $225.00 |
| Service | 10/30/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber | 0.80 | $375.00 | $300.00 |
| Service | 10/31/2025 | Phone Conference: Phone Conference with David Wansley | 0.40 | $375.00 | $150.00 |
| Service | 11/03/2025 | Correspondence: Exchanged correspondence with David Wansley regarding workers comp audit | 0.80 | $375.00 | $300.00 |
| Service | 11/04/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 11/04/2025 | Correspondence: Exchanged correspondence with David Wansley regarding Order | 0.20 | $375.00 | $75.00 |
| Service | 11/04/2025 | Court Appearance: Attended Confirmation of Plan | 2.50 | $375.00 | $937.50 |

|  |  |  | | | |
|---|---|---|---|---|---|
|  |  | Hearing | | | |
| Service | 11/11/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber regarding United Bank release documents for life insurance loan collateral. Coordinated execution of release documents. Forwarded signed releases to client David Wansley. Review of release document signature requirements | 1.00 | $375.00 | $375.00 |
| Service | 11/12/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber regarding United Bank loan payoff | 0.60 | $375.00 | $225.00 |
| Service | 11/14/2025 | Correspondence: Exchanged correspondence with Jeffrey Barber at Jones Walker confirming wire transfer of $1,255,300 partial payoff to United Bank. Coordinated with client Michele Traxler regarding wire transfer execution. Advised regarding remaining balance payoff upon receipt of NY Life loan proceeds | 0.60 | $375.00 | $225.00 |
| Service | 11/20/2025 | Correspondence: Exchanged correspondence with David Wansley regarding lien release | 0.60 | $375.00 | $225.00 |
| Service | 11/24/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 11/25/2025 | Phone Conference: Phone Conference with David Wansley | 0.20 | $375.00 | $75.00 |
| Service | 11/26/2025 | Correspondence: Exchanged correspondence with David Wansley and Stanley Kline regarding Release of Assignment | 0.50 | $375.00 | $187.50 |
| Service | 12/08/2025 | Correspondence: Exchanged correspondence with David Wansley regarding MOR | 0.20 | $375.00 | $75.00 |
| Service | 12/09/2025 | Correspondence: Exchanged correspondence with David Wansley regarding United Bank payoff | 0.20 | $375.00 | $75.00 |
| Service | 12/09/2025 | Review Material: Review of November MOR. Exchanged correspondence regarding same. | 0.30 | $375.00 | $112.50 |
| Service | 12/12/2025 | Correspondence: Exchanged correspondence with David Wansley regarding stocks | 0.20 | $375.00 | $75.00 |
| Service | 12/19/2025 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 12/19/2025 | Correspondence: Exchanged correspondence regarding port/scales/invoice | 0.70 | $375.00 | $262.50 |
| Service | 12/30/2025 | Correspondence: Exchanged correspondence with David Wansley regarding port clean up. | 0.20 | $375.00 | $75.00 |
| Service | 12/30/2025 | Correspondence: Exchanged correspondence with client David Wansley regarding New York Life loan payoff coordination. Advised client regarding invoice for port scales and proper characterization of post-confirmation obligations. Analysis of lease payment | 0.50 | $375.00 | $187.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | obligations | | | |
| Service | 01/09/2026 | Draft Material: Drafted bylaws, minutes of meeting of board of directors | 2.00 | $375.00 | $750.00 |
| Service | 01/12/2026 | Phone Conference: Phone Conference with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 01/15/2026 | Correspondence: Revised minutes and bylaws. Prepared and sent correspondence to David Wansley regarding same. | 1.20 | $375.00 | $450.00 |
| Service | 01/16/2026 | Revise Material: Revised minutes of meeting of board of directors, bylaws | 1.00 | $375.00 | $375.00 |
| Service | 01/21/2026 | Correspondence: Exchanged correspondence with David Wansley regarding stocks | 0.30 | $375.00 | $112.50 |
| Service | 01/23/2026 | Phone Conference: Phone Conference with Alisa Mueller regarding stock | 1.00 | $375.00 | $375.00 |
| Service | 01/28/2026 | Review Material: Review of debt for equity spreadsheet and stock certificate records for stock cancellation and reissuance pursuant to confirmed Chapter 11 plan. Verification of stock certificate numbers from Agris stock book for preparation of corporate minutes documenting ownership restructuring | 0.60 | $375.00 | $225.00 |
| Service | 01/29/2026 | Correspondence: Drafted letter regarding lease termination. Exchanged correspondence with David Wansley regarding same | 0.60 | $375.00 | $225.00 |
| Service | 01/29/2026 | Revise Material: Revised minutes. Exchanged correspondence with David Wansley regarding same. | 0.50 | $375.00 | $187.50 |
| Service | 01/29/2026 | Correspondence: Exchanged correspondence with client David Wansley and board members Jake Dornbusch, Billy Whitten, and David Johnson regarding Rocking B's Enterprises lease termination demands. Advised regarding response to landlord demands for concrete repairs and alleged lease obligations. Analysis of lease termination notice requirements and tenant obligations | 0.80 | $375.00 | $300.00 |
| Service | 01/30/2026 | Correspondence: Exchanged correspondence with David Wansley. Drafted letter to JO Smith regarding lease. | 0.80 | $375.00 | $300.00 |
| Service | 02/01/2026 | Correspondence: Exchanged correspondence with David Wansley | 0.30 | $375.00 | $112.50 |
| Service | 02/04/2026 | Correspondence: Exchanged correspondence with David Wansley regarding accounting question | 0.20 | $375.00 | $75.00 |
| | | | | Total | $38,920.12 |

|  |  |
|---|---:|
| Payment (02/11/2026) | -$15,000.00 |
| **Balance Owing** | **$23,920.12** |

## Statement of Account

| Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|
| ( $0.00 | + | $38,920.12 | ) - ( | $0.00 | + | $15,000.00 | ) = | **$23,920.12** |

Please make all amounts payable to: The Lynch Law Firm, PLLC

Outstanding balances will be charged 1.0% monthly if not paid within 30 days.