# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator, Inc.            Case No. 25-00228-JAW
         , Debtor                                         CHAPTER 11

## NOTICE

TO:   ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEARBY NOTIFIED that pursuant to 1 U.S.C. § 331, Thomas C. Rollins, Jr. and The Rollins Law Firm, has filed its *Amended Final Application for Allowance of Compensation and Reimbursement of Expenses* (the "Application"), for the sum of $15,000.00, inclusive of all attorneys' fees and expenses.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Thomas C. Rollins, Jr. trollins@therollinsfirm.com. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 E. Court St., Ste 2.300, Jackson, MS 39201, and a copy served upon Thomas C. Rollins. Jr. of The Rollins Law Firm PLLC, the attorneys for the Debtor, at P.O. Box 13767, Jackson, MS 39236 the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

Respectfully Submitted,

Date: March 12, 2026       Signature:    /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         PO Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Valley Park Elevator Inc                           Case No. 25-00228-JAW
         , Debtor                                                   CHAPTER 11

### AMENDED FINAL APPLICATION OF THOMAS C. ROLLINS, JR. AND THE ROLLINS LAW FIRM, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC ("Applicant"), counsel for the Debtor, Valley Park Elevator, Inc. (the "Debtor"), and files this Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application"), and in support thereof would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court.

2. By Order entered February 25, 2025 (Dk # 39), the Court approved the employment of Thomas C. Rollins, Jr. and David R. Lynch as counsel for the Debtor.

3. Prior to the filing of this case, Applicant received a retainer in the amount of $15,000.00.

4. Applicant rendered extensive legal services on behalf of the Debtor throughout this Chapter 11 case, including, but not limited to:

   a) Case commencement and first-day matters;
   b) Cash collateral negotiations and litigation;
   c) Preparation of schedules, statements and amendments;
   d) Monthly operating reports;

      e) Negotiations with secured lenders, taxing authorities, and unsecured creditors;

      f) Drafting and confirmation of the Chapter 11 Plan and Disclosure Statement; and

      g) Post-confirmation and administrative matters.

5. The services rendered were necessary, reasonable, and provided a substantial benefit to the estate and creditors.

6. Applicant's actual fees incurred in this case total $13,617.50 in professional services, as reflected in the detailed invoice attached hereto and incorporated by reference

7. Applicant also incurred actual and necessary expenses totaling $2,760.60, consisting primarily of:

      a) Chapter 11 filing fee; and

      b) Noticing and mailing expenses

8. The aggregate total of fees and expenses incurred equals $16,378.10.

9. Notwithstanding the foregoing, Applicant voluntarily reduces and limits the total amount requested for allowance to $15,000.00, inclusive of all attorneys' fees and expenses.

10. Applicant respectfully requests authority to apply the previously paid $15,000.00 retainer to the allowed compensation and expenses approved by this Court.

11. Upon application of the retainer, no balance shall be due from the Debtor or the estate, and Applicant will not seek any additional payment in this case.

12. The Debtor's confirmed Plan provides for payment of allowed administrative expenses, including Debtor's counsel fees, upon allowance by the Court.

13. This Application constitutes Applicant's final fee application in this case

### Reasonableness of Fees – Johnson Factors

14. Applicant submits that the compensation requested herein is reasonable under 11 U.S.C. § 330 and the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), as adopted by the Fifth Circuit and applied in bankruptcy cases. In particular:

15. The time and labor required were significant given the complexity of the Chapter 11 proceedings, including case administration, negotiations with creditors, preparation of required filings, and plan confirmation work. The issues involved required knowledge and experience in bankruptcy law and practice before this Court. The services were performed efficiently and at rates consistent with those customarily charged for comparable bankruptcy services in this district. The results obtained were favorable to the estate and its creditors, including successful administration of the case and confirmation of the Debtor's plan. Applicant's services were necessary to the administration of the estate and provided a tangible benefit to the Debtor and its creditors.

16. Considering the time expended, the customary rates for similar services, the experience and skill of counsel, and the results achieved, the compensation requested is fair and reasonable and should be allowed.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the Court enter an Order allowing final compensation and reimbursement of expenses to Applicant in the amount of $15,000.00; Authorizing Applicant to apply the $15,0000 retainer to such

allowed amounts; Confirming that no further amounts are due or owing to Applicant; and grating such other and further relief as the Court deems just and proper.

                              Respectfully submitted

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr. (MSBN 103469)
                              The Rollins Law Firm, PLLC
                              P.O. Box 13767
                              Jackson, MS 39236
                              601-500-5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>VALLEY PARK ELEVATOR, INC | CASE NO: 25-00228<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/12/2026, I did cause a copy of the following documents, described below,

Notice of Amended Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VALLEY PARK ELEVATOR, INC | CASE NO: 25-00228<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 3/12/2026, a copy of the following documents, described below,

Notice of Amended Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00228<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU MAR 12 7-54-16 PST 2026 | (U)ARO INC | (U)ADEN WANSLEY FARMS LLC |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| (U)B B FARMS | (U)BELLE MEADE PLANTATION | BLUE CROSS BLUE SHIELD OF MISSISSIPPI A MUT<br>221 SUNNYBROOK ROAD<br>SUITE B<br>RIDGELAND   MS 39157-2206 |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)CIRCLE Z | (U)CLARK CLARK | (U)D C FARMS |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)DAVID WANSLEY | (U)E R MCKNIGHT IV | (U)EWING FARMS |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| (U)FLOWEREE PLANTING CO | (U)KELSO FARMS | UNITED BANK<br>CO JEFFREY R BARBER ESQ<br>JONES WALKER LLP<br>P O BOX 427<br>JACKSON   MS 39205-0427 |

| DEBTOR | EXCLUDE | EXCLUDE |
|---|---|---|
| VALLEY PARK ELEVATOR INC<br>PO BOX 188<br>VALLEY PARK   MS 39177-0188 | (U)WANSLEY PARTNERSHIP | (U)WHITTEN WHITTEN INC |

| EXCLUDE | | |
|---|---|---|
| US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON   MS 39201-5036 | ADEN BROTHERS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 | ADEN FARMS<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |

| | | |
|---|---|---|
| ADEN JR WILLIAM B<br>JEFF WONG<br>205 CHARLESTON DR<br>VICKSBURG   MS 39180-4841 | ADEN WANSLEY<br>108 TWIN CREEKS DR<br>VICKSBURG   MS 39180-4843 | ADEN MERRITT<br>3730 REDWOOD RD<br>VICKSBURG   MS 39183-8025 |

| | | |
|---|---|---|
| ANDERSON TULLY COMPANY<br>775 RIDGELAKE BLVD<br>SUITE 105<br>MEMPHIS   TN 38120-9461 | ARK LA MISS FARMS<br>7716 OLD CANTON RD<br>MADISON   MS 39110-9299 | ARO INC<br>JAKE DOMBUSCH<br>3360 FLOWEREE RD<br>REDWOOD   MS 39156-9058 |

```
ATWOOD  EMMETT R                    ADEN WANSLEY FARMS LLC              ANDREW M WILSON  ESQ
PO BOX 79                           ADEN WANSLEY                        BENNETT LOTTERHOS SULSER  WILSON  PA
VICKSBURG  MS 39181-0079            108 TWIN CREEKS DR                  ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
                                    VICKSBURG  MS 39180-4843            PO BOX 1488
                                                                        JACKSON  MS 39215-1488


B  B FARMS                          BACONIA PLANTATION INC              BARTON FARM LLC
MELINDA BRAXTON                     PO BOX 335                          PO BOX 9
PO BOX 254                          CARY  MS 39054-0335                 RAYMOND  MS 39154-0009
VALLEY PARK  MS 39177-0254


BELLE MEADE PLANTATION              BOLL PLANTING COMPANY               BOYKIN BROTHERS
1306 RIVER BEND COVE                PO BOX 326                          PO BOX 254
VICKSBURG  MS 39183-8756             ROLLING FORK  MS 39159-0326         HOLLANDALE  MS 38748-0254


BRADWAY  BRAD                       BRAXTON JR  ROBERT E                BELLE MEADE PLANTATION
206 TURNBERRY LANE                  PO BOX 254                          ER MCKNIGHT  IV
STARKVILLE  MS 39759-5508           VALLEY PARK  MS 39177-0254          1306 RIVER BEND COVE
                                                                        VICKSBURG  MS 39183-8756


CARY ASSOCIATES                     CIRCLE Z                            CLARK  CLARK
PO BOX 187                          JAKE DOMBUSCH                       CJ CLARK
ROLLING FORK  MS 39159-0187         3360 FLOWEREE RD                    755 FRONT ST
                                    REDWOOD  MS 39156-9058              ANGUILLA  MS 38721-9425


CLAY  ROBERT                        DC FARMS                            DAVID WANSLEY
343 CONNER RD                       DOUG JETER                          120 BROOKWOOD DR
ROLLING FORK  MS 39159-5426         447 REDWOOD RD                      VICKSBURG  MS 39183-8101
                                    REDWOOD  MS 39156-7029


DELTA WILDLIFE FORESTR              DORNBUSCH  AJ                       DORNBUSCH  JAKE
MR STEVE BRUNSON                    3307 HIGHLAND DR                    3360 FLOWEREE RD
PO BOX 1720                         VICKSBURG  MS 39180-4552            REDWOOD  MS 39156-9058
COLLIERVILLE  TN 38027-1720


DOUGLAS JETER JR                    DEPARTMENT OF TREASURY              ER MCKNIGHT  IV
447 REDWOOD RD                      INTERNAL REVENUE SERVICE            425 FOREST OAK LANE
REDWOOD  MS 39156-7029              P O BOX 7346                        VICKSBURG  MS 39180-3403
                                    PHILADELPHIA  PA 19101-7346


ELLIS  GARY                         EILEEN N SHAFFER  ESQ               EILEEN N SHAFFER  ESQ
2221 BROWN RD                       COUNSEL FOR ARO  INC                COUNSEL FOR ADEN WANSLEY FARMS  LLC
HOLLANDALE  MS 38748-9664           PO BOX 1177                         PO BOX 1177
                                    JACKSON  MS 39215-1177              JACKSON  MS 39215-1177
```

EILEEN N SHAFFER ESQ
COUNSEL FOR BB FARMS
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR BELLE MEADE PLANTATION
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR CIRCLE Z
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR CLARK CLARK
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR DC FARMS
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR DAVID WANSLEY
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR ER MCKNIGHT IV
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR EWING FARMS
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR FLOWEREE PLANTING CO
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR KELSO FARMS
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR TIM BARNETTE
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR TOM LEE DBA HINTSON
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR WANSLEY PARTNERSHIP
PO BOX 1177
JACKSON MS 39215-1177

EILEEN N SHAFFER ESQ
COUNSEL FOR WHITTEN WHITTEN INC
PO BOX 1177
JACKSON MS 39215-1177

EWING FARMS
MARTHA PELLEGRINMILTON C EWING III
PO BOX 485
ANGUILLA MS 38721-0485

FLORENCE NEWMAN
PO BOX 234
VALLEY PARK MS 39177-0234

FLOWEREE PLANTING COMPANY
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD MS 39156-9058

FRISBEE RALPH
DENNIS FRISBEE
17989 SE WALNUT HILL R
AMITY OR 97101-2104

HAMLIN HAMLIN NP
PO BOX 216
GRACE MS 38745-0216

HAROLD MAY
PO BOX 1249
CANTON MS 39046-1249

HEIGLE FARMS JUNIOR
11585 HWY 1
ROLLING FORK MS 39159-5294

HELENA PARTNERS
PO BOX 247
ROLLING FORK MS 39159-0247

HOWLE PLANTING COMPANY
137 JEFFERSON ST
ANGUILLA MS 38721-9515

HINTSON FARMS
TOM LEE
10850 HWY 3
REDWOOD MS 39156-9772

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CO US ATTORNEY SD MISSISSIPPI
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

```
J  J FARMS                          J K M FARMS                        JEFFREY RYAN BARBER  ESQ
204 MADISON RIDGE                   PO BOX 307                         JONES WALKER LLP
VICKSBURG  MS 39180-3400            ANGUILLA  MS 38721-0307            ATTY FOR UNITED BANK
                                                                       PO BOX 427
                                                                       JACKSON  MS 39205-0427


KCOE ISOM  LLP                      KELSO FARMS                        KELSO FARMS
ATTN CATHY INGRAM                   419 OMEGA RD                       CO DAVID JOHNSON
3030 CORTLAND CIRCLE                ROLLING FORK  MS 39159-4994        419 OMEGA RD
SALINA KS 67401-7874                                                   ROLLING FORK  MS 39159-4994


LR FARMS                            LARRY D WHITTEN                    LITTLE ONWARD PLANTATI
661 BLACK BAYOU RD                  PO BOX 215                         361 WEST LAKEVIEW
ROLLING FORK  MS 39159-4939         VALLEY PARK  MS 39177-0215         YAZOO CITY  MS 39194-4788


MARTIN PLANTATION                   MCKNIGHT  SONS  ER                 MCKNIGHT IV  E R (MA
PO BOX 537                          1306 RIVER BEND COVE               425 FOREST OAK LANE
ROLLING FORK  MS 39159              VICKSBURG  MS 39183-8756           VICKSBURG  MS 39180-3403


MS DEPT OF REVENUE                  (P)MISSISSIPPI STATE TAX COMMISSION   MARCUS M WILSON  ESQ
CO MS AG                            P O BOX 22808                      BENNETT LOTTERHOS SULSER  WILSON  PA
550 HIGH STREET                     JACKSON MS 39225-2808              ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
JACKSON  MS 39201-1111                                                 PO BOX 1488
                                                                       JACKSON  MS 39215-1488


MISSISSIPPI DEPARTMENT OF REVENUE   MITCHELL WILLIS                    O J SHARPE FARM
BANKRUPTCY SECTION                  SAM FARMS                          431 CONNER RD
PO BOX 22808                        1310 MULBERRY                      ROLLING FORK  MS 39159-5289
JACKSON  MS 39225-2808              VICKSBURG  MS 39180-3242


PORTER  CLIFTON  HOPE               PRESLEY  MICHAEL                   ROBERT BRAXTON SR
1221 WOODBERRY DR                   PO BOX 463                         MRS MARY BRAXTON
MADISON  MS 39110-7764              BENTONIA  MS 39040-0463            PO BOX 284
                                                                       VALLEY PARK  MS 39177-0284


                                    EXCLUDE

ROCKING B S ENTERPRISE              (U)SAM FARMS GENERAL PART          SANDY BAYOU FARMS
565 INDUSTRIAL DR                   MITCHELL WILLIS                    1290 MATTHEWS RD
VICKSBURG  MS 39183-8689            ADDRESS UNKNOWN                    ROLLING FORK  MS 39159-2368


SHIPLAND FARMS                      SIMITH  JAMES W                    SIMRALL  SIMRALL
47 FITLER RD                        PO DRAWER 1987                     5040 HWY 3
ROLLING FORK  MS 39159-4999         LAUREL  MS 39441-1987              REDWOOD  MS 39156-9038
```

```
SIMRALL   JOHN K                      SMALL BUSINESS ADMINIS                THOMAS GREY WINDHAM
5040 HWY 3                            PO BOX 740192                         229 CARTER DR
REDWOOD   MS 39156-9038               ATLANTA   GA 30374-0192               ROLLING FORK   MS 39159-3001


TIM BARNETTE                          TOP DOG FARM                          TOWELL   JIM
1257 DIXIE RD                         PO BOX 187                            RT 2   BOX 220
ROLLING FORK   MS 39159-4973          ROLLING FORK   MS 39159-0187          NORWOOD   MO 65717


US ATTORNEY SD MISSISSIPPI            US ATTORNEY SD MISSISSIPPI            US ATTORNEYS OFFICE
CO INTERNAL REVENUE SERVICE           CO US SECURITIES AND EXCHANGE COMMISS 501 E COURT ST
501 E COURT STREET   STE 4430         501 E COURT STREET   STE 4430         STE 4430
JACKSON   MS 39201-5025               JACKSON   MS 39201-5025               JACKSON   MS 39201-5025


US SECURITIES AND EXCHANGE COMMISSION US ATTORNEY GENERAL                   UNITED BANK
OFFICE OF REORGANIZATION              US DEPT OF JUSTICE                    PO BOX 8
950 EAST PACES FERRY ROAD   SUITE 900 950 PENNSYLVANIA AVENW                ATMORE   AL 36504-0008
ATLANTA   GA 30326-1382               WASHINGTON   DC 20530-0001


                                      EXCLUDE

UNITED BANK                           UNITED STATES TRUSTEE                 VALLEY PARK PLANTATION
CO JEFFREY R BARBER   ESQ             501 EAST COURT STREET                 PO BOX 1101
JONES WALKER LLP                      SUITE 6 430                           VICKSBURG   MS 39181-1101
3100 N STATE ST   STE 300             JACKSON   MS 39201 5022
JACKSON   MS 39216-4013


WANSLEY PARTNERSHIP                   WARREN FARMS JOINT VEN                WAYE WINDHAM FARMS
DAVID WANSLEY                         108 LEXINGTON DR                      3363 WILLETTE RD
120 BROOKWOOD DR                      MADISON   MS 39110-6952               ROLLING FORK   MS 39159-5073
VICKSBURG   MS 39183-8101


WBS   INC                             WHITTEN   WHITTEN INC                 WHITTEN III   JAMES W
106 CHANDLERS COVE                    BRAD WHITTEN AND BILLY WHITTEN        PO BOX 253
VICKSBURG   MS 39183-7987             PO BOX 253                            VALLEY PARK   MS 39177-0253
                                      VALLEY PARK   MS 39177-0253


WHITTEN JR   JAMES W                  WHITTEN   BRADLEY                     WHITTEN   MARY E
PO BOX 253                            PO BOX 253                            PO BOX 253
VALLEY PARK   MS 39177-0253           VALLEY PARK   MS 39177-0253           VALLEY PARK   MS 39177-0253


WILKES AND COMPANY                    WILLIS JR   JESSE                     WILLIS SR   JESSE
DAN WILKES                            126 WOODSTONE DR                      LUKE WILLIS
5305 FLOWEREE RD                      VICKSBURG   MS 39183-8768             276 WILLIS RD
REDWOOD   MS 39156                                                          ROLLING FORK   MS 39159-4976
```

```
WOODRUFF INC  W C                WOODRUFF  RODNEY                DAVID R LYNCH
586 GRACE RD                     PATRICIA SMITH WOODR             THE LYNCH LAW FIRM  PLLC
GLEN ALLEN  MS 38744-9726        109 CLARKDELL RD                 P O BOX 12229
                                 GLUCKSTAT  MS 39110-7511         JACKSON  MS 39236-2229


EXCLUDE                          EXCLUDE                          EXCLUDE

THOMAS CARL ROLLINS JR           (U)TIM BARNETTE                  (U)TOM LEE  DBA HINTSON
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```