**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**VALLEY PARK ELEVATOR INC**                    **CASE NO. 25-00228-JAW**


**DEBTOR.**                                    **CHAPTER 11**

**To:**    **David R. Lynch, Esq.**

### Notice of Deficiency

The Amended First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Lynch Law Firm, PLLC ("Amended Application") (Dkt. #103) filed by The Lynch Law Firm, PLLC (the "Movant") on March 12, 2026 is defective for the following reason:

- The Amended Application does not include a notice informing the affected parties that they have 21 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before April 3, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Application without further notice.

Date:  March 20, 2026                         Danny L. Miller
                                              *Clerk of Court*

                                              By:  /s/Beth Harkins
                                                   Thad Cochran U. S. Courthouse
                                                   501 E. Court St., Ste. 2.300
                                                   Jackson, MS 39201
                                                   601-608-4600