United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                      Case No. 25-00228-JAW

Valley Park Elevator Inc                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 20, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

**Recip ID**              **Recipient Name and Address**
dbpos                     Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Wilson | on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com  lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |

District/off: 0538-3      User: mssbad      Page 2 of 2

Date Rcvd: Mar 20, 2026      Form ID: pdf012      Total Noticed: 1

Eileen N. Shaffer
     on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber
     on behalf of Creditor United Bank jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson
     on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr
     on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 23

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**VALLEY PARK ELEVATOR INC**                    **CASE NO. 25-00228-JAW**


**DEBTOR.**                                                         **CHAPTER 11**

**To:**    **David R. Lynch, Esq.**

### Notice of Deficiency

The Amended First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Lynch Law Firm, PLLC ("Amended Application") (Dkt. #103) filed by The Lynch Law Firm, PLLC (the "Movant") on March 12, 2026 is defective for the following reason:

- The Amended Application  does not include a notice informing the affected parties that they have 21 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before April 3, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Application without further notice.

Date:  March 20, 2026                          Danny L. Miller
                                                                *Clerk of Court*

                                                                By:  /s/Beth Harkins
                                                                      Thad Cochran U. S. Courthouse
                                                                      501 E. Court St., Ste. 2.300
                                                                      Jackson, MS 39201
                                                                      601-608-4600