_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Valley Park Elevator Inc**                          **Case No. 25-00228-JAW**
**, Debtor**                                                              **CHAPTER 11**

**ORDER GRANTING AMENDED FINAL APPLICATIONOF THOMAS C. ROLLINS, JR. AND THE ROLLINS LAW FIRM PLLC FOR ALLOWANCE OF COMPENSATION, REIMBURSEMENT OF EXPENSES AND AUTHORITY TO APPY RETAINER** (Dkt. #104)

THIS MATTER came before the Court on the Final Application of Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC for Allowance of Compensation and Reimbursement of Expenses and Authority to Apply Retainer (the "Application"):

The Court, having reviewed the Application, the supporting documentation, the record in this case, and being otherwise fully advised in the premises, finds as follows:

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2.    The Applicant was properly employed as counsel for the Debtor pursuant to prior Order of this Court.

3.    The services rendered and expenses incurred by Applicant were actual, necessary, and reasonable, and provided a benefit to the Debtor and the estate.

4.    Applicant incurred fees and expenses in excess of the amount requested, but voluntarily reduced and limited its request to $15,000.00, inclusive of all attorneys' fees and expenses.

5.    Applicant previously received an advance payment retainer in the amount of $15,000.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Application is granted. Final compensation and reimbursement of expenses are allowed in favor of Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC in the total amount of $15,000.00, inclusive of all attorneys' fees and expenses incurred in this case. Applicant is authorized to apply the $15,000.00 retainer previously received to the allowed compensation and expenses approved herein. Upon application of the retainer, no further amounts shall be due or owing to Applicant from the Debtor or the estate. This Order constitutes final approval of Applicant's compensation and expenses in this case.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533