

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **VALLEY PARK ELEVATOR, INC.,**                    **CASE NO. 25-00228-JAW**
        **Debtor**                                                                        **CHAPTER 11**

### ORDER GRANTING AMENDED FIRST AND FINAL APPLICATION OF DAVID R. LYNCH AND THE LYNCH LAW FIRM, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND AUTHORITY TO APPLY RETAINER (Dkt. #103)

THIS MATTER came before the Court on the Amended First and Final Application of David R. Lynch and The Lynch Law Firm, PLLC for Allowance of Compensation and Reimbursement of Expenses and Authority to Apply Retainer (the "Application"):

The Court, having reviewed the Application, the supporting documentation, the record in this case, and being otherwise fully advised in the premises, finds as follows:

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2.     The Applicant was properly employed as counsel for the Debtor pursuant to prior Order of this Court.

3.     The services rendered and expenses incurred by Applicant were actual, necessary, and reasonable, and provided a benefit to the Debtor and the estate.

4.      Applicant has requested allowance of compensation in the amount of $38,681.25 in fees and $238.87 in expenses, less any retainer balance remaining.

5.      Applicant previously received an advance payment retainer in the amount of $15,000.00 that shall be applied against the compensation owed to the Applicant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Application is granted. Final compensation and reimbursement of expenses are allowed in favor of David R. Lynch and The Lynch Law Firm, PLLC in the total amount of $38,920.12 ($38,681.25 in fees and $238.87 in expenses), less any retainer balance remaining. Applicant is authorized to apply the $15,000.00 retainer previously received to the allowed compensation and expenses approved herein, with any remaining balance to be paid according to the terms of the confirmed plan. This Order constitutes final approval of Applicant's compensation and expenses in this case.

##END OF ORDER##

SUBMITTED BY:
/s/ David R. Lynch
David R. Lynch (MSB No. 102595)
THE LYNCH LAW FIRM, PLLC
Post Office Box 12229
Jackson, Mississippi 39236
(601) 321-1977
david@thelynchlawfirm.com