**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Valley Park Elevator Inc, Debtor**                    **Case No. 25-00228-JAW**
                                                                                          **CHAPTER 11**

**NOTICE OF SUBSTANTIAL CONSUMMATION OF CONFIRMED CHAPTER 11**
**PLAN**

Valley Park Elevator, Inc. ("VPE" or the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned case, files this Notice of Substantial Consummation pursuant to 11 U.S.C. § 1101(2) and states as follows:

1. On November 4, 2025, this Court entered its Order Confirming Plan of Reorganization (the "Confirmation Order").

2. Pursuant to the terms of the Plan, the Effective Date occurred upon entry of the Confirmation Order.

3. Section 1101(2) of the Bankruptcy Code provides that "substantial consummation" means:

   a) transfer of all or substantially transfer of all or substantially all of the property proposed by the plan to be transferred;

   b) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and

   c) commencement of distribution under the plan.

4. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2), as follows:

   a) Transfer of Property Proposed by the Plan. On February 2, 2026, the Reorganized Debtor issued 100% of the New Common Stock of the Reorganized Debtor to holders of Allowed General Unsecured Claims in accordance with the terms of the confirmed Plan.

   b) Assumption of Business and Management. Upon the Effective Date, the Reorganized Debtor assumed control and management of its business and property in accordance with the Plan.

c) Commencement of Distributions. Distributions required under the Plan have commenced, including payment in full of the secured claim of United Bank as provided in the Plan. The U.S. Small Business Administration continues to be paid in accordance with its unimpaired treatment under the Plan.

5. The Debtor has timely paid all quarterly fees due to the United States Trustee to date and has filed all required post-confirmation monthly operating reports.

6. Accordingly, the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

WHEREFORE, the Debtor files this Notice of Substantial Consummation and will separately seek entry of a Final Decree closing this case pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Substantial Consummation of Confirmed Chapter 11 Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC

CASE NO: 25-00228

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 4/8/2026, I did cause a copy of the following documents, described below,

NOTICE OF SUBSTANTIAL CONSUMMATION OF CONFIRMED CHAPTER 11 PLAN

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VALLEY PARK ELEVATOR INC

CASE NO: 25-00228

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 4/8/2026, a copy of the following documents, described below,

NOTICE OF SUBSTANTIAL CONSUMMATION OF CONFIRMED CHAPTER 11 PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/8/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00228
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 8 10-28-28 PST 2026

EXCLUDE

(U)ARO INC

EXCLUDE

(U)ADEN WANSLEY FARMS LLC

EXCLUDE

(U)B B FARMS

EXCLUDE

(U)BELLE MEADE PLANTATION

BLUE CROSS BLUE SHIELD OF MISSISSIPPI A MUT
221 SUNNYBROOK ROAD
SUITE B
RIDGELAND MS 39157-2206

EXCLUDE

(U)CIRCLE Z

EXCLUDE

(U)CLARK CLARK

EXCLUDE

(U)D C FARMS

EXCLUDE

(U)DAVID WANSLEY

EXCLUDE

(U)E R MCKNIGHT IV

EXCLUDE

(U)EWING FARMS

EXCLUDE

(U)FLOWEREE PLANTING CO

EXCLUDE

(U)KELSO FARMS

UNITED BANK
CO JEFFREY R BARBER ESQ
JONES WALKER LLP
P O BOX 427
JACKSON MS 39205-0427

DEBTOR

VALLEY PARK ELEVATOR INC
PO BOX 188
VALLEY PARK MS 39177-0188

EXCLUDE

(U)WANSLEY PARTNERSHIP

EXCLUDE

(U)WHITTEN WHITTEN INC

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON MS 39201-5036

ADEN BROTHERS
3730 REDWOOD RD
VICKSBURG MS 39183-8025

ADEN FARMS
3730 REDWOOD RD
VICKSBURG MS 39183-8025

ADEN JR WILLIAM B
JEFF WONG
205 CHARLESTON DR
VICKSBURG MS 39180-4841

ADEN WANSLEY
108 TWIN CREEKS DR
VICKSBURG MS 39180-4843

ADEN MERRITT
3730 REDWOOD RD
VICKSBURG MS 39183-8025

ANDERSON TULLY COMPANY
775 RIDGELAKE BLVD
SUITE 105
MEMPHIS TN 38120-9461

ARK LA MISS FARMS
7716 OLD CANTON RD
MADISON MS 39110-9299

ARO INC
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD MS 39156-9058

ATWOOD  EMMETT R
PO BOX 79
VICKSBURG  MS 39181-0079

ADEN WANSLEY FARMS LLC
ADEN WANSLEY
108 TWIN CREEKS DR
VICKSBURG  MS 39180-4843

ANDREW M WILSON  ESQ
BENNETT LOTTERHOS SULSER  WILSON  PA
ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
PO BOX 1488
JACKSON  MS 39215-1488

B  B FARMS
MELINDA BRAXTON
PO BOX 254
VALLEY PARK  MS 39177-0254

BACONIA PLANTATION INC
PO BOX 335
CARY  MS 39054-0335

BARTON FARM LLC
PO BOX 9
RAYMOND  MS 39154-0009

BELLE MEADE PLANTATION
1306 RIVER BEND COVE
VICKSBURG  MS 39183-8756

BOLL PLANTING COMPANY
PO BOX 326
ROLLING FORK  MS 39159-0326

BOYKIN BROTHERS
PO BOX 254
HOLLANDALE  MS 38748-0254

BRADWAY  BRAD
206 TURNBERRY LANE
STARKVILLE  MS 39759-5508

BRAXTON JR  ROBERT E
PO BOX 254
VALLEY PARK  MS 39177-0254

BELLE MEADE PLANTATION
ER MCKNIGHT  IV
1306 RIVER BEND COVE
VICKSBURG  MS 39183-8756

CARY ASSOCIATES
PO BOX 187
ROLLING FORK  MS 39159-0187

CIRCLE Z
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD  MS 39156-9058

CLARK  CLARK
CJ CLARK
755 FRONT ST
ANGUILLA  MS 38721-9425

CLAY  ROBERT
343 CONNER RD
ROLLING FORK  MS 39159-5426

DC FARMS
DOUG JETER
447 REDWOOD RD
REDWOOD  MS 39156-7029

DAVID WANSLEY
120 BROOKWOOD DR
VICKSBURG  MS 39183-8101

DELTA WILDLIFE FORESTR
MR STEVE BRUNSON
PO BOX 1720
COLLIERVILLE  TN 38027-1720

DORNBUSCH  AJ
3307 HIGHLAND DR
VICKSBURG  MS 39180-4552

DORNBUSCH  JAKE
3360 FLOWEREE RD
REDWOOD  MS 39156-9058

DOUGLAS JETER JR
447 REDWOOD RD
REDWOOD  MS 39156-7029

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

ER MCKNIGHT  IV
425 FOREST OAK LANE
VICKSBURG  MS 39180-3403

ELLIS  GARY
2221 BROWN RD
HOLLANDALE  MS 38748-9664

EILEEN N SHAFFER  ESQ
COUNSEL FOR ARO  INC
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR ADEN WANSLEY FARMS  LLC
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR BB FARMS
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR BELLE MEADE PLANTATION
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR CIRCLE Z
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR CLARK  CLARK
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR DC FARMS
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR DAVID WANSLEY
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR ER MCKNIGHT  IV
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR EWING FARMS
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR FLOWEREE PLANTING CO
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR KELSO FARMS
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR TIM BARNETTE
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR TOM LEE  DBA HINTSON
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR WANSLEY PARTNERSHIP
PO BOX 1177
JACKSON  MS 39215-1177

EILEEN N SHAFFER  ESQ
COUNSEL FOR WHITTEN  WHITTEN  INC
PO BOX 1177
JACKSON  MS 39215-1177

EWING FARMS
MARTHA PELLEGRINMILTON C EWING III
PO BOX 485
ANGUILLA  MS 38721-0485

FLORENCE NEWMAN
PO BOX 234
VALLEY PARK  MS 39177-0234

FLOWEREE PLANTING COMPANY
JAKE DOMBUSCH
3360 FLOWEREE RD
REDWOOD  MS 39156-9058

FRISBEE  RALPH
DENNIS FRISBEE
17989 SE WALNUT HILL R
AMITY  OR 97101-2104

HAMLIN  HAMLIN NP
PO BOX 216
GRACE  MS 38745-0216

HAROLD  MAY
PO BOX 1249
CANTON  MS 39046-1249

HEIGLE FARMS  JUNIOR
11585 HWY 1
ROLLING FORK  MS 39159-5294

HELENA PARTNERS
PO BOX 247
ROLLING FORK  MS 39159-0247

HOWLE PLANTING COMPANY
137 JEFFERSON ST
ANGUILLA  MS 38721-9515

HINTSON FARMS
TOM LEE
10850 HWY 3
REDWOOD  MS 39156-9772

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD  MS 38655-3608

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CO US ATTORNEY SD MISSISSIPPI
501 E COURT STREET  STE 4430
JACKSON MS 39201-5025

J  J FARMS
204 MADISON RIDGE
VICKSBURG  MS 39180-3400

J K M FARMS
PO BOX 307
ANGUILLA  MS 38721-0307

JEFFREY RYAN BARBER  ESQ
JONES WALKER LLP
ATTY FOR UNITED BANK
PO BOX 427
JACKSON  MS 39205-0427

KCOE ISOM  LLP
ATTN CATHY INGRAM
3030 CORTLAND CIRCLE
SALINA KS 67401-7874

KELSO FARMS
419 OMEGA RD
ROLLING FORK  MS 39159-4994

KELSO FARMS
CO DAVID JOHNSON
419 OMEGA RD
ROLLING FORK  MS 39159-4994

LR FARMS
661 BLACK BAYOU RD
ROLLING FORK  MS 39159-4939

LARRY D WHITTEN
PO BOX 215
VALLEY PARK  MS 39177-0215

LITTLE ONWARD PLANTATI
361 WEST LAKEVIEW
YAZOO CITY  MS 39194-4788

MARTIN PLANTATION
PO BOX 537
ROLLING FORK  MS 39159

MCKNIGHT  SONS  ER
1306 RIVER BEND COVE
VICKSBURG  MS 39183-8756

MCKNIGHT IV  E R (MA
425 FOREST OAK LANE
VICKSBURG  MS 39180-3403

MS DEPT OF REVENUE
CO MS AG
550 HIGH STREET
JACKSON  MS 39201-1111

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MARCUS M WILSON  ESQ
BENNETT LOTTERHOS SULSER  WILSON  PA
ATTY FOR BLUE CROSS  BLUE SHIELD OF MIS
PO BOX 1488
JACKSON  MS 39215-1488

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MITCHELL WILLIS
SAM FARMS
1310 MULBERRY
VICKSBURG  MS 39180-3242

O J SHARPE FARM
431 CONNER RD
ROLLING FORK  MS 39159-5289

PORTER  CLIFTON  HOPE
1221 WOODBERRY DR
MADISON  MS 39110-7764

PRESLEY  MICHAEL
PO BOX 463
BENTONIA  MS 39040-0463

ROBERT BRAXTON SR
MRS MARY BRAXTON
PO BOX 284
VALLEY PARK  MS 39177-0284

~~EXCLUDE~~

ROCKING B S ENTERPRISE
565 INDUSTRIAL DR
VICKSBURG  MS 39183-8689

~~(U)SAM FARMS GENERAL PART~~
~~MITCHELL WILLIS~~
~~ADDRESS UNKNOWN~~

SANDY BAYOU FARMS
1290 MATTHEWS RD
ROLLING FORK  MS 39159-2368

SHIPLAND FARMS
47 FITLER RD
ROLLING FORK  MS 39159-4999

SIMITH  JAMES W
PO DRAWER 1987
LAUREL  MS 39441-1987

SIMRALL  SIMRALL
5040 HWY 3
REDWOOD  MS 39156-9038

SIMRALL  JOHN K
5040 HWY 3
REDWOOD  MS 39156-9038

SMALL BUSINESS ADMINIS
PO BOX 740192
ATLANTA  GA 30374-0192

THOMAS GREY WINDHAM
229 CARTER DR
ROLLING FORK  MS 39159-3001

TIM BARNETTE
1257 DIXIE RD
ROLLING FORK  MS 39159-4973

TOP DOG FARM
PO BOX 187
ROLLING FORK  MS 39159-0187

TOWELL  JIM
RT 2  BOX 220
NORWOOD  MO 65717

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEYS OFFICE
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED BANK
PO BOX 8
ATMORE  AL 36504-0008

EXCLUDE

UNITED BANK
CO JEFFREY R BARBER  ESQ
JONES WALKER LLP
3100 N STATE ST  STE 300
JACKSON  MS 39216-4013

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6 430~~
~~JACKSON  MS 39201 5022~~

VALLEY PARK PLANTATION
PO BOX 1101
VICKSBURG  MS 39181-1101

WANSLEY PARTNERSHIP
DAVID WANSLEY
120 BROOKWOOD DR
VICKSBURG  MS 39183-8101

WARREN FARMS JOINT VEN
108 LEXINGTON DR
MADISON  MS 39110-6952

WAYE WINDHAM FARMS
3363 WILLETTE RD
ROLLING FORK  MS 39159-5073

WBS  INC
106 CHANDLERS COVE
VICKSBURG  MS 39183-7987

WHITTEN  WHITTEN INC
BRAD WHITTEN AND BILLY WHITTEN
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN III  JAMES W
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN JR  JAMES W
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN  BRADLEY
PO BOX 253
VALLEY PARK  MS 39177-0253

WHITTEN  MARY E
PO BOX 253
VALLEY PARK  MS 39177-0253

WILKES AND COMPANY
DAN WILKES
5305 FLOWEREE RD
REDWOOD  MS 39156

WILLIS JR  JESSE
126 WOODSTONE DR
VICKSBURG  MS 39183-8768

WILLIS SR  JESSE
LUKE WILLIS
276 WILLIS RD
ROLLING FORK  MS 39159-4976

WOODRUFF INC  W C
586 GRACE RD
GLEN ALLEN  MS 38744-9726

WOODRUFF  RODNEY
PATRICIA SMITH WOODR
109 CLARKDELL RD
GLUCKSTAT  MS 39110-7511

DAVID R LYNCH
THE LYNCH LAW FIRM  PLLC
P O BOX 12229
JACKSON  MS 39236-2229

EXCLUDE

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

(U)TIM BARNETTE

(U)TOM LEE  DBA HINTSON