United States Bankruptcy Court
Southern District of Mississippi

In re:

Valley Park Elevator Inc

Debtor

Case No. 25-00228-JAW

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Wilson | |
| | on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | |
| | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| David R Lynch | |
| | on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com  lindsey@thelynchlawfirm.com |
| Eileen N. Shaffer | |
| | on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |
| | on behalf of Creditor David Wansley eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |
| | on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |
| | on behalf of Creditor Circle Z eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |

District/off: 0538-3                User: mssbad               Page 2 of 2

Date Rcvd: Apr 07, 2026            Form ID: pdf012            Total Noticed: 1

on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber

on behalf of Creditor United Bank jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson

on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23

---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Valley Park Elevator Inc**               **Case No. 25-00228-JAW**
          **, Debtor**                                   **CHAPTER 11**

### ORDER GRANTING AMENDED FINAL APPLICATIONOF THOMAS C. ROLLINS, JR. AND THE ROLLINS LAW FIRM PLLC FOR ALLOWANCE OF COMPENSATION, REIMBURSEMENT OF EXPENSES AND AUTHORITY TO APPY RETAINER
(Dkt. #104)

    THIS MATTER came before the Court on the Final Application of Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC for Allowance of Compensation and Reimbursement of Expenses and Authority to Apply Retainer (the "Application"):

    The Court, having reviewed the Application, the supporting documentation, the record in this case, and being otherwise fully advised in the premises, finds as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2. The Applicant was properly employed as counsel for the Debtor pursuant to prior Order of this Court.

3. The services rendered and expenses incurred by Applicant were actual, necessary, and reasonable, and provided a benefit to the Debtor and the estate.

4. Applicant incurred fees and expenses in excess of the amount requested, but voluntarily reduced and limited its request to $15,000.00, inclusive of all attorneys' fees and expenses.

5. Applicant previously received an advance payment retainer in the amount of $15,000.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Application is granted. Final compensation and reimbursement of expenses are allowed in favor of Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC in the total amount of $15,000.00, inclusive of all attorneys' fees and expenses incurred in this case. Applicant is authorized to apply the $15,000.00 retainer previously received to the allowed compensation and expenses approved herein. Upon application of the retainer, no further amounts shall be due or owing to Applicant from the Debtor or the estate. This Order constitutes final approval of Applicant's compensation and expenses in this case.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533