United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 25-00228-JAW

Valley Park Elevator Inc                                                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID**     **Recipient Name and Address**
dbpos     Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Andrew R. Wilson
     on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company awilson@blswlaw.com, blsw@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
     on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

David R Lynch
     on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com  lindsey@thelynchlawfirm.com

Eileen N. Shaffer
     on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor David Wansley eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com

Eileen N. Shaffer
     on behalf of Creditor Circle Z eshaffer@eshaffer-law.com

Eileen N. Shaffer

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber

on behalf of Creditor United Bank jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson

on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23

_____

**SO ORDERED,**



Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 7, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  VALLEY PARK ELEVATOR, INC.,                CASE NO. 25-00228-JAW
        Debtor                                              CHAPTER 11

**ORDER GRANTING AMENDED FIRST AND FINAL APPLICATION OF DAVID R.**
**LYNCH AND THE LYNCH LAW FIRM, PLLC FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES AND**
**AUTHORITY TO APPLY RETAINER**  (Dkt. #103)

THIS MATTER came before the Court on the Amended First and Final Application of David R. Lynch and The Lynch Law Firm, PLLC for Allowance of Compensation and Reimbursement of Expenses and Authority to Apply Retainer (the "Application"):

The Court, having reviewed the Application, the supporting documentation, the record in this case, and being otherwise fully advised in the premises, finds as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2. The Applicant was properly employed as counsel for the Debtor pursuant to prior Order of this Court.

3. The services rendered and expenses incurred by Applicant were actual, necessary, and reasonable, and provided a benefit to the Debtor and the estate.

4.      Applicant has requested allowance of compensation in the amount of $38,681.25 in fees and $238.87 in expenses, less any retainer balance remaining.

5.      Applicant previously received an advance payment retainer in the amount of $15,000.00 that shall be applied against the compensation owed to the Applicant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Application is granted. Final compensation and reimbursement of expenses are allowed in favor of David R. Lynch and The Lynch Law Firm, PLLC in the total amount of $38,920.12 ($38,681.25 in fees and $238.87 in expenses), less any retainer balance remaining. Applicant is authorized to apply the $15,000.00 retainer previously received to the allowed compensation and expenses approved herein, with any remaining balance to be paid according to the terms of the confirmed plan. This Order constitutes final approval of Applicant's compensation and expenses in this case.

##END OF ORDER##

SUBMITTED BY:
/s/ David R. Lynch
David R. Lynch (MSB No. 102595)
THE LYNCH LAW FIRM, PLLC
Post Office Box 12229
Jackson, Mississippi 39236
(601) 321-1977
david@thelynchlawfirm.com