_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Valley Park Elevator Inc, Debtor**                     Case No. 25-00228-JAW
                                                                                              **CHAPTER 11**
                                                                                              **Dkt. #111**

### FINAL DECREE

This matter came before the Court on the Motion for Final Decree and to Close Case filed

by the Debtor. The Court, having considered the Motion and finding that the estate has been fully

administered within the meaning of 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022, finds that the

Motion is well taken.

IT IS THEREFORE ORDERED that:

1.  The Motion is GRANTED.

2.  The Chapter 11 case is hereby closed; and

3.  The Court retains jurisdiction to enforce and interpret its prior orders.


#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR