United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-00228-JAW

Valley Park Elevator Inc                                        Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                          Page 1 of 2
Date Rcvd: May 06, 2026                 Form ID: pdf012                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID**              **Recipient Name and Address**
dbpos                     Valley Park Elevator Inc, PO Box 188, Valley Park, MS 39177-0188

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Andrew R. Wilson
                                on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company awilson@blswlaw.com,
                                blsw@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
                                on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com
                                kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

David R Lynch
                                on behalf of Debtor In Possession Valley Park Elevator Inc david@thelynchlawfirm.com  lindsey@thelynchlawfirm.com

Eileen N. Shaffer
                                on behalf of Creditor D & C Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer
                                on behalf of Creditor David Wansley eshaffer@eshaffer-law.com

Eileen N. Shaffer
                                on behalf of Creditor Clark & Clark eshaffer@eshaffer-law.com

Eileen N. Shaffer
                                on behalf of Creditor Circle Z eshaffer@eshaffer-law.com

Eileen N. Shaffer

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Ewing Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Aden Wansley Farms  LLC eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor ARO  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor E. R. McKnight  IV eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Whitten & Whitten  Inc. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Belle Meade Plantation eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tim Barnette eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Wansley Partnership eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Kelso Farms eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Tom Lee  d/b/a Hintson eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor Floweree Planting Co. eshaffer@eshaffer-law.com

Eileen N. Shaffer

on behalf of Creditor B & B Farms eshaffer@eshaffer-law.com

Jeffrey Ryan Barber

on behalf of Creditor United Bank jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Marcus M. Wilson

on behalf of Creditor Blue Cross Blue Shield of Mississippi  A Mutual Insurance Company mwilson@blswlaw.com,
mwilson@ecf.courtdrive.com,office@blswlaw.com

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Valley Park Elevator Inc trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 23



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Valley Park Elevator Inc, Debtor**             **Case No. 25-00228-JAW**
                                                                                        **CHAPTER 11**
                                                                                        **Dkt. #111**

## FINAL DECREE

This matter came before the Court on the Motion for Final Decree and to Close Case filed by the Debtor. The Court, having considered the Motion and finding that the estate has been fully administered within the meaning of 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that:

1.  The Motion is GRANTED.

2.  The Chapter 11 case is hereby closed; and

3.  The Court retains jurisdiction to enforce and interpret its prior orders.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR