# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Mississippi

In Re. Valley Park Elevator, Inc.                     §     Case No.   25-00228
                                                      §
_____                               §
            Debtor(s)                                 §
                                                            ☐ Jointly Administered

# Monthly Operating Report                                                Chapter 11

Reporting Period Ended: 03/31/2026                     Petition Date: 01/29/2025

Months Pending: 14                                     Industry Classification: | 4 | 2 | 4 | 5 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):                6

Debtor's Full-Time Employees (as of date of order for relief):     8

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☒     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

"/S/"   Thomas C. Rollins, Jr.                          The Rollins Law Firm
Signature of Responsible Party                          Printed Name of Responsible Party

04/20/2026
Date

                                                        Jackson, MS
                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $887,887 | |
| b. Total receipts (net of transfers between accounts) | $41,730 | $0 |
| c. Total disbursements (net of transfers between accounts) | $47,568 | $0 |
| d. Cash balance end of month (a+b-c) | $882,049 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $47,568 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $3,331 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $32,318 |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $1,540,714 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $1,869,611 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $8,063,990 |
| n. Total liabilities (debt) (j+k+l+m) | $9,933,601 |
| o. Ending equity/net worth (e-n) | $-8,392,887 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $3,775 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $3,775 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $44,384 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $20,000 | |
| h. Interest | $1,370 | |
| i. Taxes (local, state, and federal) | $1,813 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-63,792 | $-440,152 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                                      Case No.  25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                      7

Debtor's Name Valley Park Elevator, Inc.                         Case No. 25-00228

|  | xcix |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | c |  |  |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) |  | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○  No ⦿

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders? — Yes ⦿  No ○

d. Are you current on postpetition tax return filings? — Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments? — Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ⦿  No ○  N/A ○

i. Do you have:   Worker's compensation insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

    General liability insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ⦿  No ○

k. Has a disclosure statement been filed with the court? — Yes ⦿  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ⦿  No ○

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name Valley Park Elevator, Inc.                                    Case No. 25-00228

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11       Yes ○   No ●
     U.S.C § 101(14A)?

m.   If yes, have you made all Domestic Support Obligation payments?               Yes ○   No ○   N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

"/S/"   _David Wansley_                              David Wansley
Signature of Responsible Party                      Printed Name of Responsible Party

Manager                                             04/20/2026
Title                                               Date

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                        10

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)

11

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228



PageThree



PageFour

UST Form 11-MOR (12/01/2021)                    12

TIME: 10:53 am

Income Statement - Current & Prior

3/31/26

CUR 03/01/26-03/31/26, YTD 03/31/26     PRIOR 02/01/26-02/28/26, YTD 02/28/26

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| PRODUCT SALES | | | | | | | | |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| OTHER OPERATING REVENUE | | | | | | | | |
| STORAGE INCOME | 3,774.92 | 100.00 | 174,959.98 | 100.00 | 558,307.42 | 100.00 | 554,532.50 | 100.00 |
| TOTAL OTHER OPERATING REVENUE | 3,774.92 | 100.00 | 174,959.98 | 100.00 | 558,307.42 | 100.00 | 554,532.50 | 100.00 |
| TOTAL REVENUE | 3,774.92 | 100.00 | 174,959.98 | 100.00 | 558,307.42 | 100.00 | 554,532.50 | 100.00 |
| **COST OF SALES** | | | | | | | | |
| CORN COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 1.88 | 10,498.35 | 1.89 |
| TOTAL COST OF SALES | .00 | .00 | .00 | .00 | 10,498.35 | 1.88 | 10,498.35 | 1.89 |
| TOTAL GROSS PROFIT | 3,774.92 | 100.00 | 174,959.98 | 100.00 | 547,809.07 | 98.12 | 544,034.15 | 98.11 |
| **EXPENSES** | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 72.10 | 1.91 | 457.05 | .26 | 3,224.40 | .58 | 3,152.30 | .57 |
| SAFETY SUPPLIES EXPENSE | .00 | .00 | .00 | .00 | 2,603.11 | .47 | 2,603.11 | .47 |
| TRUCK EXPENSE | 2,300.00 | 60.93 | 1,550.00 | .89 | 20,700.00 | 3.71 | 18,400.00 | 3.32 |
| BANK CHARGES & FEES | .00 | .00 | .00 | .00 | 101.00 | .02 | 101.00 | .02 |
| REPAIRS & MAINTENANCE EXPENSE | 2,884.92 | 76.42 | 2,993.53 | 1.71 | 197,895.18 | 35.45 | 195,010.26 | 35.17 |
| PARTS & SUPPLIES EPENSE | 32.07 | .85 | 183.21 | .10 | 1,320.90 | .24 | 1,288.83 | .23 |
| UTILITIES (GARBAGE/WATER) EXP. | 1,903.54 | 50.43 | 2,418.63 | 1.38 | 38,012.07 | 6.81 | 36,108.53 | 6.51 |
| COMPUTER/SOFTWARE EXPENSE | 1,027.59 | 27.22 | 2,951.17 | 1.69 | 16,752.54 | 3.00 | 15,724.95 | 2.84 |
| TELEPHONE & INTERNET EXPENSE | 341.84 | 9.06 | 454.18 | .26 | 3,757.33 | .67 | 3,415.49 | .62 |
| TAXES & LICENSE EXPENSE | .00 | .00 | .00 | .00 | 38,070.48 | 6.82 | 38,070.48 | 6.87 |
| BUSINESS INSURANCE EXPENSE | 10,600.20 | 280.81 | 10,600.20 | 6.06 | 98,365.87 | 17.62 | 87,765.67 | 15.83 |
| RENT EXPENSE | 374.50 | 9.92 | 568.64 | .33 | 28,133.65 | 5.04 | 27,759.15 | 5.01 |
| PROFESSIONAL SERVICES EXPENSE | .00 | .00 | .00 | .00 | 15,343.60 | 2.75 | 15,343.60 | 2.77 |
| PROFESSIONAL SERVICES PAYCOR | 253.00 | 6.70 | 89.00 | .05 | 1,345.50 | .24 | 1,092.50 | .20 |
| FEES, DUES, SUBSCRIPTION EXP. | 27.59 | .73 | 2,313.66- | 1.32- | 20,464.34 | 3.67 | 20,436.75 | 3.69 |
| CONTRACT LABOR EXPENSE | 800.00 | 21.19 | .00 | .00 | 4,935.00 | .88 | 4,135.00 | .75 |
| DEPRECIATION EXPENSE | 20,000.00 | 529.81 | 20,000.00 | 11.43 | 180,000.00 | 32.24 | 160,000.00 | 28.85 |
| BAD DEBT EXPENSE | .00 | .00 | .00 | .00 | 18,371.40 | 3.29 | 18,371.40 | 3.31 |
| FUEL & OIL EXPENSE | 318.19 | 8.43 | 78.95 | .05 | 2,282.89 | .41 | 1,964.70 | .35 |
| WAGES & SALARY EXPENSE | 21,274.34 | 563.57 | 19,384.34 | 11.08 | 218,795.22 | 39.19 | 197,520.88 | 35.62 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,194.24 | 58.13 | 2,293.83 | 1.31 | 21,205.83 | 3.80 | 19,011.59 | 3.43 |
| RETIREMENT EXPENSE | 20.10- | .53- | .00 | .00 | 87.10 | .02 | 107.20 | .02 |
| PAYROLL TAX EXPENSE | 1,813.39 | 48.04 | 1,707.74 | .98 | 17,387.66 | 3.11 | 15,574.27 | 2.81 |
| TOTAL EXPENSES | 66,197.41 | 1753.61 | 63,416.81 | 36.25 | 949,155.07 | 170.01 | 882,957.66 | 159.23 |
| TOTAL NET OPERATING PROFIT | 62,422.49- | 1653.61- | 111,543.17 | 63.75 | 401,346.00- | 71.89- | 338,923.51- | 61.12- |

OTHER INCOME

TIME: 10:53 am                          Income Statement - Current & Prior

CUR 03/01/26-03/31/26, YTD 03/31/26        PRIOR 02/01/26-02/28/26, YTD 02/28/26

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| INTEREST INCOME | .00 | .00 | .00 | .00 | 1,357.64 | .24 | 1,357.64 | .24 |
| REBATES & REFUND INCOME | .00 | .00 | .00 | .00 | 1,515.41 | .27 | 1,515.41 | .27 |
| TOTAL OTHER INCOME | .00 | .00 | .00 | .00 | 2,873.05 | .51 | 2,873.05 | .52 |
| OTHER EXPENSE | | | | | | | | |
| INTEREST EXPENSE | 1,370.38 | 36.30 | 1,370.38 | .78 | 41,679.72 | 7.47 | 40,309.34 | 7.27 |
| TOTAL OTHER EXPENSE | 1,370.38 | 36.30 | 1,370.38 | .78 | 41,679.72 | 7.47 | 40,309.34 | 7.27 |
| TOTAL NET PROFIT (LOSS) | 63,792.87- | 1689.91- | 110,172.79 | 62.97 | 440,152.67- | 78.84- | 376,359.80- | 67.87- |

LDG-FINANCIAL-SR---00400

TIME: 10:53 am

Balance Sheet - Current & Prior

3/31/26

CUR YTD 03/31/26        PRIOR YTD 02/28/26

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| REGIONS BANK CD AND DEPT OF AG | 340,000.00 | 340,000.00 |
| CASH | 201.20 | 201.20 |
| REGIONS - TAX & PAYROLL | 281.38 | 534.38 |
| REGIONS - OPERATING | 541,407.49 | 546,992.86 |
| TOTAL CASH | 881,890.07 | 887,728.44 |
| ACCOUNTS RECEIVABLE | | |
| ACCOUNTS RECEIVABLE - TRADE | 3,332.04 | 42,429.16 |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 2,500.00 | 2,500.00 |
| ACCRUE A/R COMMISSIONS | 29,817.57 | 29,817.57 |
| TOTAL RECEIVABLES | 35,649.61 | 74,746.73 |
| INVENTORY | | |
| TOTAL INVENTORY | .00 | .00 |
| OTHER CURRENT ASSETS | | |
| TOTAL OTHER CURRENT ASSETS | .00 | .00 |
| TOTAL CURRENT ASSETS | 917,539.68 | 962,475.17 |
| FIXED ASSETS | | |
| LAND | 26,250.00 | 26,250.00 |
| PLANT & EQUIPMENT | 7,429,858.78 | 7,429,858.78 |
| HOUSES | 47,865.00 | 47,865.00 |
| TOTAL FIXED ASSETS | 7,503,973.78 | 7,503,973.78 |
| ALLOWANCE FOR DEPRECIATION | 6,131,236.29- | 6,111,236.29- |
| NET FIXED ASSETS | 2,290,277.17 | 2,355,212.66 |
| OTHER LONG TERM ASSETS | | |
| INVESTMENTS | 760,671.33 | 760,671.33 |
| TOTAL INVESTMENTS | 760,671.33 | 760,671.33 |
| CASH SUR. VALUE LIFE INSURANCE | 91,635.04 | 91,635.04 |
| TOTAL OTHER LONG TERM ASSETS | 91,635.04 | 91,635.04 |
| CLEARING ACCOUNTS | | |
| TOTAL CLEARING ACCOUNTS | .00 | .00 |
| TOTAL ASSETS | 3,142,583.54 | 3,207,519.03 |

5838

TIME: 10:53 am                           Balance Sheet - Current & Prior

CUR YTD 03/31/26        PRIOR YTD 02/28/26

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| | =============== | =============== |

TIME: 10:53 am                          Balance Sheet - Current & Prior

CUR YTD 03/31/26        PRIOR YTD 02/28/26

|                                        | CURR YTD<br>AMOUNT | PRIOR YTD<br>AMOUNT |
|----------------------------------------|-------------------:|--------------------:|
| ACCOUNT DESCRIPTION                    |                    |                     |
| LIABILITIES & EQUITY                   |                    |                     |
| LIABILITIES                            |                    |                     |
| CURRENT LIABILITIES                    |                    |                     |
| ACH PAYROLL                            |             290.63-|              290.63-|
| ACCOUNTS PAYABLE - TRADE               |             379.98-|              379.98-|
| FEDERAL PAYROLL TAX PAYABLE            |           1,025.51 |            1,025.51 |
| STATE PAYROLL TAX PAYABLE              |             414.59-|              414.59-|
| FED UNEMPLOYMENT TAX PAYABLE           |              47.63-|               47.63-|
| DISABILITY INSURANCE PAYABLE           |           3,350.00 |            3,350.00 |
| GARNISHMENT PAYABLE                    |             505.70 |              505.70 |
| CHILD SUPPORT PAYABLE                  |              57.50-|               57.50-|
| HCC-3 ACCI,I;ATED A,PRTOZATOPM         |                .58 |                 .58 |
| TOTAL CURRENT LIABILITIES              |           3,691.46 |            3,691.46 |
| LONG TERM LIABILITIES                  |                    |                     |
| N/P SBA COVID19 EIDL                   |         445,653.20 |          446,795.82 |
| TOTAL LONG TERM LIABILITIES            |         445,653.20 |          446,795.82 |
| EQUITY                                 |                    |                     |
| COMMON STOCK                           |           4,999.99 |            4,999.99 |
| PATRON'S EQUITY - QUALIFIED            |                .33-|                 .33-|
| PATRON'S EQUITY- NON QUALIFIED         |         151,792.02 |          151,792.02 |
| CURRENT PERIOD - PROFIT/LOSS           |         440,152.67-|          376,359.80-|
| RETAINED EARININGS                     |       2,976,599.87 |        2,976,599.87 |
| TOTAL EQUITY                           |       2,693,238.88 |        2,757,031.75 |
| TOTAL LIABILITIES & EQUITY             |       3,142,583.54 |        3,207,519.03 |

LDG-FINANCIAL-SR---00200

```
TIME: 10:50 am                                    Bank Register

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX
```

3/31/26

```
BA LOC DEPOSI REFERE TRX                               WITHDRAWAL     DEPOSIT     RUNNING
CO COD NUMBER NUMBER DATE      NAME/DESCRIPTION           AMOUNT       AMOUNT      BALANCE  MEMO
-------------------------------------------------------------------------------------------------
=====RIVER=HILLS=BANK=-=CHECKING=ACCOUNT========================================================
01         0                                                                          .00

=====RIVER=HILLS=BANK=(MONEY=MARKET)============================================================
02         0                                                                          .00

=====BANK=OF=ANGUILLIA-CHECKING=================================================================
03         0                                                                          .00

=====ACH=PAYROLL===============================================================================
05         0                                                                          .00

=====UNITED=BANK===============================================================================
06         0                                                                          .00

=====UNITED=BANK=-SAVING=======================================================================
10         0                                                                          .00

=====REGIONS=-=TAX=&=PAYROLL===================================================================
12         0                                                                       281.38

25 001      ZA2469 03/31/26 M Regions DC Super Jr.         30.97               541,566.49      X
=====REGIONS=-=OPERATING=======================================================================
25         1                                               30.97               541,566.49

=====REGIONS--UNITED=BANK======================================================================
35         0                                                                          .00

=====CASH=ON=HAND==============================================================================
CH         0                                                                          .00

=====FCSTONE===================================================================================
FC         0                                                                          .00

=====PETTY=CASH================================================================================
PC         0                                                                       201.20

=====REGIONS=BANK=CD=AND=DEPT=OF=AG============================================================
RB         0                                                                    340,000.00

*****GRAND*TOTALS*****************************************************************************
           1                                               30.97               882,049.07


BNK-BANK ACCOUNT-SR---00100    TRX DATE  03/31/26-03/31/26
```

TIME: 10:46 am

A/R Aging Analysis - By Name Id

*3/31/26*

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 03/31/26

| NAME ID NUMBER | LOC NAME ID COD DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30--59 DAYS OLD | 60--89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|
| LEE TO | 001 TOM LEE / DBA HINTSON FAR | .00 | .00 | .00 | 3,331.03 | .00 | .00 | 3,331.03 |

*****GRAND*TOTALS*****************************************************************************************************************

| 1 | | .00 | .00 | .00 | 3,331.03 | .00 | .00 | 3,331.03 |

ACR-A/R BALANCE-SR---00100

TIME: 10:48 am                          A/P Aging Analysis - By Name Id                    3/31/26

CASH AMOUNT DUE CALCULATED FOR PAYMENT ON/BEFORE 03/31/26
GENERAL LEDGER RECONCILIATION CALCULATED AS OF 03/31/26

| NAME ID NUMBER | LOC COD | NAME ID DESCRIPTION | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 30-59 DAYS OLD | 60-89 DAYS OLD | 90+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| MIS ST | 001 | MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 | MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 | PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |

*****GRAND*TOTALS*****************************************************************************************************

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | 755.26- | .00 | 375.28 | .00 | .00 | .00 | 379.98- |

ACP-A/P BALANCE-SR---00100

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

ACCOUNT #  ⬛⬛⬛⬛9047

|  |  |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Payroll & Tax*

## LIFEGREEN BUSINESS CHECKING
February 28, 2026 through March 31, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $534.38 | Minimum Balance | $281 |
| Deposits & Credits | $21,336.80 + | Average Balance | $1,383 |
| Withdrawals | $21,589.80 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $281.38 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/02 | EB From Checking # ⬛⬛9039 Ref# 000000 0000080 | 1,939.51 |
| 03/09 | EB From Checking # ⬛⬛9039 Ref# 000000 0000081 | 1,939.51 |
| 03/11 | EB From Checking # ⬛⬛9039 Ref# 000000 0000082 | 5,830.59 |
| 03/16 | EB From Checking # ⬛⬛9039 Ref# 000000 0000083 | 1,939.51 |
| 03/23 | EB From Checking # ⬛⬛9039 Ref# 000000 0000084 | 1,933.65 |
| 03/27 | EB From Checking # ⬛⬛9039 Ref# 000000 0000085 | 5,824.55 |
| 03/30 | EB From Checking # ⬛⬛9039 Ref# 000000 0000086 | 1,929.48 |
| | Total Deposits & Credits | $21,336.80 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/03 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛6542 | 400.97 |
| 03/03 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛95534 | 1,538.54 |
| 03/09 | Paycor Inc. | Paycorfees Valley Park El ⬛⬛46218 | 253.00 |
| 03/10 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛7549 | 400.97 |
| 03/10 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛20471 | 1,538.54 |
| 03/12 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛990 | 1,158.83 |
| 03/12 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛310 | 4,671.76 |
| 03/17 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛5572 | 400.97 |
| 03/17 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛6660 | 1,538.54 |
| 03/24 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛9862 | 395.11 |
| 03/24 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛40401 | 1,538.54 |
| 03/30 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛9580 | 1,152.79 |
| 03/30 | Paycor Inc. | DD - Fund Valley Park El ⬛⬛7658 | 4,671.76 |
| 03/31 | Paycor Inc. | Tax Fund Valley Park El ⬛⬛8677 | 390.94 |

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING LENDER



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**     9047

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | | | | Amount |
|---|---|---|---|---|
| 03/31 | Paycor Inc. | DD - Fund Valley Park El | 4340 | 1,538.54 |
| | | | Total Withdrawals | $21,589.80 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/02 | 2,473.89 | 03/12 | 281.38 | 03/24 | 281.38 |
| 03/03 | 534.38 | 03/16 | 2,220.89 | 03/27 | 6,105.93 |
| 03/09 | 2,220.89 | 03/17 | 281.38 | 03/30 | 2,210.86 |
| 03/10 | 281.38 | 03/23 | 2,215.03 | 03/31 | 281.38 |
| 03/11 | 6,111.97 | | | | |

PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.

TIME:  9:31 am                          Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA | LOC | DEPOSI | REFERE | TRX | NAME/DESCRIPTION | WITHDRAWAL AMOUNT | DEPOSIT AMOUNT | RECONCILE BALANCE | MEMO |
|----|-----|--------|--------|-----|------------------|-------------------|----------------|-------------------|------|
| CO | COD | NUMBER | NUMBER | DATE | | | | | |
| 25 | 001 | | 400325 | 03/09/26 | A DAVID WANSLEY | 27.59 | | | |
| 25 | 001 | | 400334 | 03/26/26 | A AFLAC | 252.85 | | | |
| 25 | 001 | | 400335 | 03/27/26 | A OUR IT DEPARTMENT | 967.59 | | | |
| 25 | 001 | | 400336 | 03/27/26 | A TECINFO INC | 60.00 | | | |
| 25 | 001 | | ZA2459 | 03/23/26 | M D.C. OFFICEMAX | 68.46 | | | |

=====REGIONS==OPERATING===================================================================================

| 25 | | | | | 5 | 1,376.49 | | 542,942.98 | |

*****GRAND*TOTALS***********************************************************************************************

| | | | | | 5 | 1,376.49 | | 542,942.98 | |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  25-25    TRX DATE        -03/31/26    STATUS CODE  A-A

( 1376.49 )
————————
541,566.49

# REGIONS

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**  ⬛⬛⬛⬛9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

*Operating Acct*

## LIFEGREEN BUSINESS CHECKING
February 28, 2026 through March 31, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $549,639.95 | Minimum Balance | $541,612 |
| Deposits & Credits | $43,473.82 + | Average Balance | $557,291 |
| Withdrawals | $41,002.70 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $9,168.09 − | | |
| Ending Balance | $542,942.98 | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 03/04 | Deposit - Thank You | | 39,097.12 |
| 03/10 | Deposit - Thank You | | 392.65 |
| 03/11 | Deposit - Thank You | | 3,774.92 |
| 03/20 | Card Credit Amazon.Com | 5942 Amzn.Com/Bill WA 98109   5262 | 109.13 |
| 03/27 | Deposit - Thank You | | 100.00 |
| | | Total Deposits & Credits | $43,473.82 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/02 | Card Purchase Amazon Mktpl*b9  5942 Amzn.Com/Bill WA 98109   5262 | 87.74 |
| 03/02 | Blue Cross of MS Insur Prem Valley Park El 0035389 | 3,036.42 |
| 03/02 | EB to Checking # ⬛⬛9047 Ref# 000000 0000080 | 1,939.51 |
| 03/02 | PIN Purchase The Home Depot  5200 Vicksburg   MS     5262 | 209.82 |
| 03/02 | PIN Purchase Circle K # 034  5542 Vicksburg   MS     5262 | 46.95 |
| 03/04 | Yazoo Valley Epa ACH Collec Valley Park El | 1,435.27 |
| 03/06 | Card Purchase Amazon Mktpl*be  5942 Amzn.Com/Bill WA 98109   5262 | 159.07 |
| 03/09 | Card Purchase Amazon Mktpl*bp  5942 Amzn.Com/Bill WA 98109   5262 | 105.44 |
| 03/09 | Card Purchase Amazon.Com*bp4m  5942 Amzn.Com/Bill WA 98109   5262 | 109.13 |
| 03/09 | Card Purchase Amazon Mktpl*be  5942 Amzn.Com/Bill WA 98109   5262 | 72.71 |
| 03/09 | Sba Eidl Loan   Payment David Wansley  0000 | 2,513.00 |
| 03/09 | EB to Checking # ⬛⬛9047 Ref# 000000 0000081 | 1,939.51 |
| 03/09 | PIN Purchase Circle K # 034  5542 Yazoo City  MS     5262 | 67.70 |
| 03/11 | EB to Checking # ⬛⬛9047 Ref# 000000 0000082 | 5,830.59 |
| 03/11 | Valley Park    Water Bill Valley Park El | 29.00 |
| 03/11 | Valley Park    Water Bill Valley Park El | 200.00 |
| 03/12 | Nationwide    Edi Pymnts Valley Park El Agnc ⬛⬛3612 | 10,600.20 |
| 03/12 | PIN Purchase USPS PO 278710  9402 Vicksburg  MS     5262 | 16.60 |

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING LENDER

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** 9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/16 | Yazoo Valley Epa ACH Collec Valley Park El | 239.27 |
| 03/16 | EB to Checking # 9047 Ref# 000000 0000083 | 1,939.51 |
| 03/17 | PIN Purchase Haden Hardware  5039 Vicksburg    MS        5262 | 7.90 |
| 03/18 | Card Purchase Blossman Gas 06  5983 Vicksburg    MS 39180   5262 | 57.78 |
| 03/18 | PIN Purchase Super Junior O  5542 Vicksburg    MS        5262 | 92.35 |
| 03/18 | PIN Purchase The Home Depot  5200 Vicksburg    MS        5262 | 313.42 |
| 03/18 | PIN Purchase Super Junior #  5542 Vicksburg    MS        5262 | 22.44 |
| 03/23 | EB to Checking # 9047 Ref# 000000 0000084 | 1,933.65 |
| 03/25 | Card Purchase Amazon Mktpl*bg  5942 Amzn.Com/Bill WA 98109    5262 | 35.30 |
| 03/26 | Card Purchase Samsclub.Com     5300 888-746-7726 AR 72712    5262 | 135.97 |
| 03/26 | Card Purchase Amazon Mktpl*bg  5942 Amzn.Com/Bill WA 98109    5262 | 41.45 |
| 03/26 | PIN Purchase Super Junior O  5542 Vicksburg    MS        5262 | 30.97 |
| 03/27 | EB to Checking # 9047 Ref# 000000 0000085 | 5,824.55 |
| 03/30 | EB to Checking # 9047 Ref# 000000 0000086 | 1,929.48 |

**Total Withdrawals** $41,002.70

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 03/27 | | 100.00 *VPLOR* | | 03/10 | 400324 | 214.00 |
| 03/06 | 400315 | 62.42 | | 03/16 | 400326 * | 32.07 |
| 03/09 | 400316 | 252.85 | | 03/20 | 400327 | 231.47 |
| 03/02 | 400317 | 1,846.93 | | 03/16 | 400328 | 64.18 |
| 03/02 | 400318 | 60.00 | | 03/20 | 400329 | 1,751.61 |
| 03/04 | 400319 | 750.00 | | 03/25 | 400330 | 331.89 |
| 03/09 | 400320 | 750.00 | | 03/24 | 400331 | 374.50 |
| 03/02 | 400321 | 800.00 | | 03/20 | 400332 | 110.37 |
| 03/09 | 400322 | 400.00 | | 03/19 | 400333 | 400.00 |
| 03/11 | 400323 | 635.80 | | | | |
| | | | | | **Total Checks** | $9,168.09 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/02 | 541,612.58 | 03/12 | 558,733.98 | 03/23 | 551,647.09 |
| 03/04 | 578,524.43 | 03/16 | 556,458.95 | 03/24 | 551,272.59 |
| 03/06 | 578,302.94 | 03/17 | 556,451.05 | 03/25 | 550,905.40 |
| 03/09 | 572,092.60 | 03/18 | 555,965.06 | 03/26 | 550,697.01 |
| 03/10 | 572,271.25 | 03/19 | 555,565.06 | 03/27 | 544,872.46 |
| 03/11 | 569,350.78 | 03/20 | 553,580.74 | 03/30 | 542,942.98 |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**