# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Mississippi

In Re.  Valley Park Elevator, Inc.   §   Case No.  25-00228
 §
 §
_____   §
Debtor(s)   §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/06/2026     Petition Date: 01/29/2025

Months Pending: 15     Industry Classification:  | 4 | 2 | 4 | 5 |

Reporting Method:     Accrual Basis ◉     Cash Basis ○

Debtor's Full-Time Employees (current):     6

Debtor's Full-Time Employees (as of date of order for relief):     8

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

"/S/"  Thomas C. Rollins, Jr.     The Rollins Law Firm
_____     _____
Signature of Responsible Party     Printed Name of Responsible Party

06/11/2026
_____
Date

Jackson, MS
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)     1

Debtor's Name  Valley Park Elevator, Inc.                                   Case No.  25-00228

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $805,368 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $8,724 | $0 |
| d.  Cash balance end of month (a+b-c) | $796,644 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $8,724 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $1,540,714 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $1,869,611 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $8,063,990 |
| n.  Total liabilities (debt) (j+k+l+m) | $9,933,601 |
| o.  Ending equity/net worth (e-n) | $-8,392,887 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $8,657 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $390 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-107,916 | $-548,068 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name  Valley Park Elevator, Inc.                                            Case No.  25-00228

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Valley Park Elevator, Inc.                                  Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Valley Park Elevator, Inc.                    Case No.  25-00228

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  Valley Park Elevator, Inc.                                    Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  Valley Park Elevator, Inc.                                   Case No.  25-00228

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ⦿

c. Were any payments made to or on behalf of insiders?     Yes ⦿   No ○

d. Are you current on postpetition tax return filings?     Yes ⦿   No ○

e. Are you current on postpetition estimated tax payments?     Yes ⦿   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ⦿   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ⦿   No ○

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ⦿   No ○   N/A ○

i. Do you have:        Worker's compensation insurance?     Yes ⦿   No ○

   If yes, are your premiums current?     Yes ⦿   No ○   N/A ○   (if no, see Instructions)

   Casualty/property insurance?     Yes ⦿   No ○

   If yes, are your premiums current?     Yes ⦿   No ○   N/A ○   (if no, see Instructions)

   General liability insurance?     Yes ⦿   No ○

   If yes, are your premiums current?     Yes ⦿   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ⦿   No ○

k. Has a disclosure statement been filed with the court?     Yes ⦿   No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

"/S/"
_____
Signature of Responsible Party

Manager
_____
Title

David Wansley
_____
Printed Name of Responsible Party

06/11/2026
_____
Date

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name  Valley Park Elevator, Inc.

Case No.  25-00228

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name Valley Park Elevator, Inc.

Case No. 25-00228



PageThree



PageFour

```
DATE: 06/11/26                          VALLEY PARK ELEVATOR - LIVE                        PAGE:    1
TIME:  2:27 pm                              Bank Register
                                                                                       1 of 2
SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX


BA LOC DEPOSI REFERE TRX                                 WITHDRAWAL   DEPOSIT   RUNNING
CO COD NUMBER NUMBER DATE     NAME/DESCRIPTION              AMOUNT     AMOUNT    BALANCE  MEMO
-------------------------------------------------------------------------------------------------
=====RIVER=HILLS=BANK=-=CHECKING=ACCOUNT==========================================================
01          0                                                                       .00


=====RIVER=HILLS=BANK=(MONEY=MARKET)==============================================================
02          0                                                                       .00


=====BANK=OF=ANGUILLIA-CHECKING===================================================================
03          0                                                                       .00


=====ACH=PAYROLL==================================================================================
05          0                                                                       .00


=====UNITED=BANK==================================================================================
06          0                                                                       .00


=====UNITED=BANK=-SAVING==========================================================================
10          0                                                                       .00


12 001      ZA2509 05/04/26 T FOR ACCT BALANCE                          500.00     603.38  25-001    X
12 001      ZA2510 05/04/26 T PAYCOR WEEKLY 5.6.26                     1,928.77   2,532.15  25-001    X
12 001      ZA2511 05/04/26 M PAYCOR WEEKLY 5.6.26          1,538.54               993.61            X
12 001      ZA2512 05/04/26 M PAYCOR WEEKLY TAXES 5.6.26      390.23               603.38            X
12 001      ZA2513 05/04/26 M PAYCOR MONTHLY FEE'S            178.00               425.38            X
=====REGIONS=-==TAX=&=PAYROLL=====================================================================
12          5                                             2,106.77   2,428.77     425.38


25 001      400360 05/01/26 A MICHAEL FORD                   750.00             464,309.40           X
25 001      400361 05/01/26 A MICHELE K. TRAXLER             800.00             463,509.40           X
25 001      400362 05/01/26 A DAVID WANSLEY                  750.00             462,759.40           X
25 001      ZA2508 05/01/26 M DRAFT BCBS                   3,036.42             459,722.98           X
25 001      ZA2509 05/04/26 T FOR ACCT BALANCE              500.00             459,222.98  12-001    X
25 001      ZA2510 05/04/26 T PAYCOR WEEKLY 5.6.26         1,928.77             457,294.21  12-001    X
25 001      ZA2514 05/05/26 M D.C. BEECHWOOD RESTAURANT DINNER 1,281.63         456,012.58           X
=====REGIONS=-=OPERATING==========================================================================
25          7                                             9,046.82             456,012.58
```

Expense paid as of 5.6.26 discharge date

```
=====REGIONS-=UNITED=BANK=========================================================================
35          0                                                                       .00


=====CASH=ON=HAND=================================================================================
CH          0                                                                       .00


=====FCSTONE======================================================================================
FC          0                                                                       .00


=====PETTY=CASH===================================================================================
PC          0                                                                     206.20


=====REGIONS=BANK=CD=AND=DEPT=OF=AG===============================================================
RB          0                                                                 340,000.00
```

```
DATE: 06/11/26                           VALLEY PARK ELEVATOR - LIVE                            PAGE:     2
TIME:  2:27 pm                                Bank Register
                                                                                         2 of 2

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:    A=ACTIVE, X=RECONCILED, V=VOID TRX


BA LOC DEPOSI REFERE TRX                                         WITHDRAWAL    DEPOSIT    RUNNING
CO COD NUMBER NUMBER DATE     NAME/DESCRIPTION                       AMOUNT     AMOUNT    BALANCE  MEMO
-------------------------------------------------------------------------------------------------------------
*****GRAND*TOTALS************************************************************************************************
        12
                                                                 11,153.59    2,428.77  796,644.16

BNK-BANK ACCOUNT-SR---00100    TRX DATE   05/01/26-05/06/26
```

```
DATE: 06/04/26                          VALLEY PARK ELEVATOR - LIVE                              PAGE:      1
TIME:  8:52 am                              Bank Register          5/30/26

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:   A=ACTIVE, X=RECONCILED, V=VOID TRX


BA LOC DEPOSI REFERE TRX                                      WITHDRAWAL   DEPOSIT    RUNNING
CO COD NUMBER NUMBER DATE   NAME/DESCRIPTION                      AMOUNT     AMOUNT    BALANCE  MEMO
-----------------------------------------------------------------------------------------------------------
=====RIVER=HILLS=BANK=-=CHECKING=ACCOUNT===================================================================
01          0                                                                              .00

=====RIVER=HILLS=BANK=(MONEY=MARKET)=======================================================================
02          0                                                                              .00

=====BANK=OF=ANGUILLIA-CHECKING============================================================================
03          0                                                                              .00

=====ACH=PAYROLL===========================================================================================
05          0                                                                              .00

=====UNITED=BANK===========================================================================================
06          0                                                                              .00

=====UNITED=BANK=-SAVING===================================================================================
10          0                                                                              .00

=====REGIONS=-==TAX=&=PAYROLL==============================================================================
12          0                                                                           425.38

15 001      ZA2554 05/31/26 M PAYCOR WEEKLY TAXES 6.3.26           263.25              20,211.09      A
15 001      ZA2555 05/31/26 M PAYCOR WEEKLY NET 6.3.26           1,052.66              19,158.43      A
15 001      ZA2556 05/31/26 M PAYCOR WEEKLY TAX (PAT) 6.3.26       178.93              18,979.50      A
15 001      ZA2557 05/31/26 M PAYCOR WEEKLY NET (PAT)              616.92              18,362.58      A
=====REGIONS=BANK-=CHECKING================================================================================
15          4                                                   2,111.76              18,362.58

25 001      ZA2558 05/31/26 M BCBS MONTHLY                       3,036.42             388,953.17 V ZA2560   V
25 001      ZA2559 05/31/26 M D.C. OFFICEMAX                        68.46-            389,021.63 V ZA2459   V
25 001      ZA2560 05/31/26 M BCBS MONTHLY                       3,036.42-            392,058.05 V ZA2558   V
=====REGIONS=-=OPERATING===================================================================================
25          3                                                      68.46-            392,058.05

=====REGIONS-=UNITED=BANK==================================================================================
35          0                                                                              .00

=====CASH=ON=HAND==========================================================================================
CH          0                                                                              .00

=====FCSTONE===============================================================================================
FC          0                                                                              .00

=====PETTY=CASH============================================================================================
PC          0                                                                           206.20

=====REGIONS=BANK=CD=AND=DEPT=OF=AG========================================================================
RB          0                                                                       340,000.00

*****GRAND*TOTALS*********************************************************************************************
            7                                                   2,043.30             751,052.21
```

```
DATE: 06/04/26                          VALLEY PARK ELEVATOR - LIVE                          PAGE:      2
TIME:  8:52 am                              Bank Register

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:    A=ACTIVE, X=RECONCILED, V=VOID TRX

BA LOC DEPOSI REFERE TRX                                        WITHDRAWAL      DEPOSIT      RUNNING
CO COD NUMBER NUMBER DATE       NAME/DESCRIPTION                    AMOUNT       AMOUNT      BALANCE  MEMO
-----------------------------------------------------------------------------------------------------------
BNK-BANK ACCOUNT-SR---00100    TRX DATE   05/31/26-05/31/26
```

TIME:  8:50 am

A/P Aging Analysis - By Name Id

5/31/26

GENERAL LEDGER RECONCILIATION CALCULATED AS OF 05/31/26

| NAME ID<br>NUMBER | LOC NAME ID<br>COD DESCRIPTION | PREPAID<br>BALANCE | PAYMENTS<br>ON HOLD | CURRENT<br>BALANCE | 30-59<br>DAYS OLD | 60-89<br>DAYS OLD | 90+<br>DAYS OLD | ACCOUNT<br>BALANCE |
|---|---|---|---|---|---|---|---|---|
| MIS ST | 001 MISSISSIPPI STATE TAX COM | .00 | .00 | 375.28 | .00 | .00 | .00 | 375.28 |
| MOT IN | 001 MOTION INDUSTRIES INC. | 235.20- | .00 | .00 | .00 | .00 | .00 | 235.20- |
| PRE X | 001 PRESTO-X | 520.06- | .00 | .00 | .00 | .00 | .00 | 520.06- |
| *****GRAND*TOTALS************************************************************************************************** | | | | | | | | |
| 3 | | 755.26- | .00 | 375.28 | .00 | .00 | .00 | 379.98- |

ACP-A/P BALANCE-SR---00100

TIME: 11:18 am

A/R Payment Received Report

5/31/26

CASH SOURCE: C=CRDT MEMO I=INVC CASH P=PREPAY R=REC ON ACCT S=STLMNT T=TRN TO A/P U=TRN TO A/R O=PREPAY TRN Q=PAYMNT TRN W=BDGT BILL

| NAME ID NUMBER | PAYMENT DATE | RECEIP CHECK NUMBER NUMBER | PAYMENT AMOUNT | INVOICE APPLIED | APPLIED DATE | PAYMENT UNAPPLIED | PREPAYMENT REFERENCE | PREPAYMENT QUANTITY | PROTECTED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| ---------------- | ---------- | ------------------------- | -------------- | --------------- | ------------ | ----------------- | -------------------- | ------------------- | --------------- |

ACR-A/R PAYMENT-SR---00100    CASH SOURCE   R-R    REVERSE DATE        -01/01/80

CASH SOURCE: C=CRDT MEMO I=INVC CASH P=PREPAY R=REC ON ACCT S=STLMNT T=TRN TO A/P U=TRN TO A/R O=PREPAY TRN Q=PAYMNT TRN W=BDGT BILL

| NAME ID NUMBER | PAYMENT DATE | RECEIP CHECK NUMBER NUMBER | PAYMENT AMOUNT | INVOICE APPLIED | APPLIED DATE | PAYMENT UNAPPLIED | PREPAYMENT REFERENCE | PREPAYMENT QUANTITY | PROTECTED PRICE |
|---|---|---|---|---|---|---|---|---|---|

TIME: 11:20 am                         Unpaid Invoices Report By Customer

5/31/26

DISCOUNT & NET AMOUNT CALCULATED FOR PAYMENT ON/BEFORE 05/31/26

| NAME ID NUMBER | INV LOC | INVOIC NUMBER | INVOICE DATE | DUE DATE | INVOICE DESCRIPTION | INVOICE AMOUNT | AMOUNT APPLIED | AMOUNT DUE | DISCOUNT DATE | DISC AMOUNT | NET AMT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|

ACR-A/R INVOICE-SR---00100   INVOICE NUMBER      -ZZZZZZ   TRANSACTION STATUS  U-U

Bank Reconciliation Report

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA CO | LOC COD | DEPOSI NUMBER | REFERE NUMBER | TRX DATE | NAME/DESCRIPTION | WITHDRAWAL AMOUNT | DEPOSIT AMOUNT | RECONCILE BALANCE | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 001 | | 400380 | 05/21/26 | A MISSISSIPPI DEPT OF AGRICULTURE & COMMERCE | 100.00 | | | |
| 25 | 001 | | ZA2459 | 03/23/26 | M D.C. OFFICEMAX | | 68.46 *VPWA* | | |

=====REGIONS=-=OPERATING=====

| 25 | | | 2 | | | 168.46 | | 392,158.05 | |

*****GRAND*TOTALS*****

|  | | | 2 | | | 168.46 | | 392,158.05 | |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  25-25    TRX DATE      -05/31/26    STATUS CODE  A-A

*handwritten notes:*

ZA2459. Office Max VPWA
woo paid 60/41u D/10 - paypal not
VPE Credit Card.

< 168.46 >
$ 391,989.59
+ 68.46
392,058.05
< 391,899.05 >
$ 159.00

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

| ACCOUNT # | ████9039 |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 1, 2026 through May 29, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $467,592.71 | Minimum Balance | $392,158 |
| Deposits & Credits | $22,154.00 + | Average Balance | $440,221 |
| Withdrawals | $77,658.75 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $19,929.91 − | | |
| **Ending Balance** | **$392,158.05** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 05/19 | Deposit - Thank You | | 19,042.00 |
| 05/19 | Deposit - Thank You | | 3,112.00 |
| | | Total Deposits & Credits | $22,154.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/01 | Waste Management Payment Valley Park El | 324.08 |
| 05/01 | Blue Cross of MS Insur Prem Valley Park El 0035389 | 3,036.42 |
| 05/04 | Yazoo Valley Epa ACH Collec Valley Park El | 1,327.65 |
| 05/04 | EB to Checking # ████9047 Ref# 000000 0000093 | 1,928.77 |
| 05/04 | EB to Checking # ████9047 Ref# 000000 0000094 | 500.00 |
| 05/06 | Card Purchase Tst* Beechwood  5812 Vicksburg  MS 39183  5262 | 1,281.63 |
| 05/07 | Sba Eidl Loan  Payment David Wansley  0000 | 2,513.00 |
| 05/11 | Valley Park  Purchase Valley Park El | 47.00 |
| 05/11 | Valley Park  Pur___ Valley Park El | 47.00 |
| 05/12 | EB to Checking # ████9047 Ref# 000000 0000095 | 1,928.77 |
| 05/13 | Nationwide  Edi Pymnts Valley Park El Agnc0000045239 | 10,600.20 |
| 05/13 | EB to Checking # ████9047 Ref# 000000 0000096 | 5,901.90 |
| 05/15 | Yazoo Valley Epa ACH Collec Valley Park El | 210.72 |
| 05/18 | EB to Checking # ████9047 Ref# 000000 0000097 | 2,451.66 |
| 05/20 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 1,726.00 |
| 05/20 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 1,259.00 |
| 05/20 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 2,232.00 |
| 05/20 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 696.00 |
| 05/20 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 724.00 |
| 05/21 | Card Purchase Amazon Mktpl*ax  5942 Amzn.Com/Bill WA 98109  5262 | 826.48 |
| 05/21 | Card Purchase Fema Nfip Flood  9399 406-257-7358  MT 59901  5262 | 2,218.00 |

**Thank You For Banking With Regions!**

2026 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**  9039

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/21 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 638.00 |
| 05/21 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 1,451.00 |
| 05/21 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 853.00 |
| 05/21 | PIN Purchase USPS PO 278710  9402 Vicksburg  MS   5262 | 11.00 |
| 05/22 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 1,173.00 |
| 05/22 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 861.00 |
| 05/22 | Card Purchase Fema Nfip Flood   7358 MT 59901  5262 | 2,460.00 |
| 05/22 | EB to Checking # 9047 Ref# 000000 0000098 | 1,928.77 |
| 05/27 | EB to Checking # 9047 Ref# 000000 0000099 | 5,901.10 |
| 05/28 | Bank Debit | 500.00 |
| 05/29 | Card Purchase Homedepot.Com  5200 Homedepot.Com GA 30339  5262 | 101.60 |
| 05/29 | EB to Checking # 7708 Ref# 000000 0000100 | 20,000.00 |
| | **Total Withdrawals** | **$77,658.75** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/04 | 400351 | 252.85 | 05/21 | 400369 | 583.87 |
| 05/01 | 400354 * | 587.80 | 05/18 | 400370 | 60.00 |
| 05/01 | 400356 * | 132.38 | 05/12 | 400371 | 400.00 |
| 05/01 | 400357 | 1,167.74 | 05/26 | 400372 | 1,400.00 |
| 05/05 | 400360 * | 750.00 | 05/26 | 400373 | 635.80 |
| 05/01 | 400361 | 800.00 | 05/27 | 400374 | 1,032.97 |
| 05/01 | 400362 | 750.00 | 05/27 | 400375 | 194.14 |
| 05/15 | 400363 | 175.53 | 05/27 | 400376 | 112.34 |
| 05/15 | 400364 | 37.45 | 05/22 | 400377 | 110.36 |
| 05/18 | 400365 | 374.50 | 05/29 | 400378 | 587.80 |
| 05/20 | 400366 | 132.38 | 05/28 | 400379 | 252.85 |
| 05/15 | 400367 | 231.47 | 05/28 | 400381 * | 7,800.00 |
| 05/18 | 400368 | 967.68 | 05/26 | 400382 | 400.00 |
| | | | | **Total Checks** | **$19,929.91** |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 460,794.29 | 05/12 | 449,817.62 | 05/21 | 437,609.78 |
| 05/04 | 456,785.02 | 05/13 | 433,315.52 | 05/22 | 431,076.65 |
| 05/05 | 456,035.02 | 05/15 | 432,660.35 | 05/26 | 428,640.85 |
| 05/06 | 454,753.39 | 05/18 | 428,806.51 | 05/27 | 421,400.30 |
| 05/07 | 452,240.39 | 05/19 | 450,960.51 | 05/28 | 412,847.45 |
| 05/11 | 452,146.39 | 05/20 | 444,191.13 | 05/29 | 392,158.05 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

TIME: 11:52 am                                              Bank Register

SOURCE CODE:   M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER
TRX STATUS:    A=ACTIVE, X=RECONCILED, V=VOID TRX

5/31/26

| BA LOC DEPOSI REFERE TRX | | | | WITHDRAWAL | DEPOSIT | RUNNING | |
| CO COD NUMBER NUMBER DATE | NAME/DESCRIPTION | | | AMOUNT | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|---|---|---|

=====REGIONS=-==TAX=&=PAYROLL================================================================================
12        0
                                                                                                425.38

*****GRAND*TOTALS*************************************************************************************************
          0
                                                                                                425.38

BNK-BANK ACCOUNT-SR---00100   BANK CODE  12-12   TRX DATE  06/01/26-06/01/26

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

| BA LOC DEPOSI REFERE TRX | | | | WITHDRAWAL | DEPOSIT | RECONCILE | |
|---|---|---|---|---|---|---|---|
| CO COD NUMBER NUMBER DATE | NAME/DESCRIPTION | | | AMOUNT | AMOUNT | BALANCE | MEMO |

BNK-BANK ACCOUNT-SR---00200    BANK CODE  12-12   TRX DATE        -05/31/26   STATUS CODE  A-A

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #** 9047

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 1, 2026 through May 29, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $103.38 | Minimum Balance | $103 |
| Deposits & Credits | $20,540.97 + | Average Balance | $1,240 |
| Withdrawals | $20,218.97 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| Ending Balance | $425.38 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 05/04 | EB From Checking # 9039 Ref# 000000 0000093 | 1,928.77 |
| 05/04 | EB From Checking # 9039 Ref# 000000 0000094 | 500.00 |
| 05/12 | EB From Checking # 9039 Ref# 000000 0000095 | 1,928.77 |
| 05/13 | EB From Checking # 9039 Ref# 000000 0000096 | 5,901.90 |
| 05/18 | EB From Checking # 9039 Ref# 000000 0000097 | 2,451.66 |
| 05/22 | EB From Checking # 9039 Ref# 000000 0000098 | 1,928.77 |
| 05/27 | EB From Checking # 9039 Ref# 000000 0000099 | 5,901.10 |
| | Total Deposits & Credits | $20,540.97 |

### WITHDRAWALS

| Date | Description | | Amount |
|---|---|---|---|
| 05/05 | Paycor Inc. | Tax Fund Valley Park El 8578 | 390.23 |
| 05/05 | Paycor Inc. | DD - Fund Valley Park El 4030 | 1,538.54 |
| 05/08 | Paycor Inc. | Paycorfees Valley Park El 64706 | 178.00 |
| 05/12 | Paycor Inc. | Tax Fund Valley Park El 3080 | 390.23 |
| 05/12 | Paycor Inc. | DD - Fund Valley Park El 0620 | 1,538.54 |
| 05/14 | Paycor Inc. | Tax Fund ************** 2342 | 1,131.95 |
| 05/14 | Paycor Inc. | DD - Fund Valley Park El 5430 | 4,769.95 |
| 05/19 | Paycor Inc. | Tax Fund ************* 1320 | 546.36 |
| 05/19 | Paycor Inc. | DD - Fund Valley Park El 2880 | 1,905.30 |
| 05/26 | Paycor Inc. | Tax Fund ************* 5674 | 390.23 |
| 05/26 | Paycor Inc. | DD - Fund Valley Park El 41240 | 1,538.54 |
| 05/28 | Paycor Inc. | Tax Fund Valley Park El 4673 | 1,131.15 |
| 05/28 | Paycor Inc. | DD - Fund Valley Park El 6386 | 4,769.95 |
| | | Total Withdrawals | $20,218.97 |

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.



**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
DEBTOR IN POSSESSION
TAX ACCOUNT
PO BOX 188
VALLEY PARK MS 39177-0188

**ACCOUNT #**  9047

|  | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/04 | 2,532.15 | 05/13 | 6,327.28 | 05/22 | 2,354.15 |
| 05/05 | 603.38 | 05/14 | 425.38 | 05/26 | 425.38 |
| 05/08 | 425.38 | 05/18 | 2,877.04 | 05/27 | 6,326.48 |
| 05/12 | 425.38 | 05/19 | 425.38 | 05/28 | 425.38 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|     |                                                                          | Checking Account |
| --- | ------------------------------------------------------------------------ | ---------------- |
| 1.  | Write here the amount shown on statement for **ENDING BALANCE**           | $                |
| 2.  | Enter any deposits which have not been credited on this statement.        | $ +              |
| 3.  | Total lines 1 & 2                                                        | $ =              |
| 4.  | Enter total from 4a (column on right side of page)                       | $ -              |
| 5.  | Subtract line 4 from line 3. This should be your checkbook balance.       | $ =              |

| Check No. | Amount |     |
| --------- | ------ | --- |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
|           | $      |     |
| Total Enter in Line 4 at Left |  |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL **1-800-REGIONS** (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
| --- | --- | --- | --- | --- |
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

SOURCE CODE:  M=MANUAL, G=COMMODITY, A=A/P, P=PAYROLL, R=A/R, T=TRANSFER

5/31/26

| BA LOC DEPOSI REFERE TRX | | | | WITHDRAWAL | DEPOSIT | RECONCILE | |
|---|---|---|---|---|---|---|---|
| CO COD NUMBER NUMBER DATE | NAME/DESCRIPTION | | | AMOUNT | AMOUNT | BALANCE | MEMO |
| 15 001 | ZA2554 05/31/26 M PAYCOR WEEKLY TAXES 6.3.26 | | | 263.25 | | | |
| 15 001 | ZA2555 05/31/26 M PAYCOR WEEKLY NET 6.3.26 | | | 1,052.66 | | | |
| 15 001 | ZA2556 05/31/26 M PAYCOR WEEKLY TAX (PAT) 6.3.26 | | | 178.93 | | | |
| 15 001 | ZA2557 05/31/26 M PAYCOR WEEKLY NET (PAT) | | | 616.92 | | | |

=====REGIONS=BANK-=CHECKING=======================================================================================

| 15 | 4 | | | 2,111.76 | | 20,474.34 | |

*****GRAND*TOTALS*******************************************************************************************************

| | 4 | | | 2,111.76 | | 20,474.34 | |

BNK-BANK ACCOUNT-SR---00200   BANK CODE  15-15   TRX DATE      -05/31/26  STATUS CODE  A-A

⟨2,111.76⟩

18,362.58

**REGIONS**

Beechwood
4140 Clay ST.
Vicksburg, MS 39183

VALLEY PARK ELEVATOR INC
2900 HWY 61
VALLEY PARK MS 39177

| | |
|---|---|
| **ACCOUNT #** | 7708 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
May 28, 2026 through May 29, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$0.00** | Minimum Balance | $500 |
| Deposits & Credits | $20,500.00 + | Average Balance | $10,487 |
| Withdrawals | $25.66 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| **Ending Balance** | **$20,474.34** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/28 | Deposit - Thank You | 500.00 |
| 05/29 | EB From Checking # 0360449039 Ref# 000000 0000100 | 20,000.00 |
| | Total Deposits & Credits | $20,500.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/29 | Card Purchase Home Hardware V 5251 Vicksburg MS 39180 6637 | 25.66 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/28 | 500.00 | 05/29 | 20,474.34 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**



**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL **1-800-REGIONS** (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

```
DATE: 06/04/26                    VALLEY PARK ELEVATOR - LIVE     5/31/26          PAGE:      1
TIME:  8:56 am                   Balance Sheet - Current & Prior

CUR YTD 05/31/26       PRIOR YTD 04/30/26
```

| ACCOUNT DESCRIPTION | CURR YTD AMOUNT | PRIOR YTD AMOUNT |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| REGIONS BANK CD AND DEPT OF AG | 340,000.00 | 340,000.00 |
| CASH | 206.20 | 206.20 |
| REGIONS - TAX & PAYROLL | 425.38 | 103.38 |
| REGIONS BANK- CHECKING | 18,362.58 | .00 |
| ACH Bank Clearing | 263.25 | .00 |
| PAYCOR CLEARING | 263.25- | 1,928.77- |
| REGIONS - OPERATING | 391,899.05 | 464,900.40 |
| TOTAL CASH | 750,893.21 | 803,281.21 |
| ACCOUNTS RECEIVABLE | | |
| ACCOUNTS RECEIVABLE - TRADE | 1.01 | 1.01 |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 2,500.00 | 2,500.00 |
| ACCRUE A/R COMMISSIONS | 29,817.57 | 29,817.57 |
| TOTAL RECEIVABLES | 32,318.58 | 32,318.58 |
| INVENTORY | | |
| TOTAL INVENTORY | .00 | .00 |
| OTHER CURRENT ASSETS | | |
| TOTAL OTHER CURRENT ASSETS | .00 | .00 |
| TOTAL CURRENT ASSETS | 783,211.79 | 835,599.79 |
| FIXED ASSETS | | |
| LAND | 26,250.00 | 26,250.00 |
| PLANT & EQUIPMENT | 7,429,858.78 | 7,429,858.78 |
| HOUSES | 47,865.00 | 47,865.00 |
| TOTAL FIXED ASSETS | 7,503,973.78 | 7,503,973.78 |
| ALLOWANCE FOR DEPRECIATION | 6,171,236.29- | 6,151,236.29- |
| NET FIXED ASSETS | 2,115,949.28 | 2,188,337.28 |
| OTHER LONG TERM ASSETS | | |
| INVESTMENTS | 757,753.61 | 760,671.33 |
| TOTAL INVESTMENTS | 757,753.61 | 760,671.33 |
| CASH SUR. VALUE LIFE INSURANCE | 91,635.04 | 91,635.04 |
| TOTAL OTHER LONG TERM ASSETS | 91,635.04 | 91,635.04 |
| CLEARING ACCOUNTS | | |
| TOTAL CLEARING ACCOUNTS | .00 | .00 |

```
DATE: 06/04/26                         VALLEY PARK ELEVATOR - LIVE                        PAGE:      2
TIME:  8:56 am                        Balance Sheet - Current & Prior

CUR YTD 05/31/26          PRIOR YTD 04/30/26


                                      CURR YTD                PRIOR YTD
ACCOUNT DESCRIPTION                   AMOUNT                  AMOUNT
-----------------------------------------------------------------------------------------------------
                                      --------------          --------------
TOTAL ASSETS                           2,965,337.93            3,040,643.65
                                      ==============          ==============
```

```
DATE: 06/04/26                          VALLEY PARK ELEVATOR - LIVE                         PAGE:      3
TIME:  8:56 am                         Balance Sheet - Current & Prior

CUR YTD 05/31/26        PRIOR YTD 04/30/26


                                        CURR YTD                    PRIOR YTD
ACCOUNT DESCRIPTION                      AMOUNT                      AMOUNT
-------------------------------------------------------------------------------------------------------------
         LIABILITIES & EQUITY
  LIABILITIES
   CURRENT LIABILITIES
         ACH PAYROLL                        290.63-                    290.63-
         ACCOUNTS PAYABLE - TRADE           379.98-                    379.98-
         FEDERAL PAYROLL TAX PAYABLE      1,025.51                   1,025.51
         STATE PAYROLL TAX PAYABLE          414.59-                    414.59-
         FED UNEMPLOYMENT TAX PAYABLE        47.63-                     47.63-
         DISABILITY INSURANCE PAYABLE     3,350.00                   3,350.00
         GARNISHMENT PAYABLE               505.70                     505.70
         CHILD SUPPORT PAYABLE              57.50-                     57.50-
         HCC-3 ACCI,I;ATED A,PRTOZATOPM       .58                        .58
                                        --------------             --------------
   TOTAL CURRENT LIABILITIES             3,691.46                   3,691.46


   LONG TERM LIABILITIES
         N/P SBA COVID19 EIDL           443,391.51                 444,510.58
                                        --------------             --------------
   TOTAL LONG TERM LIABILITIES          443,391.51                 444,510.58


   EQUITY
         COMMON STOCK                     4,999.99                   4,999.99
         PATRON'S EQUITY - QUALIFIED          .33-                       .33-
         PATRON'S EQUITY- NON QUALIFIED 151,792.02                 151,792.02
         CURRENT PERIOD - PROFIT/LOSS   615,136.59-                540,949.94-
         RETAINED EARININGS           2,976,599.87               2,976,599.87
                                        --------------             --------------
   TOTAL EQUITY                       2,518,254.96               2,592,441.61


                                        --------------             --------------
TOTAL LIABILITIES & EQUITY            2,965,337.93               3,040,643.65
                                        ==============             ==============


LDG-FINANCIAL-SR---00200
```

DATE: 06/04/26
TIME:  8:56 am

VALLEY PARK ELEVATOR - LIVE
Income Statement - Current & Prior

5/31/26

PAGE:     1

CUR 05/01/26-05/31/26, YTD 05/31/26      PRIOR 04/01/26-04/30/26, YTD 04/30/26

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| SALES | | | | | | | | |
| PRODUCT SALES | | | | | | | | |
| TOTAL PRODUCT SALES | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| OTHER OPERATING REVENUE | | | | | | | | |
| STORAGE INCOME | .00 | .00 | 19,086.81 | 100.00 | 577,394.23 | 100.00 | 577,394.23 | 100.00 |
| TOTAL OTHER OPERATING REVENUE | .00 | .00 | 19,086.81 | 100.00 | 577,394.23 | 100.00 | 577,394.23 | 100.00 |
| TOTAL REVENUE | .00 | .00 | 19,086.81 | 100.00 | 577,394.23 | 100.00 | 577,394.23 | 100.00 |
| COST OF SALES | | | | | | | | |
| CORN COST OF SALES | .00 | .00 | 26,660.55 | 139.68 | 37,158.90 | 6.44 | 37,158.90 | 6.44 |
| TOTAL COST OF SALES | .00 | .00 | 26,660.55 | 139.68 | 37,158.90 | 6.44 | 37,158.90 | 6.44 |
| TOTAL GROSS PROFIT | .00 | .00 | 7,573.74- | 39.68- | 540,235.33 | 93.56 | 540,235.33 | 93.56 |
| EXPENSES | | | | | | | | |
| OFFICE SUPPLIES/POSTAGE EXP | 1,352.42 | .00 | 25.00 | .13 | 4,601.82 | .80 | 3,249.40 | .56 |
| SAFETY SUPPLIES EXPENSE | 666.31 | .00 | .00 | .00 | 3,269.42 | .57 | 2,603.11 | .45 |
| TRUCK EXPENSE | 2,300.00 | .00 | 2,300.00 | 12.05 | 25,300.00 | 4.38 | 23,000.00 | 3.98 |
| BANK CHARGES & FEES | .00 | .00 | 30.00 | .16 | 131.00 | .02 | 131.00 | .02 |
| REPAIRS & MAINTENANCE EXPENSE | 2,343.69 | .00 | 3,298.19 | 17.28 | 203,537.06 | 35.25 | 201,193.37 | 34.85 |
| PARTS & SUPPLIES EPENSE | 233.11 | .00 | 104.22 | .55 | 1,658.23 | .29 | 1,425.12 | .25 |
| UTILITIES (GARBAGE/WATER) EXP. | 1,632.37 | .00 | 2,804.97 | 14.70 | 42,449.41 | 7.35 | 40,817.04 | 7.07 |
| COMPUTER/SOFTWARE EXPENSE | 1,027.68 | .00 | .00 | .00 | 17,780.22 | 3.08 | 16,752.54 | 2.90 |
| TELEPHONE & INTERNET EXPENSE | 454.17 | .00 | 579.35 | 3.04 | 4,790.85 | .83 | 4,336.68 | .75 |
| TAXES & LICENSE EXPENSE | .00 | .00 | 25.02 | .13 | 38,095.50 | 6.60 | 38,095.50 | 6.60 |
| BUSINESS INSURANCE EXPENSE | 15,649.20 | .00 | 10,600.20 | 55.54 | 124,615.27 | 21.58 | 108,966.07 | 18.87 |
| RENT EXPENSE | 568.64 | .00 | 374.50 | 1.96 | 29,076.79 | 5.04 | 28,508.15 | 4.94 |
| PROFESSIONAL SERVICES EXPENSE | 1,400.00 | .00 | 23,681.25 | 124.07 | 40,424.85 | 7.00 | 39,024.85 | 6.76 |
| PROFESSIONAL SERVICES PAYCOR | 178.00 | .00 | 178.00 | .93 | 1,701.50 | .29 | 1,523.50 | .26 |
| FEES, DUES, SUBSCRIPTION EXP. | 232.38 | .00 | 1,105.76 | 5.79 | 21,802.48 | 3.78 | 21,570.10 | 3.74 |
| CONTRACT LABOR EXPENSE | 800.00 | .00 | 1,200.00 | 6.29 | 6,935.00 | 1.20 | 6,135.00 | 1.06 |
| DEPRECIATION EXPENSE | 20,000.00 | .00 | 20,000.00 | 104.78 | 220,000.00 | 38.10 | 200,000.00 | 34.64 |
| BAD DEBT EXPENSE | .00 | .00 | .00 | .00 | 18,371.40 | 3.18 | 18,371.40 | 3.18 |
| FUEL & OIL EXPENSE | .00 | .00 | 440.85 | 2.31 | 2,723.74 | .47 | 2,723.74 | .47 |
| WAGES & SALARY EXPENSE | 20,232.95 | .00 | 22,160.40 | 116.10 | 261,188.57 | 45.24 | 240,955.62 | 41.73 |
| HEALTH/EMPLOYEE INSURANCE EXP | 2,340.80 | .00 | 2,273.73 | 11.91 | 25,820.36 | 4.47 | 23,479.56 | 4.07 |
| RETIREMENT EXPENSE | .00 | .00 | 119.69- | .63- | 32.59- | .01- | 32.59- | .01- |
| PAYROLL TAX EXPENSE | 1,381.00 | .00 | 1,784.23 | 9.35 | 20,552.89 | 3.56 | 19,171.89 | 3.32 |
| TOTAL EXPENSES | 72,792.72 | .00 | 92,845.98 | 486.44 | 1,114,793.77 | 193.07 | 1,042,001.05 | 180.47 |
| TOTAL NET OPERATING PROFIT | 72,792.72- | .00 | 100,419.72- | 526.12- | 574,558.44- | 99.51- | 501,765.72- | 86.90- |
| OTHER INCOME | | | | | | | | |

```
DATE: 06/04/26                          VALLEY PARK ELEVATOR - LIVE                              PAGE:      2
TIME:  8:56 am                        Income Statement - Current & Prior

CUR 05/01/26-05/31/26, YTD 05/31/26      PRIOR 04/01/26-04/30/26, YTD 04/30/26
```

| ACCOUNT DESCRIPTION | CURR PRD AMOUNT | C PRD RATIO | PRIOR PRD AMOUNT | P PRD RATIO | CURR YTD AMOUNT | C YTD RATIO | PRIOR YTD AMOUNT | P YTD RATIO |
|---|---|---|---|---|---|---|---|---|
| INTEREST INCOME | .00 | .00 | .00 | .00 | 1,357.64 | .24 | 1,357.64 | .24 |
| REBATES & REFUND INCOME | .00 | .00 | 992.83 | 5.20 | 2,508.24 | .43 | 2,508.24 | .43 |
| TOTAL OTHER INCOME | .00 | .00 | 992.83 | 5.20 | 3,865.88 | .67 | 3,865.88 | .67 |
| OTHER EXPENSE | | | | | | | | |
| INTEREST EXPENSE | 1,393.93 | .00 | 1,370.38 | 7.18 | 44,444.03 | 7.70 | 43,050.10 | 7.46 |
| TOTAL OTHER EXPENSE | 1,393.93 | .00 | 1,370.38 | 7.18 | 44,444.03 | 7.70 | 43,050.10 | 7.46 |
| TOTAL NET PROFIT (LOSS) | 74,186.65- | .00 | 100,797.27- | 528.10- | 615,136.59- | 106.54- | 540,949.94- | 93.69- |

```
LDG-FINANCIAL-SR---00400
```